# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO

| | |
|---|---|
| COOKE et al., | ) |
| Plaintiff(s) | ) ) ) |
| v. | ) ) ) Civil Action No. 1:13-cv-01300-MSK |
| HICKENLOOPER, | ) ) |
| Defendant | ) ) |

**WAIVER OF THE SERVICE OF SUMMONS**

To:

David Benjamin Kopel, Esq.
INDEPENDENCE INSTITUTE
13952 Denver West Parkway #400
Golden, CO 80401
Phone: (303) 279-6536
Email: david@i2i.org
**ATTORNEY FOR SHERIFFS AND DAVID STRUMILLO**

Jonathan M. Anderson, Esq.
HOLLAND & HART LLP
P.O. Box 8749
Denver, Colorado 80201-8749
Phone: (303) 295-8566
Email: jmanderson@hollandhart.com
**ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION**

Richard A. Westfall
Peter J. Krumholz
HALE WESTFALL LLP
1445 Market Street, Suite 300
Denver, CO 80202
Phone: (720) 904-6022
Fax: (720) 904-6020
rwestfall@halewestfall.com
**ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC. THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, AND WOMEN FOR CONCEALED CARRY**

Marc F. Colin
BRUNO COLIN JEWELL & LOWE PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
Phone: (303) 831-1099
Fax: (303) 831-1088
mcolin@bcjlpc.com
**ATTORNEY FOR LICENSED FIREARMS DEALERS**

Anthony J. Fabian
LAW OFFICES OF ANTHONY J. FABIAN PC
501 Wilcox Street, Suite C
Castle Rock, CO 80104
Phone: (303) 663-9339
Fax: (303) 713-0785
fabianlaw@qwestoffice.net
ATTORNEY FOR COLORADO STATE SHOOTING
ASSOCIATION AND HAMILTON FAMILY
ENTERPRISES, INC. D/B/A FAMILY SHOOTING
CENTER AT CHERRY CREEK STATE PARK

      I have received your email with a copy of the complaint in this action and understand you to request a waiver of service of a summons.

      On behalf of my client Governor John W. Hickenlooper, I agree to save the expense of serving a summons and complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

      I also understand that the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 17, 2013, the date when your email was sent.

Date:  May 21, 2013

JOHN W. SUTHERS
Attorney General

*s/Daniel D. Domenico*
DANIEL D. DOMENICO
Solicitor General

**Attorneys for Governor John W. Hickenlooper**

Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone: (720) 508-6000
dan.domenico@state.co.us