IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

54 SHERIFFS:
     JOHN B. COOKE, Sheriff of Weld County, Colorado
     TERRY MAKETA, Sheriff of El Paso County, Colorado
     JUSTIN SMITH, Sheriff of Larimer County, Colorado
     DAVID A. WEAVER, Sheriff of Douglas County, Colorado
     BRUCE W. HARTMAN, Sheriff of Gilpin County, Colorado
     KEN PUTNAM, Sheriff of Cheyenne County, Colorado
     DENNIS SPRUELL, Sheriff of Montezuma County, Colorado
     TIM JANTZ, Sheriff of Moffat County, Colorado
     JERRY MARTIN, Sheriff of Dolores County, Colorado
     MIKE ENSMINGER, Sheriff of Teller County, Colorado
     SHAYNE HEAP, Sheriff of Elbert County, Colorado
     CHAD DAY, Sheriff of Yuma County, Colorado
     FRED D. McKEE, Sheriff of Delta County, Colorado
     LOU VALLARIO, Sheriff of Garfield County, Colorado
     FRED HOSSELKUS, Sheriff of Mineral County, Colorado
     BRETT L. POWELL, Sheriff of Logan County, Colorado
     JAMES FAULL, Sheriff of Prowers County, Colorado
     LARRY KUNTZ, Sheriff of Washington County, Colorado
     BRIAN E. NORTON, Sheriff of Rio Grande County, Colorado
     DUKE SCHIRARD, Sheriff of La Plata County, Colorado
     JIM BEICKER, Sheriff of Fremont County, Colorado
     RONALD BRUCE, Sheriff of Hinsdale County, Colorado
     CHRIS S. JOHNSON, Sheriff of Otero County, Colorado
     FRED JOBE, Sheriff of Custer County, Colorado
     DONALD KRUEGER, Sheriff of Clear Creek County, Colorado
     JAMES CRONE, Sheriff of Morgan County, Colorado
     SI WOODRUFF, Sheriff of Rio Blanco County, Colorado
     TOM RIDENOUR, Sheriff of Kit Carson County, Colorado
     TOM NESTOR, Sheriff of Lincoln County, Colorado
     STAN HILKEY, Sheriff of Mesa County, Colorado
     FORREST FRAZEE, Sheriff of Kiowa County, Colorado
     RICK DUNLAP, Sheriff of Montrose County, Colorado
     TED B. MINK, Sheriff of Jefferson County, Colorado
     DAVE STRONG, Sheriff of Alamosa County, Colorado
     FRED WEGENER, Sheriff of Park County, Colorado
     BRUCE NEWMAN, Sheriff of Huerfano County, Colorado
     RANDY PECK, Sheriff of Sedgwick County, Colorado
     DOMINIC MATTIVI JR., Sheriff of Ouray County, Colorado
     JOHN MINOR, Sheriff of Summit County, Colorado

   SCOTT FISCHER, Sheriff of Jackson County, Colorado
   PETER GONZALEZ, Sheriff of Archuleta County, Colorado
   RICK BESECKER, Sheriff of Gunnison County, Colorado
   CHARLES "ROB" URBACH, Sheriff of Phillips County, Colorado
   ROD FENSKE, Sheriff of Lake County, Colorado
   GRAYSON ROBINSON, Sheriff of Arapahoe County, Colorado
   DAVID D. CAMPBELL, Sheriff of Baca County, Colorado
   MIKE NORRIS, Sheriff of Saguache County, Colorado
   AMOS MEDINA, Sheriff of Costilla County, Colorado
   MILES CLARK, Sheriff of Crowley County, Colorado
   DAVID ENCINIAS, Sheriff of Bent County, Colorado
   SUE KURTZ, Sheriff of San Juan County, Colorado
   JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado
   GARRETT WIGGINS, Sheriff of Routt County, Colorado
   DOUGLAS N. DARR, Sheriff of Adams County, Colorado
COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC. d/b/a FAMILY SHOOTING CENTER
AT CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BURRUD ARMS INC. d/b/a JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY;
GOODS FOR THE WOODS;

  Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance on behalf of John W. Hickenlooper, Governor of the State of Colorado.

        JOHN W. SUTHERS
        Attorney General

        s/David C. Blake
        DAVID C. BLAKE*
        Deputy Attorney General
        Attorneys for Secretary of State

        1300 Broadway, 10th floor
        Denver, Colorado  80203
        Telephone:  720-508-6000
        E-Mail:  david.blake@state.co.us
        *Counsel of Record

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2013 I served a true and complete copy of the foregoing Entry of Appearance upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Richard A. Westfall<br>Peter J. Krumholz | rwestfall@halewestfall.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

                                        *s/ Debbie Bendell*