IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

54 SHERIFFS:
   JOHN B. COOKE, Sheriff of Weld County, Colorado
   TERRY MAKETA, Sheriff of El Paso County, Colorado
   JUSTIN SMITH, Sheriff of Larimer County, Colorado
   DAVID A. WEAVER, Sheriff of Douglas County, Colorado
   BRUCE W. HARTMAN, Sheriff of Gilpin County, Colorado
   KEN PUTNAM, Sheriff of Cheyenne County, Colorado
   DENNIS SPRUELL, Sheriff of Montezuma County, Colorado
   TIM JANTZ, Sheriff of Moffat County, Colorado
   JERRY MARTIN, Sheriff of Dolores County, Colorado
   MIKE ENSMINGER, Sheriff of Teller County, Colorado
   SHAYNE HEAP, Sheriff of Elbert County, Colorado
   CHAD DAY, Sheriff of Yuma County, Colorado
   FRED D. McKEE, Sheriff of Delta County, Colorado
   LOU VALLARIO, Sheriff of Garfield County, Colorado
   FRED HOSSELKUS, Sheriff of Mineral County, Colorado
   BRETT L. POWELL, Sheriff of Logan County, Colorado
   JAMES FAULL, Sheriff of Prowers County, Colorado
   LARRY KUNTZ, Sheriff of Washington County, Colorado
   BRIAN E. NORTON, Sheriff of Rio Grande County, Colorado
   DUKE SCHIRARD, Sheriff of La Plata County, Colorado
   JIM BEICKER, Sheriff of Fremont County, Colorado
   RONALD BRUCE, Sheriff of Hinsdale County, Colorado
   CHRIS S. JOHNSON, Sheriff of Otero County, Colorado
   FRED JOBE, Sheriff of Custer County, Colorado
   DONALD KRUEGER, Sheriff of Clear Creek County, Colorado
   JAMES CRONE, Sheriff of Morgan County, Colorado
   SI WOODRUFF, Sheriff of Rio Blanco County, Colorado
   TOM RIDENOUR, Sheriff of Kit Carson County, Colorado
   TOM NESTOR, Sheriff of Lincoln County, Colorado
   STAN HILKEY, Sheriff of Mesa County, Colorado
   FORREST FRAZEE, Sheriff of Kiowa County, Colorado
   RICK DUNLAP, Sheriff of Montrose County, Colorado
   TED B. MINK, Sheriff of Jefferson County, Colorado
   DAVE STRONG, Sheriff of Alamosa County, Colorado
   FRED WEGENER, Sheriff of Park County, Colorado
   BRUCE NEWMAN, Sheriff of Huerfano County, Colorado
   RANDY PECK, Sheriff of Sedgwick County, Colorado
   DOMINIC MATTIVI JR., Sheriff of Ouray County, Colorado
   JOHN MINOR, Sheriff of Summit County, Colorado

SCOTT FISCHER, Sheriff of Jackson County, Colorado
PETER GONZALEZ, Sheriff of Archuleta County, Colorado
RICK BESECKER, Sheriff of Gunnison County, Colorado
CHARLES "ROB" URBACH, Sheriff of Phillips County, Colorado
ROD FENSKE, Sheriff of Lake County, Colorado
GRAYSON ROBINSON, Sheriff of Arapahoe County, Colorado
DAVID D. CAMPBELL, Sheriff of Baca County, Colorado
MIKE NORRIS, Sheriff of Saguache County, Colorado
AMOS MEDINA, Sheriff of Costilla County, Colorado
MILES CLARK, Sheriff of Crowley County, Colorado
DAVID ENCINIAS, Sheriff of Bent County, Colorado
SUE KURTZ, Sheriff of San Juan County, Colorado
JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado
GARRETT WIGGINS, Sheriff of Routt County, Colorado
DOUGLAS N. DARR, Sheriff of Adams County, Colorado
COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC. d/b/a FAMILY SHOOTING CENTER
AT CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BURRUD ARMS INC. d/b/a JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY;
GOODS FOR THE WOODS;

Plaintiffs,

2

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

Defendant.

---

## ENTRY OF APPEARANCE

---

Undersigned counsel hereby enters his appearance on behalf of John W.

Hickenlooper, Governor of the State of Colorado.

JOHN W. SUTHERS
Attorney General

s/Daniel D. Domenico
DANIEL D. DOMENICO*
Solicitor General
Attorneys for Secretary of State

1300 Broadway, 10th floor
Denver, Colorado  80203
Telephone:  720-508-6000
E-Mail:  dan.domenico@state.co.us
*Counsel of Record

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2013 I served a true and complete copy of the foregoing Entry of Appearance upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado:

David B. Kopel                                david@i2i.org

Jonathan M. Anderson                jmanderson@hollandhart.com

Richard A. Westfall                       rwestfall@halewestfall.com
Peter J. Krumholz

Marc F. Colin                                 mcolin@bcjlpc.com

Anthony J. Fabian                         fabianlaw@qwestoffice.net


                                        *s/  Debbie Bendell*

4