**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

**Civil Action No. 13-CV-01300-MSK-MJW**

**JOHN B. COOKE**, Sheriff of Weld County, Colorado;
**TERRY MAKETA**, Sheriff of El Paso County, Colorado;
**JUSTIN SMITH**, Sheriff of Larimer County, Colorado;
**DAVID A. WEAVER**, Sheriff of Douglas County, Colorado:
**BRUCE W. HARTMAN**, Sheriff of Gilpin County, Colorado;
**KEN PUTNAM**, Sheriff of Cheyenne County, Colorado;
**DENNIS SPRUELL**, Sheriff of Montezuma County, Colorado;
**TIM JANTZ**, Sheriff of Moffat County, Colorado;
**JERRY MARTIN**, Sheriff of Dolores County, Colorado;
**MIKE ENSMINGER**, Sheriff of Teller County, Colorado;
**SHAYNE HEAP**, Sheriff of Elbert County, Colorado;
**CHAD DAY**, Sheriff of Yuma County, Colorado;
**FRED D. MCKEE**, Sheriff of Delta County, Colorado;
**LOU VALLARIO**, Sheriff of Garfield County, Colorado;
**FRED HOSSELKUS**, Sheriff of Mineral County, Colorado;
**BRETT L. POWELL**, Sheriff of Logan County, Colorado;
**JAMES FAULL**, Sheriff of Prowers County, Colorado;
**LARRY KUNTZ**, Sheriff of Washington County, Colorado;
**BRIAN E. NORTON**, Sheriff of Rio Grande County, Colorado;
**DUKE SCHIRARD**, Sheriff of La Plata County, Colorado;
**JIM BEICKER**, Sheriff of Fremont County, Colorado;
**RONALD BRUCE**, Sheriff of Hindsdale County, Colorado;
**CHRIS S. JOHNSON**, Sheriff of Otero County, Colorado;
**FRED JOBE**, Sheriff of Custer County, Colorado;
**DONALD KRUEGER**, Sheriff of Clear Creek County, Colorado;
**JAMES CRONE**, Sheriff of Morgan County, Colorado;
**SI WOODRUFF**, Sheriff of Rio Blanco County, Colorado;
**TOM RIDNOUR**, Sheriff of Kit Carson County, Colorado;
**TOM NESTOR**, Sheriff of Lincoln County, Colorado;
**STAN HILKEY**, Sheriff of Mesa County, Colorado;
**FORREST FRAZEE**, Sheriff of Kiowa County, Colorado;
**RICK DUNLAP**, Sheriff of Montrose County, Colorado;
**TED B. MINK**, Sheriff of Jefferson County, Colorado;
**DAVE STONG**, Sheriff of Alamosa County, Colorado;
**FRED WEGENER**, Sheriff of Park County, Colorado;
**BRUCE NEWMAN**, Sheriff of Huerfano County, Colorado;
**RANDY PECK**, Sheriff of Sedgwick County, Colorado;
**DOMINIC MATTIVI, JR.**, Sheriff of Ouray County, Colorado;
**JOHN MINOR**, Sheriff of Summit County, Colorado;
**SCOTT FISCHER**, Sheriff of Jackson County, Colorado;

1

**PETER GONZALEZ, Sheriff of Archuleta County, Colorado;
RICK BESECKER, Sheriff of Gunnison County, Colorado;
CHARLES "ROB' URBACH, Sheriff of Phillips County, Colorado;
ROD FENSKE, Sheriff of Lake County, Colorado;
GRAYSON ROBINSON, Sheriff of Arapahoe County, Colorado;
DAVID D. CAMPBELL, Sheriff of Baca County, Colorado;
MIKE NORRIS, Sheriff of Saguache County, Colorado;
AMOS MEDINA, Sheriff of Costilla County, Colorado;
MILES CLARK, Sheriff of Crowley County, Colorado;
DAVID ENCINIAS, Sheriff of Bent County, Colorado;
SUE KURTZ, Sheriff of San Juan County, Colorado;
JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado;
GARRETT WIGGINS, Sheriff of Routt County, Colorado;
DOUGLAS N. DARR, Sheriff of Adams County, Colorado;
COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT
CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BURRUD ARMS INC. D/B/A JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY; and
GOODS FOR THE WOODS;**

    Plaintiffs,

v.

**JOHN W. HICKENLOOPER, Governor of the State of Colorado,**

    Defendant.

2

## NOTICE AND DISCLOSURE

In accordance with D.C.COLO.L.CivR 40.1 and 72.1 , the undersigned judges have been assigned to preside in this matter.

Mindful of the issues currently framed in the Complaint **(#1)**, the undersigned make the following disclosures.  At this juncture and based on these facts, the undersigned do not believe that recusal is warranted.

### Magistrate Judge Michael J. Watanabe

- From 1981 to 1986, I worked as a deputy district attorney in the Eighteenth Judicial District, State of Colorado.  In 1987, I was appointed as a state district court judge for the Eighteenth Judicial District and served in that capacity until 1999.
- During my tenure as a deputy district attorney and as a state district court judge, I worked with Plaintiff David A. Weaver, Sheriff of Douglas County, Colorado, and Plaintiff Grayson Robinson, Sheriff of Arapahoe County, in a professional capacity.  At that time, neither Sheriff Weaver nor Sheriff Robinson were the elected Sheriffs for Douglas and Arapahoe counties, respectively.
- I do not own or possess any firearms, nor do I belong to any organization named as a Plaintiff in this action.  No person covered by 28 U.S.C. § 455(b)(5) has an interest that will be substantially affected by the outcome of this proceeding.

### Chief Judge Marcia S. Krieger

- I own and am proficient in the use of firearms.  None of my firearms accommodate large-capacity magazines, as that term is defined in House Bill 13-1224.

3

- A member of my household owns large-capacity magazines, as well as firearms that accommodate such magazines.  That person maintains exclusive ownership and possession of such magazines and firearms.

- I belong to the Centennial Gun Club.  That club is not a party in this action.  I do not belong to any organization named as a Plaintiff in this action.

- No person covered by 28 U.S.C. § 455(b)(5) has an interest that will be substantially affected by the outcome of this proceeding.

Dated this 22nd day of May, 2013.

          **BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
Chief United States District Judge


S/ Michael J. Watanabe

Michael J. Watanabe
U.S. Magistrate Judge

4