**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-1300-MSK-MJW

54 SHERIFFS, *et al.*,

    Plaintiffs,

vs.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance on behalf of Plaintiffs Dylan Harrell, David Bayne, Outdoor Buddies, Inc., The Colorado Outfitters Association, Colorado Farm Bureau, and Women for Concealed Carry.

Dated this 23d day of May, 2013.

    Respectfully submitted,

    HALE WESTFALL, LLP

    s/Peter J. Krumholz
    Peter J. Krumholz
    HALE WESTFALL LLP
    1445 Market Street, Suite 300
    Denver, CO 80202
    Phone: (720) 904-6007
    Fax: (720) 904-6020
    pkrumholz@halewestfall.com

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 23, 2013, I served a true and complete copy of the foregoing Entry of Appearance upon the following counsel of record via the CM/ECF system for the United States District Court for the District of Colorado:

David B. Kopel
david@i2i.org

Daniel D. Domenico
daniel.domenico@state.co.us

David Christopher Blake
david.blake@state.co.us

Jonathan Patrick Fero
jon.fero@state.co.us

Matthew David Grove
matt.grove@state.co.us

and via U.S. Mail to the following:

Jonathan M. Anderson
Holland & Hart
555 Seventeenth St., Suite 3200
Denver, CO 80202
jmanderson@hollandhart.com

Marc F. Colin
Bruno Colin Jewell & Lowe PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
mcolin@bcjlpc.com

Anthony J. Fabian
Law Offices of Anthony J. Fabian PC
501 Wilcox Street, Suite C
Castle Rock, CO 80104
fabianlaw@qwestoffice.net

                s/Bethany Lillis