IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 13-cv-1300-MSK

54 SHERIFFS, *et al.*,

    Plaintiffs,

vs.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

Anthony J. Fabian, of the Law Firm of The Law Offices of Anthony J. Fabian, P.C., hereby enters his appearance as counsel on behalf of Plaintiffs, COLORADO STATE SHOOTING ASSOCIATION and HAMILTON FAMILY ENTERPRISES, Inc. d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK.

Dated this 23rd day of May, 2013.

    Respectfully submitted,

    /s/
    Anthony J. Fabian
    LAW OFFICES OF ANTHONY J. FABIAN PC
    510 Wilcox Street, Suite C
    Castle Rock, CO 80104
    Phone: (303) 663-9339
    Fax: (303) 713-0785
    fabianlaw@qwestoffice.net

    **ATTORNEY FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC., D/B/A FAMILY**

-2-

SHOOTING CENTER AT CHERRY CREEK STATE PARK

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2013, I have caused to be presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David B. Kopel
david@i2i.org

Daniel D. Domenico
daniel.domenico@state.co.us

David Christopher Blake
david.blake@state.co.us

Jonathan Patrick Fero
jon.fero@state.co.us

Matthew David Grove
matt.grove@state.co.us

Richard Westfall
rwestfall@halewestfall.com

Peter Krumholz
pkrumholz@halewestfall.com

Jonathan M. Anderson
jmanderson@hollandhart.com

Marc F. Colin
mcolin@bcjlpc.com

/s/
Anthony J. Fabian
LAW OFFICES OF ANTHONY J. FABIAN PC
510 Wilcox Street, Suite C
Castle Rock, CO 80104
Phone: (303) 663-9339
Fax: (303) 713-0785
fabianlaw@qwestoffice.net

**ATTORNEY FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC. D/B/A FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK**