IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado;
TERRY MAKETA, Sheriff of El Paso County, Colorado;
JUSTIN SMITH, Sheriff of Larimer County, Colorado;
DAVID A. WEAVER, Sheriff of Douglas County, Colorado;
BRUCE W. HARTMAN, Sheriff of Gilpin County, Colorado;
KEN PUTNAM, Sheriff of Cheyenne County, Colorado;
DENNIS SPRUELL, Sheriff of Montezuma County, Colorado;
TIM JANTZ, Sheriff of Moffat County, Colorado;
JERRY MARTIN, Sheriff of Dolores County, Colorado;
MIKE ENSMINGER, Sheriff of Teller County, Colorado;
SHAYNE HEAP, Sheriff of Elbert County, Colorado;
CHAD DAY, Sheriff of Yuma County, Colorado;
FRED D. MCKEE, Sheriff of Delta County, Colorado;
LOU VALLARIO, Sheriff of Garfield County, Colorado;
FRED HOSSELKUS, Sheriff of Mineral County, Colorado;
BRETT L. POWELL, Sheriff of Logan County, Colorado;
JAMES FAULL, Sheriff of Prowers County, Colorado;
LARRY KUNTZ, Sheriff of Washington County, Colorado;
BRIAN E. NORTON, Sheriff of Rio Grande County, Colorado;
DUKE SCHIRARD, Sheriff of La Plata County, Colorado;
JIM BEICKER, Sheriff of Fremont County, Colorado;
RONALD BRUCE, Sheriff of Hinsdale County, Colorado;
CHRIS S. JOHNSON, Sheriff of Otero County, Colorado;
FRED JOBE, Sheriff of Custer County, Colorado;
DONALD KRUEGER, Sheriff of Clear Creek County, Colorado;
JAMES CRONE, Sheriff of Morgan County, Colorado;
SI WOODRUFF, Sheriff of Rio Blanco County, Colorado;
TOM RIDNOUR, Sheriff of Kit Carson County, Colorado;
TOM NESTOR, Sheriff of Lincoln County, Colorado;
STAN HILKEY, Sheriff of Mesa County, Colorado;
FORREST FRAZEE, Sheriff of Kiowa County;
RICK DUNLAP, Sheriff of Montrose County, Colorado;
TED B. MINK, Sheriff of Jefferson County, Colorado;
DAVE STONG, Sheriff of Alamosa County, Colorado;
FRED WEGENER, Sheriff of Park County, Colorado;
BRUCE NEWMAN, Sheriff of Huerfano County, Colorado;

RANDY PECK, Sheriff of Sedgwick County, Colorado;
DOMINIC MATTIVI, JR., Sheriff of Ouray County, Colorado;
JOHN MINOR, Sheriff of Summit County, Colorado;
SCOTT FISCHER, Sheriff of Jackson County, Colorado;
PETER GONZALEZ, Sheriff of Archuleta County, Colorado;
RICK BESECKER, Sheriff of Gunnison County, Colorado;
CHARLES "ROB" URBACH , Sheriff of Phillips County, Colorado;
ROD FENSKE, Sheriff of Lake County, Colorado;
GRAYSON ROBINSON, Sheriff of Arapahoe County, Colorado;
DAVID D. CAMPBELL, Sheriff of Baca County, Colorado;
MIKE NORRIS, Sheriff of Saguache County, Colorado;
AMOS MEDINA, Sheriff of Costilla County, Colorado;
MILES CLARK, Sheriff of Crowley County, Colorado;
DAVID ENCINIAS, Sheriff of Bent County, Colorado;
SUE KURTZ, Sheriff of San Juan County, Colorado;
JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado;
GARRETT WIGGINS, Sheriff of Routt County, Colorado;
DOUGLAS N. DARR , Sheriff of Adams County, Colorado;
COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BURRUD ARMS INC. D/B/A JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY;
GOODS FOR THE WOODS,

Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

Defendant.

---

**SECOND AMENDED ENTRY OF APPEARANCE**

---

COMES NOW, attorney Marc F. Colin, of the law firm of Bruno, Colin, & Lowe, P.C., and for purposes of correcting the inadvertent misspelling of Defendant Burrud Arms Inc. d/b/a Jensen Arms by his notices of entry of appearance heretofore filed [Docs. 13 and 14], hereby enters his appearance for and on behalf of Defendants USA LIBERTY ARMS; ROCKY MOUNTAIN SHOOTERS SUPPLY; 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; BURRUD ARMS INC. D/B/A JENSEN ARMS; GREEN MOUNTAIN GUNS; JERRY'S OUTDOOR SPORTS; GRAND PRIX GUNS; SPECIALTY SPORTS & SUPPLY; and GOODS FOR THE WOODS.

Dated this 28th day of May, 2013.

MARC F. COLIN

*s/ Marc F. Colin*

Marc F. Colin
BRUNO, COLIN & LOWE, P.C.
1999 Broadway, Suite 3100
Denver, CO 80202
Tel: (303) 831-1099
Fax: (303) 831-1088
E-mail: mcolin@brunolawyers.com
*Attorney for Defendants:*
*USA Liberty Arms;*
*Rocky Mountain Shooters Supply;*
*2nd Amendment Gunsmith & Shooter Supply, LLC;*
*Burrud Arms Inc. d/b/a Jensen Arms;*

*Green Mountain Guns;*
*Jerry's Outdoor Sports;*
*Grand Prix Guns;*
*Specialty Sports & Supply; and*
*Goods for the Woods*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2013, I electronically filed the foregoing **SECOND AMENDED ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Kopel david@i2i.org
Richard A. Westfall rwestfall@halewestfall.com
Daniel D. Domenico Daniel.domenico@state.co.s
David Christopher Blake david.blake@state.co.us
Jonathan Patrick Fero jon.fero@state.co.us
Matthew David Grove matt.grove@state.co.us
Anthony John Fabian fabianlaw@qwest.net
Peter J. Krumholz pkrumholz@halewestfall.com

*s/ Marla A. Brock*
*Marla A. Brock*, Paralegal
Bruno, Colin & Lowe, P.C.