IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1300-MSK-MJW

54 SHERIFFS, *et al.,*

    Plaintiffs,

vs.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

Undersigned counsel, Jonathan M. Anderson and Douglas L. Abbott, hereby enter their appearance on behalf of Plaintiffs Magpul Industries and The National Shooting Sports Foundation.

Dated this 28th day of May, 2013.

    Respectfully submitted,

    s/Jonathan M. Anderson_____
    s/Douglas L. Abbott _____
    Jonathan M. Anderson
    Douglas L. Abbott
    HOLLAND & HART LLP
    Post Office Box 8749
    Denver, CO 80201-8749
    Phone: (303) 295-8566
    Fax: (303) 672-6508
    jmanderson@hollandhart.com
    dabbott@hollandhart.com

    **ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION**

2

## CERTIFICATE OF SERVICE

       I hereby certify that on May 28, 2013, I served a true and complete copy of the foregoing Entry of Appearance upon the following counsel of record via the CM/ECF system for the United States District Court for the District of Colorado:

David B. Kopel
david@i2i.org

Daniel D. Domenico
daniel.domenico@state.co.us

David Christopher Blake
david.blake@state.co.us

Jonathan Patrick Fero
jon.fero@state.co.us

Matthew David Grove
matt.grove@state.co.us

Peter J. Krumholz
pkrumholz@halewestfall.com

Richard A. Westfall
rwestfall@halewestfall.com

and via U.S. Mail to the following:

Marc F. Colin
Bruno Colin Jewell & Lowe PC
1999 Broadway, Suite 3100
Denver, CO  80202-5731
mcolin@bcjlpc.com

Anthony J. Fabian
Law Office of Anthony J. Fabian PC
501 Wilcox Street, Suite C
Castle Rock, CO  80104
fabianlaw@qwestoffice.net

                                        s/Judi Marsh

6227470_1.DOCX