IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

 JOHN B. COOKE, Sheriff of Weld County, Colorado
 TERRY MAKETA, Sheriff of El Paso County, Colorado
 JUSTIN SMITH, Sheriff of Larimer County, Colorado
 DAVID A. WEAVER, Sheriff of Douglas County, Colorado
 BRUCE W. HARTMAN, Sheriff of Gilpin County, Colorado
 KEN PUTNAM, Sheriff of Cheyenne County, Colorado
 DENNIS SPRUELL, Sheriff of Montezuma County, Colorado
 TIM JANTZ, Sheriff of Moffat County, Colorado
 JERRY MARTIN, Sheriff of Dolores County, Colorado
 MIKE ENSMINGER, Sheriff of Teller County, Colorado
 SHAYNE HEAP, Sheriff of Elbert County, Colorado
 CHAD DAY, Sheriff of Yuma County, Colorado
 FRED D. McKEE, Sheriff of Delta County, Colorado
 LOU VALLARIO, Sheriff of Garfield County, Colorado
 FRED HOSSELKUS, Sheriff of Mineral County, Colorado
 BRETT L. POWELL, Sheriff of Logan County, Colorado
 JAMES FAULL, Sheriff of Prowers County, Colorado
 LARRY KUNTZ, Sheriff of Washington County, Colorado
 BRIAN E. NORTON, Sheriff of Rio Grande County, Colorado
 DUKE SCHIRARD, Sheriff of La Plata County, Colorado
 JIM BEICKER, Sheriff of Fremont County, Colorado
 RONALD BRUCE, Sheriff of Hinsdale County, Colorado
 CHRIS S. JOHNSON, Sheriff of Otero County, Colorado
 FRED JOBE, Sheriff of Custer County, Colorado
 DONALD KRUEGER, Sheriff of Clear Creek County, Colorado
 JAMES CRONE, Sheriff of Morgan County, Colorado
 SI WOODRUFF, Sheriff of Rio Blanco County, Colorado
 TOM RIDENOUR, Sheriff of Kit Carson County, Colorado
 TOM NESTOR, Sheriff of Lincoln County, Colorado
 STAN HILKEY, Sheriff of Mesa County, Colorado
 FORREST FRAZEE, Sheriff of Kiowa County, Colorado
 RICK DUNLAP, Sheriff of Montrose County, Colorado
 TED B. MINK, Sheriff of Jefferson County, Colorado
 DAVE STRONG, Sheriff of Alamosa County, Colorado
 FRED WEGENER, Sheriff of Park County, Colorado
 BRUCE NEWMAN, Sheriff of Huerfano County, Colorado
 RANDY PECK, Sheriff of Sedgwick County, Colorado
 DOMINIC MATTIVI JR., Sheriff of Ouray County, Colorado
 JOHN MINOR, Sheriff of Summit County, Colorado
 SCOTT FISCHER, Sheriff of Jackson County, Colorado

      PETER GONZALEZ, Sheriff of Archuleta County, Colorado
      RICK BESECKER, Sheriff of Gunnison County, Colorado
      CHARLES "ROB" URBACH, Sheriff of Phillips County, Colorado
      ROD FENSKE, Sheriff of Lake County, Colorado
      GRAYSON ROBINSON, Sheriff of Arapahoe County, Colorado
      DAVID D. CAMPBELL, Sheriff of Baca County, Colorado
      MIKE NORRIS, Sheriff of Saguache County, Colorado
      AMOS MEDINA, Sheriff of Costilla County, Colorado
      MILES CLARK, Sheriff of Crowley County, Colorado
      DAVID ENCINIAS, Sheriff of Bent County, Colorado
      SUE KURTZ, Sheriff of San Juan County, Colorado
      JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado
      GARRETT WIGGINS, Sheriff of Routt County, Colorado
      DOUGLAS N. DARR, Sheriff of Adams County, Colorado
      RODNEY JOHNSON, Sheriff of Grand County, Colorado
COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
COLORADO YOUTH OUTDOORS;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC. d/b/a FAMILY SHOOTING CENTER
AT CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BURRUD ARMS INC. d/b/a JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY;
GOODS FOR THE WOODS;

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

---

## ENTRY OF APPEARANCE

Senior Assistant Attorney General Kathleen L. Spalding hereby enters her appearance on behalf of the Defendant John W. Hickenlooper, Governor of the State of Colorado, in the above captioned matter. All pleadings, correspondence, notices and other documents should be sent to undersigned at the address below.

Respectfully submitted this 6th day of June, 2013.

                JOHN W. SUTHERS
                Attorney General

                *s/Kathleen L. Spalding*
                KATHLEEN L. SPALDING*
                Senior Assistant Attorney General
                Colorado Department of Law
                Civil Litigation and Employment Law
                Ralph L. Carr Colorado Judicial Center
                1300 Broadway, 10th Floor
                Denver, CO 80203
                (720) 508-6634
                (720) 508-6032 (FAX)
                kit.spalding@state.co.us

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2013 I served a true and complete copy of the foregoing Entry of Appearance upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

                                          *s/ Mary A. Brown*