# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: June 17, 2013 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 13-cv-01300-MSK-MJW

*Parties*:  *Counsel Appearing:*

**JOHN B. COOKE**, Sheriff of Weld County, Colorado;   David Kopel
**TERRY MAKETA**, Sheriff of El Paso County, Colorado;
**JUSTIN SMITH**, Sheriff of Larimer County, Colorado;
**DAVID A. WEAVER**, Sheriff of Douglas County, Colorado:
**BRUCE W. HARTMAN**, Sheriff of Gilpin County, Colorado;
**KEN PUTNAM**, Sheriff of Cheyenne County, Colorado;
**DENNIS SPRUELL**, Sheriff of Montezuma County, Colorado;
**TIM JANTZ**, Sheriff of Moffat County, Colorado;
**JERRY MARTIN**, Sheriff of Dolores County, Colorado;
**MIKE ENSMINGER**, Sheriff of Teller County, Colorado;
**SHAYNE HEAP**, Sheriff of Elbert County, Colorado;
**CHAD DAY**, Sheriff of Yuma County, Colorado;
**FRED D. MCKEE**, Sheriff of Delta County, Colorado;
**LOU VALLARIO**, Sheriff of Garfield County, Colorado;
**FRED HOSSELKUS**, Sheriff of Mineral County, Colorado;
**BRETT L. POWELL**, Sheriff of Logan County, Colorado;
**JAMES FAULL**, Sheriff of Prowers County, Colorado;
**LARRY KUNTZ**, Sheriff of Washington County, Colorado;
**BRIAN E. NORTON**, Sheriff of Rio Grande County, Colorado;

**DUKE SCHIRARD**, Sheriff of La Plata County, Colorado;
**JIM BEICKER**, Sheriff of Fremont County, Colorado;
**RONALD BRUCE**, Sheriff of Hindsdale County, Colorado;
**CHRIS S. JOHNSON**, Sheriff of Otero County, Colorado;
**FRED JOBE**, Sheriff of Custer County, Colorado;
**DONALD KRUEGER**, Sheriff of Clear Creek County, Colorado;
**JAMES CRONE**, Sheriff of Morgan County, Colorado;
**SI WOODRUFF**, Sheriff of Rio Blanco County, Colorado;
**TOM RIDNOUR**, Sheriff of Kit Carson County, Colorado;
**TOM NESTOR**, Sheriff of Lincoln County, Colorado;
**STAN HILKEY**, Sheriff of Mesa County, Colorado;
**FORREST FRAZEE**, Sheriff of Kiowa County, Colorado;
**RICK DUNLAP**, Sheriff of Montrose County, Colorado;
**TED B. MINK**, Sheriff of Jefferson County, Colorado;
**DAVE STONG**, Sheriff of Alamosa County, Colorado;
**FRED WEGENER**, Sheriff of Park County, Colorado;
**BRUCE NEWMAN**, Sheriff of Huerfano County, Colorado;
**RANDY PECK**, Sheriff of Sedgwick County, Colorado;
**DOMINIC MATTIVI, JR.**, Sheriff of Ouray County, Colorado;
**JOHN MINOR**, Sheriff of Summit County, Colorado;
**SCOTT FISCHER**, Sheriff of Jackson County, Colorado;
**PETER GONZALEZ**, Sheriff of Archuleta County, Colorado;
**RICK BESECKER**, Sheriff of Gunnison County, Colorado;
**CHARLES "ROB' URBACH**, Sheriff of Phillips County, Colorado;
**ROD FENSKE**, Sheriff of Lake County, Colorado;
**GRAYSON ROBINSON**, Sheriff of Arapahoe County, Colorado;
**DAVID D. CAMPBELL**, Sheriff of Baca County, Colorado;

**MIKE NORRIS**, Sheriff of Saguache County, Colorado;
**AMOS MEDINA**, Sheriff of Costilla County, Colorado;
**MILES CLARK**, Sheriff of Crowley County, Colorado;
**DAVID ENCINIAS**, Sheriff of Bent County, Colorado;
**SUE KURTZ**, Sheriff of San Juan County, Colorado;
**JAMES (JIM) CASIAS**, Sheriff of Las Animas County, Colorado;
**GARRETT WIGGINS**, Sheriff of Routt County, Colorado;
**DOUGLAS N. DARR**, Sheriff of Adams County, Colorado;
**COLORADO OUTFITTERS ASSOCIATION;**
**COLORADO FARM BUREAU;**
**NATIONAL SHOOTING SPORTS FOUNDATION;**
**MAGPUL INDUSTRIES;**
**USA LIBERTY ARMS;**
**OUTDOOR BUDDIES, INC.;**
**WOMEN FOR CONCEALED CARRY;**
**COLORADO STATE SHOOTING ASSOCIATION;**
**HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK;**
**DAVID STRUMILLO;**
**DAVID BAYNE;**
**DYLAN HARRELL;**
**ROCKY MOUNTAIN SHOOTERS SUPPLY;**
**2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;**
**BURRUD ARMS INC. D/B/A JENSEN ARMS;**
**GREEN MOUNTAIN GUNS;**
**JERRY'S OUTDOOR SPORTS;**
**GRAND PRIX GUNS;**
**SPECIALTY SPORTS & SUPPLY;** and
**GOODS FOR THE WOODS;**

    Plaintiffs,

v.

**JOHN W. HICKENLOOPER**, Governor of the State of Colorado,

    Defendant.

Peter Krumholz
Richard Westfall

Jonathan Anderson

Marc Colin

Anthony Fabian

Jonathan Fero

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 4

## COURTROOM MINUTES

HEARING:     Law and Motion

**4:38 p.m.        Court in session.**

The Court addresses plaintiffs' Motion for Preliminary Injunction (**Doc.#29**).

Statements from counsel Westfall and Fero.

**5:17 p.m.        Court in recess**
**5:25 p.m.        Court in session**

Statements from counsel Westfall and Fero.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Evidentiary hearing set on **July 10, 2013 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver.  The parties will have witnesses available.  The parties will file their  factual stipulation, joint witness and exhibit lists no later than noon on **July 8, 2013.**  Counsel will address the matters stated by the Court in their briefs. In addition, by close of business (5:00 p.m.) on **June 20, 2013**,  plaintiffs will address the issues identified by the Court for the reasons stated on the record.

**5:30 p.m.        Court in recess.**

**Total Time:    44 minutes.**
**Hearing concluded.**