IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No:  13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.;*

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I electronically filed the Plaintiffs' **SUPPLEMENTAL BRIEF REGARDING PLAINTIFF'S STANDING AND OTHER ISSUES RAISED BY THE COURT [Doc. 37],** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Daniel D. Domenico  daniel.domenico@state.co.us
    David Christopher Blake  david.blake@state.co.us
    Jonathan Patrick Fero  jon.fero@state.co.us
    Matthew David Grove  matt.grove@state.co.us
    Kathleen Spalding  kit.spalding@state.co.us
    David B. Kopel  david@i2i.org
    Richard Westfall  rwestfall@halewestfall.com
    Peter Krumholz  pkrumholz@halewestfall.com
    Jonathan M. Anderson  jmanderson@hollandhart.com
    Doug Abbott  dabbott@hollandhart.com
    Anthony John Fabian  fabianlaw@qwestoffice.net

    *s/Marla A. Brock*
    Marla A. Brock, Paralegal
    BRUNO, COLIN & LOWE, P.C.