

CALL US ON 877-548-4062 | MY ACCOUNT    GIFT CERTIFICATES    SIGN IN OR CREATE AN ACCOUNT    VIEW CART

SEARCH FOR A PRODUCT

MAGAZINES    CAPACITY LAWS    ABOUT    CUSTOMER SERVICE    DEALER INQUIRIES    CONTACT



## AR-180 - 30/45

### $29.95

**Shipping:** Calculated at checkout

**Quantity:** 1

[ADD TO CART]    Add to wishlist



**PRODUCT DESCRIPTION**

30 round black Zytel Nylon magazine expanding to Optional 45 capacity for AR-180

**FIND SIMILAR PRODUCTS BY CATEGORY**

**PRODUCT REVIEWS**

---

### CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED



AR-180 - 30
$27.50



AR-15/M-16 - 30-MAGAZINE
$24.95

SC/10/223
$4.95



MC-SC-M-16/AR15
$12.95

Exhibit C

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More -

dcblake966@gmail.com

Patents    Find prior art    Discuss this patent    View PDF    Download PDF    

# Telescoping magazine
## US 4472900 A

## ABSTRACT

A telescoping magazine for holding and feeding cartridges to a firearm. The magazine has a fixed portion which itself comprises a firearm-engaging section and a skirt. The firearm-engaging section and the skirt are each provided with a plurality of ribs for holding two parallel offset rows of cartridges. A slide slides within the skirt and comprises slots adapted to receive ribs of the skirt. The magazine also has a follower biased by a spring.

| Publication number | US4472900 A |
| --- | --- |
| Publication type | Grant |
| Application number | 06/452,400 |
| Publication date | Sep 25, 1984 |
| Filing date | Dec 22, 1982 |
| Priority date | Dec 22, 1982 |
| Inventors | William J. Howard |
| Original Assignee | Howard; William J. |

Patent Citations (10), Referenced by (19), Classifications (8)

External Links: USPTO, USPTO Assignment, Espacenet

## IMAGES (4)

  

## DESCRIPTION

Referring now to the drawings in general and in particular to FIG. 1, there is shown a telescoping magazine 10 comprising a fixed portion 12 and a slide 14. The fixed portion 12 comprises a firearm-engaging section 16 attached to a skirt 18.

Referring now to FIG. 3, there is shown a cutaway view of the fixed portion 12 comprising its firearm-engaging section 16 and its skirt 18. Within the fixed portion 12 is shown a single representative cartridge 20. The cartridge 20 comprises a projectile 21 crimped into a neck 22. The neck 22 is connected to a shoulder 23 which, in turn, is connected to the body 24. The body 24 terminates in a base 25 having an extractor recess 26 and a rim 27. The cartridges, such as the representative cartridge 20, are stacked in the magazine in two parallel offset rows (see FIG. 6. See FIG. 4 of Ardolino.). The two rows are parallel to each other because the planes defined by the center lines of the respective cartridges are parallel. The two rows are offset because the cartridges in one row seek to rest in the space between adjacent cartridges of the adjacent row.

The firearm-engaging section 16 is provided with three pairs of ribs, only one rib of each pair being visible in FIG. 3. The rear pair of ribs, of which the rib 30 is one, contacts the adjacent row of cartridges on the body 24 of the cartridge 20 near its base 25. The intermediate pair of ribs, such as the rib 32, contacts the adjacent row of cartridges, such as the cartridge 20, on the body 24 of the cartridge 20 midway between the base 25 and the neck 22. The front pair of ribs, such as the

## CLAIMS

I claim:

1. A telescoping magazine for holding and feeding cartridges to a firearm; said magazine comprising:

2. The magazine of claim 1 wherein the skirt is equipped with a pair of front ribs and a pair of rear ribs;

3. The magazine of claim 1 wherein the slide is equipped with a tongue terminating in a lug adapted to fit into a lower hole in the skirt thus preventing the spring from forcing the slide from the skirt.

4. The magazine of claim 1 wherein the slide is equipped with a tongue terminating in a lug adapted to fit into an upper hole in the skirt in order to provide maximum compression of the spring.

5. The magazine of claim 1 having a length sufficient to hold thirty cartridges with the slide pushed in.

6. The magazine of claim 1 having a length sufficient to hold forty-five cartridges with the slide extended.

7. The magazine of claim 1 wherein the spring is a coil spring wherein the coil is rectangular in form.

8. The magazine of claim 1 wherein the spring is made of wire having a

Exhibit C

rib 34, contacts the adjacent row of cartridges, such as the cartridge 20, on the neck 22 of each cartridge.

The firearm-engaging section 16 of the fixed portion 12 of the magazine 10 is fixedly attached to a skirt 18. The skirt 18 has a rear pair of ribs, such as the rib 36, the rib 36 is substantially colinear with the rib 30. The pair of ribs 36,37 (see FIG. 6) contact the parallel offset row of cartridges on the body of each cartridge in the adjacent row in a manner similar to the function performed by the rib 30.

