

## City Attorney Dennis Herrera News Release

For Immediate Release:
June 10, 2013
Contact: Matt Dorsey
(415) 554-4662

# Herrera sues over high-capacity ammo gun 'repair kits' intended to skirt California law

*Three gun accessories companies, gun show promoter named in suit for attempting 'clever end-run' by selling disassembled but fully functional high-capacity magazines*

SAN FRANCISCO (June 10, 2013)—City Attorney Dennis Herrera today filed suit against three gun accessories companies and a gun show promoter for selling disassembled high-capacity magazines in California in violation of a state law that prohibits the sale, manufacture, or import of gun ammunition feeding devices that accept more than 10 rounds. Ostensibly marketed as gun magazine "repair kits" in a barely-disguised attempt to skirt a 14-year-old California gun safety law, the disassembled equipment is intended for easy reassembly by purchasers into complete, fully functional high-capacity magazines that dramatically enhance the lethality of otherwise lawful firearms.

High-capacity magazines, which are designed to allow shooters to fire multiple rounds without stopping to reload, are a favored gun accessory among mass murderers who have relied on the devices' destructive firepower to perpetrate such high-profile massacres as those at Virginia Tech University in 2007, which resulted in 32 deaths; at an Aurora, Colo. movie theater in 2012, which killed 12 people; and at a Newtown, Conn. elementary school last December, which claimed the lives of 20 children and six adult staff members. Herrera's civil complaint filed in San Francisco Superior Court this morning alleges that three online gun equipment distributors and one prominent gun show organizer knowingly aid and abet illegal conduct in the state by marketing "California only" disassembled magazine parts, which at least one defendant wrongly represents as "100% legal."

"The gun businesses we've sued today think they've devised a clever end-run around California law by selling fully functional high-capacity magazines that have simply been disassembled into a few easily-reassembled parts," said Herrera. "Our litigation intends to prove otherwise. California lawmakers enacted smart gun safety precautions to prohibit devices that serve no sporting

[MORE]

Exhibit D

**City Attorney Dennis Herrera—Page 2**

purpose, and are clearly inappropriate for non-military uses.  Our common sense laws balance public safety imperatives with the constitutional rights of responsible gun owners, and they deserve to be aggressively enforced."

The State of California enacted its prohibition on the sale, manufacture, or import of large-capacity magazines in 1999, declaring the devices to be public nuisances.  Lawmakers at the time expressly grandfathered owners of large-capacity magazines possessed before the prohibition took effect on Jan. 1, 2000, allowing for the lawful repair and maintenance of magazines by licensed dealers and gunsmiths.  According to Herrera's complaint filed in San Francisco Superior Court this morning, the defendants' marketing makes clear that their sales of disassembled but brand new magazine parts is an effort to evade California law, wrongly informing consumers in some cases that their products are "100% legal repair/rebuild kits."

Online vendors named as defendants in Herrera's civil action are: Harbor, Ore.-based 44Mag Distributing LLC, which operates www.44mag.com; Dallas, Texas-based Exile Machine, LLC, which operates www.exilemachine.com; and Pitsburg, Ohio-based Copes Distributing, Inc., which operates www.copesdistributing.com.  Herrera also sued Kaysville, Utah-based B & L Productions, Inc., which hosts gun shows throughout California as "Crossroads of the West Gun Show," including at the Cow Palace in Daly City, Calif., where large-capacity magazine "repair kits" are typically available for purchase.

Herrera's lawsuit was investigated and filed by his office's Consumer Protection Unit, which pursues civil actions under California's Unfair Competition Law to protect consumers and law-abiding competing businesses from unlawful, unfair, and fraudulent business practices.  The unit's actions are funded by civil recoveries under the provisions of Proposition 64, which California voters enacted in 2004 to direct monetary penalties recovered by government prosecutors to the enforcement of consumer protection laws.  If successful, Herrera's action could result in a court-ordered injunction to immediately prohibit further unlawful conduct by the companies, together with civil penalties of up to $2,500 for each act of unfair competition and legal costs.

The case is: *People of the State of California v. 44MAG Distributing LLC et al.*, San Francisco Superior Court, No. CGC-13-531982, filed June 10, 2013.  A PDF copy of the complaint and accompanying exhibits is available on the S.F. City Attorney's website at http://www.sfcityattorney.org/.

