

PRODUCTS    INNOVATION    DEALERS    PROPAGANDA    SUPPORT    CONTACT

LOG IN | CREATE AN ACCOUNT    VIEW CART    0

SEARCH

**SHOP MAGPUL**

**PRODUCT CATEGORIES**

- PMAG® MAGAZINES»
  - PMAG® ACCESSORIES»
- MBUS® RIFLE SIGHTS»
- BUTTSTOCKS»
- RIFLE GRIPS»
- HAND GUARDS & FORENDS»
- RAILS & ACCESSORIES»
- MAGAZINE ENHANCEMENTS»
- SLINGS & SLING MOUNTS»
- SHOTGUN ACCESSORIES»
- THEORY BASED PRODUCTS»
- MISCELLANEOUS ACCESSORIES»
- MOE® PRODUCTS
- MAGPUL ORIGINAL EQUIPMENT»
- TRAINING VIDEOS»
- PROPAGANDA ITEMS»
- MAGPUL APPAREL»
- IPHONE CASES»

SHIPPING & RETURNS
PRIVACY NOTICE
CONDITIONS OF USE
CONTACT US

HOME / PMAG® MAGAZINES / PMAG® 20 AR/M4 GEN M3, 5.56X45 MAGAZINE

## PMAG® 20 AR/M4 GEN M3, 5.56x45 Magazine



PLEASE ORDER FROM DEALERS & DISTRIBUTORS

**DESCRIPTION** | SPECS | RELATED INFO

The next-generation PMAG 20 GEN M3 is a 20-round 5.56x45 NATO (.223 Remington) polymer magazine for AR15/M4 compatible weapons. Along with expanded feature set and compatibility, the GEN M3 incorporates new material technology and manufacturing processes for enhanced strength, durability, and reliability to exceed rigorous military performance specifications.

Modified internal and external geometry also permits operation with a wide range of non Colt-spec platforms such as the HK® 416 and MR556A1, M27 IAR, British SA-80, FN® SCAR™ MK 16/16S, and others. A redesigned bolt catch notch in the rear of the magazine provides increased bolt catch clearance, while an over-travel stop on the spine helps ensure the magazine will not over-insert on compatible weapons.

The PMAG 20 GEN M3 features a long-life USGI-spec stainless steel spring for commonality, four-way anti-tilt follower and constant-curve internal geometry for reliable feeding, and simple tool-less disassembly to ease cleaning. In addition, an included pop-off Impact/Dust Cover can optionally be used to minimize debris intrusion and protect against potential damage during storage and transit. Low profile ribs and new aggressive front and rear texture gives positive control of the GEN M3 in all environments, and a paint pen dot matrix has been added to the bottom panel of the body to allow easy marking by the end user for identification. The new, easy to disassemble flared floorplate aids extraction and handling of the magazine while providing improved drop protection, but is slightly slimmer than before for better compatibility with tight double and triple magazine pouches.

Made in U.S.A.

**ITAR**
International Traffic in Arms Regulations Controlled Product

### RELATED PRODUCTS



**MINUS 5 ROUND LIMITER – PMAG® AR/M4 GEN M3, 3 PACK**

The PMAG Minus 5 Round Limiter installs in 10, 20, or 30 round GEN M3 PMAG...



**PMAG® RANGER PLATE™ – AR/M4 GEN M3, 3 PACK**

The Magpul PMAG Ranger Plate is a floorplate replacement for the 5.56x45 PMAG...



**MINUS 10 ROUND LIMITER – PMAG® AR/M4 GEN M3, 3 PACK**

The PMAG Minus 10 Round Limiter installs in 20 or 30 round GEN M3

Exhibit E

# MAGPUL
UNFAIR ADVANTAGE

PRODUCTS | INNOVATION | DEALERS | PROPAGANDA | SUPPORT | CONTACT

LOG IN | CREATE AN ACCOUNT    VIEW CART    0

SEARCH

**SHOP MAGPUL**

**PRODUCT CATEGORIES**

- PMAG® MAGAZINES»
- MBUS® RIFLE SIGHTS»
- BUTTSTOCKS»
- RIFLE GRIPS»
- HAND GUARDS & FORENDS»
- RAILS & ACCESSORIES»
- MAGAZINE ENHANCEMENTS»
  - PMAG® ACCESSORIES»
    - THE ORIGINAL MAGPUL®»
    - POLYMER DUMMY ROUNDS – USGI 5.56X45»
- SLINGS & SLING MOUNTS»
- SHOTGUN ACCESSORIES»
- THEORY BASED PRODUCTS»
- MISCELLANEOUS ACCESSORIES»
- MOE® PRODUCTS
- MAGPUL ORIGINAL EQUIPMENT»
- TRAINING VIDEOS»
- PROPAGANDA ITEMS»
- MAGPUL APPAREL»
- IPHONE CASES»

SHIPPING & RETURNS
PRIVACY NOTICE
CONDITIONS OF USE
CONTACT US

HOME / MAGAZINE ENHANCEMENTS / PMAG® ACCESSORIES / MINUS 5 ROUND LIMITER – PMAG® AR/M4 GEN M3, 3 PACK

## Minus 5 Round Limiter – PMAG® AR/M4 GEN M3, 3 Pack



PLEASE ORDER FROM DEALERS & DISTRIBUTORS

**DESCRIPTION** | SPECS | RELATED INFO

The PMAG Minus 5 Round Limiter installs in 10, 20, or 30 round GEN M3 PMAG bodies, reducing the magazine capacity by five rounds. Designed for sporting and hunting applications, installation of the Limiter is simple, tool-less, and requires no permanent modification of the magazine body.

Made in U.S.A.

**NOTE: Will NOT make a banned magazine legal!** This product is intended for TEMPORARY capacity reduction of PMAG AR/M4 GEN M3 magazines. This product does not constitute a permanent capacity reduction. The user is responsible for knowing applicable laws in any jurisdiction the restricts magazines based on capacity or regulates magazine capacity for hunting. Please check all laws and regulations of your state and locality to determine the legality of your host ammunition magazines.

**ITAR**
International Traffic in Arms Regulations Controlled Product

### RELATED PRODUCTS



**PMAG® 30 AR/M4 GEN M3, 5.56X45 MAGAZINE**

The next-generation PMAG 30 GEN M3 is a 30-round 5.56x45 NATO (.223...



**PMAG® 30 AR/M4 GEN M3 WINDOW, 5.56X45 MAGAZINE**

The next-generation PMAG 30 GEN M3 Window is a 30-round 5.56x45 NATO (.223...



**PMAG® 10 AR/M4 GEN M3, 5.56X45 MAGAZINE**

The PMAG 10 GEN M3 is a 10-round 5.56x45 NATO (.223 Remington) polymer...



**PMAG® 20 AR/M4 GEN M3, 5.56X45 MAGAZINE**

The next-generation PMAG 20 GEN M3 is a 20-round 5.56x45 NATO (.223...

DESIGNED, MANUFACTURED AND ASSEMBLED IN COLORADO, USA

   

SIGN UP FOR THE MAGPUL NEWSLETTER

© Copyright 2013 Magpul. All Rights Reserved.    Shipping & Returns | Privacy Notice | Conditions of Use | Contact Us



Exhibit E