

Welcome to MagazineBlocks.com

My Account | My Wishlist | My Cart | Checkout | Log In

HOME | PRODUCTS | FAQ | DISTRIBUTORS | LINKS | CART | CONTACT US

Home > Products > Pmag 10/30 Magazines

### Our Products

- **Products**
  - Magblocks
  - 10 Round Magazines
  - Magazine Accessories
  - Rifle Accessories
  - Services
  - Clearance

### My Cart

You have no items in your shopping cart.

### Compare Products

You have no items to compare.





### Popular Tags

Gen  Gen3  GenM3  3

View All Tags

### Newsletter



Double click on above image to view full picture

**MORE VIEWS**

# Pmag 10/30 Magazines

Like — You like this. Sign Up to see what your friends like.

1 Review(s) | Add Your Review

✉ Email to a Friend  📋 Wishlist  📑 Compare

Availability: In stock ✓

**$29.99**

Buy 2 for **$24.95** each and *save 17%*

## Quick Overview

Magpul Pmag 10/30 with Magblock installed.

Magpul PMAG 30 round 5.56mm magazine converted to hold only 10 rounds using our exclusive Magblock.

- Block comes epoxied to the spring for a permanent modification unless requested as a rebuild kit from the drop down menu.

- Floor plates can also be epoxied upon request using the drop down menus.

- The original Magpul lower spring attachment is included. Our block replaces this part.

| *Color | * Required Fields |
|---|---|

Choose an Option...

**Options (If none selected block comes epoxied to the spring)**

Epoxy Floor plate closed
Add Ultimate Bullet Button Tool  + **$2.00**

**Add Ranger Plate**

None
Add Magpul Ranger Plate  + **$4.95**
Add Ranger Plate and Ultimate Bullet Button Tool  + **$6.95**

$29.99

Qty:  [ Add to Cart ]

Exhibit F


Sign up for our newsletter
**Sign Up for Our Newsletter:**

Subscribe



Wishlist
Compare

**Product Description** | Additional Information | Product Tags

The MagPul Gen 4 PMag AR-15 Magazine is constructed from advanced polymers exhibiting superior impact resistance and light weight. The 10/30-round magazine features a constant curve interior profile for enhanced feeding of cartridges. An anti-tilt follower and high quality stainless steel spring ensure reliable feeding, while the textured magazine body and flared floorplate improve handling over conventional metal-bodied magazines. The Pmag is designed to lock into place reliably on a closed bolt with a full 10 rounds, unlike standard magazines which are generally down-loaded. The snap-on Impact Cover protects the feed lips from impacts and debris while in storage or during transport, and allows fully loaded magazines to be stored long-term (over 1 year) without compromising the integrity of their feed lips. The design of the floor plate is simple to disassemble using the impact cover or an improvised punch for ease of cleaning and maintenance. Will accept all MagPul PMag accessories, such as Maritime Floor Plates and PMag Ranger Plates. Available in four molded-in colors: Black, Flat Dark Earth, Foliage Green and Olive Drab. Technical Information: 4th Generation 10/30 Configuration. 10 Round Magazine. Available in Black, Flat Dark Earth, Foliage Green and Olive Drab Anti-Tilt Follower and Stainless Steel Spring Impact Cover stores on bottom of magazine (with standard floorplate installed) Slim Body Ribs for snag free use in double and triple mag pouches Accepts PMag Ranger Plates and PMag Maritime Floor Plates Magpul PMAG 30 round 5.56mm magazine converted to hold only 10 rounds using our exclusive Magblock.