

**HK Pistol Parts**
- Accessories
- Magazines

**MP5**
- HK 94
- MP5 SD
- MP5 Clones

**HK .22lr Rifles**
- HK MP5, HK416
- GSG 5

**MP5K**
- SP89, MP5K-N
- MP5K PDW

**MP5 40**
- MP5 10
- MP5 .357

**HK 91**
- HK G3
- PTR 91
- CETME
- G3K, PTR PDW

**HK 93**
- HK 33
- HK 53
- Vector Arms V53 V93
- C93

**HK 416, HK 417**
- HK MR556
- MR762
- MP7 A1

**HK G36**
- HK G36K
- HK G36C
- HK SL8

**HK USC Carbine**
- HK UMP 45
- HK UMP 40
- HK UMP 9mm

**PSG1**
- MSG90

**HK 21**
- HK 21E
- HK 23E
- HK 11

**HK Apparel**
- Shirts
- Hats

**HK Knives**
- Benchmade

**HK 300**
- HK G41
- HK SL6

**HK Firearms**
- Pistols
- Rifles
- Custom Builds

New HK Products
Pre-owned HK Products
Glock Magazines
AR-15, AK-47, Glock Parts
Clipped & Pinned Services
Emergency Preparedness
Browse Catalog
Gift Certificates

Search for Parts & Accessories [ ] Search

# HK USP .40 S&W 13 Round Magazine

Our Products - HK Pistol Parts > HK USP 40 Parts

HK USP Full Size .40 S&W 13 Round Magazine. New HK German USP full size Magazine. Fits all HK USP full size pistols such as the following:

- USP .40 Full Size
- USP .40 Tactical
- USP .40 Elite/Expert

Please note: Does not fit USP Compacts or P2000

(*Click to see larger image and other views*)

**SKU: HKN20069**
Brand: **Heckler & Koch**
Type: **Magazine**
Origin: **German**
Condition: **New**
Caliber: **40 S&W**
Magazine Capacity: **13**
Magazine Type: **Magazine**
MPN: 214097S

**In Stock**

**Price: $49.95**

1 Add to Cart
Add to Wishlist

Previous Item | Next Item

**Related Products:** | ★★★★ **Reviews:**

**Related Items Others Found Useful.**

Check the check boxes next to the additional products that you would like to add to the shopping cart, then click on the "Add to Cart" button above. A check box is not shown if a product requires that you select an option or fill out a field. (*) indicates a required accessory.

**HK USP 40 S&W 10 Round Magazine**
**Price $49.95**
Add to Cart

**Magazine Spring For USP & USPC Magazines**
**Price $8.95**
Add to Cart

**USP Full Size 9mm & .40 Cal Floor Plate**
**Price $8.95**
Out of Stock

Exhibit G

(801) 987-3494 - Adam Webber - HKParts.net Copyright 2010 All Rights Reserved

Exhibit G



# HK USP Operators Manual

## USP 9mm x 19mm • USP Caliber .40 S&W
## USP Caliber .45 ACP

*In a world of compromise, some don't.*

**Including USP Tactical and USP Expert**

Exhibit G

## MAGAZINE DISASSEMBLY

**CAUTION:** Beware of the spring tension exerted by the magazine spring while removing and installing the magazine floor plate. Keep the base of the magazine pointed in a safe direction (away from the face and eyes) at all times during disassembly.

Different types of USP magazines are in use, depending on model, caliber, and after the Fall of 1994; whether the magazines were produced for civilian or military/law enforcement use.

### Disassembly of Law Enforcement/Military restricted use magazines and magazines produced before October 1994.

1. Using a blunt pointed instrument depress the locking detente located in the floor plate and hold it there (see Figure 34).
2. Place a portion of either hand over the base of the magazine to control the release of the magazine spring and locking plate.
3. Slowly slide the floor plate forward off of the magazine housing.



Figure 34

4. Gradually allow the locking plate and magazine spring to expand out of the magazine housing.
5. Remove the locking plate, magazine spring and magazine follower from the magazine housing.

### Disassembly of magazines produced after October 1994 for U.S. civilian use.

1. Using a blunt pointed instrument depress the locking insert detente located in the floor plate and hold it there (see Figure 34).
2. Place a portion of either hand over the base of the magazine to control the release of the magazine spring and locking insert.
3. With the locking detente still depressed, squeeze the floor plate locking tabs located on the right and left

34

Exhibit G

sides of the magazine.



Figure 35A



Figure 35B Restricted Use Magazine

4. Gradually allow the locking insert and magazine spring to expand out of the magazine housing. (see Figure 35A)
5. Remove the locking insert, magazine spring and magazine follower from the magazine housing.



Figure 35C 10 round Civilian Magazine

Exhibit G

## MAGAZINE ASSEMBLY



Figure 36

1. Place the magazine follower onto the magazine spring with the end of the spring positioned on the left of the follower. (See Figure 37)

2. Insert the follower and magazine spring into the magazine housing as depicted in Figure 36.

3. Place the locking plate, or locking insert on US civilian magazines, onto the protruding end of the magazine spring so that the rounded corners face towards the front of the magazine.

4. Push the locking plate down into the magazine housing against the pressure of the magazine spring and **hold it there**.

5. **On 10-round magazines**, push the floor plate up onto the base of the magazine housing until the locking tabs engage in the sides of the housing. Check to see if the locking tabs on the floor plate are securely locked into the housing and the locking detente on the locking plate fits within the hole in the floor plate.

**On restricted use magazines**, push the floor plate over the base of the magazine housing and the locking plate from front to rear. Make sure the floor plate is fully seated on the magazine housing and the locking detente on the locking plate fits within the hole in the floor plate.

**On all magazines**, check the magazine for proper assembly by insuring that the follower slides up and down freely within the magazine housing and with spring tension. Also check that the magazine follower rises within the magazine housing to be nearly flush against the bottom of the magazine lips.



Figure 37
"Civilian use" 10-round magazine (left), Law Enforcement/Military "restricted use" magazine (right)

37

Exhibit G