

Case No. 1:13-cv-01300-MSK-MJW Document 40-8 filed 06/24/13 USDC Colorado pg 1 of 1

SHOP MAGPUL

PRODUCT CATEGORIES

- PMAG® MAGAZINES»
- MBUS® RIFLE SIGHTS»
- BUTTSTOCKS»
- RIFLE GRIPS»
- HAND GUARDS & FORENDS»
- RAILS & ACCESSORIES»
- MAGAZINE ENHANCEMENTS»
  - PMAG® ACCESSORIES»
  - THE ORIGINAL MAGPUL®»
  - POLYMER DUMMY ROUNDS – USGI 5.56X45»
- SLINGS & SLING MOUNTS»
- SHOTGUN ACCESSORIES»
- THEORY BASED PRODUCTS»
- MISCELLANEOUS ACCESSORIES»
- MOE® PRODUCTS
- MAGPUL ORIGINAL EQUIPMENT»
- TRAINING VIDEOS»
- PROPAGANDA ITEMS»
- MAGPUL APPAREL»
- IPHONE CASES»

SHIPPING & RETURNS
PRIVACY NOTICE
CONDITIONS OF USE
CONTACT US

## MagLink™ Magazine Coupler – PMAG® 30 GEN M2 MOE/GEN M3

PLEASE ORDER FROM A DEALER OR DISTRIBUTOR

DESCRIPTION | SPECS | RELATED INFO

The MagLink is a coupler for PMAG 30 AR/M4 GEN M2 MOE and GEN M3 magazines which allows the user to attach two magazines together for more efficient speed reloads, and to keep an additional 30 rounds of ammunition accessible on the weapon at all times. The MagLink features a two-piece bolt on design and durable, lightweight reinforced polymer construction.

Black only. Made in U.S.A.

## RELATED PRODUCTS

**PMAG® 30 AR/M4 GEN M2 MOE® WINDOW, 5.56X45 MAGAZINE**

Magpul Original Equipment (MOE) is a line of firearm accessories designed to...

**PMAG® 30 AR/M4 GEN M3, 5.56X45 MAGAZINE**

The next-generation PMAG 30 GEN M3 is a 30-round 5.56x45 NATO (.223...

**PMAG® 30 AR/M4 GEN M3 WINDOW, 5.56X45 MAGAZINE**

The next-generation PMAG 30 GEN M3 Window is a 30-round 5.56x45 NATO (.223...

**PMAG® 30 AR/M4 GEN M2 MOE®, 5.56X45 MAGAZINE**

Magpul Original Equipment (MOE) is a line of firearm accessories designed to...

© Copyright 2013 Magpul. All Rights Reserved.

REVITALIZING AMERICAN MANUFACTURING
MAGPUL
DESIGNED IN COLORADO - MADE IN USA

Exhibit H