## Declaration of Douglas G. Hamilton, Sr.

I, **Douglas G. Hamilton, Sr**, declare under penalty of perjury that the following is true and correct:

I am the President and CEO/CFO of Hamilton Family Enterprises, Inc, d/b/a Family Shooting Center at Cherry Creek State Park under contract with the State of Colorado. As such, I am responsible for the overall day-to-day operations, financial viability and future physical development of this Colorado State Parks Concession.

Family Shooting Center at Cherry Creek State Park ("Family Shooting Center" or "FSC") is a multi-discipline shooting facility that includes a rifle range, pistol range, law-enforcement range, sporting clays and five-stand range, a trap range using both electric and hand launching stations, a shotgun patterning board, and an archery range. FSC is the largest public outdoor shooting facility on the Front Range in Colorado; over 64,000 shooters used the facility in 2012, and that number has grown each year since 2004. Nearly all persons who shoot at FSC pay some form of use fee at either individual or group rates, which is the primary source of revenue for Hamilton Family Enterprises.

In addition to operation, supervision and maintenance of the shooting facilities, FSC also makes available for use by qualified members of the public firearms that are equipped with magazines of standard issue having capacities of more than fifteen rounds or that have smaller magazines that may be convertible to more than 15 rounds. FSC also sells firearms equipment and accessories, which includes standard magazines for many firearms whose capacities exceed fifteen rounds and smaller magazines that may be convertible to more than 15 rounds. A large number of rifle and pistol magazines sold and/or in use at FSC prior to July 1, 2013 will be

EXHIBIT C

illegal to transfer after that date. Historically, 20-30% of gross FSC revenues have been the sales of equipment, accessories and ammunition. Sales this year of equipment and accessories has grown to nearly half of FSC's gross revenues. HB 1224 will drastically reduce, if not outright end, these sales/revenues. A similar claim can be made for all revenues of FSC as most of its business stems from shooter participation, which as discussed below is expected to greatly decline due to the new laws.

Per contract requirements of its concession, FSC is currently in the process of adding a "move-and-shoot" pistol range which will permit law enforcement, private security and civilians with concealed carry permits to engage in more dynamic practical firearms practice and training. This new range constitutes a significant capital investment by Hamilton Family Enterprises. The new laws will have a significant impact on the viability of this new range in that nearly all shooters who are expected to utilize this particular range frequently use firearms that accept magazines with capacities of greater than fifteen rounds.

FSC hosts all type and manner of firearms use, training and practice. In addition to hosting recreational shooters in all disciplines (rifle, pistol, shotgun), FSC is utilized by law enforcement and firearms instructors for all types and levels of training, hunter safety education handling and live-fire practice, fundraisers and competitive matches in all shooting disciplines, including those for disabled and/or handicapped shooters , e.g. Wounded Warrior Project and the National Veterans Wheelchair Games. The majority of shooters who use FSC facilities, whether informally or competitively, own and shoot firearms that use, as standard equipment, magazines whose capacities exceed fifteen rounds and smaller magazines that may be convertible to more than 15 rounds.

EXHIBIT C

Since enactment of the statutes in question, my staff has been frequently contacted by current and potential patrons regarding the legality of the use of standard firearms that accept or use magazines exceeding fifteen rounds and smaller magazines that may be convertible to more than 15 rounds. Many have expressed apprehension in bringing their firearms and/or magazines to FSC after July 1, 2013. These shooters have expressed serious concern of inadvertently running afoul of the new laws, particularly because FSC is known to have a frequent and substantial presence of law enforcement personnel who would be compelled to enforce the new laws. Further, my staff and myself are unable to provide any clear guidance or information regarding what types of equipment or conduct is or is not in compliance with the new laws. We are the people to whom our clientele looks for guidance/direction on the legal use of firearms at FSC and we are unable to provide that guidance/direction because we ourselves are unclear as to the meaning, interpretation and/or effect of the new laws.

The vagueness and uncertainly of the laws pertaining to magazine capacities and transfer prohibitions have made it unnecessarily and unreasonably unclear as to how FSC should modify, if at all, its rules, operations and monitoring of its shooting ranges in order to avoid both civil and criminal liability. Under the new laws, I have determined that it would be imprudent, if not outright contrary to law, to continue many of the current common practices and operations of FSC, including the sale of magazines/accessories and the rental of firearms, all of which fall under the purview of the new laws. Additionally, it would be completely impractical, if not impossible, to monitor all conduct on the premises to ensure the legal use of most of the firearms brought to FSC given the myriad of ways in which the new laws can or should be interpreted. Simply put, if my staff or myself cannot ascertain what equipment or conduct is in compliance

EXHIBIT C

with state law, we will be forced to err on the side of caution and severely curtail, if not entirely terminate, the operation of our facility. Should the "designed to be readily converted" and "continuous possession" provisions of HB 1224 remain effective, I am dubious as to the ability of FSC to continue operations to the extent it can remain economically viable. Each of the individual disciplines of the shooting ranges tends to supplement the others in revenue and profits, depending on the season. Losing one or two of the profitable disciplines due to the perceptions of restrictions mandated by the new laws will cause loss of economic viability in the other disciplines. I cannot operate FSC on a severely-restricted basis and maintain the economic viability necessary to comply with the requirements of my total concession contract obligations with the State of Colorado to fully develop and operate FSC.

Executed on this, the 26th day of June, 2013.

Douglas G. Hamilton, Sr.

EXHIBIT C