## Declaration of Timothy Brough

I, Timothy Brough, declare under penalty of perjury that the following is true and correct.

I am a licensed firearms dealer located in the State of Colorado. My business is named Rocky Mountain Shooters Supply and I buy and sell many firearms and associated magazines that will be outlawed by House Bill 13-1224 ("HB 1224"). Nearly 99% of my business revenue is generated by customers within the State of Colorado.

Due to the passage of HB 1224, I have already suffered a significant economic injury. Based on my customers' orders, I have attempted to obtain over $500,000 worth of inventory from various manufacturers. Unfortunately, because of the language contained in HB 1224, many manufacturers are refusing to deliver the requested merchandise. Therefore, I have been forced to return my customers' payment and have lost the associated revenue.

Also, based on my review of my business's past sales records as well as our projections for 2013, I anticipate the following lost revenue due to HB 1224's "designed to be readily converted" and "grandfather" clauses:

1. Loss of sales at the firing range associated with my business because of the uncertainty of what magazines and firearms are legal to own and possess: $50,000; and

2. Loss of handgun sales and accessories with magazines that carry 15 or fewer rounds and include a detachable floor plate: $550,000.

In addition to the above economic injuries I will suffer due to HB 1224, I currently possess over $350,000 in merchandise that will be illegal to sell or transfer after HB 1224 goes into

EXHIBIT D

effect. Because of the lost revenue caused by HB 1224, I expect that I will have to cut my workforce by 20-25%.

Finally, aside from the economic losses my business will suffer due to HB 1224, I am deeply concerned about my personal criminal exposure. Because of the language used in HB 1224, I am uncertain as to exactly which firearms and associated magazines are unlawful and what exactly it means to be in "continuous possession" of a grandfathered magazine. Thus, I am forced to choose between either selling firearms and the associated magazines that may be unlawful under HB 1224, or risk the viability of my business. A restraining order prohibiting enforcement of the "designed to be readily converted" and "grandfather" clauses of HB 1224 would allow me to continue to operate my business without the fear of prosecution until they can be further litigated.

Executed on this, the 26th day of June, 2013.

*Timothy Brough*

EXHIBIT D