IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, *et al.*,

    Plaintiffs

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiffs respectfully petition this Court for leave to file a Second Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2). In support, Plaintiffs state as follows:

**Certification.** Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel has conferred with counsel for Defendant concerning the substance of this motion. Defendant has consented to the filing of the Second Amended Complaint, via an email from Solicitor General Dan Dominico to David Kopel, sent at 3:05 p.m. on June 28, 2013.

1. The Second Amended Complaint does not in any way affect the Motion for a Preliminary Injunction and TRO, or the July 10 hearing on the Motion. The change in paragraph 207 (discussed below) relates to language in House Bill 1224 which is not challenged in the Motion ("capable of accepting"). The second change, in

paragraph 105, provides more explicit information about the Sheriffs' interests in the case a whole. Defendant is not challenging the Sheriffs' standing in regards to the Preliminary Injunction hearing. Defendant's Response, at 14.

2. Rule 15(a)(2) provides that a district court should freely grant a plaintiff leave to amend a pleading "when justice so requires." Thus, the "Court should freely grant leave to amend absent good reason not to do so." *Rigg v. City of Lakewood*, 896 F. Supp. 2d 978, 981 (D. Colo. 2012).

3. "Good reason" to deny leave to amend includes undue delay, bad faith, or dilatory motive on the party of the movant, repeated failures to cure deficiencies by previously allowed amendments, undue prejudice to the opposing party, or futility. *York ex rel. York v. Cherry Creek Sch. Dist. No. 5*, 232 F.R.D. 648, 649-50 (D. Colo. 2005) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

4. Here, Plaintiffs seek leave to amend the First Amended Complaint for two reasons.

5. First, paragraph 207 of the First Amended Complaint raises the problem of vagueness because of rifle cartridges of different lengths. This is not an issue involving "designed to be readily converted" (which is a subject of the Preliminary Injunction Motion). Instead, this involves the separate language outlawing magazines "capable of accepting" more than 15 rounds. The example given in paragraph 207 was incorrect; tube magazines for rimfire ammunition are exempted by HB 1224. Plaintiffs seek leave to amend paragraph 207 to provide an accurate example involving centerfire ammunition.

6. Second, in the First Amended Complaint, the Sheriffs, as members of the category of the Plaintiffs in general, and as members of the category of individual Plaintiffs, had raised their personal Second and Fourteenth Amendment rights as American citizens. See First Amended Complaint, ¶¶ 95, 137, 158, 187, 207, 214, 217, and 231.

7. Defendant, in his Response Brief, expressed surprise that the Sheriffs are asserting their individual rights. Response at 14.

8. Therefore, in the interest of absolute clarity, Plaintiffs seek to amend paragraph 105, in the section on the Plaintiff Sheriffs' interests, to further state the Sheriffs' individual rights and interests, even though those rights and interests had already been repeatedly stated in the First Amended Complaint.

9. These amendments will not cause undue delay and are not motivated by bad faith or dilatoriness on the part of Plaintiffs. Nor will the granting of Plaintiffs' motion cause Defendant any undue prejudice. Accordingly, this Court should grant Plaintiffs leave to amend the First Amended Complaint in the ways described herein.

10. Plaintiffs are conditionally submitting their Second Amended Complaint herewith.

WHEREFORE, Plaintiffs respectfully request that this Court issue an Order granting Plaintiffs' Motion for Leave to File an Amended Complaint, and accepting the attached Second Amended Complaint for filing pursuant to Fed. R. Civ. P. 15(a)(2).

Respectfully submitted this 1st day of July, 2013.

<div style="margin-left: 3em;">

s/David B. Kopel
Independence Institute
727 E. 16th Avenue
Denver, CO 80203
Phone: (303) 279-6536
Fax: (303) 279-4176
david@i2i.org
**Attorney for Sheriffs and David Strumillo**

s/Richard A. Westfall
Richard A. Westfall
Peter J. Krumholz
HALE WESTFALL LLP
1445 Market Street, Suite 300
Denver, CO 80202
Phone: (720) 904-6022
Fax: (720) 904-6020
rwestfall@halewestfall.com
**ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC. THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, AND WOMEN FOR CONCEALED CARRY**

s/Douglas Abbott
Jonathan M. Anderson
Douglas Abbott
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: (303) 295-8566
Fax: (303) 672-6508
jmanderson@hollandhart.com
**ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION**

</div>

<u>s/Marc F. Colin</u>
BRUNO COLIN JEWELL & LOWE PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
Phone: (303) 831-1099
Fax: (303) 831-1088
mcolin@bcjlpc.com
**ATTORNEY FOR LICENSED FIREARMS DEALERS**

<u>s/Anthony J. Fabian</u>
LAW OFFICES OF ANTHONY J. FABIAN PC
510 Wilcox Street, Suite C
Castle Rock, CO 80104
Phone: (303) 663-9339
Fax: (303) 713-0785
fabianlaw@qwestoffice.net
**ATTORNEY FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC. D/B/A FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 1, 2013, I served a true and complete copy of the foregoing Motion for Leave to File an Amended Complaint and of the Second Amended Complaint upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado. I further certify that on July 1 I directly emailed a copy of this Motion and the Complaint to the same persons.

| | |
|---|---|
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| Matthew Groves | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| David Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |

        s/David B. Kopel
        Independence Institute
        727 E. 16th Avenue
        Denver, CO 80203
        Phone: (303) 279-6536
        Fax: (303) 279-4176
        david@i2i.org