IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 13-CV-01300-MSK-MJW | FTR - Courtroom A-502 |
| Date: June 10, 2013 | Courtroom Deputy, Ellen E. Miller |

JOHN B. COOKE, Sheriff of Weld County, Colorado;
TERRY MAKETA, Sheriff of El Paso County, Colorado;
JUSTIN SMITH, Sheriff of Larimer County, Colorado;
DAVID A. WEAVER, Sheriff of Douglas County, Colorado:
BRUCE W. HARTMAN, Sheriff of Gilpin County, Colorado;
KEN PUTNAM, Sheriff of Cheyenne County, Colorado;
DENNIS SPRUELL, Sheriff of Montezuma County, Colorado;
TIM JANTZ, Sheriff of Moffat County, Colorado;
JERRY MARTIN, Sheriff of Dolores County, Colorado;
MIKE ENSMINGER, Sheriff of Teller County, Colorado;
SHAYNE HEAP, Sheriff of Elbert County, Colorado;
CHAD DAY, Sheriff of Yuma County, Colorado;
FRED D. MCKEE, Sheriff of Delta County, Colorado;
LOU VALLARIO, Sheriff of Garfield County, Colorado;
FRED HOSSELKUS, Sheriff of Mineral County, Colorado;
BRETT L. POWELL, Sheriff of Logan County, Colorado;
JAMES FAULL, Sheriff of Prowers County, Colorado;
LARRY KUNTZ, Sheriff of Washington County, Colorado;
BRIAN E. NORTON, Sheriff of Rio Grande County, Colorado;
DUKE SCHIRARD, Sheriff of La Plata County, Colorado;
JIM BEICKER, Sheriff of Fremont County, Colorado;
RONALD BRUCE, Sheriff of Hindsdale County, Colorado;
CHRIS S. JOHNSON, Sheriff of Otero County, Colorado;
FRED JOBE, Sheriff of Custer County, Colorado;
DONALD KRUEGER, Sheriff of Clear Creek County, Colorado;
JAMES CRONE, Sheriff of Morgan County, Colorado;
SI WOODRUFF, Sheriff of Rio Blanco County, Colorado;
TOM RIDNOUR, Sheriff of Kit Carson County, Colorado;
TOM NESTOR, Sheriff of Lincoln County, Colorado;
STAN HILKEY, Sheriff of Mesa County, Colorado;
FORREST FRAZEE, Sheriff of Kiowa County, Colorado;
RICK DUNLAP, Sheriff of Montrose County, Colorado;
TED B. MINK, Sheriff of Jefferson County, Colorado;
DAVE STONG, Sheriff of Alamosa County, Colorado;
FRED WEGENER, Sheriff of Park County, Colorado;
BRUCE NEWMAN, Sheriff of Huerfano County, Colorado;
RANDY PECK, Sheriff of Sedgwick County, Colorado;
DOMINIC MATTIVI, JR., Sheriff of Ouray County, Colorado;
JOHN MINOR, Sheriff of Summit County, Colorado;
SCOTT FISCHER, Sheriff of Jackson County, Colorado;
PETER GONZALEZ, Sheriff of Archuleta County, Colorado;
RICK BESECKER, Sheriff of Gunnison County, Colorado;

CHARLES "ROB' URBACH, Sheriff of Phillips County, Colorado;
ROD FENSKE, Sheriff of Lake County, Colorado;
GRAYSON ROBINSON, Sheriff of Arapahoe County, Colorado;
DAVID D. CAMPBELL, Sheriff of Baca County, Colorado;
MIKE NORRIS, Sheriff of Saguache County, Colorado;
AMOS MEDINA, Sheriff of Costilla County, Colorado;
MILES CLARK, Sheriff of Crowley County, Colorado;
DAVID ENCINIAS, Sheriff of Bent County, Colorado;
SUE KURTZ, Sheriff of San Juan County, Colorado;
JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado;
GARRETT WIGGINS, Sheriff of Routt County, Colorado;
DOUGLAS N. DARR, Sheriff of Adams County, Colorado;
RODNEY JOHNSON, Sheriff of Grand County, Colorado;
COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
COLORADO YOUTH OUTDOORS;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BURRUD ARMS INC. D/B/A JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY;
GOODS FOR THE WOODS;

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

Defendant.

## *AMENDED*  COURTROOM MINUTES / MINUTE ORDER

*This Courtroom Minutes/Minute Order is AMENDED to add date and location of hearing information only.    No other changes are made.*

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session:**   11:31 a.m.
Court calls case.
Appearances of counsel for Plaintiffs: David B. Kopel, Richard A. Westfall, Peter J. Krumholz, Douglas L. Abbott, Marc F. Colin, and Anthony J. Fabian.
Appearances of counsel for Defendant: Kathleen L. Spalding,  Matthew D. Grove, and Jonathan P. Fero.

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **on or before JUNE 19, 2013.**

Plaintiffs to file MOTION FOR  PRELIMINARY INJUNCTION **on or before JUNE 12, 2013.**
Defendant shall file RESPONSE   **on or before   JUNE 24, 2013.**
Plaintiffs shall file   REPLY   **on or before    JUNE 27, 2013.**
**On or before** JUNE 21, 2013, parties shall exchange names and brief proffer of witnesses and exhibits  the parties intend to utilize at the anticipated Preliminary Injunction hearing.

Defendant shall file a MOTION FOR CERTIFICATION OF QUESTIONS OF LAW TO THE COLORADO SUPREME COURT    **on or before   JUNE 12, 2013** (it is anticipated the motion will be filed JUNE 10, 2013)
Plaintiffs shall file their RESPONSE   **on or before   JUNE 14, 2013.**
Defendant shall file   REPLY   **on or before   JUNE 21, 2013.**

Joinder of Parties/Amendment to Pleadings:    **JULY 01, 2013**

Discovery Cut-off:   **NOVEMBER 01, 2013**

Dispositive Motions Deadline: **DECEMBER 02, 2013**

Each side  shall be limited to four (4)  expert witnesses, without further leave of Court.
Parties shall designate experts **on or before    AUGUST 01, 2013**
Parties shall designate rebuttal experts   **on or before   SEPTEMBER 03, 2013.**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before **OCTOBER 01, 2013.**
Each party/party group  shall be limited to twenty-five (25) Interrogatories, ten (10)  Requests for Production,   and   ten (10)  Requests for Admissions, without leave of Court

Each side shall be limited to fifteen (15) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than NOVEMBER 01, 2013.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

Any  **FINAL PRETRIAL CONFERENCE**,  **TRIAL PREPARATION CONFERENCE,**  and

**TRIAL** will be set by Chief Judge Marcia S. Krieger at a future date.
The parties anticipate a ten (10) day trial to the court.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

**[X]**    Scheduling Order is approved and shall be filed  in its final form for the Court's signature **on or before   JUNE 17, 2013,** *nunc pro tunc*   JUNE 10, 2013.

Hearing concluded.

**Court in recess:**    11:52 a.m.
Total in-court time: 00:21

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.