IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No.: 13-CV-1300-MSK-MJW                                                          Date: July 10, 2013

Case Title: *Cooke, et al. v. Hickenlooper*

**JOINT WITNESS LIST**

| WITNESS | TIME ESTIMATED FOR EXAMINATION |
|---|---|
| Jess Gibson | 90 minutes |
| John Burrud | 45 minutes |
| Elisa Dahlberg | 45 minutes |
| David Bayne | 45 minutes |
| Douglas Hamilton | 45 minutes |
| Terry Maketa | 55 minutes |
| Larry Adkisson | 60 minutes |
| Scott Wagner | 150 minutes |