IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No.: <u>13-CV-1300-MSK-MJW</u>　　　　　　　　　　　　　　　　　Date: <u>July 10, 2013</u>

Case Title: <u>*Cooke, et al. v. Hickenlooper*</u>

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | Jess Gibson | Exemplar magazines | | | | | |
| 2 | Jess Gibson | Drawings of exemplar magazines | | | | | |
| 3 | John Burrud | Summary chart of data from Plaintiff FFLs concerning inventories of magazines | | | | | |
| 4 | | "Technical Guidance on the Interpretation and Application of House Bill 13-1224, Large-Capacity Magazine Ban" | Yes | | | | |
| 5 | | House Bill 13-1224 | Yes | | | | |
| 6 | | Photos and diagrams of, and/or patent applications for, telescoping magazines and limiters for larger magazines, or actual magazines and limiters, including but not limited to: 1) Thermold AR-180 30-45; 2) telescoping magazine described in US Patent No. 4472900; 3) 10/20 Promag AR-15/M16 10rd stainless steel magazines; 4) Magpul 30-round PMAG; 5) Glock standard magazine with less than 15-round | | | | | |

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   | capacity; 6) HK standard magazine; 7) California-compliant 10-round AR-15 magazine |   |   |   |   |   |
| 7 |   | Investigative report on officer-involved shooting from 20th Judicial District Attorney's Office |   |   |   |   |   |