IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.*,

Plaintiffs,

v.

JOHN W. HICKENLOOPER
in his official capacity as Governor of the State of Colorado,

Defendant.

**STIPULATED MOTION TO ENTER PRELIMINARY INJUNCTION AND WITHDRAW PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The parties stipulate and jointly move for the entry of a preliminary injunction in the form of the proposed order attached hereto as Exhibit A.

The parties stipulate and jointly move to withdraw Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 29].

Accordingly, the parties stipulate and jointly move to vacate the scheduled preliminary injunction hearing scheduled for tomorrow morning, July 10, 2013, at 9 a.m.

**Counsel for Plaintiffs:**

*s/ David B. Kopel*
David B. Kopel
INDEPENDENCE INSTITUTE
727 East 16th Avenue

1

Denver, CO 80203
Phone: (303) 279-6536
Fax: (303) 279-4176
Email: david@i2i.org
ATTORNEY FOR SHERIFFS AND DAVID STRUMILLO

*s/ Douglas L. Abbott*
Douglas L. Abbott
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: (303) 295-8566
Fax: (303) 672-6508
Email: jmanderson@hollandhart.com

ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION

*s/ Richard A. Westfall*
Richard A. Westfall
HALE WESTFALL LLP
1445 Market Street, Suite 300
Denver, CO 80202
Phone: (720) 904-6022
Fax: (720) 904-6020
Email: rwestfall@halewestfall.com

ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC., THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, WOMEN FOR CONCEALED CARRY, AND COLORADO YOUTH OUTDOORS

*s/ Marc F. Colin*
Marc F. Colin
BRUNO COLIN JEWELL & LOWE PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
Phone: (303) 831-1099
Fax: (303) 831-1088
Email: mcolin@bcjlpc.com

ATTORNEY FOR LICENSED FIREARMS DEALERS

*s/ Anthony S. Fabian*
Anthony J. Fabian
  LAW OFFICES OF ANTHONY J. FABIAN PC
  510 Wilcox Street, Suite C

2

Castle Rock, CO 80104
Phone: (303) 663-9339
Fax: (303) 713-0785
fabianlaw@qwestoffice.net

ATTORNEY FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC. D/B/A FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK

**Counsel for Defendant:**

JOHN W. SUTHERS
Attorney General

*s/ Daniel D. Domenico*
**Daniel D. Domenico***
Solicitor General
**David C. Blake***
Deputy Attorney General
**Kathleen Spalding***
Senior Assistant Attorney General
**Jonathan P. Fero***
Assistant Solicitor General
**Matthew D. Grove***
Assistant Attorney General

Attorneys for Governor John W. Hickenlooper
1300 Broadway, 10th floor
Denver, Colorado  80203
Telephone:  720-508-6000
*Counsel of Record