**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: July 10, 2013 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 13-cv-01300-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| JOHN B. COOKE, Sheriff of Weld County, Colorado; | David Kopel |

TERRY MAKETA, Sheriff of El Paso County, Colorado;
JUSTIN SMITH, Sheriff of Larimer County, Colorado;
DAVID A. WEAVER, Sheriff of Douglas County, Colorado:
BRUCE W. HARTMAN, Sheriff of Gilpin County, Colorado;
KEN PUTNAM, Sheriff of Cheyenne County, Colorado;
DENNIS SPRUELL, Sheriff of Montezuma County, Colorado;
TIM JANTZ, Sheriff of Moffat County, Colorado;
JERRY MARTIN, Sheriff of Dolores County, Colorado;
MIKE ENSMINGER, Sheriff of Teller County, Colorado;
SHAYNE HEAP, Sheriff of Elbert County, Colorado;
CHAD DAY, Sheriff of Yuma County, Colorado;
FRED D. MCKEE, Sheriff of Delta County, Colorado;
LOU VALLARIO, Sheriff of Garfield County, Colorado;
FRED HOSSELKUS, Sheriff of Mineral County, Colorado;
BRETT L. POWELL, Sheriff of Logan County, Colorado;
JAMES FAULL, Sheriff of Prowers County, Colorado;
LARRY KUNTZ, Sheriff of Washington County, Colorado;
BRIAN E. NORTON, Sheriff of Rio Grande County, Colorado;

**DUKE SCHIRARD**, Sheriff of La Plata County, Colorado;
**JIM BEICKER**, Sheriff of Fremont County, Colorado;
**RONALD BRUCE**, Sheriff of Hindsdale County, Colorado;
**CHRIS S. JOHNSON**, Sheriff of Otero County, Colorado;
**FRED JOBE**, Sheriff of Custer County, Colorado;
**DONALD KRUEGER**, Sheriff of Clear Creek County, Colorado;
**JAMES CRONE**, Sheriff of Morgan County, Colorado;
**SI WOODRUFF**, Sheriff of Rio Blanco County, Colorado;
**TOM RIDNOUR**, Sheriff of Kit Carson County, Colorado;
**TOM NESTOR**, Sheriff of Lincoln County, Colorado;
**STAN HILKEY**, Sheriff of Mesa County, Colorado;
**FORREST FRAZEE**, Sheriff of Kiowa County, Colorado;
**RICK DUNLAP**, Sheriff of Montrose County, Colorado;
**TED B. MINK**, Sheriff of Jefferson County, Colorado;
**DAVE STONG**, Sheriff of Alamosa County, Colorado;
**FRED WEGENER**, Sheriff of Park County, Colorado;
**BRUCE NEWMAN**, Sheriff of Huerfano County, Colorado;
**RANDY PECK**, Sheriff of Sedgwick County, Colorado;
**DOMINIC MATTIVI, JR.**, Sheriff of Ouray County, Colorado;
**JOHN MINOR**, Sheriff of Summit County, Colorado;
**SCOTT FISCHER**, Sheriff of Jackson County, Colorado;
**PETER GONZALEZ**, Sheriff of Archuleta County, Colorado;
**RICK BESECKER**, Sheriff of Gunnison County, Colorado;
**CHARLES "ROB' URBACH**, Sheriff of Phillips County, Colorado;
**ROD FENSKE**, Sheriff of Lake County, Colorado;
**GRAYSON ROBINSON**, Sheriff of Arapahoe County, Colorado;
**DAVID D. CAMPBELL**, Sheriff of Baca County, Colorado;

| | |
|---|---|
| **MIKE NORRIS, Sheriff of Saguache County, Colorado;** | |
| **AMOS MEDINA, Sheriff of Costilla County, Colorado;** | |
| **MILES CLARK, Sheriff of Crowley County, Colorado;** | |
| **DAVID ENCINIAS, Sheriff of Bent County, Colorado;** | |
| **SUE KURTZ, Sheriff of San Juan County, Colorado;** | |
| **JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado;** | |
| **GARRETT WIGGINS, Sheriff of Routt County, Colorado;** | |
| **DOUGLAS N. DARR, Sheriff of Adams County, Colorado;** | |
| **COLORADO OUTFITTERS ASSOCIATION;** | |
| **COLORADO FARM BUREAU;** | Richard Westfall |
| **NATIONAL SHOOTING SPORTS FOUNDATION;** | |
| **MAGPUL INDUSTRIES;** | |
| **USA LIBERTY ARMS;** | |
| **OUTDOOR BUDDIES, INC.;** | Marc Colin |
| **WOMEN FOR CONCEALED CARRY;** | |
| **COLORADO STATE SHOOTING ASSOCIATION;** | Anthony Fabian |
| **HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK;** | |
| **DAVID STRUMILLO;** | |
| **DAVID BAYNE;** | |
| **DYLAN HARRELL;** | |
| **ROCKY MOUNTAIN SHOOTERS SUPPLY;** | |
| **2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;** | |
| **BURRUD ARMS INC. D/B/A JENSEN ARMS;** | |
| **GREEN MOUNTAIN GUNS;** | |
| **JERRY'S OUTDOOR SPORTS;** | |
| **GRAND PRIX GUNS;** | |
| **SPECIALTY SPORTS & SUPPLY; and** | |
| **GOODS FOR THE WOODS;** | |
| Plaintiffs, | |
| v. | |
| **JOHN W. HICKENLOOPER, Governor of the State of Colorado,** | Jonathan Fero<br>Kathleen Spalding<br>Daniel Domenico<br>David Blake |
| Defendant. | |

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 4

Matthew Grove

## COURTROOM MINUTES

HEARING: Evidentiary

**9:05 a.m.** **Court in session.**

The Court addresses the parties' Stipulated Motion for Preliminary Injunction (**Doc. #56**).

Statements from counsel Domenico, Kopel, Westfall, Colin.

**9:31 a.m.** **Court in recess**
**9:52 a.m.** **Court in session**

Further statement from counsel Westfall. Oral motion to withdraw Stipulated Motion for Preliminary Injunction and Withdrawal of Plaintiffs' Motion for Preliminary Injunction (**Doc. #56**).

**ORDER:** Based on the parties' agreement, the request to withdraw the Stipulated Motion for Preliminary Injunction (**Doc. #56**) is **GRANTED**. The Motion is **WITHDRAWN.** A revised motion to withdraw will be filed incorporating the agreement between the parties. For the reasons stated on the record, there will be no hearing on the Motion for Preliminary Injunction (**Doc. #29**)

**9:55 a.m.** **Court in recess.**

**Total Time: 29 minutes.**
**Hearing concluded.**