IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County;
TERRY MAKETA, Sheriff of El Paso County, Colorado;
JUSTIN SMITH, Sheriff of Larimer County, Colorado;
DAVID A. WEAVER, Sheriff of Douglas County, Colorado;
BRUCE W. HARTMAN, Sheriff of Gilpin County, Colorado;
KEN PUTNAM, Sheriff of Cheyenne County, Colorado;
DENNIS SPRUELL, Sheriff of Montezuma County, Colorado;
TIM JANTZ, Sheriff of Moffat County, Colorado;
JERRY MARTIN, Sheriff of Dolores County, Colorado;
MIKE ENSMINGER, Sheriff of Teller County, Colorado;
SHAYNE HEAP, Sheriff of Elbert County, Colorado;
CHAD DAY, Sheriff of Yuma County, Colorado;
FRED D. MCKEE, Sheriff of Delta County, Colorado;
LOU VALLARIO, Sheriff of Garfield County, Colorado;
FRED HOSSELKUS, Sheriff of Mineral County, Colorado;
BRETT L. POWELL, Sheriff of Logan County, Colorado;
JAMES FAULL, Sheriff of Prowers County, Colorado;
LARRY KUNTZ, Sheriff of Washington County, Colorado;
BRIAN E. NORTON, Sheriff of Rio Grande County, Colorado;
DUKE SCHIRARD, Sheriff of La Plata County, Colorado;
JIM BEICKER, Sheriff of Fremont County, Colorado;
RONALD BRUCE, Sheriff of Hinsdale County, Colorado;
CHRIS S. JOHNSON, Sheriff of Otero County, Colorado;
FRED JOBE, Sheriff of Custer County, Colorado;
DONALD KRUEGER, Sheriff of Clear Creek County, Colorado;
JAMES CRONE, Sheriff of Morgan County, Colorado;
SI WOODRUFF, Sheriff of Rio Blanco County, Colorado;
TOM RIDNOUR, Sheriff of Kit Carson County, Colorado;
TOM NESTOR, Sheriff of Lincoln County, Colorado;
STAN HILKEY, Sheriff of Mesa County, Colorado;
FORREST FRAZEE, Sheriff of Kiowa County;
RICK DUNLAP, Sheriff of Montrose County, Colorado;
TED B. MINK, Sheriff of Jefferson County, Colorado;
DAVE STONG, Sheriff of Alamosa County, Colorado;
FRED WEGENER, Sheriff of Park County, Colorado;
BRUCE NEWMAN, Sheriff of Huerfano County, Colorado;
RANDY PECK, Sheriff of Sedgwick County, Colorado;
DOMINIC MATTIVI, JR., Sheriff of Ouray County, Colorado;
JOHN MINOR, Sheriff of Summit County, Colorado;

SCOTT FISCHER, Sheriff of Jackson County, Colorado;
PETER GONZALEZ, Sheriff of Archuleta County, Colorado;
RICK BESECKER, Sheriff of Gunnison County, Colorado;
CHARLES "ROB" URBACH , Sheriff of Phillips County, Colorado;
ROD FENSKE, Sheriff of Lake County, Colorado;
GRAYSON ROBINSON, Sheriff of Arapahoe County, Colorado;
DAVID D. CAMPBELL, Sheriff of Baca County, Colorado;
MIKE NORRIS, Sheriff of Saguache County, Colorado;
AMOS MEDINA, Sheriff of Costilla County, Colorado;
MILES CLARK, Sheriff of Crowley County, Colorado;
DAVID ENCINIAS, Sheriff of Bent County, Colorado;
SUE KURTZ, Sheriff of San Juan County, Colorado;
JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado;
GARRETT WIGGINS, Sheriff of Routt County, Colorado;
DOUGLAS N. DARR , Sheriff of Adams County, Colorado;
COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
COLORADO YOUTH OUTDOORS;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BARRUD ARMS INC. D/B/A JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY; and
GOODS FOR THE WOODS,

       Plaintiffs

2

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

**UNOPPOSED MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's July 10, 2013 Courtroom Minutes (Dkt. 57), the Plaintiffs file this Motion to Withdraw Plaintiffs' Motion for Preliminary Injunction. Counsel for Defendant has consented to the filing of this motion.

