IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

    JOHN B. COOKE, Sheriff of Weld County, Colorado
    TERRY MAKETA, Sheriff of El Paso County, Colorado
    JUSTIN SMITH, Sheriff of Larimer County, Colorado
    DAVID A. WEAVER, Sheriff of Douglas County, Colorado
    BRUCE W. HARTMAN, Sheriff of Gilpin County, Colorado
    KEN PUTNAM, Sheriff of Cheyenne County, Colorado
    DENNIS SPRUELL, Sheriff of Montezuma County, Colorado
    TIM JANTZ, Sheriff of Moffat County, Colorado
    JERRY MARTIN, Sheriff of Dolores County, Colorado
    MIKE ENSMINGER, Sheriff of Teller County, Colorado
    SHAYNE HEAP, Sheriff of Elbert County, Colorado
    CHAD DAY, Sheriff of Yuma County, Colorado
    FRED D. McKEE, Sheriff of Delta County, Colorado
    LOU VALLARIO, Sheriff of Garfield County, Colorado
    FRED HOSSELKUS, Sheriff of Mineral County, Colorado
    BRETT L. POWELL, Sheriff of Logan County, Colorado
    JAMES FAULL, Sheriff of Prowers County, Colorado
    LARRY KUNTZ, Sheriff of Washington County, Colorado
    BRIAN E. NORTON, Sheriff of Rio Grande County, Colorado
    DUKE SCHIRARD, Sheriff of La Plata County, Colorado
    JIM BEICKER, Sheriff of Fremont County, Colorado
    RONALD BRUCE, Sheriff of Hinsdale County, Colorado
    CHRIS S. JOHNSON, Sheriff of Otero County, Colorado
    FRED JOBE, Sheriff of Custer County, Colorado
    DONALD KRUEGER, Sheriff of Clear Creek County, Colorado
    JAMES CRONE, Sheriff of Morgan County, Colorado
    SI WOODRUFF, Sheriff of Rio Blanco County, Colorado
    TOM RIDENOUR, Sheriff of Kit Carson County, Colorado
    TOM NESTOR, Sheriff of Lincoln County, Colorado
    STAN HILKEY, Sheriff of Mesa County, Colorado
    FORREST FRAZEE, Sheriff of Kiowa County, Colorado
    RICK DUNLAP, Sheriff of Montrose County, Colorado
    TED B. MINK, Sheriff of Jefferson County, Colorado
    DAVE STRONG, Sheriff of Alamosa County, Colorado
    FRED WEGENER, Sheriff of Park County, Colorado
    BRUCE NEWMAN, Sheriff of Huerfano County, Colorado
    RANDY PECK, Sheriff of Sedgwick County, Colorado
    DOMINIC MATTIVI JR., Sheriff of Ouray County, Colorado
    JOHN MINOR, Sheriff of Summit County, Colorado
    SCOTT FISCHER, Sheriff of Jackson County, Colorado

    PETER GONZALEZ, Sheriff of Archuleta County, Colorado
    RICK BESECKER, Sheriff of Gunnison County, Colorado
    CHARLES "ROB" URBACH, Sheriff of Phillips County, Colorado
    ROD FENSKE, Sheriff of Lake County, Colorado
    GRAYSON ROBINSON, Sheriff of Arapahoe County, Colorado
    DAVID D. CAMPBELL, Sheriff of Baca County, Colorado
    MIKE NORRIS, Sheriff of Saguache County, Colorado
    AMOS MEDINA, Sheriff of Costilla County, Colorado
    MILES CLARK, Sheriff of Crowley County, Colorado
    DAVID ENCINIAS, Sheriff of Bent County, Colorado
    SUE KURTZ, Sheriff of San Juan County, Colorado
    JAMES (JIM) CASIAS, Sheriff of Las Animas County, Colorado
    GARRETT WIGGINS, Sheriff of Routt County, Colorado
    DOUGLAS N. DARR, Sheriff of Adams County, Colorado
    RODNEY JOHNSON, Sheriff of Grand County, Colorado
COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
COLORADO YOUTH OUTDOORS;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC. d/b/a FAMILY SHOOTING CENTER
AT CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BURRUD ARMS INC. d/b/a JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY;
GOODS FOR THE WOODS;

   Plaintiffs,

2

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

 Defendant.

## ENTRY OF APPEARANCE

 Undersigned counsel hereby enters his appearance on behalf of John W. Hickenlooper, Governor of the State of Colorado.

        JOHN W. SUTHERS
        Attorney General

        s/John T. Lee
        JOHN T. LEE*
        Assistant Attorney General
        Appellate Unit
        Attorneys for Secretary of State

        1300 Broadway, 9th floor
        Denver, Colorado  80203
        Telephone:  720-508-6000
        E-Mail:  jtlee@state.co.us

        *Counsel of Record

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2013 I served a true and complete copy of the foregoing Entry of Appearance upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Richard A. Westfall<br>Peter J. Krumholz | rwestfall@halewestfall.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

                                  *s/ Debbie Bendell*