IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.*

Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

Defendant.

====================================================

**PLAINTIFFS' EXPERT DISCLOSURES**

====================================================

Plaintiffs submit the following expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) and the scheduling order entered by the Court.

**I. Plaintiff's Fed. R. Civ. P. 26(a)(2)(B) retained expert witness: Dr. Gary Kleck, College of Criminology and Criminal Justice, Florida State University, 306 Hecht House, Tallahassee, Florida 32306-1127. (850) 644-7651**

Professor Kleck is the David J. Bordua Professor of Criminology, at Florida State. He is generally recognized as the foremost criminological expert in the United States on the subject of firearms.

Prof. Kleck's c.v., including a list of publications in the last ten years, and a listing of the cases in which he has testified as an expert in the last 4 years is attached to his expert report. Prof. Kleck is being compensated at a rate of $350 per hour.

Plaintiffs reserve the right to, and anticipate, supplementing Professor Kleck's report and/or providing a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Professor Kleck may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Professor Kleck may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiffs reserve the right to present testimony

1

concerning any matter set forth herein, within Professor Kleck's report, and in any supplemental report produced in his matter.

**II. Plaintiffs' Fed. R. Civ. P. 26(a)(2)(B) retained expert witness: Massad Ayoob, PO Box 1477, Live Oak, FL 32064. (386) 688-1932**

Mr. Ayoob has for decades been one of the foremost trainers of police and civilians in armed self-defense. This includes 20 years at Chair of firearms committee of American Society of Law Enforcement Trainers.

Mr. Ayoob's c.v., including a list of publications in the last ten years, and a listing of the cases in which he has testified as an expert in the last 4 years is attached to his expert report. Mr. Ayoob is providing his expertise pro bono.

Plaintiffs reserve the right to, and anticipate, supplementing Mr. Ayoob's report and/or providing a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Mr. Ayoob may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Mr. Ayoob may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiffs reserve the right to present testimony concerning any matter set forth herein, within Mr. Ayoob's report, and in any supplemental report produced in his matter.

**III. Plaintiffs' Fed. R. Civ. P. 26(a)(2)(B) retained expert witness: Michael Shain, Aimpro Tactical, 16015 West 4th Ave., Unit 4, Golden, CO 80401 303-278-2309.**

Retired police officer Michael Shain is a custom gunsmith and firearms manufacturer with extensive experience in the design and function of firearms and firearms magazines.

Mr. Shain's c.v., including a list of publications in the last ten years, and a listing of the cases in which he has testified as an expert in the last 4 years is attached to his expert report. Mr. Shain is being compensated at the rate of $200 per hour.

Plaintiffs reserve the right to, and anticipate, supplementing Mr. Shain's report and/or providing a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Mr. Shain may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Mr. Shain may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiffs reserve the right to present testimony concerning any

matter set forth herein, within Mr. Shain's report, and in any supplemental report produced in his matter.

**IV. Plaintiffs' Fed. R. Civ. P. 26(a)(2)(B) retained expert witness: Kevin Davis, 6032 Kellar Rd., New Franklin, Ohio 44319. (330) 606-4160.**

Kevin Davis is a police trainer in Akron, Ohio, with extensive experience training in many subjects, including use of force, and defensive tactics, for law enforcement officers and for other citizens.

Mr. Davis's c.v., including a list of publications in the last ten years, and a listing of the cases in which he has testified as an expert in the last 4 years is attached to his expert report. Mr. Davis is being compensated at the rate of $175 per hour, plus a $2,000 case review fee.

Plaintiffs reserve the right to, and anticipate, supplementing Mr. Davis's report and/or providing a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Mr. Davis may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Mr. Davis may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiffs reserve the right to present testimony concerning any matter set forth herein, within Mr. Davis's report, and in any supplemental report produced in his matter.

Respectfully submitted this 2d day of August, 2013.

s/David B. Kopel
INDEPENDENCE INSTITUTE
727 E. 16th Avenue
Denver, CO 80203
Phone: (303) 279-6536
Fax: (303) 279-4176
david@i2i.org

**ATTORNEY FOR SHERIFFS AND DAVID STRUMILLO**

s/Jonathan M. Anderson
Jonathan M. Anderson
Douglas L. Abbott
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: (303) 295-8566
Fax: (303) 672-6508
jmanderson@hollandhart.com

**ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION**

s/Richard A. Westfall
Richard A. Westfall
Peter J. Krumholz
HALE WESTFALL LLP
1445 Market Street, Suite 300
Denver, CO 80202
Phone: (720) 904-6022
Fax: (720) 904-6020
rwestfall@halewestfall.com

**ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC., THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, WOMEN FOR CONCEALED CARRY, AND COLORADO YOUTH OUTDOORS**

4

<div style="margin-left: 3em">

s/Marc. F. Colin
Marc F. Colin
BRUNO COLIN JEWELL & LOWE PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
Phone: (303) 831-1099
Fax: (303) 831-1088
mcolin@bcjlpc.com

**ATTORNEY FOR LICENSED FIREARMS DEALERS**


s/Anthony J. Fabian
Anthony J. Fabian
LAW OFFICES OF ANTHONY J. FABIAN PC
501 Wilcox Street, Suite C
Castle Rock, CO 80104
Phone: (303) 663-9339
Fax: (303) 713-0785
fabianlaw@qwestoffice.net

**ATTORNEY FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC. D/B/A FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK**

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2013, the Ayoob, Shain, and Davis reports, along with associated documentation, were delivered by me to the persons listed below by email, and that on August 2, 2013, the Kleck report and its associated documents were delivered by me to the persons listed below, pursuant to mutual agreement. I further certify that on August 2, 2013, I served a true and complete copy of the foregoing PLAINTIFFS' EXPERT DISCLOSURES upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado.

/s/ David B. Kopel


Daniel D. Domenico
Solicitor General
David C. Blake
Deputy Attorney General
Jonathan P. Fero
Assistant Solicitor General
Kathleen Spalding
Senior Assistant Attorney General
Matthew D. Grove
Assistant Attorney General
John T. Lee
Assistant Attorney General
Attorneys for Governor John W. Hickenlooper
1300 Broadway, 10th floor
Denver, Colorado 80203
Telephone: 720-508-6000