IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, et al.

        Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

        Defendant.

### ENTRY OF APPEARANCE

COMES NOW, Jonathon M. Watson of the law firm of BRUNO, COLIN & LOWE, P.C., and hereby enters his appearance for and on behalf of Plaintiffs USA LIBERTY ARMS, ROCKY MOUNTAIN SHOOTERS SUPPLY, 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC, BURRUD ARMS INC. D/B/A JENSEN ARMS, GREEN MOUNTAIN GUNS, JERRY'S OUTDOOR SPORTS, GRAND PRIX GUNS, SPECIALTY SPORTS & SUPPLY, and GOODS FOR THE WOODS.

Respectfully submitted this 9th day of August, 2013.

    JONATHON M. WATSON

    *s/ Jonathon M. Watson*
    Jonathon M. Watson
    E-Mail: jwatson@brunolawyers.com
    BRUNO, COLIN & LOWE, P.C.
    1999 Broadway, Suite 3100
    Denver, Colorado 80202
    Telephone: 303-831-1099
    Fax No.: 303-831-1088
    *Attorney for Plaintiffs USA Liberty*
    *Arms,Rocky Mountain Shooters Supply, 2nd*

*Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms Inc. d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Grand Prix Guns, Specialty Sports & Supply and Goods for the Woods*

## CERTIFICATE OF SERVICE BY CM/ECF

I hereby certify that on this 9th day of August, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kathleen L. Spalding kit.spalding@state.co.us

Richard A. Westfall rwestfall@halewestfall.com

David Benjamin Kopel david@i2i.org

Douglas L. Abbott dabbott@hollandhart.com

Peter J. Krumholz pkrumholz@halewestfall.com

Anthony John Fabian fabianlaw@qwestoffice.net

Jonathan Michael Anderson jmanderson@hollandhart.com

Matthew David Grove matt.grove@state.co.us

Daniel D. Domenico dan.domenico@state.co.us

Jonathan Patrick Fero jon.fero@state.co.us

David Christopher Blake david.blake@state.co.us

*s/ Jonathon M. Watson*
Jonathon M. Watson