House Bill 13-1224 - February 12, 2013

1

```
 1   CITY AND COUNTY OF DENVER
 2   STATE OF COLORADO
 3   JUDICIAL COMMITTEE MEETING
 4   HELD ON FEBRUARY 12, 2013
 5   HOUSE BILL 13-1224
 6   ------------------------------------------------------
 7                    REPORTER'S TRANSCRIPT
 8   ------------------------------------------------------
 9
10            This transcript was taken from an audio
11   recording by Angela Smith, Professional Reporter and
12   Notary Public.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT A

House Bill 13-1224 - February 12, 2013

114

```
 1   come to the table so we have a comprehensive plan.
 2   That didn't occur, and that's fine, but I think you
 3   find that some of the questions -- and term it
 4   resistance if you want -- is these aren't going to
 5   make us safer.
 6              The deputies are going to be in the
 7   middle of a heck of a decision-making process.  And
 8   it's even in here that the prosecution has to prove
 9   it.
10              I think there are better ways to
11   address the issue.  The problem with the violence
12   didn't occur overnight or at Sandy Hook.  It's been
13   decades in building.  We can't fix it overnight
14   either.  And everybody wants to help address that
15   problem, but I don't believe the bills I've seen are
16   going to be an effective means for that.
17              THE CHAIRMAN:  Thank you, Sheriff
18   Hartman.
19              Are there questions for Sheriff
20   Hartman?
21              THE CHAIRMAN:  Representative
22   McLachlan.
23              REPRESENTATIVE McLACHLAN:  Thank you,
24   Mr. Chairman.
25              Sheriff Hartman, I'm actually going to
```

```
 1   ask a question that I should have raised earlier
 2   when Sheriff Smith was testifying regarding the
 3   information available to a deputy on the street.
 4   And it's been a long time since I was an assistant
 5   district attorney, so I need to be refreshed on
 6   this.
 7              Are we saying that the sheriffs on the
 8   street don't have access to NCIC to determine
 9   whether or not someone who's in possession of a
10   rapid shooter should not have that?
11              BRUCE HARTMAN:  They do have full -- I
12   apologize.
13              THE CHAIRMAN:  It's just easier for
14   the people listening online if they know who's
15   speaking.  So please go ahead, Sheriff Hartman.
16   Thank you, sir.
17              BRUCE HARTMAN:  Thank you, sir.
18              They do have access to the NCIC, CCI
19   database through dispatch or mobile data terminals
20   in their cars.  The problems are dispositions of
21   prior arrests.  We can say, yep, it shows an arrest
22   for a felony two or three years ago, six weeks ago,
23   but there's no disposition, so we don't know if they
24   are in fact a prohibited person.
25              And I would second Sheriff Smith's
```