IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado; et al.

    Plaintiffs,

vs.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

---

**LEGISLATIVE TESTMIONY OF LEE REEDY AND SAM MYRANT. EXHIBIT P OF SHERIFFS' RESPONSE TO MOTION TO DISMISS**

---

**Exhibit P**

       1

1  CITY AND COUNTY OF DENVER

2  STATE OF COLORADO

3  JUDICIAL COMMITTEE MEETING

4  HELD ON FEBRUARY 12, 2013

5  HOUSE BILL 13-1224

6  -----------------------------------------------------

7        REPORTER'S TRANSCRIPT

```
 8    ---------------------------------------------
 9
10         This transcript was taken from an audio
11    recording by Angela Smith, Professional Reporter and
12    Notary Public.
```

…..

**Testimony of Lee Reedy**

```
                   155
24    Sir, state your name for the record,
25    please.  Tell us who you represent.
                   156
 1         LEE REEDY:  My name is Lee Reedy.  I
 2    represent my wife and myself.
 3         THE CHAIRMAN:  Fantastic.  Welcome,
 4    sir.  Thank you for waiting so long.  Please proceed
 5    with your testimony.
 6         LEE REEDY:  To much of America, a
 7    firearm is a symbol that you are a citizen, a
 8    responsible person who can be trusted with an
 9    instrument of considerable power that enables you to
10    protect yourself, your family, and your property.
11          To the elite, a firearm is a symbol of
12    barbarism and a lack of trust in their fellow
```

13  citizens and reliance on government.

14      I would agree that violence is rarely

15  the answer, as we've heard before in this testimony,

16  but when it is, it becomes only the answer.  That is

17  to say, at that point, the number one priority is to

18  survive, and the focus has got to be on taking away

19  the attacker's ability to continue and resume -- or

20  continue or resume the attack.

21      I's oppose HB13-1224 for a number of

22  reasons, but I'd like to bring up a couple of things

23  that I haven't heard yet.

24      There's no exemption that I can tell

25  for entities like security companies, who rely on

                    157

 1  having duty weapons like the Glock 22, Glock 23.

 2  They typically have 13 or 15 rounds.

 3      There's no exemption for statutorily

 4  authorized agencies that are not actually employees.

 5  And to this, I refer to the Colorado Mounted

 6  Rangers.  They are an all-volunteer organization and

 7  yet they are not covered in the exemptions of this

 8  bill.

 9      There are no exemptions for school

10  resource officers who would be in the most and best

11  place to make the changes or to effect a defense of

12  children.

13          And I don't think the committee really

14  realized it or not, but when you entertained an

15  amendment to okay Magpul as a manufacturer of

16  products, it kind of sounded like what you said was,

17  oh, it's okay to manufacture them here, you just

18  can't have them here.  And that really sounded

19  hypocritical.

20          And, you know, I don't mean it to

21  sound accusatory, but it really kind of sounded like

22  the focus was, oh, we want the taxes and we want the

23  manufacturing and the jobs, but we don't want the

24  magazines, God forbid.

**Testimony of Sam Myrant**

                123

10          THE CHAIRMAN:  And we'll proceed

11  through our witnesses, if we can.  Let's see.  We

12  have Sam Myrant.  Sam Myrant.

13          Mr. Myrant, welcome.  Please tell us

14  your name, who you represent and proceed with your

15  testimony, sir.

16          SAM MYRANT:  My name is Sammy Myrant,

17  and I represent myself and my family.  And first of

18  all, I'd like to -- I earlier expressed my

19   condolences to Representative Fields on her loss.

20           My loss goes on every day.  The man

21   who committed 16 felony counts of rape, child abuse

22   on this child gets out of prison this year.  So

23   there are times when we're going to need a magazine

24   of high capacity.

25           He's a member of the Aryan

                    124

1   Brotherhood, and he gets out of prison this year.

2   And he has sworn to kidnap her and us, rape her

3   again in front of us, then kill us in front of her.

4           And is he going to obey your new law

5   of 10-round capacity.  Because when he gets out, the

6   law is going to be passed.  So is he going to obey

7   the law?  Being a member of the Aryan Brotherhood,

8   do you think he's going to be able to find some sort

9   of weapons illegally?  Yes, he is.

10          So my point is, the only person that

11   can protect my family and myself is myself.  My

12   wife, who had never shot a gun in her life, went out

13   and got a concealed weapons permit and learned how

14   to shoot.  Because how would she feel -- how would

15   any of you feel if your daughters or granddaughters

16   were attacked and you said, oh, it's illegal for me

17   to carry this high-capacity gun, so go ahead, kill

18  my granddaughter, kill my daughter.

19         Is that the object for this committee

20  of this law?  Who's going to protect us?  The police

21  can't protect us.  It's a personal responsibility.

22  We are responsible for our own protection.

23         I have many police officer friends.

24  Bruce Vanderjack was a friend of mine.  We worked

25  together as security officers.  There is no one who

                    125

 1  is responsible for your protection but yourself.

 2         So what's going to happen when it

 3  comes down to when these animals are going to come

 4  get us?  Who's going to protect us?  Are you all

 5  going to be there to protect me?

 6         Police officers will tell you -- every

 7  one of these sheriffs will tell you they cannot be

 8  there.  And so if I'm not allowed to protect myself

 9  with this high-capacity ammo, what do you guys say,

10  oops?

11         THE CHAIRMAN:  Representative Salazar.

12         REPRESENTATIVE SALAZAR:  I'm so sorry

13  for your loss, and I'm concerned that the gentleman

14  who committed this crime is coming out this year.

15         Just a question for you.  How many --

16  how many rounds do you think that you would need to

17 be able to protect yourself?

18          And I sincerely -- this isn't a

19 sarcastic question. I really am asking that

20 question. How many rounds do you think that you

21 need, to be able to protect yourself, in a magazine?

22          THE CHAIRMAN: Mr. Myrant.

23          SAM MYRANT: Well, first of all, I am

24 disabled, so I can't put a clip in and out very

25 quickly. I drop them, even when I'm practicing at

                    126

1 the range. So I want to have as many in my Glock 17

2 that I can have. And I carry 17 in there all the

3 time. My wife carries 15 in hers.

4          And I don't want to kill anybody, but

5 I have to be responsible. I have to be able to

6 protect my family, and so I need that many.

7          THE CHAIRMAN: Representative Salazar.

8          REPRESENTATIVE SALAZAR: Okay. So

9 then that answers my question that, it's not the 10

10 that you think -- or that's written in the

11 legislation right now, that you feel that the 17

12 that you might have might get you there, that you'd

13 feel a little better with that.

14          SAM MYRANT: That's the capacity --

15 I'm sorry. That's the capacity. Or if I feel

16   like -- if I saw him out -- I have a 30-round clip

17   that I can put into my Glock.  If I felt that that's

18   what I needed to carry, I would.

19              REPRESENTATIVE SALAZAR:  Thank you.