# Expert Report of Massad Ayoob

PO Box 1477
Live Oak, FL 32064
(386) 688-1932
*massadayoob@aol.com*


Massad Ayoob
August 1, 2013

## I.      Background and Qualifications

My name is Massad Ayoob. My CV is attached, but briefly, I have been a firearms instructor since 1972, author in the firearms press since 1971, and competitive shooter since the late 1960s. I have served as Handgun Editor of *Guns* magazine for more than 30 years, as Law Enforcement Editor for *American Handgunner* magazine for a like period, and am the author of some fourteen books on firearms and self-defense.

I served for nineteen years as chair of the firearms committee for the American Society of Law Enforcement Trainers, and the last ten years on the advisory board of the International Law Enforcement Educators and Trainers Association. I have served as an expert witness for the courts since 1979 in areas related to weapons, weapons training, use of force training standards, and dynamics of violent encounters.

I have been asked by Plaintiffs' counsel to explain some of the impacts that a magazine capacity limitation law has on law-abiding firearms owners who are afflicted by various disabilities.

I am providing this expert report pro bono.

## II.     Impact on Persons with Disabilities

Over the years, I have trained thousands of police and citizen shooters, of all levels of ability. I have had occasion to train many physically challenged shooters. These include paraplegic and partially quadriplegic firearms users, a broad range of amputees, many people suffering from birth defects, as well as persons who have limited physical abilities due to the effects of aging.

I can say to a definite degree of scientific certainty that there are a great many people in this situation whose ability to defend themselves and other innocent persons will be severely and negatively impacted by a magazine capacity limitation.

### A. Missing or shortened fingers

Handguns are designed for normal hands, and historically, for average or larger-than-average male hands. People with shorter-than-average fingers (or fewer than five fingers) suffer particularly in this respect.

Dwarves, "Thalidomide babies" in adulthood, and those who have suffered traumatic amputation of thumbs or fingers are particularly affected by reduced cartridge capacity. The thumb of the firing hand normally presses the magazine release button to eject the spent magazine from an empty semiautomatic pistol to begin the loading process, and the index finger of the right-handed shooter does the same on the popular AR15 rifle. When these digits are shorter than average, or indeed are not present, it becomes extremely slow, awkward, and sometimes even impossible for such a legitimate user to perform this operation.

With the full capacity magazines which are legal in all but a few states, the shooter would not run out of ammunition so quickly, and would not have to reload at all.

### B. Missing hand or arm

The situation becomes even more difficult for the user who has only one hand or arm. I have worked with a number of students who were in this situation due to birth defect, traumatic amputation, post-polio syndrome, etc. For them to reload one-handed, they have to eject the magazine one-handed and then secure the pistol in a holster, waistband, between the knees, etc. These manipulations are awkward, time consuming, and potentially dangerous even in training, let alone in conditions of life-threatening stress. Moreover, a homeowner awakened from sleep by a home invasion in the night is unlikely to have time to put on pants, let alone a holster, prior to grabbing the defensive firearm. Nor are they likely to have time to grab spare magazines, even if they had a place to carry such on their person.

### C. Disabilities associated with aging

Other physical limitations can prejudice the lawfully armed citizen in this regard. It is common for senior citizens to suffer from arthritis and related ailments.

These weaken the hands, making a reload even more difficult. Range of movement of hands, wrists, and fingers are deleteriously affected. Another age-related issue can be hand tremors. These make it extremely difficult for the user to press the small magazine release button, to grasp the fresh magazine, and insert that next magazine into the small receptacle within the firearm. The shooter then has to activate a small slide release or bolt release lever to bring the first cartridge from the fresh magazine into the firing chamber and resume shooting.

This past winter, I had occasion to do refresher training with a student from decades before, now in his mid-eighties. While mentally as sharp as ever, this student was affected by weakened and palsied hands. He was no longer able to qualify on a police-type course with his preferred semiautomatic pistol because, while he was able to hit the target, he was unable to perform the required reloads within the standard time constraints. By simply replacing the lower capacity magazines with higher capacity ones, he was able to get his shots on target within the required time limit. Such a man would be profoundly harmed by a magazine capacity limit.

