IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, *et al.*,

    Plaintiffs

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## PLAINTIFFS' RESPONSE TO UNOPPOSED MOTION FOR DISCOVERY CONFERENCE WITH MAGISTRATE JUDGE

Plaintiffs hereby respond to the "Unopposed Motion for Discovery Status Conference with Magistrate Judge" ("Motion for Conference").

Defendant, on September 17, filed the Motion for Conference. Defendant is correct that during conferral, Plaintiffs did not oppose the motion as described to Plaintiffs. (See **Attachment A**, September 17 email indicating no objection). Plaintiffs noted at that time, however, that Plaintiffs had questions on whether the parties had sufficiently conferred and indicated that all counsel for the Plaintiffs would be meeting on September 19 and hoped to get back to Defendant immediately thereafter. Defendant filed the "Motion for Conference" shortly after the September 17 email that same day.

The "Motion for Conference" goes beyond a simple procedural motion and proceeds to engage in an exercise of advocacy that is, at best, incomplete. Plaintiffs offer this response to address some of the points raised in the "Motion for Conference" and to identify their concerns prior to the status conference on Monday.

1

First, as noted in **Attachment A** (September 17 email from Plaintiffs counsel to Defendant) and **Attachment B** (September 12 email from Plaintiffs counsel to Defendant), Plaintiffs question whether "[t]he parties are at an impasse," as represented in the motion. Motion for Conference at 4. The Plaintiffs certainly believed prior to the motion's filing that the Parties would benefit from a face-to-face meeting prior to court intervention as reflected in the attachments.

Second, Defendant's characterization ("it was rejected") of Plaintiffs' response to Defendant's requests of September 5-6 (paragraphs 7 and 8 of the "Motion for Conference") is not accurate. Plaintiffs' September 12 response is set forth in **Attachment B**. In it, Plaintiffs identify the witnesses they presently believe will be witnesses at trial and propose that if additional material witnesses are identified after the discovery cut-off, Plaintiffs would be amenable to depositions of those witnesses after the discovery cut-off while retaining the existing discovery cut-off deadline.

As for the statement that the Plaintiffs have not designated a Sheriff pool, the Plaintiffs have provided a list of six Sheriffs whom Plaintiffs believe are the most likely to be called as witnesses. Defendant and Plaintiffs have agreed to tentative deposition dates for these Sheriffs. At Defendant's request, Plaintiffs began supplying available dates for Sheriffs in late August, starting with Larimer County Sheriff Justin Smith, whom Plaintiffs have repeatedly told Defendant is very likely to be a witness. Although deposition dates in September were offered for some of the Sheriffs, Defendant chose not to take September depositions, even though Defendant in August had stated that he wanted September depositions for Sheriffs.

2

Case No. 1:13-cv-01300-MSK-MJW   Document 79   filed 09/20/13   USDC Colorado   pg 3 of 6

Since Defendant has already involved the Court, Plaintiffs would like to add the following issues for consideration:

1.   Defendant's refusal to produce the Defendant for deposition.

2.   Defendant's refusal to produce employees of the Colorado Bureau of Investigation for deposition; and Defendant's announcement that he will not respond to document production requests for documents held by the Colorado Bureau of Investigation – notwithstanding that Defendant intends to call two CBI employees as witnesses.

3.   Defendant's similar refusal regarding other executive branch officers who work for him, such as officials of the Colorado Division of Wildlife, in the Department of Natural Resources.

4.   Defendant's interrogatories and requests for production in excess of the number allowed by the Scheduling Order, based on the rules for counting questions in *Rodriguez v. Chavez*, 2013 WL 1444183 (D. Colo. Apr. 9, 2013).

5.   An anticipated problem involving what Plaintiffs believe will be Defendant's refusal to produce the documents which underlie the Fuchs expert rebuttal report.

Plaintiffs have offered to continue to confer and will be open for doing so up to the Status Conference ordered by the Court.

Dated this 20h day of September, 2013.

3

Respectfully submitted,

s/Richard A. Westfall
Richard A. Westfall
Peter J. Krumholz
HALE WESTFALL LLP
1445 Market Street, Suite 300
Denver, CO 80202
Phone: (720) 904-6022
Fax: (720) 904-6020
rwestfall@halewestfall.com

**ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC. THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, AND WOMEN FOR CONCEALED CARRY**


David B. Kopel
INDEPENDENCE INSTITUTE
727 E. 16th Avenue
Denver, CO 80203
Phone: (303) 279-6536
Fax: (303) 279-4176
david@i2i.org

**ATTORNEY FOR SHERIFFS AND DAVID STRUMILLO**


Jonathan M. Anderson
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: (303) 295-8566
Fax: (303) 672-6508
jmanderson@hollandhart.com

**ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION**

Marc F. Colin
BRUNO, COLIN & LOWE PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
Phone: (303) 831-1099
Fax: (303) 831-1088
mcolin@brunolawyers.com

**ATTORNEY FOR LICENSED FIREARMS DEALERS**


Anthony J. Fabian
LAW OFFICES OF ANTHONY J. FABIAN PC
510 Wilcox Street, Suite C
Castle Rock, CO 80104
Phone: (303) 663-9339
Fax: (303) 713-0785
fabianlaw@qwestoffice.net

**ATTORNEY FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC. D/B/A FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK**

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2013, I have caused to be presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail address:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| Matthew Groves | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| David Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |

s/Bethany Lillis
HALE WESTFALL LLP
1445 Market Street, Suite 300
Denver, CO 80202
Phone: (720) 904-6022
Fax: (720) 904-6020
rwestfall@halewestfall.com