# Richard Westfall

| | |
|---|---|
| **From:** | Richard Westfall |
| **Sent:** | Tuesday, September 17, 2013 9:53 AM |
| **To:** | 'Matt Grove'; 'David B. Kopel'; Kit Spalding |
| **Cc:** | 'jmanderson@hollandhart.com'; Doug Abbott (DAbbott@hollandhart.com) (DAbbott@hollandhart.com); Peter Krumholz; 'mcolin@brunolawyers.com'; 'jwatson@brunolawyers.com'; 'fabianlaw@qwestoffice.net'; Jon Fero; John T. Lee; David Blake |
| **Subject:** | RE: Cooke v. Hickenlooper |

Matt and Jon:

Plaintiffs do not object to a status conference. We are, however, somewhat concerned regarding whether we have fully conferred on this matter before going to the judge. Perhaps a meeting with counsel is in order. All of plaintiffs' counsel are meeting on Thursday. Would you be available for a possible meeting with us after we meet on Thursday or a conference call on Friday or Monday of next week?

Richard A. Westfall
Attorney



HALE | WESTFALL LLP
attorneys at law

1445 Market Street, Suite 300
Denver, Colorado 80202
phone: 720.904.6010
direct: 720.904.6022
mobile: 303.229.9232
fax: 720.904.6020
rwestfall@halewestfall.com

CONFIDENTIALITY NOTICE: The information contained in this transmission may contain privileged and confidential information, and is intended only for the use of the person or persons to which it is addressed. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify the sender by telephone or reply email immediately, and destroy all copies of the original message. Thank you.

TAX ADVICE DISCLOSURE: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

**From:** Matt Grove [mailto:Matt.Grove@state.co.us]
**Sent:** Monday, September 16, 2013 4:43 PM
**To:** 'David B. Kopel'; Kit Spalding
**Cc:** 'jmanderson@hollandhart.com'; Doug Abbott (DAbbott@hollandhart.com) (DAbbott@hollandhart.com); Richard Westfall; Peter Krumholz; 'mcolin@brunolawyers.com'; 'jwatson@brunolawyers.com'; 'fabianlaw@qwestoffice.net'; Jon Fero; John T. Lee; David Blake
**Subject:** RE: Cooke v. Hickenlooper

David,

**EXHIBIT A**