# STATE OF COLORADO

OFFICE OF THE GOVERNOR
Office of Legal Counsel
136 State Capitol Building
Denver, CO 80203
(303) 866-6390
(303) 866-6399 fax



John W. Hickenlooper
Governor

Jack Finlaw
Chief Legal Counsel
Jack.Finlaw@state.co.us

Stephanie Donner
Senior Deputy Legal Counsel
Stephanie.Donner@state.co.us

Via U.S. Mail and Email

July 10, 2013

Cecil A. Gutierrez
Mayor of the City of Loveland

Council Members of the City of Loveland
500 East Third Street, Suite 330
Loveland, CO 80537

Re: Impact of HB13-1229 on Colorado Youth Outdoors and Pheasant Forever

Dear Mayor Gutierrez and Loveland City Council Members:

Thank you for your July 2, 2013 letter expressing your concerns regarding the impact of House Bill 13-1229 on the Colorado Youth Outdoors and the Pheasant Forever organizations. We appreciate the important missions of these organizations and we believe there are a number of exceptions in HB 13-1229 that alleviate the concerns of the Council and Mr. Hewson.

First, the provisions of HB 13-1229 do not apply to transfers or loans of firearms between family members. Section 6(a) states that background checks "do not apply to . . . a transfer that is a bona fide gift or loan between immediate family members", which includes spouses, parents, children, siblings, grandparents, grandchildren, nieces, nephews, first cousins, aunts and uncles. Thus, there is not any requirement for background checks when loaning firearms to family members, or a subsequent requirement for a background check when returning firearms to the original owner. Under this exception, the Colorado Youth Outdoors can carry out its important mission of connecting youth and their parents without undergoing additional background checks.

Second, Section 6(e)(III) creates an additional exception for temporary transfers of firearms that occur "while hunting, fishing, target shooting, or trapping." Unlike the first exception, this particular exception is available irrespective of the relation of the parties. Thus, members of the Colorado Youth Outdoors and Pheasants Forever can continue the time honored sports of target shooting and hunting without additional background checks.

Finally, under Section 6(h), firearms can be transferred and returned without a background check to anyone, for any reason, for seventy-two hours.

We believe that these three exceptions address the concerns raised in your letter. Thank you again for communicating with us and we look forward to working together in the future. Please let me know you if have any additional questions or would like to further discuss House Bill 13-1229.

Sincerely,

Stephanie Donner
Senior Deputy Legal Counsel

CC: Daryle Klassen, Mayor Pro Tem
Chauncey Taylor, Councilor
Joan Shaffer, Councilor
Phil Farley, Councilor
John Fogle, Councilor
High McKean, Councilor
Ralph Trenary, Councilor
Dave Clark, Councilor