IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, et al

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMICUS BRIEF

    Defendant, by and through the Office of the Colorado Attorney General, submits the following Unopposed Motion for Extension of Time to respond to the amicus brief filed by Mesa County Commissioners.

    1.    Defendant's counsel has conferred with Plaintiffs' counsel pursuant to D.C.COLO.L.CivR 7.1.  Defendant's counsel is authorized to advise this Court that Plaintiffs do not object to the relief sought in this Motion.

    2.    Good cause exists for the requested extension.  The discovery period in this case is abbreviated, and all attorneys representing the parties currently are engaged in various forms of discovery.  In the past two to three weeks, counsel have taken or defended 13 depositions in Denver, Tallahassee, and Washington, D.C.  In the next two weeks, attorneys for the parties are scheduled for another approximately 20 depositions in Denver, New York, and Arizona. In addition to the preparation required for the upcoming depositions, Defendant's attorneys are in the

process of responding to approximately 75 interrogatories, requests, for production, and requests for admission addressed to Defendant.

3. The Mesa County Commissioner's amicus brief presents a novel constitutional claim, which implicates this Court's jurisdiction. Defendant requires a short extension of time to fully research and respond to this novel argument.

4. Defendant's response brief currently is due October 24, 2013. Defendant requests an additional seven (7) days to respond to the Mesa County Commissioners' amicus brief.

WHEREFORE, Defendant requests an additional seven days, up through and including October 31, 2013, to respond to the amicus brief filed by the Mesa County Commissioners.

JOHN W. SUTHERS
Attorney General

s/ *Kathleen Spalding*
DANIEL D. DOMENICO
Solicitor General*
DAVID C. BLAKE*
Deputy Attorney General
KATHLEEN SPALDING*
Senior Assistant Attorney General
MATTHEW D. GROVE *
Assistant Attorney General
JONATHAN P. FERO*
Assistant Solicitor General
JOHN T. LEE*
Assistant Attorney General

MOLLY MOATS*
Assistant Attorney General
Attorneys for Governor John W.
  Hickenlooper
*Counsel of Record
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6000

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2013 I served a true and complete copy of the foregoing Unopposed Motion for Extension of Time upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

*s/ Kathleen Spalding*