IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, et al

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

      Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMICUS BRIEF

---

      This matter comes before the Court on Defendant's Unopposed Motion for Extension of Time to submit a response to the amicus brief filed by the Mesa County Commissioners.  This Court, having reviewed the motion and being fully apprised of the matters at issue, ORDERS as follows:

      Defendant's Motion for Extension of Time is GRANTED. Defendant shall file a response to the amicus brief submitted by the Mesa County Commissioners on or before October 31, 2013.


_____       _____

DATE                                         DISTRICT COURT JUDGE