IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, et al

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

---

UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE

---

    Defendant John Hickenlooper, in his official capacity as Secretary of State for the State of Colorado, by and through counsel, moves for an order extending the discovery deadline by three days so the parties may complete several depositions that have been scheduled, but not yet taken.

    1.    Pursuant to D.C.Colo.L.CivR 7.1, the undersigned certifies that he has conferred with counsel for Plaintiffs concerning this motion. It is unopposed.

    2.    By minute order filed on September 26, 2013 [Doc. 85], Magistrate Judge Watanabe extended the discovery cutoff from November 1, 2013 to November 10, 2013. Since that time, the parties have taken nearly 30 depositions and exchanged written discovery.

    3.    Due to a full calendar of depositions and previous commitments of counsel and witnesses, a few depositions remain and cannot be scheduled prior to November 10, 2013. Accordingly, pending the outcome of this motion, the parties have agreed to schedule the depositions of Plaintiffs Rocky Mountain Shooter's

Supply, and Burrud Arms, and third-party witnesses Cheryl Ann Wilson and J. Paul Brown for November 12 and 13.

4. No party will be prejudiced, nor will these proceedings be delayed, by this short extension.

WHEREFORE, Defendant requests that the discovery deadline be extended by three days, up through and including November 13, 2013, to allow for the parties to complete the discovery process.

> JOHN W. SUTHERS
> Attorney General
>
> s/ *Matthew D. Grove*
> _____
> DAVID C. BLAKE*
> Deputy Attorney General
> KATHLEEN SPALDING*
> Senior Assistant Attorney General
> MATTHEW D. GROVE *
> Assistant Attorney General
> JONATHAN P. FERO*
> Assistant Solicitor General
> JOHN T. LEE*
> Assistant Attorney General
> MOLLY MOATS*
> Assistant Attorney General
> Attorneys for Governor John W.
>   Hickenlooper
> *Counsel of Record
> 1300 Broadway, 10th Floor
> Denver, Colorado  80203
> Telephone:  720-508-6000

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2013 I served a true and complete copy of the foregoing Unopposed Motion to Extend Discovery Deadline upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

        *s/ Matthew D. Grove*