IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, et al

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

---

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO EXTEND DISCOVERY DEADLINE

---

    This matter comes before the Court on Defendant's Unopposed Motion for Extension of Discovery Deadline. This Court, having reviewed the motion and being fully apprised of the matters at issue, ORDERS as follows:

    Defendant's Motion for Extension of the Discovery Deadline is GRANTED. The discovery cutoff is now November 13, 2013.


_____        _____
DATE                                                DISTRICT COURT JUDGE