IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION;
COLORADO FARM BUREAU;
NATIONAL SHOOTING SPORTS FOUNDATION;
MAGPUL INDUSTRIES;
COLORADO YOUTH OUTDOORS;
USA LIBERTY ARMS;
OUTDOOR BUDDIES, INC.;
WOMEN FOR CONCEALED CARRY;
COLORADO STATE SHOOTING ASSOCIATION;
HAMILTON FAMILY ENTERPRISES, INC. d/b/a FAMILY SHOOTING CENTER
AT CHERRY CREEK STATE PARK;
DAVID STRUMILLO;
DAVID BAYNE;
DYLAN HARRELL;
ROCKY MOUNTAIN SHOOTERS SUPPLY;
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;
BURRUD ARMS INC. d/b/a JENSEN ARMS;
GREEN MOUNTAIN GUNS;
JERRY'S OUTDOOR SPORTS;
GRAND PRIX GUNS;
SPECIALTY SPORTS & SUPPLY;
GOODS FOR THE WOODS;

  Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

  Defendant.

---

MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

  Defendant, by and through the Office of the Colorado Attorney General, submits the following Motion for Extension of Dispositive Motion Deadline.

1.	Defendant's counsel has conferred with David Kopel, counsel for the plaintiff sheriffs and David Strumillo.  Mr. Kopel indicates that plaintiffs object to the relief sought in this Motion.

2.	The scheduling order, as amended, set the dispositive motion deadline for December 12, 2013. (doc. #85).

3.	On November 27, 2013, the Court issued an order (doc. # 96) partially granting Defendant's motion to dismiss.  Specifically, the Court's order dismissed the plaintiff sheriffs in their official capacities under Fed.R.Civ.P. 12(b)(1).  However, the Court's order also authorized plaintiff sheriffs to seek leave to rejoin the suit in their personal capacities and set a 14-day deadline for the sheriffs to do so.  The 14-day deadline expires on December 11, 2013, one day before the dispositive motion deadline.

4.	Undersigned counsel understands from conversations with Mr. Kopel that some or all of the sheriffs intend to seek leave as authorized by the Court.  Mr. Kopel indicates that he hopes to circulate a proposed Third Amended Complaint on Friday, December 6.  Although he has generally described additional allegations he plans to assert with respect to the sheriffs' proposed individual capacity claims, Governor's counsel is not in the position to determine whether the proposed complaint will be opposed.  Moreover, even assuming the complaint is not opposed, the addition of new factual allegations less than a week before the dispositive motion deadline will prejudice the Governor's ability to comprehensively address the allegations in a dispositive motion.

5. Filing a summary judgment motion that addresses the allegations in the second amended complaint rather than the anticipated third amended complaint would confuse the appellate record. Any motion for summary judgment concerning the allegations in the second amended complaint may not address the additional factual allegations in plaintiffs' proposed third amended complaint. In the event the Governor's motion for summary judgment is granted, this would raise the possibility that the Court did not grant complete relief.

6. For these reasons, the Governor respectfully requests that the Court amend the scheduling order and extend the dispositive motion deadline to December 23, 2013.

WHEREFORE, Defendant requests that this Court amend the scheduling order and extend the dispositive motion deadline to December 23, 2013.

JOHN W. SUTHERS
Attorney General

s/ *Kathleen Spalding*
DANIEL D. DOMENICO
Solicitor General*
DAVID C. BLAKE*
Deputy Attorney General
KATHLEEN SPALDING*
Senior Assistant Attorney General
MATTHEW D. GROVE *
Assistant Attorney General
JONATHAN P. FERO*

Assistant Solicitor General
JOHN T. LEE*
Assistant Attorney General
MOLLY MOATS*
Assistant Attorney General
Attorneys for Governor John W.
  Hickenlooper
*Counsel of Record
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6000

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2013 I served a true and complete copy of the foregoing MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

*s/ Kathleen Spalding*

5