IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, et al

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

### ORDER GRANTING MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

    This matter comes before the Court on Defendant's Motion for Extension of Dispositive Motion Deadline. This Court, having reviewed the motion and being fully apprised of the matters at issue, ORDERS as follows:

    Defendant's Motion for Extension of Dispositive Motion Deadline is GRANTED. Dispositive motions are due on or before December 23, 2013.

_____      _____
DATE                                         DISTRICT COURT JUDGE