IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1300-MSK-MJW

JOHN B. COOKE, *et al.*,

    Plaintiffs

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## COUNSEL'S NOTICE CONCERNING UNAVAILABILITY
## FOR DECEMBER 19 NON-EVIDENTIARY HEARING

This Court issued two orders on December 9, 2013, setting a non-evidentiary hearing for December 19 at 3 p.m., at which the parties shall be prepared to address, among other things, whether any issues are appropriate for summary judgment consideration and whether such consideration would streamline or avoid trial. This Court also ordered counsel to bring their calendars.

Richard Westfall, counsel for the Disabled Citizens, Outdoor Buddies, Inc., the Colorado Outfitters Association, Colorado Farm Bureau, and Women for Concealed Carry, will be out of town on December 19 on a long-planned vacation. However, Mr. Westfall's co-counsel, Peter Krumholz, will attend the December 19 hearing and will have access to Mr. Westfall's calendar for planning purposes.

1

Dated this 10th day of December, 2013.

        Respectfully submitted,

        <u>s/Richard A. Westfall</u>
        Richard A. Westfall
        Peter J. Krumholz
        HALE WESTFALL LLP
        1445 Market Street, Suite 300
        Denver, CO 80202
        Phone: (720) 904-6022
        Fax: (720) 904-6020
        rwestfall@halewestfall.com

        **ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC. THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, AND WOMEN FOR CONCEALED CARRY**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2013, I have served the foregoing pleading via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| Matthew Groves | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| David Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | Stephanie.Scoville@state.co.us |
| John Lee | jtlee@state.co.us |

s/Peter J. Krumholz
HALE WESTFALL LLP
1445 Market Street, Suite 300
Denver, CO 80202
Phone: (720) 904-6007
Fax: (720) 904-6020