# Exhibit C – Scott Wagner Deposition

1

1  IN THE UNITED STATES DISTRICT COURT

   FOR THE DISTRICT OF COLORADO

2

3  Case No.:  13-CV-1300-MSK-MJW

4  ---------------------------------------------------

5        DEPOSITION OF SCOTT WAGNER

         October 30, 2013

6  ---------------------------------------------------

7  JOHN B. COOKE, Sheriff of Weld County, Colorado, et

   al.,

8

         Plaintiffs,

9  vs.

10  JOHN W. HICKENLOOPER, Governor of the State of

    Colorado,

11

         Defendant.

12  ---------------------------------------------------

13  APPEARANCES:

14  FOR THE PLAINTIFFS COLORADO STATE SHOOTING

    ASSOCIATION and FAMILY ENTERPRISES:

15

    DAVID B. KOPEL

16    Independence Institute

    727 E. 16th Avenue

17    Denver, Colorado  80203

    David@i2i.org

18

19   FOR THE DEFENDANT:

20    JONATHAN P. FERO, ESQ.

    State of Colorado

21    Colorado Department of Law

    State Services

22    Public Officials and Education

    1300 Broadway, 6th Floor

23    Denver, Colorado  80203

    jon.fero@state.co.us

24

25

    **2**

1    PURSUANT TO WRITTEN NOTICE, the

2   deposition of SCOTT WAGNER, called for examination

3   by the Plaintiffs, was taken in the conference room

4   at the offices of the State of Colorado, Colorado

5   Department of Law, 1300 Broadway, 6th Floor,

6   Denver, Colorado, on the 30th day of October 2013,

```
7  at the hour of 9:06 a.m., before Laurie Heckman, a

8  Notary Public in and for the State of Colorado and

9  a Registered Professional Reporter.
```

. . .

                    **153**

```
21     A   Correct.

22         Q   Okay.

23         A   The Section B, which would be the

24  one, two, third paragraph, full paragraph, on page

25  11, he describes capable accepting, in quotes, as a
```

                    **154**

```
1  problematic and impractical concept because it

2  subjects firearms owners to criminal liability that

3  may have been caused by the manufacturer if the

4  magazine is unintentionally capable of holding more

5  ammunition than the manufacturer specifies or that

6  the user is able to recognize.

7           Again, that's overgeneral.  Some --

8  some magazines you can put more rounds in than the

9  indicator holes on the side of the magazine.

10     Q   Right.

11     A   But other magazines, that's not the

12  case, and other magazines it's actually less.  For
```

13  instance, new Glock magazines, you can't, many

14  times when you first get them, can't put the

15  suggested amount in them because the springs are

16  too tight and the fitting is too tight, things like

17  that.

18          So I think to -- to talk about that

19  being impractical or problematic, you know, I could

20  put too much gas in my gasoline tank too and have

21  it spill out, and technically that's an EPA

22  violation.  That seems like that's grasping at

23  straws and seems to be somewhat overgeneral.

24      Q   Well, I just want to get to the

25  specifics on this.  I'm just trying to see where

        **155**

1  the two of you agree and where you disagree.

2      A   Uh-huh.

3      Q   So if you have a 15 -- tell me if I

4  characterize what you just said accurately.  If you

5  have a 15-round magazine, often it will hold 15

6  rounds.  Sometimes, because of differences in

7  manufacturing tolerances for the spring or spring

8  wear or whatever, it might hold 16.  And also,

9  alternatively, another 15-round magazine,

10  especially a brand-new one, might only hold 14

11  because the spring is so springy?

12      A   Correct.

13      Q   Okay.

14          MR. FERO:  Object to form.

15      Q   (By Mr. Kopel)  Now, so tell me

16  where -- so -- and I think my guess is if he were

17  here, he would say the same thing factually we just

18  agreed on.  So tell me where the disagreement is.

19      A   Well, that's not what he says here.

20  If he were here, he might say that, but that's

21  not -- that's not what he's saying here.  He's

22  saying it's problematic and that this is an issue

23  that will come up, and the implication is that it

24  will be -- that it's impractical because it

25  subjects owners to criminal liability, when, in

                        156

1  fact, I think that's an overgeneral statement.  I

2  don't think that that's the case.

