## Exhibit H – Ronald Sloan Deposition Excerpt

1

1       IN THE UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF COLORADO

2

3   Civil Action No. 13-cv-1300-MSK-MJW

4   JOHN B. COOKE, Sheriff of Weld County,

    Colorado, et al.,

5

        Plaintiffs,

6

    vs.

7

    JOHN W. HICKENLOOPER, Governor of the

8   State of Colorado,

9       Defendant.

10

11   _____

12          DEPOSITION OF RONALD C. SLOAN

13            October 28, 2013

. . .

**55**

3   Q.  Let's take a look at the one that's page CBI

4  00017.

5     A.  Okay.

6     Q.  What's the date and time on that e-mail?

7     A.  It is Friday, May 17th, 2013, at 3:31 p.m.

8     Q.  Okay.  And is this -- to save time, I'll try

9  characterizing what is in there, and you can tell me

10  if that's accurate, or not.  Is this an e-mail from

11  James Spoden to the InstaCheck unit, and also CCed to

12  the CBI chain of command, including you?

13     A.  It is.

14     Q.  And is the gist of the message that,

15  starting immediately, CBI should stop answering

16  questions about the meaning of House Bill 1224 and

17  House Bill 1229?

18     A.  I don't know that it says we should stop it.

19  I believe there were questions about whether or not

20  we should do it, and this basically is giving

21  direction on what we should do, as opposed to

22  stopping doing anything.

23     Q.  So is what you should do, for example, when

24  you get calls from the public -- what does it say

25  that CBI should do with calls from the public?

                    **56**

1     A.  It is the same for -- it's a little bit

2  different on the various bills that are articulated

3  in here. The first one is related to House Bill

4  1224, high capacity magazines. Calls from the public

5  referred to governor's signing statement and/or AG's

6  office.

7      On House Bill 1229, calls from the public

8  referred to the attorney general's office, the AG's

9  office. And then there is a copy of the House

10 Bill 13-1224 signing statement, statement of

11 governor, that's attached to that, and that's on the

12 next page, 00018.

13    Q. I asked Mr. Spoden why he wrote this memo,

14 and he said it was at the request or someone in his

15 chain of command, but he didn't remember who in

16 particular. Was it you?

17    A. We had the discussion, and it probably

18 didn't come directly from me. It probably came from

19 his supervisor.

20    Q. Okay. And is there any significance to why

21 this was issued on May 17th?

22    A. I don't know that there's any specific

23 significance to May 17th. I know that when we

24 started getting more requests for interpretation of

25 various and sundry circumstances from individuals

                    **57**

1 calling in to InstaCheck, there was the question,

 2  What should we do regarding giving them direction on

 3  interpreting and trying to assist these folks?  And

 4  we had to make some decisions about what was prudent

 5  for CBI to do in terms of both of these bills, in

 6  particular, that we were getting questions on, 1224

 7  and 1229.

 8      Q.  And elaborate on the decision of why you

 9  decided that the instructions in here were the

10  prudent thing to do?

11      A.  Well, it's the same with any statutory

12  interpretation of particularly new laws, but any

13  laws, in particular, where you can have any number of

14  different scenarios.  And it is very difficult for

15  our folks to advise what the intent of the law was.

16  And the scenarios run the gamut.  And it was our

17  decision that it wasn't really our place to offer

18  interpretation of either of these statutes.

19          It was our place to conduct the background

20  checks on 1229, as indicated in the law, and on 1224

21  we really had no responsibility over background

22  checks, or anything else related to that, other than

23  we had -- it was permissible for us to engage in rule

24  making related to that, but we did not do that.

25      Q.  Okay.

58

1    A.  So we were not in a position to interpret or

2   give opinions on what people should do in these wide

3   ranging scenarios that were being postured before our

4   personnel.  We took the position through the

5   governor's signing statement and the information that

6   was put together by the attorney general's office

7   that that would be the best route for folks to take,

8   to refer to the opinion of the attorney general's

9   office and to seek their own legal counsel on those

10   issues.