**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.*

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

---

**COUNSEL'S NOTICE CONCERNING UNAVAILABILITY FOR DECEMBER 19
NON-EVIDENTIARY HEARING**

---

    This Court issued two orders on December 9, 2013, setting a non-evidentiary hearing for December 19, 2013 at 3:00 p.m., at which the parties shall be prepared to address, among other things, whether any issues are appropriate for summary judgment consideration and whether such consideration would streamline or avoid trial. This Court also ordered counsel to bring their calendars.

    Marc Colin, counsel for Plaintiffs (USA) Liberty Arms, LLC; Rocky Mountain Shooter's Supply, LLC; 2nd Amendment Gunsmith & Shooter Supply, LLC; Burrud Arms Inc. d/b/a Jensen Arms; Green Mountain Guns; Jerry's Outdoor Sports; Grand Prix Guns; Specialty Sports & Supply; and Goods for the Woods; is double set, with this case being set subsequent to another matter which was previously scheduled. The prior matter has been continued once and the Court advised that only one continuance would be granted.

    Dated this 12th day of December, 2013.

*s/ Marc F. Colin*
Marc F. Colin
Jonathon M. Watson
BRUNO, COLIN & LOWE, P.C.
1999 Broadway, Suite 3100
Denver, Colorado 80202
Tel:  (303) 831-1099
Fax:  (303) 831-1088
E-mail: mcolin@brunolawyers.com
          jwatson@brunolawyers.com

*Attorneys for Plaintiffs (USA) Liberty Arms, LLC; Rocky Mountain Shooter's Supply, LLC; 2nd Amendment Gunsmith & Shooter Supply, LLC; Burrud Arms Inc. d/b/a Jensen Arms; Green Mountain Guns; Jerry's Outdoor Sports; Grand Prix Guns; Specialty Sports & Supply; and Goods for the Woods*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2013, I electronically served the foregoing ***COUNSEL'S NOTICE CONCERNING UNAVAILABILITY FOR DECEMBER 19 NON-EVIDENTIARY HEARING*** on the following:

Matt.Grove@state.co.us
Kit.Spalding@state.co.us
Jon.Fero@state.co.us
David.Blake@state.co.us
Dan.Domenico@state.co.us
DAbbott@hollandhart.com
david@i2i.org
PKrumholz@halewestfall.com
RWestfall@halewestfall.com
fabianlaw@qwestoffice.net

*s/ Angela Duran*
Angela Duran, Paralegal