IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, *et al.*,

    Plaintiffs

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## NOTICE OF CHANGE OF FIRM ADDRESS

    PLEASE TAKE NOTICE that, effective November 25, 2013, counsel for Plaintiffs, Hale Westfall, LLP, notifies the Court and all counsel of record of the change of the firm's address as set forth below:

Hale Westfall, LLP
1600 Stout St., Suite 500
Denver, CO 80202

    Dated this 19th day of December, 2013.

        Respectfully submitted,

        s/Richard A. Westfall
        Richard A. Westfall
        Peter J. Krumholz
        HALE WESTFALL LLP
        1600 Stout St., Suite 500
        Denver, CO 80202
        Phone: (720) 904-6022
        Fax: (720) 904-6020
        rwestfall@halewestfall.com

        ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC. THE COLORADO OUTFITTERS

ASSOCIATION, COLORADO FARM BUREAU, AND WOMEN FOR CONCEALED CARRY

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I have served the foregoing notice of change of address to the following e-mail addresses:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| Matthew Groves | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| David Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | Stephanie.Scoville@state.co.us |
| John Lee | jtlee@state.co.us |

s/Peter Krumholz
HALE WESTFALL LLP
1600 Stout St., Suite 500
Denver, CO 80202
Phone: (720) 904-6022
Fax: (720) 904-6020
rwestfall@halewestfall.com

3