**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom

Date: December 19, 2013

Civil Action No. 13-cv-01300-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter Krumholz |
| COLORADO FARM BUREAU; | |
| NATIONAL SHOOTING SPORTS FOUNDATION; | |
| MAGPUL INDUSTRIES; | Douglas Abbott |
| USA LIBERTY ARMS; | Jonathon Watson |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | Anthony Fabian |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a | |
| FAMILY SHOOTING CENTER AT CHERRY CREEK | |
| STATE PARK; | |
| DAVID STRUMILLO; | David Kopel |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER | |
| SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |
| Plaintiffs, | |
| v. | |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | Matthew Grove |
| | Kathleen Spalding |
| Defendant. | Molly Moats |
| | John Lee |
| | Stephanie Scoville |

## COURTROOM MINUTES

HEARING: Law and Motion

**3:06 p.m.     Court in session.**

The Court addresses Motion for Joinder (**Doc. #104**)

Argument.

Statements from plaintiffs' and defendant's counsel.

**ORDER:**     Motion for Joinder (**Doc. #104**) is **GRANTED** in part and **DENIED** in part for the reasons set forth in the record. The 11 individuals named may join the lawsuit as plaintiffs and the Complaint may be amended to add the paragraphs that specifically deal with them as recited by the Court. No new claims may be asserted, no new attachments to the Complaint may be submitted. The case will be framed as it currently is, subject to the ruling made with regard to the motion to dismiss. The 11 individuals may be added to the case caption.

The Court addresses the filing of dispositive motions.

Argument.

**ORDER:**     No dispositive motions will be filed. The Motion for Extension to file same ( **Doc. #97**) is **DENIED.** Ten day bench trial is set **March 31-April 11, 2014.** Trial will begin at 8:30 a.m. on March 31 and will run on all consecutive weekdays for the weeks of March 31 and April 7, 2014 to be concluded no later than April 11, 2014. The parties are allotted 30 hours each to use however they wish for openings/closings, evidence presentation, argument. That time will be tracked on a chess clock by the Courtroom Deputy. The final pretrial order will be filed by **January 31, 2014**. Joint 702 motions will be filed by **January 15, 2014**. Final pretrial conference is set on **February 20, 2014 at 3:00 p.m.** The parties do not need to appear at the final pretrial conference. The Fourth Amended Complaint will be filed by **December 23, 2013.** The Answer will be filed by **January 3, 2014.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

The Court addresses Motion for Leave to Restrict Document (**Doc #105**)

**ORDER:**     Motion for Leave to Restrict Document (**Doc. #105**) is **DENIED**, but the exhibits will remain under restriction.

**4:07 p.m.**     **Court in recess.**

**Total Time:   1 hour 1 minute. .**
**Hearing concluded.**