IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 13-CV-01300-MSK-MJW         Date: January 31, 2014

Case Title: *Colorado Outfitters Association, et al. v. Hickenlooper*

**ADDENDUM A**
**JOINT WITNESS LIST**

| WITNESS | TIME ESTIMATED FOR EXAMINATION |
|---|---|
| Timothy Brough | 105 minutes (60/45) |
| John Burrud | 105 minutes (60/45) |
| Shayne Heap | 75 minutes (60/15) |
| Terry Maketa | 75 minutes (60/15) |
| Major Ronald Abrams | 105 minutes (75/30) |
| Elisa Dahlberg | 90 minutes (60/30) |
| Bob Hewson | 105 minutes (75/30) |
| Dylan Harrell | 60 minutes (45/15) |
| Nick Colglazier | 90 minutes (60/30) |
| Doug Hamilton | 105 minutes (60/45) |
| James Spoden | 75 minutes (60/15) |
| Ron Sloan | 60 minutes (45/15) |
| Daniel Oates | 90 minutes (75/15) |
| Daniel Montgomery | 45 minutes (30/15) |
| Lorne Kramer | 45 minutes (30/15) |
| Roger Salzberger | 60 minutes (45/15) |

| Witness | Time |
|---|---|
| Ernest Moore, MD | 90 minutes (60/30) |
| Jennifer Longdon | 45 minutes (30/15) |
| Expert Kevin L. Davis | 150 minutes (75/75) |
| Expert Massad Ayoob | 225 minutes (105/120) |
| Expert Dr. Gary Kleck, Ph.D. | 225 minutes (105/120) |
| Expert Michael Shain | 225 minutes (135/90) |
| Expert Dr. Jeffrey Zax, Ph.D. | 180 minutes (120/60) |
| Expert Daniel Webster | 180 minutes (120/60) |
| Expert Douglas Fuchs | 210 minutes (120/90) |
| Expert John Cerar | 210 minutes (120/90) |
| Plaintiff John Cooke | 60 minutes (45/15) |
| Justin Smith | 60 minutes (45/15) |
| Lou Vallario | 60 minutes (45/15) |
| Jim Crone | 60 minutes (45/15) |
| Michelle Eichler | 80 minutes (50/30) |
| J. Paul Brown | 85 minutes (55/30) |
| David Bayne | 75 minutes (45/30) |
| David Gill | 75 minutes (45/30) |
| Michael Jones | 45 minutes (30/15) |
| Andrew Logan | 60 minutes (30/30) |
| Cheryl Ann Wilson | 45 minutes (30/15) |
| Patricia Maisch | 45 minutes (30/15) |

Randy Hampton                                          25 minutes (25/10)

Any witnesses required for authentication of any exhibit