The skirt 18 is also equipped with a front pair of ribs 38,39 (see FIG. 6). The front pair of ribs 38,39 contact the parallel offset row of cartridges on the neck of each cartridge in the adjacent row in a manner similar to the ribs, such as the rib 34. The rib 38 is substantially colinear with the rib 34. The front wall 40 and the rear wall 42 are curved, such that adjacent cartridges are in contact with one another throughout the length of their bodies. The skirt 18 is provided with an upper lug-receiving hole 44 and a lower lug-receiving hole 46, the purpose and function of which is more completely described below. The lug-receiving hole 46 is near the lower extremity 48 of the skirt 18. The external surface of the skirt 18 is equipped with a plurality of circumferential bands, such as the bands 50,51,52,53. The bands 50,51,52,53 provide reinforcement for the skirt 18 and also provide a slip-resistant hand grip.

Referring now to FIGS. 4 and 5, there is shown the slide 14 useful in the magazine 10 of the present invention. The slide 14 is provided with a pair of rear slots, such as the slot 56, defined by parallel juxtaposed walls 58,60. The slot 56 has a width slightly greater than the rib 37 (see FIG. 6) and is adapted to slidingly receive the rib 37.

The slide 14 is also equipped with a pair of front slots, such as the slot 62. The slot 62 is defined by the walls 64,66. The width of the slot 62 is slightly larger than the width of the rib 39 (see FIG. 6) and is adapted to slidingly receive the rib 39.

The slide 14 is also equipped with a tongue 68 terminating in a lug 70. The lug 70 is adapted to fit into the lug-receiving holes 44,46 in the skirt 18 (see FIG. 3). The tongue 68 is outwardly biased to cause the lug 70 to engage either the hole 46 or the hole 44. When the lug 70 is engaged in the hole 46, the spring 84 is prevented from forcing the slide 14 from the skirt 18. Maximum compression of the spring 84 is provided by engaging the lug 70 in the hole 44. The slide 14 is also fitted with a spring-resisting bottom 72.

Referring now to FIG. 7, it can be seen that the slide 14 is equipped with a rear pair of ribs 74,76. The distance between the ribs 74,76 is equal to the distance between the ribs 36,37 of the skirt 18 (see FIG. 6). The slide 14 is also equipped with a front pair of ribs 78,80. The rib 80 is adjacent to the front slot 62. The distance between the ribs 78,80 is substantially equal to the distance between the ribs 38,39 (see FIG. 6).

Additionally, the slide 14 is equipped with an intermediate pair of ribs 86,88. This intermediate pair of ribs 86,88 contacts the adjacent row of cartridges, such as cartridge 20, on the body 24 of the cartridge 20 midway between the base 25 and the neck 22.

A rectangular coil spring (not shown in any of FIGS. 4, 5, 6, or 7) rests on the bottom 72 of the slide 14 and extends within the slide 14 between the ribs 74,76 and between the ribs 78,80 and is connected on its lower end to a follower 82 (see FIG. 3). Preferred structure for the follower is shown in Howard et al, U.S. Pat. No. 4,139,959. The structure of the follower there shown is ideally suited for the follower 82 of the present invention. The follower 82 is urged toward the cartridge 20 by the spring 84. The follower 82 is adapted to receive upward pressure from below caused by the spring 84. The spring 84 rests on the bottom 72 of the slide 14 and biases the follower 82 toward the cartridge 20 and the firearm (not shown). In the magazine 10 of the present invention, the spring 84 is prevented from snaking by contact of the spring 84 with the ribs 30, 32, 34, 36, 37, 38, 39, 74, 76, 78 and 80.

The telescoping magazine 10 of the present invention can be constructed of metal, plastic, or other material, but is preferably constructed of plastic. A wide variety of plastics can be employed if they have the proper physical properties of strength, resilience, case and toughness. Plastics such as polyesters, polyamides and polyolefins are potential candidates. The preferred material is a fiber-filled nylon sold by the Dupont Chemical Company under the tradename ZYTEL. In a preferred embodiment of the present invention, the fixed portion 12 comprising the firearm engaging portion 16 and the skirt 18 are formed from a

circular cross-section.

9. The magazine of claim 1 wherein the spring contacts the ribs of the skirt and is prevented from snaking by contact therewith.

10. The magazine of claim 1 wherein the external surface of the skirt is equipped with a plurality of circumferential bands which provide reinforcement for the skirt and also provide a slip-resistant hand grip.

11. The magazine of claim 1 wherein the skirt and slide are curved such that adjacent cartridges are in contact with one another throughout the length of their bases.