# # #

Exhibit D

DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Complex & Special Litigation
KRISTINE POPLAWSKI, State Bar #160758
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
1390 Market Street, 7th Fl.
San Francisco, California 94102-5408
Telephone:     (415) 554-3878
Facsimile:     (415) 554-3985
E-Mail:        kristine.poplawski@sfgov.org
E-Mail:        christine.van.aken@sfgov.org

Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA
Ex rel. San Francisco City Attorney Dennis J. Herrera

ENDORSED
FILED
San Francisco County Superior Court

JUN 10 2013

CLERK OF THE COURT
By: _____KEITH D. TOM_____
                              Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. San Francisco City Attorney Dennis J. Herrera,

    Plaintiff,

vs.

44MAG DISTRIBUTING LLC d/b/a 44MAG.COM, an Oregon limited liability company; EXILE MACHINE, LLC, d/b/a EXILEMACHINE.COM, a Texas limited liability company; COPES DISTRIBUTING, INC., an Ohio corporation; and B & L PRODUCTIONS, INC., a Utah corporation, d/b/a CROSSROADS OF THE WEST GUN SHOWS, and DOES 1 through 50, inclusive.

    Defendants.

Case No. CGC-13-531982

**COMPLAINT FOR INJUNCTIVE RELIEF AND CIVIL PENALTIES FOR VIOLATIONS OF BUSINESS AND PROFESSIONS CODE SECTIONS 17200 AND 17500**

PEOPLE v. 44MAG DISTRIB'G. LLC, ET AL.   COMPLAINT

n:\cpu\li2013\131020\00852044.doc

Exhibit D

Plaintiff, the People of the State of California, acting by and through San Francisco City Attorney Dennis Herrera, is informed and believes and alleges as follows:

## INTRODUCTION

1. In California, it is unlawful to sell, manufacture, or import a magazine that accepts more than 10 rounds of ammunition. And for good reason. These devices, known as large-capacity magazines, multiply the destructive power of firearms by allowing a shooter to fire many rounds without stopping to reload. They have been used in many recent, high-profile mass shootings, such as the 2007 Virginia Tech shooting, which killed 32 people; the 2012 Aurora, Colorado shooting, which killed 12 people; and the 2012 Newtown, Connecticut shooting, where 20 children were killed alongside several of their teachers. Indeed, a researcher investigating the 1994 federal ban on large-capacity magazines and assault weapons determined that attacks with semiautomatics equipped with large-capacity magazines resulted in more shots fired, more persons hit, and more wounds inflicted per victim than attacks with other firearms.

2. Because these devices are so lethal, the State of California enacted its prohibition on the sale, manufacture, or import of large-capacity magazines in 1999, and indeed it declared them to be public nuisances. In an effort to balance the state's public safety needs against the interests of gun owners, however, California did not prohibit the continued possession of large-capacity magazines by people who owned them before the sale/manufacture/import prohibition took effect on January 1, 2000. California also made express provision for these grandfathered owners of pre-ban large-capacity magazines to repair their magazines by taking them to licensed dealers and gunsmiths for upkeep and repair. But these grandfathered owners, and all other residents of the state who are not law enforcement officers or otherwise exempt, are not permitted to acquire new large-capacity magazines.

3. Each of the Defendants in this case has flouted California's public safety mandate for its own profit. Defendants 44Mag, Exile Machine, and Copes ("Online Defendants") all ship brand-new large-capacity magazines to customers throughout California in the guise of "repair kits." These "repair kits" are not individual magazine parts to replace, say, a worn-out spring or a cracked baseplate in a lawfully possessed magazine. Instead they are *disassembled large-capacity magazines* that are readily reassembled by purchasers into brand-new, fully functional large-capacity magazines. The

1  Online Defendants are or should be fully aware that assembling new large-capacity magazines is
2  precisely the purpose for which all or the overwhelming majority of their customers purchase them.
3  And that is precisely how the Online Defendants market them: as new magazines that can readily be
4  assembled.  The fact that the Online Defendants intend for Californians to use their products not to
5  repair lawfully owned magazines but instead to assemble new magazines is apparent from the fact that
6  the Online Defendants target sales of these "repair kits" only to residents of states that restrict or ban
7  large-capacity magazines, including specifically California.  The Online Defendants do not promote
8  the sale of these "repair kits" to residents of states that do not restrict the capacity of firearms
9  magazines—demonstrating that their true purpose is not to sell repair kits but to subvert and
10 circumvent California law.  By their unlawful and unfair conduct, they profit at the expense of public
11 safety in California.