The Court allowed the parties to withdraw their earlier motion to withdraw the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt 56) to allow for filing this motion. This revised motion to withdraw is to incorporate the agreement of the parties regarding the withdrawal of the request for a preliminary injunction.

The Defendant Governor, through the Attorney General, agreed to issue additional guidance on the interpretation and application of the two provisions of House Bill 13-1224 that were the subject of Plaintiffs' Preliminary Injunction Motion. The Governor and Attorney General have issued that additional guidance, which is attached hereto as Exhibit A.

With respect to ammunition magazines with a capacity of 15 or fewer rounds, the State's interpretation is as follows:

> Magazines with a capacity of 15 or fewer rounds are not large capacity magazines as defined in HB 13-1224 whether or not they have removable base plates. The base plates themselves do not enable the magazines to be expanded, and they serve functions aside from expansion — notably, they allow the magazines to be cleaned and repaired. To actually convert them to higher capacity,

3

one must purchase additional equipment or permanently alter their operation mechanically.  Unless so altered, they are not prohibited.

With respect to the phrase continuous possession in HB 1224, the State's interpretation is as follows:

The phrase 'continuous possession' in HB 1224 shall be afforded its reasonable, every-day interpretation, which is the fact of having or holding property in one's power or the exercise of dominion over property that is uninterrupted in time, sequence, substance, or extent.  'Continuous possession' does not require a large-capacity magazine owner to maintain literally continuous physical possession of the magazine.  'Continuous possession' is only lost by a voluntary relinquishment of dominion and control.

Based on the Governor's and Attorney General's issuance of this guidance, the Plaintiffs move to withdraw Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 29).

Dated this 11th day of July, 2013.

Respectfully submitted,

COUNSEL FOR PLAINTIFFS:

s/Douglas L. Abbott
Douglas L. Abbott
Jonathan M. Anderson
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: (303) 295-8192
Fax: (303) 975-5408
dabbott@hollandhart.com
jmanderson@hollandhart.com

ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION

s/ David B. Kopel
David B. Kopel
INDEPENDENCE INSTITUTE
727 E. 16th Avenue
Denver, CO 80203
Phone:  (303) 279-6536
Fax:  (303) 279-4176
Email:  david@i2i.org

ATTORNEYS FOR SHERIFFS AND DAVID STRUMILLO

*s/ Richard A. Westfall*
Richard A. Westfall
Hale Westfall LLP
1445 Market Street, Suite 300
Denver, CO 80202
Phone:  (720) 904-6022
Fax:  (720) 904-6020
Email:  rwestfall@halewestfall.com

ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC., THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, WOMEN FOR CONCEALED CARRY, AND COLORADO YOUTH OUTDOORS

*s/ Marc F. Colin*
Marc F. Colin
Bruno Colin Jewell & Lowe PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
Phone:  (303)831-1099
Fax:  (303) 831-1088
mcolin@bcjlpc.com

ATTORNEYS FOR LICENSED FIREARMS DEALERS

5

*s/ Anthony S. Fabian*
Anthony J. Fabian
Law Office of Anthony J. Fabian PC
501 Wilcox Street, Suite C
Castle Rock, CO 80104
Phone:  (303) 663-9339
Fax:  (303) 713-0785
fabianlaw@qwestoffice.net

ATTORNEYS FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC. D/B/A FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2013, I served a true and correct copy of the foregoing by electronic transmission to the parties on electronic file:

Daniel D. Domenico, Esq.
dan.domenico@state.co.us

Jonathan P. Fero, Esq.
jon.fero@state.co.us

Matthew D. Grove, Esq.
matt.grove@state.co.us

David B. Kopel, Esq.
david@i2i.org

Marc F. Colin, Esq.
mcolin@bcjlpc.com

David C. Blake, Esq.
david.blake@state.co.us

Kathleen L. Spalding, Esq.
kit.spalding@state.co.us

Anthony J. Fabian, Esq.
fabianlaw@qwestoffice.net

Richard A. Westfall, Esq.
Peter J. Krumholz, Esq.
rwestfall@halewestfall.com
pkrumholz@halewestfall.com

*s/Judi Marsh*
Judi Marsh, Assistant to Douglas L. Abbott

6295536_1.DOCX