Therefore, we see that the magazine capacity limit also has a particularly harmful impact on the elderly.

### D. Lower body disabilities

Legitimate firearms users with lower body movement limitations are also impacted in this regard. As recently as this year, I have trained Wounded Warriors who returned from the current conflict unable to walk. One had lost both legs above the knee and part of one hand in an IED explosion; the other had lost one leg and lost the use of the other. Both were able to shoot and even reload effectively, and the latter was actually top shot in his class competing from the wheelchair against able-bodied classmates. However, in a real world situation neither would have been able to maneuver his wheelchair to a position of cover safely, the way an able-bodied shooter could, firing while moving.

The wheelchair-bound defender is trapped in place. Such a citizen has all the more need for a higher capacity firearm, because trapped in the open against opposing fire or direct assault, they would have no practical way to move to cover

during the critical, vulnerable seconds it would take them to reload a lower-capacity firearm that had run empty.

**III. Perspective on shootouts**

While high volume shootouts are the exception rather than the norm in legitimate armed self-defense cases, they do occur.  Capt. Richard Wemmer (ret.), the famed officer survival expert from LAPD, documented multiple gunfights in which police officers emptied their service pistols and both of the spare magazines customarily worn on police uniform duty belts, and had not yet won the gunfights. A similar incident was documented not long ago in Illinois, involving a lone officer with three 15-shot pistol magazines against a single well-ensconced and heavily armed offender.  The officer was out of ammunition and still in deadly danger when additional responding officers arrived and neutralized the would-be cop-killer who was shooting at him.  While these were law enforcement incidents, it must always be remembered that many private citizens own their guns to protect themselves from the very same criminals that society arms our police to deal with.

Over the years, high-volume gunfights have indeed been known to occur in which it was imperative for armed citizens to sustain fire to contain or neutralize the threat. For example, Lance Thomas, a watch repairman in Los Angeles, was over the course of years forced to shoot it out multiple times with multiple armed robbers.  Thomas won the gunfights only because he kept several loaded guns in his work area and was able to transition to another gun when the first ran dry. Had he not been able on one occasion to transition between more than two guns, he almost certainly would have been murdered. (The Thomas incidents are described in my article, "An urban gunfighter: The lessons of Lance Thomas," American Handgunner, Mar. 1, 2002, available at 2002 WLNR 14052078.)

In another well-known case, the Beverly Hills Jewelry Store robbery in Richmond, VA, store owners shot it out with multiple armed members of the Dixie Mafia. They prevailed only because over a dozen loaded guns had been staged every three feet behind the counters, and one owner was able to move between guns, transitioning to a fresh weapon when the last went dry. (Reports of the robbery can be found at Associated Press, Owner Offers No Regrets Over Killing Robbers Inside Store," Virginia Pilot and Ledger-Star (Norfolk, VA), Dec. 6, 1994,  1994

5

WLNR 1880234; Mark Bowes, "A 'Dixie Mafia' Man's Life, Death Robber's Record Stretches To '42," Richmond Times Dispatch, Dec. 28, 1994, 1994 WLNR 989704; Associated Press, "2 Masked Men Shot To Death In Gunfight With Store Clerks The Shots Were Fired At A Jewelry Store In A Richmond Suburb," Virginian-Pilot & Ledger Star (Norfolk Va.), Dec. 3, 1994, 1994 WLNR 1893020.)

This strategy is not practical in the American home, or in public with a citizen licensed to carry a concealed handgun. However, a higher capacity firearm – a Springfield XDM 9mm with 19 rounds in the magazine and a 20th in the firing chamber, or some of the 30-shot rifles available today – would give such a citizen (especially one with a disability) more of a fighting chance to survive such violent, armed criminal assaults.

**IV. Conclusion**

It is clear to a strong degree of scientific certainty that the magazine capacity limitation in Colorado will have a harmful impact on the disabled/physically challenged individual, and on the elderly as well.

# *Curriculum Vitae,* **Massad F. Ayoob**

**Areas of Expertise**

Dynamics of violent encounters, training standards for safe weapons handling (law enforcement/civilian), training standards of firearms and use of force (police/civilian), homicide/use of force investigation, personal and professional security, weapon retention/disarming, law enforcement internal investigation/discipline.