3       Q   Okay.

4       A   Okay.

5       Q   But that people would get prosecuted

6  and convicted for that.

7       A   Correct.

8       Q   But you're in agreement with him

9  that some amount of the time you can put 16 into a

10  thing that's nominally 15?

11      A   Yes.  Some of this -- I mean, some

12   of this document exceeds what I believe I bring to

13   the table as far as testimony and so forth.

. . .

**171**

20   Q   So for the limiters you saw, tell me

21   about the different types you saw.

22      A   I saw the fixed-in magazine from the

23   manufacturer.

24      Q   Describe how that works, if you

25   could.

**172**

1      A   Well, they actually alter the shape

2   of the magazine to limit its ability to be loaded

3   with any more rounds than --

4      Q   And how do they do that?

5      A   Sometimes they'll machine in a set

6   of ears to where the floor plate won't go any

7   lower.

8      Q   Okay.

9      A   Or allow any more ammunition than 10

10   rounds.

11      Q   Okay.

12      A   Or whatever the set was.  At that

13   time it was 10 rounds.

14      Q   Can somebody open up the magazine

15   and take a little hacksaw and take off the ears?

16      A   Sure.

17      Q   And the magazine would still

18   function properly?

19      A   If they did a good job.

20      Q   Sure, okay.  So we've got the

21   machined-in ears.  What's another way of limiting?

22      A   The follower in the magazine.

23   Several manufacturers just made a longer follower.

24   Instead of the follower being this thick, they

25   added material to it to make it longer, so that

    **173**

1   when the spring was compressed, the follower

2   stopped the downward progression or the compression

3   of the spring at 10 rounds.

4      Q   And are those easy to take out and

5   just replace with a standardized follower?

6      A   Yeah, any work on a magazine is

7   fairly easy.

8      Q   So we've got the machined ears,

9   we've got the followers.  What else?

10      A   And then baseplates that were -- the

11   same way you can extend, make a baseplate

12   extension, you could also make a baseplate limiter.

13   So you build the baseplate up and as it fits into

14   the gun and then slides on, it's got some sort of a

15   stoppage that keeps the magazine spring and the

16   follower from going clear to the floor of the

17   magazine.

18         Q   And is that something that's easy to

19   switch out by just putting in a normal baseplate?

20         A   Yes.

21         Q   Okay.  Baseplate, anti-extender or

22   something?

23         A   A limiter.

24         Q   Okay.  What other types of limiters

25   did you have experience with?

                    **174**

1         A   Those are pretty much it.  There's

2   just not a lot of other options, as far as -- as

3   far as limiting the magazines but still keeping

4   them the same so that they will work in the guns

5   that they were designed to work in.

6         Q   Is there a way to make a limiter

7   more permanent by, say, attaching it with a pin?

8         A   You could.

9         Q   And would it be easy to punch the --

10   did you ever see one of those?

11         A   I never saw one from a manufacturer.

12     Q   Okay.

13     A   I saw some people that tried to
14  limit their magazine, their magazines to be
15  compliant with competitions.

16     Q   Yeah.

17     A   But I never saw any -- I never saw
18  any from the manufacturer that had a pin in them.

19     Q   And these were maybe not quite
20  shade-tree gunsmiths but people who had some
21  ability to work on their guns and they put it in?

22     A   Right.

23     Q   And was it something if you wanted
24  to remove the limiter, you could take a punch and
25  knock out the pin?

                            175
1      A   Depending on how it was put in,
2  yeah.

3      Q   Okay.

4      A   I've seen welded pins, I've seen
5  driven pins, I've seen tight fit, or just the hole
6  is just real tight for the pin to fit in.  I forget
7  what they call it, a compression fit, but not from
8  manufacturers.

9      Q   Can you punch out a compression fit
10  pin with a little effort?

11      A   Yes.

12          MR. FERO: Object to form.

13      Q   (By Mr. Kopel) If you -- how about

14  welded, you saw people who actually welded a

15  limiter into place?

16      A   Yes.

17      Q   And did they have a pin and then

18  they welded the pin? Tell me how they did that.

19      A   I've seen it with pins. I've seen

20  it with ears, on a steel magazine a weld in the

21  ears inside the magazine, the body.