12. The magazine of claim 1 wherein the fixed portion, the slide and the follower are all constructed of thermoplastic.

13. The magazine of claim 1 wherein the fixed portion comprising the firearm engaging portion and the skirt are formed from a single, injection-molded piece of thermoplastic.

14. A telescoping magazine for holding and for serially feeding forty-five cartridges to a firearm

---

Exhibit C

single, injection-molded piece of thermoplastic.

To assemble the telescoping magazine 10 of the present invention, the spring 84 is attached to the follower 82 whereupon the spring 84 and the follower 82 are placed within the fixed portion 12 of the magazine 10 as shown in FIG. 3. The slide 14 is inserted into the bottom of the skirt 18 until the lug 70 catches on the hole 46 whereupon the magazine 10 has the appearance shown in FIG. 1. To disassemble the magazine 10, the lug 70 is forced from the hole 46 whereupon pressure exerted by the spring 84 on the bottom 72 of the slide 14 causes the slide 14 to be pushed from the skirt 18.

Magazine 10 of the present invention is loaded in a conventional manner by serially forcing cartridges, such as the cartridge 20, into the top of the firearm-engaging section 16. The first cartridge contacts the follower 82 whereupon subsequent cartridges align themselves in two parallel offset rows as is well known in the art. The telescoping magazine 10 of the present invention can be loaded with as many as thirty cartridges and stored for indefinite periods of time without weakening the spring 84 as long as the slide 14 is extended as shown in FIG. 1. When the magazine 10 contains less than about thirty cartridges, the slide 14 can be pushed fully in as shown in FIG. 2. In this configuration, the lug 70 seats itself in the hole 44 maintaining compression on the spring 84. The telescoping magazine 10 of the present invention can be employed in the configuration shown in FIG. 2 if the marksman is carrying the firearm in confined locations, if the spring 84 is weak or for any other reason. On the other hand, the magazine 10 of the present invention, with the slide 14 extended as shown in FIG. 1, can hold as many as forty-five cartridges and will feed them rapidly and reliably to the firearm.

Although the invention has been described in considerable detail with reference to a preferred embodiment thereof, it will be apparent to those skilled in the art that the present invention can be modified without departing from the spirit and scope of the invention as described above and as defined in the appended claims.

Additional objects and advantages of the present invention will be apparent to those of ordinary skill in the art by reference to the following detailed description and drawings wherein:

FIG. 1 is a side view of a telescoping magazine of the present invention with its slide extended; and

FIG. 2 is a side view of a telescoping magazine of the present invention with its slide in the uppermost position; and

FIG. 3 is a sectional view of the fixed portion of a telescoping magazine of the present invention; and

FIG. 4 is an end view of a slide to be used with the telescoping magazine of the present invention; and

FIG. 5 is a side view of the slide of FIG. 4; and

FIG. 6 is an enlarged sectional view taken along Line 6--6 of FIG. 3; and

FIG. 7 is a sectional view taken along Line 7-7 of FIG. 5; and

FIG. 8 is a sectional view of the spring useful in the present invention which sectional view is taken along Line 8--8 of FIG. 3.

Telescoping magazines for holding and feeding cartridges to a firearm are well known. The telescoping magazines generally comprise a container for two parallel offset rows of cartridges. The lowermost cartridge rests on a follower which is urged toward the firearm by a spring. Many attempts have been made to provide magazines that can be stored loaded with cartridges. See, for example, Ardolino, U.S. Pat. No. 3,443,334. However, such prior attempts suffer from a number of disadvantages. One disadvantage is that the spring weakens in storage. This weakening of the spring causes subsequent unreliable feeding of the cartridges from the magazine to the firearm. To overcome this disadvantage, modification in the structure and form of springs has been suggested. See Musgrave, U.S. Pat. No. 3,964,199. However, the springs of Musgrave are expensive and ineffective. They are ineffective because it requires as much as fifteen pounds of pressure to compress the spring. It is difficult or impossible to apply this pressure with the human hand alone.

Another problem in prior telescoping magazines is the tendency of the spring to depart from a straight line. This departure from a straight line is sometimes referred to as "snaking". Snaking of the spring causes uneven pressure on the cartridges and results in unreliable feeding of the cartridges from the magazine to the firearm.

Another problem is that prior magazines in general contain only twenty or at most twenty-five cartridges.

Accordingly, it is an object of the present invention to provide an improved telescoping magazine substantially free of one or more of the disadvantages of prior telescoping magazines.

Another object is to provide a telescoping magazine wherein the spring does not weaken on storage even when the magazine

Exhibit C

is stored with cartridges loaded in the magazine.

Another object is to provide a telescoping magazine which can employ an inexpensive coil spring.

Still another object of the present invention is to provide an improved telescoping magazine which requires far less than fifteen pounds of pressure to load cartridges into the magazine.