12      4.      Defendant Crossroads of the West operates gun shows in California—including at the
13 Cow Palace, which is in San Francisco's backyard.  At these gun shows, with the knowledge,
14 authorization, and encouragement of Crossroads of the West, retailers import into California and sell
15 disassembled large-capacity magazines, also on the pretense that they are "repair kits."  Crossroads of
16 the West, too, knowingly profits from this unlawful arms trade.

17      5.      These are unlawful and/or unfair and fraudulent business practices that compromise
18 California's public safety objectives, make a mockery of the State's laws, and knowingly or
19 intentionally aid and abet the unlawful purchase, importation and/or manufacture of large-capacity
20 magazines by California residents.  This Court should enter an injunction to stop these practices and
21 should order the Defendants to pay civil penalties for their past acts of unfair competition.

**PARTIES**

23      6.      Plaintiff the People of the State of California, by and through San Francisco City
24 Attorney Dennis J. Herrera ("People"), prosecutes this action pursuant to Business and Professions
25 Code §§ 17200 and 17500.

26      7.      Defendant 44Mag Distributing LLC, d/b/a 44mag.com ("44Mag"), is an Oregon
27 limited-liability company with its principal offices at 18709 Ranch Road in Harbor, Oregon.  44Mag
28 operates a website that sells wholesale rifle and pistol magazines over the internet and is doing

2
PEOPLE v. 44MAG DISTRIB'G. LLC, ET AL.      COMPLAINT          n:\cpu\li2013\131020\00852044.doc

Exhibit D

business in California.  In particular, 44Mag targets California customers to sell them large-capacity magazine "repair kits."  See Exhibit A hereto (44Mag.com webpage, http://www.44mag.com/product/california_large_capacity_magazine_repair_parts_kits/s, last visited June 7, 2013), which is incorporated herein by reference.  44Mag's internet site advertising these wares is accessible in San Francisco, and 44Mag has sold or intends to sell its "repair kits" to San Francisco consumers.

8. Defendant Exile Machine, LLC, d/b/a exilemachine.com ("Exile Machine") is a Texas limited-liability company with its principal offices in Dallas, Texas.  Exile Machine operates a website which sells firearms accessories and is doing business in California.  In particular, Exile Machine targets California customers to sell them large-capacity magazine "repair kits," and also offers, for a fee, to disassemble and ship to California residents as repair/rebuild kits those large-capacity magazines that California customers have purchased from another source which refuses to disassemble the magazine or ship it to California.  See Exhibits B-1 (Exile Machine webpage, https://www.exilemachine.net/shop/pages/we-ship-to-ca-9.html, last visited June 7, 2013) and B-2 (Exile Machine webpage, https://www.exilemachine.net/shop/ca-magazine-disassembly-service-508.html, last visited June 7, 2013) hereto, which are incorporated herein by reference. Exile Machine's internet site advertising these wares is accessible in San Francisco, and Exile Machine has sold or intends to sell its "repair kits" and its magazine disassembly service to San Francisco consumers.

9. Defendant Copes Distributing, Inc. ("Copes") is an Ohio corporation with its principal offices in Pitsburg, Ohio.  Copes operates a website which sells firearms and firearms-related products and is doing business in California. In particular, Copes targets California customers to sell them large-capacity magazine "repair kits."  See Exhibit C hereto (Copes webpage at: http://www.copesdistributing.com/bcalifornia-magazine-repair-p-2488.html, last visited June 7, 2013), which is incorporated herein by reference.  Copes' internet site advertising these wares is accessible in San Francisco, and Copes has sold or intends to sell its "repair kits" to San Francisco consumers.

10. Defendant B & L Productions, Inc. is a Utah corporation, doing business as Crossroads of the West Gun Show ("Crossroads"), with its principal place of business in Kaysville, Utah.

Crossroads hosts gun shows regularly in California and is doing business in California. Upon information and belief, San Francisco consumers have purchased large-capacity magazine "repair kits" from vendors at Crossroads gun shows, particularly those occurring at the Cow Palace in Daly City, and large-capacity magazine "repair kits" purchased from Crossroads gun shows are readily transported into San Francisco.

11. Plaintiff the People is not aware of the true names and capacities of Defendants sued herein as DOES 1 through 50, inclusive, and therefore sues these Defendants by such fictitious names. Each fictitiously named Defendant is responsible in some manner for the violations of law alleged. The People will seek leave of court to amend this complaint to allege their true names and capacities when that information is ascertained. Whenever reference is made in this Complaint to "Defendants" or "Online Defendants," such reference shall include DOES 1 through 50 as well as the named Defendants.