**Teaching Experience**

Director, Massad Ayoob Group, 2009-present.

Director, Lethal Force Institute, 1981-2009.

Chair of firearms committee, American Society of Law Enforcement Trainers (ASLET), 1987-2007.  Also served on Ethics Committee.  Led annual Panel of Experts on firearms/deadly force issues at ASLET's international seminars.

Special Instructor, Chapman Academy of Practical Shooting, 1981-88. Defensive Combat Shooting; Judicious Use of Deadly Force; Advanced Officer Survival Tactics.

International Instructor, PR-24 baton; has lectured several times at annual international seminar. Trains other instructors and trainers of instructors.

Advisory Board member, International Law Enforcement Educators' and Trainers' Association. Have lectured there on investigation and management of police use of force cases at all Annual Meetings since the organization's inception in 2003.

National Instructor, Weapon Retention & Disarming, National Law Enforcement Training Center. Trains other instructors and trainers of instructors. 1990-2009.
Assistant professor teaching weapons and chemical agents, Advanced Police Training Program of New Hampshire, 1974-77.

Co-instructor (w/former world pistol champion Ray Chapman) of Advanced Officer Survival Seminars for the Police Marksman Association.

International Instructor, Persuader Mini-Baton, certified by Joe Truncale.

Instructor, Kubotan self-defense, certified by Soke Takayuki Kubota.

National Instructor, Telescoping baton, certified by CASCO (baton manufacturer).

Instructor, straight baton, certified by COPSTK (baton manufacturer).
Has taught for national, international, and regional seminars of

> FBI. Albuquerque Office. Use of force/Survival. 2012.
>
> International Association of Law Enforcement Firearms Instructors. Numerous annual meetings.
>
> Regional seminars for CLE credit on defending deadly force cases (NACDL; Mass. CDL Assn.).
>
> International Homicide Investigators' Seminar. Investigation of officer-involved shootings and characteristics of self-defense shootings.
>
> McGill University School of Medicine. Visiting lecturer on medico-legal aspects of gunshot and knife wounds.
>
> Officer survival tactics taught at: DEA National Academy; Ordnance Expo, Los Angeles; National Tactical Invitational; New England SWAT Seminar; Metro-Dade Police Academy; DEA/Miami.

**Personal Training**

Smith & Wesson Academy: Advanced Combat Shooting (1st in class), Instructor course; Instructor Update (twice); Officer Survival Course (1st in class); Weapon Retention instructor course; advanced revolver shooting course.

Glock: Glock Instructor Course; Glock Armorer Course.

Firearms Instructor Courses: National Rifle Association.

Ordnance Expo: Firearms and Ballistic Evidence; Officer Involved Shooting Investigation; Advanced Officer Involved Shooting Investigation; Officer Survival; Management of Barricaded Suspects.

International Police Academy: Defensive Tactics (Unarmed Combat and Restraint) Instructor Course, rated Master Instructor by sensei James Morell.

NYPD: "Hostage Negotiation for Supervisors", "Post Shooting Tactics", "House Clearing Techniques", "Off Duty Confrontation Tactics", "Summary of Violent Encounter Patterns", "Police Shotgun Program."

Advanced Homicide Investigation. By Vern Geberth, NYPD Ret., author of "Practical Homicide Investigation."

International Homicide Investigators' Seminar (2 occasions).

Medical/Legal Death Investigation (Dade County Medical Examiner's Office).

Americans for Effective Law Enforcement : "Police Civil Liability Seminar."

American Society of Law Enforcement Trainers. "PPCT: Pressure Point Control Tactics ," taught by Bruce Siddle.

Federal Law Enforcement Training Center: BOSS program including officer survival, intelligence briefings on outlaw bike gangs, booby traps, counter-ambush tactics, arrest techniques.

Escrima (stick- and knife-fighting), Grandmaster Remy Presas.

Knife/Counter-Knife courses: Master Paul Vunak, Hank Renhardt, Sensei Jim Maloney, Michael de Bethencourt.

Has studied personally with world handgun champions Ray Chapman, Rob Leatham, Jerry Miculek, and Frank Garcia in advanced shooting programs.