22      Q   Did you -- did you ever know of

23  anybody, in your experience, know of gunsmiths who

24  provided that as a service to people?

25      A   Gunsmiths will pretty much do

          176

1  anything you ask them to do, so to say that -- if I

2  walk in and hand a gunsmith the magazines, I can

3  say, yeah, and he'll do that for me.

4      Q   But you didn't personally know of

5  that?

6      A   It's not a service I ever saw listed

7  on a web site or on a menu of services at their

8  facility.

9      Q   Now, what if one of these guys who

10   had a welded magazine because he had to in 2003 and

11   then the ban expired, what could he do to reverse

12   the weld?

13        A   He could grind those off.

14        Q   And is that something a home guy can

15   do?

16            MR. FERO:  Object to form.

17        A   Anybody with a dremel tool.

18        Q   (By Mr. Kopel)  Okay.

19        A   Or, you know, if you want to do it

20   right, or any other grinding tool.

21        Q   But, yeah, dremel -- well, could you

22   explain what a dremel tool is?

23        A   It's a handheld grinder, a rotary

24   tool, you put it in drill bits or grinders or

25   stones or polishers or --

                    **177**

1         Q   Okay.  And how long do you think

2   would it take to use the dremel tool to undo the

3   weld?

4         A   A matter of minutes.

5         Q   Okay.  Page 11, under Heading B, the

6   second paragraph, at the end of that he says,

7   "Prepackaged magazines often come in heat sealed

8   blister packaging that does not allow casual access

9   prior to sale." Do you agree?

10      A   No.

11      Q   Elaborate.

12      A   Let's say, okay, often. I think

13  that's an overgeneral statement. Sometimes they

14  do, sometimes they don't. More often than not,

15  they come in a clamshell fit case which can easily

16  be opened and reclosed.

17      Q   By clamshell do you mean there's

18  cardboard and then some plastic stuff that kind of

19  goes around it and there's a lip, and then you can

20  take it off the lip, remove the lip?

21      A   No, I'm talking about two pieces of

22  plastic that are designed to fit together like

23  Tupperware, only not that durable.

24      Q   Okay.

25      A   And that Glock manufacturers put

                178

1  theirs in those, Smith & Wesson puts theirs in

2  those, their extra magazines. I've also seen the

3  plastic formed where the cardboard back slides into

4  the plastic and slides out.

5      Q   That latter thing is what I was

6  trying to describe. I'm not doing a good job.

7      A   I've seen them many ways, but to say

 8   often is actually probably incorrect.  You can go

 9   find both kinds out on the shelf.  You can also

10   find the kind that are packaged in a clear

11   cellophane or plastic baggy with a cardboard piece

12   at the top stapled to the bag.

13         Q   Would it be accurate to say that all

14   the different forms you just described, including

15   the heat sealed blister packaging, would each of

16   them be common?

17         A   Yes.

. . .

                    **187**

11    Q   Mr. Kopel was asking you about

12   limiters.  Do you recall that?

13         A   Yes.

14         Q   And I believe he was restricting it

15   to what you'd seen and observed out in your

16   experience?

17         A   Yes.

18         Q   You were talking about pins and

19   different ways that limiters could be affixed

20   within a magazine.  Is that a fair

21   characterization?

22         A   Yes.

23         Q   Okay.  Is it possible to make -- to

24   permanently affix limiters to magazines?

25        A   Well, if you weld a pin, that's a

                    **188**

1   pretty permanent -- anything can be altered.

2        Q   Okay.

3        A   So if you were to put one in, and I

4   guess you could epoxy one into a -- something.

5   Anything is possible, but to get it out, then you

6   would have to destroy the magazine or it would not

7   be removable.  But I would think that you could

8   pretty much remove anything if you have the right

9   tools and enough desire to take it out.

10        Q   When you were talking about using a

11   dremel tool, for example, to break the welds, do

12   you recall that?

13        A   Yes.

14        Q   How long would that take?

15        A   A couple of minutes.

16        Q   But you would need a power supply?

17        A   Oh, a power supply and a dremel tool

18   with the right tip and gear and a little bit of

19   know-how.

20        Q   Are there ways that limiters are

21   secured that would take longer to sort of break or

22   alter?