Still another object of the present invention is to provide an improved telescoping magazine free of spring snaking.

Still another object of the present invention is to provide an improved telescoping magazine capable of holding and reliably feeding forty-five cartridges.

## PATENT CITATIONS

| Cited Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| US1044983 * | Feb 20, 1912 | Nov 19, 1912 | Milton W. H. Brown | Box-magazine for firearms. |
| US3440751 * | Jun 30, 1967 | Apr 29, 1969 | Colt'S Inc. | Firearm box magazine with straight end and intermediate arcuate portions |
| US3443334 * | Aug 28, 1967 | May 13, 1969 | Edward J. Ardolino | Cartridge magazine with a spring whose force against the cartridge may be selectively increased |
| US3453762 * | Jun 19, 1967 | Jul 8, 1969 | Colt'S Inc. | Disposable magazine having a protective cover and follower retaining means |
| US3603020 * | Mar 27, 1970 | Sep 7, 1971 | Army Usa | Magazine assembly with expendable cartridge container unit |
| US3619929 * | Mar 13, 1969 | Nov 16, 1971 | Colt'S Inc. | Magazine with anti-double-feed indentations in the side walls |
| US3726038 * | Oct 12, 1971 | Apr 10, 1973 | D Us Bredbury | Rectilinear magazine |
| US3964199 * | Jun 2, 1975 | Jun 22, 1976 | Musgrave; Daniel D. | Adjustable spring assembly |
| US4139959 * | May 13, 1977 | Feb 20, 1979 | Harvey; William A. | Cartridge magazine |
| DE747658C * | Feb 8, 1942 | Oct 9, 1944 | | Patronenmagazin fuer Schusswaffen, bestehend aus zwei teleskopisch ineinander verschiebbaren Gehaeuseteilen |

* Cited by examiner

## REFERENCED BY

| Citing Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| US4777752 * | Jun 9, 1987 | Oct 18, 1988 | Howard; William J. | Blank magazine |
| US4831761 * | Jun 9, 1988 | May 23, 1989 | Kulakow; Eric M. | Gun magazine and spring assembly |
| US4888900 * | Mar 9, 1988 | Dec 26, 1989 | Howard; William J. | Magazine |
| US4901463 * | Oct 29, 1987 | Feb 20, 1990 | Chesnut; M. Gaines | Cartridge magazine having a single piece magazine head |
| US5113605 * | Jul 13, 1990 | May 19, 1992 | Dae Sam Co., Ltd. | Length-variable magazine |
| US5149897 * | Dec 6, 1991 | Sep 22, 1992 | Howard; William J. | See-through magazine |
| US7497044 * | Jan 11, 2006 | Mar 3, 2009 | Cammenga Corporation | Firearm magazine |
| US7533483 * | Jun 21, 2005 | May 19, 2009 | The United States Of America As Represented By The Secretary Of The Army | Composite magazine for chambering ammunition in a firearm |
| US7621063 * | Feb 9, 2006 | Nov 24, 2009 | Magpul Industries Corp. | Self-leveling follower for ammunition magazine |
| US7806293 * | Jun 30, 2009 | Oct 5, 2010 | Altieri Daniel P | Shotgun shell storing and dispensing device |
| US8225541 * | Jan 12, 2010 | Jul 24, 2012 | Okay Industries, Inc. | Magazine for a firearm |
| US20110167694 * | Jan 12, 2010 | Jul 14, 2011 | Okay Industries, Inc. | Magazine for a firearm |
| DE19706778A1 * | Feb 20, 1997 | Nov 6, 1997 | Arthur North Miami Beach Fla. Us Vanmoor | Magazine for firearm |
| DE19706778C2 * | Feb 20, 1997 | Aug 29, 2002 | Arthur Vanmoor | Magazinanordnung für Schußwaffen |
| EP0253230A2 * | Jul 3, 1987 | Jan 20, 1988 | William J. Howard | Magazine charger |

| | | | | |
|---|---|---|---|---|
| EP0937666A1 | Feb 15, 1999 | Aug 25, 1999 | G.D Societa' Per Azioni | Transmission for product transfer unit |
| WO1988010404A1 * | Jun 24, 1988 | Dec 29, 1988 | Anthony Charles Blackshaw | Magazine assembly for firearm |
| WO1992012393A1 * | Jan 9, 1991 | Jul 23, 1992 | Robert D. Switzer | Cartridge clip |
| WO2007081354A2 * | Feb 17, 2006 | Jul 19, 2007 | Robert M. Austin | Firearm magazine |

* Cited by examiner

## CLASSIFICATIONS

| | |
|---|---|
| U.S. Classification | 42/50 |
| International Classification | F41A9/00, F41A9/69, F41A9/65 |
| Cooperative Classification | F41A9/69, F41A9/65 |
| European Classification | F41A9/69, F41A9/65 |

Exhibit C