## JURISDICTION AND VENUE

12. The Superior Court has jurisdiction over this action. The Online Defendants and Crossroads are conducting unfair and/or unlawful and fraudulent business practices in California, and the City Attorney has the right and authority to prosecute these cases on behalf of the People.

13. Venue is proper in this Court because some of the injuries of which the People complain have occurred in San Francisco and because injunctive relief is necessary to stop all of the Defendants, and each of them, from delivering large-capacity magazines to San Francisco or marketing and selling them to San Francisco residents.

## UNFAIR AND/OR UNLAWFUL AND FRAUDULENT BUSINESS PRACTICES

14. With few exceptions, California Penal Code §§ 32310 *et seq.* prohibits any person in California, after January 1, 2000, from manufacturing, importing, selling, giving, or lending any large-capacity magazine. The prohibition on importing large-capacity magazines has no exception for importing additional large-capacity magazines to cannibalize for parts.

15. Notwithstanding this prohibition, 44Mag, Exile Machine, and Copes ship disassembled large-capacity magazines to California consumers who order them, including to San Francisco consumers, under the guise that these disassembled magazines are "repair kits." This is a fig leaf.

There is no exception in the Penal Code which allows the importation of large-capacity magazines in disassembled form by people who owned large-capacity magazines before they were prohibited on January 1, 2000.  And even if there were such an exception, these Online Defendants know or should know that at least some of their customers do not own grandfathered large-capacity magazines, and are instead merely unlawfully importing the magazines they purchase from the Online Defendants.  The Online Defendants are therefore aiding and abetting violations of California penal law, and making a mockery of this law solely for their own profits.

16. The fact that the Online Defendants know that they are aiding and abetting, and intend to aid and abet, illegal conduct by the California purchasers of their large-capacity magazine "repair kits" is apparent from the facts that their "repair kits" do not include only the parts that a grandfathered magazine owner needs to make any particular repair, and that the kits are not limited to the parts of a magazine that need repair most frequently such as the spring.  Instead, the Online Defendants' "repair kits" contain an entire magazine, disassembled into three or four separate parts.  Indeed, many of the Online Defendants are careful to assure their California customers that when they order a "repair kit," they are actually receiving an entire magazine.  For instance, 44Mag states that the kit "includes all the parts of a magazine."  See Exhibit A hereto, which is incorporated herein by reference.  Exile Machine tells California customers that if they "purchase magazines which hold more than 10 rounds, [Exile Machine] will automatically disassemble them into 100% legal repair/rebuild kits."  See Exhibit B-1 hereto, which is incorporated herein by reference.  Copes advertises that for "California only," "High capacity Rifle and Pistol magazines can be disassembled into rebuild kits for shipment," and charges a $1.00 "disassembly fee" for each large-capacity magazine that a California customer orders.  See Exhibit C hereto, which is incorporated herein by reference.

17. The fact that the Online Defendants know they are aiding and abetting, and intend to aid and abet, illegal conduct by the California purchasers of their large-capacity magazine "repair kits" is also apparent from the fact that the Online Defendants offer the "repair kits" only to residents of states that restrict or ban large-capacity magazines.  Indeed, they discourage the purchase of the "repair kits" by residents of states that do not restrict the capacity of firearms magazines.  For instance, 44Mag has a "frequently asked questions" page that states, "[Q.]  I live in a state that doesn't have

magazine restrictions can I order a repair parts kit? [A.] No, you can order the complete magazine so it would be silly to pay the extra fee for the exact same parts just in unassembled form." See Exhibit A hereto, which is incorporated herein by reference. In other words, it is "silly" to repair a large-capacity magazine by purchasing another complete but disassembled magazine; the only sensible purpose for the Online Defendants' "repair kits" is to assemble them into prohibited ammunition devices. And that is precisely what the Online Defendants flagrantly encourage and assist California residents to do.

18. The fact that the Online Defendants know that they are aiding and abetting, and intend to aid and abet, illegal conduct by the California purchasers of their large-capacity magazine "repair kits" is apparent from the fact that the Online Defendants are aware that many other sellers of large-capacity magazines refuse to ship them in disassembled form to California residents. For example, in addition to selling large-capacity magazine repair/rebuild kits to California residents, Exile Machine also offers a "CA Magazine Disassembly" service "For California Customers Only," whereby, for a charge of $5.56, Exile Machine will disassemble and ship to California a magazine with capacity greater than 10 rounds that a California resident has purchased from another source which refuses to disassemble and ship the magazine to California. That Exile Machine does not expect the California purchasers of these disassembled magazines to use them for repair is also demonstrated by its requirement of a minimum order of 10 such magazine disassemblies – indicating that Exile Machine expects and encourages California residents to make bulk purchases of large-capacity magazines, not simply a single set of parts for use in repairing an existing lawfully owned pre-ban large capacity magazine. See Exhibit B-2 hereto, which is incorporated herein by reference.