**Has studied special units and their training on-site, including:**

NYPD Firearms & Tactics Unit, Emergency Services Unit, Armed Robbery Stakeout Unit.

LAPD SWAT, Firearms Training Unit.

FBI Firearms Training Unit.

Metro-Dade Police Firearms/SWAT Training Unit

Illinois State Police Ordnance Section.

NH State Police SWAT, EVOC, Firearms Training.

Kentucky State Police, Firearms Training and SRT Training.

Arizona Highway Patrol Firearms Training.

London, England Metropolitan Police firearms training and special services unit (D.11, PT-17, SO-19).

Has reviewed or audited numerous other law enforcement firearms training programs.

**Publication Credits**

*Books:*

"Fundamentals of Modern Police Impact Weapons," Charles C. Thomas, Publishers, 1978.

"In the Gravest Extreme: the Role of the Firearm in Personal Protection," Police Bookshelf, 1979.

"Hit the White Part," Police Bookshelf, 1982.

"The Truth About Self Protection," Bantam, 1983.

"StressFire," Police Bookshelf, 1984.

"StressFire II," Advanced Combat Shotgun," Police Bookshelf, 1992.

"The Semiautomatic Pistol in Police Service and Self Defense," Police Bookshelf, 1988.

"Ayoob Files: the Book," Police Bookshelf, 1995.

"Complete Book of Handguns," Volume 10 (1993) with completely new volume produced annually through 2009, Harris Publications.

"Gun Digest Book of Combat Handgunnery, Fifth Edition," Krause Publications, 2002.

"Gun Digest Book of SIG-Sauer Pistols," Krause Publications, 2004.

"Gun Digest Book of Beretta Pistols," Krause Publications, 2005.

"Gun Digest Book of Combat Handgunnery, Sixth Edition," Krause Publications, 2007.

"Gun Digest Book of Concealed Carry," Krause Publications, 2008.

"Massad Ayoob's Greatest Handguns of the World," Krause Publications, 2010.

"Gun Digest Book of Concealed Carry," Second Edition, Krause, 2012

"Combat Shooting With Massad Ayoob," Krause, 2011

"Complete Book of Handguns," annual editions now through 2013

*Monographs:*

"Gunproof Your Children," Police Bookshelf/Potshot Press

"Handgun Primer," Police Bookshelf/Potshot Press.

"The Police View of Gun Control," Second Amendment Foundation.

"Armed and Alive," Second Amendment Foundation.