23      A   Yes.

24      Q   Than just a couple minutes?

25      A   If you epoxyed one in, you'd have a

**189**

1  much more difficult time getting it out.

2       Q   Have you had experience with that?

3       A   No.

4       Q   Do you have any knowledge as to how

5  long it would take to break the epoxy seal or

6  remove it?

7       A   Just, I can guesstimate it just

8  because I've worked on other things that were

9  epoxyed, but as far as attack on an epoxyed limiter

10  in a magazine, I've never done that.

11      Q   What would your estimate be, based

12  on your experience?

13      A   Well, probably close to 30 minutes

14  to get it out and clean it up to where it was

15  functional.

16      Q   What kind of equipment would you

17  need or materials?

18      A   A dremel tool with a number of

19  different tips.  You might be able to do it with

20  a -- some sort of a saw or Sawzall, or something

21  like that.  There's any number of tools that you

22  could cut with or grind with to get that -- to get

23  something that was epoxyed out.

. . .

**192**

11   Q   Mr. Wagner, do you recall when

12  Mr. Kopel was asking you on page 11 of Mr. Shain's

13  report about somehow fitting 16 bullets in a

14  15-round magazine?

15        A   Yes.

16        Q   Can you give a specific example of a

17  magazine that is marked for 15 rounds that you know

18  and you've tried or you've seen will accept another

19  bullet?

20        A   A lot of the after-markets are

21  quickly thrown together, and they're not as high

22  quality and they will sometimes accept a 16th round

23  or won't accept a 15th round if they're marked 15,

24  either side of that, just because of manufacturing

25  differences and the tolerances.  I specifically

**193**

1  have seen Mecgar magazines.  Mecgar is an

2  after-market manufacturer and they consistently

3  will hold one more than what they're currently

4  marked for.

5             MR. KOPEL:  Could you spell Mecgar?

6    A   M-e-c-g-a-r. There are a number of

7  .22 semiautomatic magazines out on the market. I'm

8  trying to think of the name. There's a

9  manufacturer that makes .22 magazines, and they're

10  everything from drums to long sticks to flippers,

11  and they regularly will hold one or two or

12  sometimes even three more than what they're -- what

13  the packaging says that they'll hold.

14    Q   (By Mr. Fero) Just for purposes of

15  right now, if you think about that Mecgar magazine

16  that you were talking about, do you have any

17  concerns as to the quality of those magazines?

18    A   Oh, absolutely.

19    Q   What is that?

20    A   Any after-market magazine is going

21  to be less quality probably than what the gun comes

22  with from a reliable manufacturer, from a reputable

23  manufacturer, such as Smith, Colt, Glock, Sig,

24  those kind of things. The reason that they have a

25  market for those is magazines are expensive, and so

               **194**

1  after-market magazines tend to be, you know,

2  slightly shorter or lesser value, lesser quality

3  than what you would get when you would buy the

4  name-brand magazine for the weapon. So that's

5  their appealability on the market.  And so because

6  they're cheaper, they tend to be less quality; and

7  because they tend to be less quality, they tend to

8  not be as reliable, they tend to be not as useable

9  as what the gun comes with.

10      Q   Do you have any knowledge as to

11  whether Mecgar, those magazines were designed by

12  the -- by Mecgar to accept an additional bullet

13  than what they marked on the side of the magazine?

14      A   No, they're not.

15      Q   Why do you say that?

16      A   Because if they were, they would put

17  that on there.  That's also a selling point.  If

18  you can make a magazine that will hold 16

19  consistently, then you would put on the packaging

20  it holds 16, because that's a selling point.  So

21  they're not intentionally doing that.  If they

22  drill 15 cycles so that you can see it's a fully

23  loaded magazine, that's what they are intended for

24  it to be.  And if it happens to hold 16, well,

25  that's a bonus.  I think it's going to hurt

         **195**

1  reliability in the long-run, but if they had

2  intended it to be that, they would have drilled 16

3  holes or 17, or whatever it was they intentionally

 4   made it to produce.

 5       Q   Why do you say that's a marketing

 6   point?

 7       A   Because people want more capacity in

 8   their guns.  There's a reason for double-stack

 9   versus single-stack.  That's why the technology

10   went to the double-stackability.