19. The fact that the Online Defendants know that they are aiding and abetting, and intend to aid and abet, illegal conduct by the California purchasers of their large capacity magazine "repair kits" is also apparent from the fact that it is not necessary for a California resident who lawfully owns a pre-ban large-capacity magazine to purchase an entire, new large-capacity magazine in order to repair the device. Section 32425 of the Penal Code expressly provides that the prohibition against transfer of a large-capacity magazine does not apply to the transfer of the device to a gunsmith for maintenance, repair, or modification.

20. None of the Online Defendants conditions its sale of "repair kits" to California customers on a customer's assurance that he or she actually owns a lawful, grandfathered large-capacity magazine, or is a person who is otherwise entitled to own large-capacity magazines under the Penal Code. And some of the Online Defendants make their illicit intentions even more plain. Exile Machine has a webpage that states: "**California customers:** If you purchase magazines which hold more than 10 rounds, we will automatically disassemble them into 100% legal repair/rebuild kits for compliance with CA law." See Exhibit B-1 hereto, which is incorporated herein by reference.

21. By offering large-capacity magazine "repair kits" for sale on their websites, each of the Online Defendants also falsely represents that California consumers may lawfully purchase disassembled large-capacity magazines as "repair kits." Some of the Online Defendants are even more explicit in representing that disassembled magazines may be imported into California. For instance, Exile Machine advertises that its "repair kits" are "100% legal" under California law. See Exhibit B-1 hereto, which is incorporated herein by reference. These Online Defendants are therefore misrepresenting the law to Californians, and openly and flagrantly assisting them in circumventing the law.

22. Crossroads holds gun shows at venues throughout California, including several shows each year at the Cow Palace in Daly City, at which many of its customers are California residents. Crossroads has the right and ability to control the wares sold and displayed at its gun shows, as evidenced by its decision to ration ammunition sales at some of its shows to prevent vendors from running out of ammunition. Crossroads allows vendors at its California gun shows to import, display for sale, and sell disassembled large-capacity magazines, and allows California residents to purchase disassembled large-capacity magazines as "repair kits" without even offering an assurance, much less proof, that the purchaser lawfully possesses a large-capacity magazine to repair. Crossroads knows or should know that the true purpose of many of these sales is for Californians to unlawfully acquire large-capacity magazines. It nonetheless flagrantly facilitates this illegal conduct, in service of its own profits. These practices are aiding and abetting sales of large-capacity magazines in California in violation of the Penal Code, and they are unfair and/or unlawful business practices.

**CAUSE OF ACTION FOR
VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTION 17200
AGAINST ALL DEFENDANTS**

23.     The People incorporate by reference paragraphs 1 through 22 inclusive.

24.     California Business and Professions Code section 17200 prohibits any "unlawful, unfair or fraudulent business act or practices."  Each of the Defendants has engaged in unlawful, unfair and/or fraudulent business acts and practices in violation of section 17200 as follows:

    a.     Each of the On-Line Defendants has, with knowledge or constructive knowledge, aided and abetted violations of California's laws concerning large-capacity magazines by selling disassembled large-capacity magazines to California consumers.

    b.     Crossroads has, with knowledge or constructive knowledge, aided and abetted violations of California's laws concerning large-capacity magazines by allowing vendors at its California gun shows to import, display for sale, and to sell disassembled large-capacity magazines, and by allowing California residents at its California gun shows to purchase disassembled large-capacity magazines as "repair kits."

    c.     The Online Defendants have engaged in fraudulent business practices by overtly or impliedly advertising that California consumers' purchases of disassembled large-capacity magazines are lawful.  Crossroads has engaged in fraudulent business practices by permitting vendors at its California gun shows to offer disassembled large-capacity magazines for sale as purportedly legal "repair kits."  These advertisements and business practices are likely to deceive reasonable California consumers about the legality of purchasing such magazines.

    d..     The Defendants' business practices, as described in this Complaint, constitute unfair business practices because they offend established public policy, and because the harm they cause to consumers and to public safety in California greatly outweighs any benefits associated with those practices.