*Forewords for Authoritative Texts:*

"The Newhall Incident," by Mike Wood

"Armed: The Essential Guide to Concealed Carry," by Dr. Bruce Eimer

"The Gun Digest Book of the Revolver," by Grant Cunningham

"Mu Tau: The Modern Greek Karate" by James Arvanitis

"Realistic Defensive Tactics" by John Peters

"Modern Centerfire Handguns" by Stanley Trzoniec

"You Can't Miss" by John Shaw

"MasterTips" by Jon Winokur

"Effective Defense" by Gila May-Hayes

"In Self Defense" by Michael Izumi

"The Tactical Pistol" by David Lauck

"The Tactical Rifle" by David Lauck

"Personal Defense for Women" by Gila Hayes

"Lessons From Armed America" by Mark Walters and Kathy Jackson

"Armed Response" by Dave Kenik

"Rule the Night/Win the Fight" by Ed Santos

***Periodicals:***

Handgun Editor, *Guns* magazine

Law Enforcement Editor, *American Handgunner* magazine

Contributing Editor, *Shooting Industry* magazine

Contributing Editor, *On Target* magazine

Firearms Editor, *Backwoods Home* magazine

Associate Editor, *Combat Handguns* magazine

Associate Editor, *Guns & Weapons for Law Enforcement* magazine

Associate Editor, *Gun Week*

Have published thousands of articles in various professional journals and newsstand periodicals, the overwhelming majority related to law enforcement, weaponry, martial arts and personal defense. Firearms articles have appeared in *Guns, American Handgunner, Handguns, GUNsport, Handgunner, Home Defense, Glock Annual, Colt Annual, Magnum, Gun World, Combat Handguns,* and others. Martial arts/unarmed combat articles have appeared in *Black Belt, Official Karate, Inside Kung-fu, Inside Karate, Warriors, Fighting Stars,* and other such publications. Law enforcement articles have been published in *American Police Beat, Law & Order, Police, Police Product News, Sentinel, Trooper, Patrolman, Police Marksman, Guardian, Guns & Weapons for Law Enforcement, Guns & Ammo Law Enforcement Annual,* and other police professional journals and law enforcement related periodicals. Has also been published in *Car & Driver, Gentlemen's Quarterly, Man's Magazine, Modern Jeweler, New Hampshire Outdoorsman, New Hampshire Times, Prism, Sexology, Sports Afield,* and assorted other general interest publications.

***Training Films***

"Massad Ayoob on Concealed Carry," Panteao Productions, 2013

"Massad Ayoob on Home Defense," Panteao Productions, 2011

"StressFire Handgun," 2002

"StressFire Shotgun," 2002

"StressFire Rifle," 2002

"Deadly Force Cases," ALI-ABA, 2001

"Judicious Use of Deadly Force," 1990

"Post Violent Event Trauma," 1990

"LFI Handgun Safety," 1990

"Off Duty Survival," 1993

"Shoot to Live," 1986

"How Close is Too Close," 1986

"Cute Lawyer Tricks," 1986

"Physio-Psychological Aspects of Violent Encounters," 1981

Has appeared in various other training films.

***Quoted as authoritative reference in:***

FBI Journal

"Law Enforcement Handgun Digest" (Grennell)

"Gun Digest Book of Combat Handgunnery, 1st edition (Lewis & Mitchell), 2nd and 3rd editions (Karwan)

"Shooting Schools: An Analysis" (Winter)

"Street Survival: Tactics for Armed Encounters," (Adams, McTernan, Remsberg)

"Tactical Edge: Tactics for High Risk Patrol" (Remsberg)

"Handgun Retention System" (Lindell)

"The Street Smart Gun Book" (Farnam)

"Police Handgun Manual" (Clede)

"Police Shotgun Manual" (Clede)

"High Tech SWAT Weapons" (Bane)

"PR-24 Baton Manual" (Starrett)

"Police Officers Guide" (Clede)

Cited as authoritative reference in numerous other publications.

**Career Accomplishments**

Voted Outstanding American Handgunner of the Year, 1998.

Winner of first annual National Tactical Advocate Award, 1995, awarded by American Tactical Shooting Association.

Winner of the Roy Rogers Award for promotion of firearms safety.

Winner of first George C. Nonte Award for excellence in firearms journalism, 1978.

**Firearms Qualifications and Awards**

Combat Master, NRA Police Revolver

First 5-gun Master, International Defensive Pistol Association

Master, Revolver, National Marksman Sports Society

Master, Automatic, National Marksman Sports Society

Class A, International Practical Shooting Confederation

Grand Mastershot, UK Practical Shooting Association

Master Blaster, Second Chance

Expert, NRA Action Shooting

Honorary Distinguished Expert, Federal Law Enforcement Training Center

Several times top shooter in statewide NH police combat matches, 1973-2003

Five times New England Regional champion in various handgun disciplines

Co-winner with daughter Justine, National Champion Parent/Child Team, National Junior Handgun Championships, 1998

Has won numerous individual/local combat shooting tournaments, has competed successfully in five countries.

**Law Enforcement Experience**

Hooksett (NH) Police Dept.: 1972-73, auxiliary policeman. 1973-1980, fully sworn Police Officer. Duties under four chiefs included patrol, firearms training, community relations and crime prevention assignments, dept. firearms instructor for most of this period. Served in part time capacity with full police authority.

Deerfield (NH) Police Dept.: 1982-1990.  Fully sworn officer, rank of Sergeant ('82-'84) in charge of all police training, and Lieutenant ('84-'90), in charge of police training and crime prevention activities. Served in part time capacity with full police authority.

Grantham (NH) Police Dept.: 1990-present.  Fully sworn Captain and Police Prosecutor. Training, research, and other administrative functions.  Served in part time capacity with full police authority.