**PRAYER FOR RELIEF**

The People pray for judgment against the Defendants, and each of them, as follows:

1.      An order by which the Court enjoins each of the Defendants from performing or proposing to perform or aiding and abetting any acts of unfair competition in California;

2.      An order that Defendants pay $2,500.00 in civil penalties for each of their acts of unlawful and/or unfair competition;

3.      Costs of suit; and

4.      For such further and additional relief as the Court deems proper.

Dated:   June 10, 2013

> DENNIS J. HERRERA
> City Attorney
> OWEN J. CLEMENTS
> Chief of Special Litigation
> KRISTINE POPLAWSKI
> CHRISTINE VAN AKEN
> Deputy City Attorneys
>
> By: *[signature]*
> KRISTINE A. POPLAWSKI
> Attorneys for Plaintiff
> THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. San Francisco City Attorney Dennis J. Herrera

44Mag.com offers wholesale rifle and pistol magazines.

View Cart | Checkout 0 Items

How To Order | Your Account | Order Status | Contact Us | Wishlist

Enter keyword  SEARCH

### CATEGORIES

- 1911 Pistol
- AK Magazines
- AR15 & M16
- Armalite
- ASC Magazines
- Beretta Magazines
- Black Dog Machine
- Browning
- Check-Mate Industries
- Cobray
- Colt
- CZ
- D&H Industries
- DPMS
- FNH USA
- Glock
- GSG
- Heckler & Koch
- Kel-Tec
- M1 Carbine
- M1 Garand
- M1A & M14
- M3 Greasegun
- Magpul Industries
- Mec-Gar
- Mossberg
- NHMTG
- Ruger
- Sako
- Sig Sauer
- SKS
- Smith & Wesson
- Springfield XD
- Surefire
- Tactical Innovations
- VCI Bags
- Closeouts

## California Large Capacity Magazine Repair Parts Kits

**California Large Capacity Magazine Repair Parts Kits**

44Mag.com offers large capacity magazine repair parts kits for sale to California customers. These are sometimes also referred to as rebuild kits. **A magazine parts kit includes all of the parts of a magazine but the parts are not assembled into a magazine.** The cost of a kit is the cost of a complete magazine plus an additional service charge usually about $1.49. California DOJ has specifically stated that these kits are legal for sale in California. **Please read all of the following information before placing an order.**

California defines "large-capacity magazines" as those which hold more than 10 rounds. Since January 1, 2000 California residents have been unable to purchase or transfer any magazines with capacities over 10 rounds. The law allows residents to keep magazines that they owned prior to the law taking effect so **there are still millions of legally owned magazines over 10 rounds in California**.

Magazines are one of the most wear prone parts of a firearm and will of course need to be repaired over time. The millions of legally owned magazines in California are no exception. In 2005 the California Dept of Justice issued a letter (**link to .pdf copy**) clarifying that it was legal for Californians to purchase replacement parts to repair or rebuild their existing legally owned magazines.

Any and all parts of the existing magazine can be replaced. The old parts do not need to be retained. It is not illegal to possess all of the parts to manufacture a new large-capacity magazine, as long as you do not manufacture the magazine in the state of California. Additionally it is legal to use the parts from a large capacity magazine repair parts kit to manufacture a magazine that holds ten rounds or less. This modification must be permanent.

To purchase large capacity magazine repair parts kits simply select the parts kit check box when adding the item to your cart. An additional service charge will apply that varies depending on which kit is purchased.

**Frequent questions:**

**I don't live in CA but my state has magazine capacity restrictions can I order a repair parts kit?**
No, unless your state also issues a letter clarifying repair parts kit legality we will not be able to ship kits to any states besides CA.

**I live in a state that doesn't have magazine restrictions can I order a repair parts kit?**
No, you can order the complete magazine so it would be silly to pay the extra fee for the exact same parts just in unassembled form.

**Where can I get more information on CA magazine restrictions?**
We suggest **Calguns Foundation Wiki**.

It is the responsibility of the buyer to ascertain and obey all applicable local, state, and federal laws in regard to the possession, use, and sale of any item or parts purchased from 44Mag Distributing LLC.



Ordering repair kits is easy! Check the repair kit box when adding an item to your cart.



Example of a Glock repair parts kit.



Example of a Magpul PMAG repair parts kit.