**Massad Ayoob case list**

| CASE | LOCALE | ALLEGATION | RETAINED BY |
|---|---|---|---|
| Littleton v. Belmont County | OH | Wrongful Death | Defendant |
| Florida v. Hecksel | FL | Manslaughter | Defendant |
| Favor v. Walgreen | TX | Wrongful Death | Defendant |
| Texas v. Hubbard | TX | Murder | Defendant |
| Wemouth v. Brunswick | ME | Wrongful Death | Defendant |
| Allen v. Leal | TX | Wrongful Death | Plaintiff |
| California v. Karlson | CA | Murder | Defendant |
| Minick v. County of Sacramento | CA | Wrongful Death | Defendant |
| Jones v. Norwalk | CT | Wrongful Death | Defendant |
| CA v. Matthews | CA | Assault | Defendant |
| Maxim v. Livingstone | FL | Wrongful Shooting Injury | Plaintiff |
| Florida v. Bonenfant | FL | Aggravated Assault | Defendant |
| Cangealose v. Janet Reno & FBI | Wash DC | Wrongful Termination | Plaintiff |
| Null v. Murfreesboro | TN | Wrongful Termination | Plaintiff |
| Missouri v. Beeler | MO | Murder | Defendant |
| Nordlund v. American Armor | NE | Product Liability | Defendant |
| House v. Lawco | UT | Product Liability | Defendant |
| Saldana v. Weitzel | WI | Wrongful Death | Defendant |
| Messing v. Oak Creek | WI | Wrongful Death | Defendant |
| Palmquist v. Selvik | IL | Wrongful Death | Defendant |
| NY v. Gill | NY | Gun Permit Hearing | Defendant |
| Michigan v. Budzyn | MI | Murder | Defendant |
| Wallen v. County of El Dorado | CA | Wrongful Death | Defendant |
| FL v. Jimmy Hecksel | FL | Manslaughter | Defendant |
| Paderez v. Blocker | CA | Product liability | Defendant |
| Blanford v. County of Sacramento | CA | Wrongful Death | Defendant |
| MA v. Robert Tessitore | MA | Manslaughter | Defendant |
| Kulesza v. Marina Bay | MA | Failure to protect | Plaintiff |
| MS v. Patrick Champagne | MS | Manslaughter | Defendant |
| Gorey v. Foley | MI | Wrongful Death | Defendant |
| Tim Alessi v. State of FL | FL | PCR | Appellant |
| TN v. Robert Barnes | TN | Murder | Defendant |
| FL v. Plana | FL | Murder | Defendant |
| Webster & Castle v. Orange County | FL | Wrongful Shooting | Defendant |
| Oxendine v. SRMC | NC | Wrongful Death | Defendant |
| FL v. Ed Michael | FL | Aggravated Assault | Defendant |
| TX v. Terry Graham | TX | Homicide | State |

| NM v. Billy Anders | NM | Manslaughter | Defendant |
| --- | --- | --- | --- |
| MD v. Der and Kifer | MD | Manslaughter | Defendants |
| CO v. Larry Lindsey | CO | Aggravated Assault | Defendant |
| WA v. Jay Olsen | WA | Aggravated Assault | Defendant |
| Chambers v. Graham | TX | Wrongful Death | Defendant |
| FL v. Tim Alessi | FL | Murder (appeal) | Defendant |
| CA v. Thomas Mun & Chad Marshall | CA | Homicide (grand jury level) | State |
| FL v. William Wilkerson | FL | Murder | Defendant |
| FL. V. Ronald Robbins | FL | Manslaughter | Defendant |
| WA v. Jay Olsen | WA | Aggravated Assault | Defendant |
| Chambers v. Graham | TX | Wrongful Death | Defendant |
| Arizona v. Larry Hickey | AZ | Aggravated Assault | Defendant |
| Olevarria v. Couture | VA | Wrongful Death | Defendant |
| Aguilar v. ICE | NY | Excessive Force | Defendant |
| Atkinson v. Tulare County | CA | Wrongful Death | Defendant |
| Gutierrez v. Yolo County | CA | Wrongful Death | Defendant |
| WV v. Jonathan Ferrell | WV | Murder | Defendant |