SIGN UP FOR EMAIL SPECIALS  Enter E-mail Address  SIGN UP

Shipping Info | Returns |

© Copyright 2000-2013 44MAG Distributing LLC, Po Box 3321

Exhibit D



Home  Log In

Shopping Cart 0 item(s) - $0.00

| WE SHIP TO NYS | WE SHIP TO CA | CREDIT CARD CUSTOMERS PLEASE NOTE | Enter search keywords here |

Accessories  Airguns  Ammunition  AR Pistol  Handgun  Legal Compliance  Less Lethal  Magazines  Optics  Rifle  Services  Shotgun

### Categories

- Accessories->
- Airguns
- Ammunition->
- AR Pistol->
- Handgun->
- Legal Compliance
- Less Lethal
- Magazines->
- Optics->
- Rifle->
- Services
- Shotgun->

Specials ...
New Products ...
Featured Products ...
All Products ...

### Manufacturers

Please Select

### Reviews  [more]



The HammerHead is awesome for those of us behind enemy...



### Information

- Shipping Policy
- Privacy Notice
- Terms & Conditions
- Contact Us

### More Information

- About Us

Home :: WE SHIP TO CA

## WE SHIP TO CA



*Our CEO lived and worked in California on & off over the last 40 years. We've got your back, California!*

#### Yes, we gladly ship to California customers!

If you purchase magazines which hold more than 10 rounds, we will automatically disassemble them into 100% legal repair/rebuild kits for compliance with CA law.  We do not charge extra for this service. **Your invoice will clearly state (in ALL CAPS & BOLD) that you are receiving disassembled repair/rebuild kits.** Note that a few types of magazines are welded shut and can not be disassembled.

**PLEASE NOTE: CA-Legal Magazine Repair / Rebuild Kits are considered USED the minute we open and disassemble them, and for that reason incur a significant restock fee if returned for any reason. Please research carefully to ensure the disassembled magazines you are purchasing will work with your weapon. We take special care during the disassembly process but parts of certain models of magazine repair/rebuild kits may exhibit scuffing or scraping or minor tool marks as a natural consequence of the disassembly process.  We provide no warranty on magazine parts kits. Warranty claims must be made with the magazine manufacturer. Note that you may have no warranty rights if the manufacturer refuses to deal with a California customer. We can offer no instructions or assistance with reassembly or repair of your existing magazines.**

#### Yes, Magazine Rebuild Kits are LEGAL in CA!

If you are concerned about the legality of purchasing disassembled magazines, please read this letter from the CA Department of Justice. (689k PDF)

Of course large capacity magazines are only part of the equation in CA. Aerosol self defense sprays > 2.5 oz per can are verboten but we'll ship you the smaller cans no problem. Non aerosol sprays are a no-go (e.g., Pepperblaster).

Proceeds from the sales of most items on this store go toward the development and production of California compliance devices, such as our Hammerhead AR-15 grip.

We're all hoping for the quick overturning of the CA semiautomatic rifle ban and the other crazy restrictions. We want everyone in this great country to enjoy shooting as we do here in Texas. Until then we'll be happy to get you everything we can legally ship to you.

#### What about the other Restricted States?

**We do sell into the other ban states as well, but their laws are different from California's laws and so we do not sell postban high capacity mags or disassembled magazines for example to DC, HI (no high cap pistol mags, high cap rifle mags are OK), MA, MD, NJ, NY, and certain specific jurisdictions in IL, and any other place they are prohibited by state or local laws.  Other products are restricted in the various states and these restrictions may not all be noted on the product page. Be sure you know the laws in your area before purchasing.**

Home

  

Copyright © 2013 Exile Machine LLC.

Exhibit D



Home  Log In

🛒Shopping Cart 0 item(s) - $0.00

WE SHIP TO NYS    WE SHIP TO CA    CREDIT CARD CUSTOMERS PLEASE NOTE

Enter search keywords here  🔍

Accessories  Airguns  Ammunition  AR Pistol  Handgun  Legal Compliance  Less Lethal  Magazines  Optics  Rifle  Services  Shotgun

**Categories**

▸ Accessories->
▸ Airguns
▸ Ammunition->
▸ AR Pistol->
▸ Handgun->
▸ Legal Compliance
▸ Less Lethal
▸ Magazines->
▸ Optics->
▸ Rifle->
▸ Services
▸ Shotgun->

Specials ...
New Products ...
Featured Products ...
All Products ...

**Manufacturers**

[Please Select ▼]

**Reviews  [more]**



Write a review on this product.

**Information**

▸ Shipping Policy
▸ Privacy Notice
▸ Terms & Conditions
▸ Contact Us

**More Information**

▸ About Us

Home ::  Legal Compliance ::  CA MAGAZINE DISASSEMBLY SERVICE

Legal Compliance

Item 2 of 19

[Previous]  [Listing]  [Next]



larger image

**CA MAGAZINE DISASSEMBLY SERVICE**

**$5.56**

**Disassembly of a Magazine (>10 rounds) into a repair/rebuild kit**

Service for magazines you are going to purchase elsewhere

**WE NEVER CHARGE A FEE TO TAKE APART THE MAGS WE SELL. This service is ONLY for mags we do not stock that you are purchasing elsewhere (gunbroker, mail-order dealer, private party etc.) and the seller refuses to break them down for you.**

**INSTRUCTIONS**

1. **PLACE YOUR DISASSEMBLY SERVICE ORDER** from this page for the number of mags you are having sent for us to disassemble. The quantity of this service ordered must equal or exceed the quantity of magazines you are having shipped here. **In the order comments, you must write the name and location of your seller and the types of magazines you are having disassembled, e.g., Jake's Pawn Shop, Abilene TX, QTY 10 Galil/Golani 30 rd mags P/N GG1234.**
2. **WAIT FOR OUR APPROVAL EMAIL (this is not the same as the automated order confirmation email)**
3. **PLACE YOUR MAGAZINE ORDER WITH YOUR SELLER**
    ◦ If the seller won't even take your order, please stop reading and contact us at sales@exilemachine.com.
4. **YOUR SELLER SHIPS MAGS HERE**. The package *MUST* be addressed as follows:

    EXILE MACHINE LLC
    ORDER # XXXXX <<-- (Your Exile Machine order # from Step 1 above goes here)
    400 E ROYAL LN, STE 290 BLDG 3
    IRVING TX 75039

    Packages not addressed in this manner will be returned to your seller. It is *extremely* important that the seller put our company name on the package.
5. **WE DISASSEMBLE AND SHIP**. When your mags arrive here we will break them down into CA legal rebuild kits and then ship to you.

**PLEASE NOTE:**

• **MAGAZINES ONLY**. Do not have the seller ship any other products or promotional items to us but the specific magazines you need to be disassembled. Any other products included with the order will be billed under our legal parts brokering service and the entire order will be held pending payment of that service.
• Handgun, rifle, shotgun mags OK. Mix and match magazine brands and types OK. Drums OK.
• One shipment from one vendor per disassembly order.  For each different shipment or vendor, please place a new order from this page.
• This service is not applicable if we have the same brand and model of mags in stock on our store.
• FOR CALIFORNIA CUSTOMERS ONLY
• We are NOT an FFL so please do not have any guns shipped here, just mags.
• We provide no warranty passthrough on the original product. Warranty claims must be made with the seller of the magazines. Note that you may have no warranty rights at all if the seller refuses to deal with a CA customer.
• Transactions incomplete after 45 days will be cancelled and will forfeit the purchase price for this service. Any mag shipments received after the cutoff date will be refused.
• Actual shipping charges apply without regard to any shipping promotions that may be in effect on our store.
• We do not provide any assistance or instructions for: reassembly of the kits, blocking the kits to 10 rounds, or repair of your existing mags.
• We insure the first $100 of your order value at no extra charge.  If you are having more than $100 worth of magazines disassembled, please purchase additional shipment insurance to cover loss or damage during shipment.  This insurance only covers shipment from our facility.  We do not cover shipment or insurance from your seller to us.

Add to Cart: [10]
Min: 10
[Add to Cart]

Part Number: #CA_MAGAZINE_DISASSEMBLY_SERVICE
99111 Available
Manufactured by: Exile Machine LLC



Exhibit D

**Customers who bought this product also purchased...**



LEGAL FIREARM PARTS BROKERING SERVICE



PROMAG SAIGA 308WIN 24RD BLK



AZOOM SNAP CAPS 308WIN 2/PK



GLOCK MAG EXT PLUS TWO 9/40/357



MAGAZINE GLOCK 22/35 40S&W 15RD



MAGAZINE GLOCK 22 40SW 22RD

Home



Copyright © 2013 Exile Machine LLC.

Exhibit D

Shipping & Returns     Advanced Search     Create an Account     Log in     

HOME   FEATURED   TOP SELLERS   SPECIALS   BRANDS   REVIEWS   CONTACT US

CART: 0 items                    Site Search

FIREARMS   AMMUNITION   MAGAZINES   ACCESSORIES   SUPPLIES   GEAR   SPORTING GOODS   EMERGENCY FOOD   MISC   COPE'S APPAREL

Top » Catalog » Accessories » Rifle Accessories » AK47 Rifle Parts » SERVICE











Exhibit D



Exhibit D