IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No.  Civil Action No. 13-CV-1300-MSK-MJW  

Date: January 31, 2014

Case Title: <u>Colorado Outfitters Association, et al.</u>, Plaintiffs v. <u>John W. Hickenlooper, Governor of the State of Colorado</u>, Defendant

**ADDENDUM B**
**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | Proposed stipulation, or Rule 1006, by Smith Cooke, Heap, Vallario, Maketa, or Crone | Sheriffs Offices' Firearms Policies | | | | | |
| 2 | Proposed stipulation | Christopher S. Koper, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003*, Report to the National Institute of Justice, June 2004. | | | | | |
| 3 | Proposed stipulation | Defendant's Response to Non-Profits and Individual Disabled Plaintiffs' 1st Requests for Admission. | | | | | |
| 4 | Proposed stipulation | Defendant's Response to Sheriffs and Strumillo's Discovery Requests. | | | | | |
| 5 | Proposed stipulation | Cabela's ATF Compliance, by Falcon Communication. | | | | | |
| 6 | Proposed stipulation | Defendant's Responses to Plaintiffs FFL, Magpul, CSSA, and Hamilton Family Enterprises' First Set of Discovery. | | | | | |
| 7 | Proposed stipulation, or | Colorado Bureau of Investigation emails, bates | | | | | |

1

|    |                                                  |                                                                                                                                                                  |   |   |   |   |   |
|----|--------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|---|---|---|---|
|    | Sloan or Spoden                                  | labeled as CBI 00033, 00071-00075, 00125, 000126.                                                                                                                |   |   |   |   |   |
| 8  | Proposed stipulation, or other witness as needed | Previous Colorado Attorney General Technical Guidance                                                                                                            |   |   |   |   |   |
| 9  | Proposed stipulation                             | ATF Procedure 2013-1                                                                                                                                             |   |   |   |   |   |
| 10 | Proposed stipulation, or Sloan or Spoden         | Colorado Bureau of Investigation InstaCheck Firearm Statistics: Comparison of calendar year 2012 and calendar year 2013.                                         |   |   |   |   |   |
| 11 | Proposed stipulation, or Sloan or Spoden         | Colorado Bureau of Investigation Private Sales July-September 2013, CBI 00001-00009                                                                              |   |   |   |   |   |
| 12 | Proposed stipulation, or Sloan or Spoden         | Colorado list of federally licensed firearms dealers                                                                                                             |   |   |   |   |   |
| 13 | Proposed stipulation, or Sloan or Spoden         | Colorado Bureau of Investigation InstaCheck Firearms Statistics from September 19, 2013; CBI 00016-00019.                                                        |   |   |   |   |   |
| 14 | Proposed stipulation, or Sloan or Spoden         | Colorado Bureau of Investigation Unit: Reasons for Denial for Dealer/FFL and Private Firearm Transactions for the Months of July, August, September, October, and November 2013; CBI 00021-00030. |   |   |   |   |   |
| 15 | John Burrud/Timothy Brough                       | Data compilations and summaries under FRE 1006 regarding federally licensed firearms Plaintiffs' sales and inventories.                                          |   |   |   |   |   |
| 16 | Michael Shain                                    | ROBERT W.D. BALL, MAUSER MILITARY RIFLES OF THE WORLD.                                                                                                           |   |   |   |   |   |
| 17 | Michael Shain                                    | Clayton E. Cramer & Joseph Olson, *Pistols, Crime, and Public Safety in Early America*, 44 WILLAMETTE LAW REVIEW 699 (2008).                                     |   |   |   |   |   |
| 18 | Michael Shain                                    | JAMES B. GARRY, WEAPONS OF THE LEWIS AND CLARK EXPEDITION                                                                                                        |   |   |   |   |   |
| 19 | Michael Shain                                    | S.P. FJESTAD, BLUE BOOK OF GUN VALUES                                                                                                                            |   |   |   |   |   |
| 20 | Michael Shain                                    | NORM FLAYDERMAN, FLAYDERMAN'S GUIDE TO ANTIQUE AMERICAN FIREARMS AND THEIR VALUES                                                                                |   |   |   |   |   |
| 21 | Michael Shain                                    | GEORGE B. JOHNSON, INTERNATIONAL ARMAMENT                                                                                                                        |   |   |   |   |   |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | Michael Shain | JERRY LEE, STANDARD CATALOG OF FIREARMS | | | | | |
| 23 | Proposed stipulation, or Michael Shain | JERRY LEE, GUN DIGEST | | | | | |
| 24 | Michael Shain | GEORGE MADIS, THE WINCHESTER HANDBOOK | | | | | |
| 25 | Michael Shain | PHILLIP PETERSON, STANDARD CATALOG OF MILITARY FIREARMS | | | | | |
| 26 | Michael Shain | JOHN PLASTER, THE HISTORY OF SNIPING AND SHARPSHOOTING | | | | | |
| 27 | Michael Shain | ARTHUR PIRKLE, WINCHESTER LEVER ACTION REPEATING FIREARMS | | | | | |
| 28 | Michael Shain | W.H.B. SMITH, GAS, AIR, AND SPRING GUNS OF THE WORLD | | | | | |
| 29 | Michael Shain | JIM SUPICA, DOUG WICKLUND & PHILIP SCHREIER, THE ILLUSTRATED HISTORY OF FIREARMS | | | | | |
| 30 | Michael Shain | JIM SUPICA AND RICHARD NAHAS, STANDARD CATALOG OF SMITH & WESSON | | | | | |
| 31 | Michael Shain | JOHN WALTER, RIFLES OF THE WORLD | | | | | |
| 32 | Michael Shain | DOUG WICKLUND, TREASURES OF THE NRA NATIONAL FIREARMS MUSEUM | | | | | |
| 33 | Michael Shain | HAROLD F. WILLIAMSON, WINCHESTER THE GUN THAT WON THE WEST | | | | | |
| 34 | Michael Shain | LEWIS WINANT, FIREARMS CURIOSA | | | | | |
| 35 | Rule 1006, by Smith Cooke, Heap, Vallario, Maketa, or Crone, or proposed stipulation | County Sheriffs' Responses to Defendant's Requests for Written Discovery. | | | | | |
| 36 | Daniel Webster | Daniel Webster deposition transcript from case *New York v. A-1 Jewelry and Pawn* | | | | | |
| 37 | Bob Hewson | Letter from Tommy Knappich to Bob Hewson dated Jan. 31, 2014 | | | | | |
| 38 | Bob Hewson | Letter from Lynn A. Hammond to Bob Hewson dated Aug. 14, 2013 | | | | | |
| 39 | Bob Hewson | Letter from Stephanie Donner to Mayor of Loveland and Loveland City Council dated July | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 10, 2003 | | | | | |
| 40 | Bob Hewson | Letter from Loveland City Council to John W. Hickenlooper dated July 2, 2013 | | | | | |
| 41 | Nick Colglazier | Chart Reflecting FFL Responses Regarding Willingness to Conduct 1229 Background Checks | | | | | |
| 42 | Proposed stipulation | ATF's Annual Firearms Manufacturers and Export Reports | | | | | |
| 43 | Proposed stipulation | ATF's Firearms Commerce in the United States Annual Statistical Update 2012 | | | | | |
| 44 | Proposed stipulation | ATF's Firearms Commerce in the United States, Annual Statistical Update 2013 (and 2014 update if it becomes available) | | | | | |
| 45 | Michael Shain | A.F. STOEGER, THE SHOOTERS BIBLE | | | | | |
| 46 | Michael Shain | JEAN-NOEL MOURET, PISTOLS AND REVOLVERS | | | | | |
| 47 | Daniel Webster | Daniel Webster deposition transcript from case *Illinois Assoc. of Firearms Retailers v. Chicago Pawn* | | | | | |
| 48 | Patricia Maisch and Roger Salzberger | New York Times news article dated January 9, 2011. | | | | | |
| 49 | Patricia Maisch | Patricia Maisch legislative testimony regarding HB 1224. | | | | | |
| 50 | Patricia Maisch | State of Patricia Maisch before the Senate Subcommittee on Crime and Terrorism, dated November 15, 2011. | | | | | |
| 51 | Ronald Abrams | Troop Organizational Chart and other charts | | | | | |
| 52 | Ronald Abrams | Colorado Mounted Rangers Firearms Policy | | | | | |
| 53 | Ronald Abrams | Colorado Mounted Rangers Policy & Procedure Manual, Version VI, October 2013 | | | | | |
| 54 | Ronald Abrams | CMR Memoranda of Understanding | | | | | |
| 55 | Nick Colglazier | State Resolutions Committee Report | | | | | |
| 56 | Cooke | Press Release, "Burglary in Progress Suspects Arrested" 6/29/11 | | | | | |
| 57 | Cooke | Press Release, "Three Arrested on Burglary | | | | | |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Charges" 10/6/11 | | | | | |
| 58 | Cooke | Oath | | | | | |
| 59 | Cooke | Weld County Zoning Ordinance, Ch. 23: Zoning | | | | | |
| 60 | Proposed Stipulation | 5/16/13 Technical Guidance | | | | | |
| 61 | Proposed Stipulation | 7/10/13 Technical Guidance | | | | | |
| 62 | Dahlberg | The Armed Citizen: A Five Year Analysis | | | | | |
| 63 | Dahlberg | Photo of firearm with 50-round magazine | | | | | |
| 64 | Dahlberg | Photo of firearm with 25-round magazine | | | | | |
| 65 | Dahlberg | Photo of firearm with 100-round magazine | | | | | |
| 66 | Proposed Stipulation | April 1998 Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles | | | | | |
| 67 | Hamilton | Hamilton Family Enterprises, Inc. Family Shooting Center data, 2009-2013, with updates | | | | | |
| 68 | Kleck or Zax | "Armed Resistance to Crime: The Prevalence and Nature of Self-Defense with a Gun" | | | | | |
| 69 | Kleck or Zax | Questionnaire used in the National Self-Defense Survey | | | | | |
| 70 | Kleck | Do criminals go to the hospital when they are shot? | | | | | |
| 71 | Kleck | Firearm violence: 1993-2011 | | | | | |
| 72 | Kleck | Policy Lessons from Recent Gun Control Research | | | | | |
| 73 | Kleck | Impact of handgun types on gun assault outcomes | | | | | |
| 74 | Kleck | The case for enhanced data collection of gun type | | | | | |
| 75 | Kleck | Victim resistance and offender weapon effects in robbery | | | | | |
| 76 | Kleck | JAMA 1/3/1996, Characteristics of Firearms Involved in Fatalities | | | | | |
| 77 | Moore | Curriculum Vitae | | | | | |

| # | Witness | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 78 | Moore | Mortality by Year | | | | | |
| 79 | Moore | Epidemiology of Trauma Deaths: A Reassessment | | | | | |
| 80 | Moore | Publication in the JAMA | | | | | |
| 81 | Oates | Aurora theater photos | | | | | |
| 82 | Oates | Aurora theater 911 recording | | | | | |
| 83 | Spoden | CBI Instacheck statistics | | | | | |
| 84 | Ayoob | Curriculum vitae | | | | | |
| 85 | Shain | Curriculum vitae | | | | | |
| 86 | Davis | Curriculum vitae | | | | | |
| 87 | Kleck | Curriculum vitae | | | | | |
| 88 | Ayoob | Answering some well asked questions | | | | | |
| 89 | Ayoob | CNN article re Giffords shooting | | | | | |
| 90 | Ayoob | The Ayoob Files | | | | | |
| 91 | Ayoob | AZ Central article on Maisch shooting | | | | | |
| 92 | Ayoob | Wheelchair articles | | | | | |
| 93 | Ayoob | The View from the Chair | | | | | |
| 94 | Ayoob | Wounded Heroes | | | | | |
| 95 | Ayoob | Women and guns | | | | | |
| 96 | Ayoob | Do older folks need different handguns | | | | | |
| 97 | Ayoob | Concealed carry article | | | | | |
| 98 | Ayoob | Lance Thomas article | | | | | |
| 99 | Ayoob | Lead & Diamond article | | | | | |
| 100 | Spoden | FFL Colorado map | | | | | |
| 101 | Webster | Missouri article and accompanying charts | | | | | |
| 102 | Webster | 2009 J. Urb. Health article and accompanying charts | | | | | |
| 103 | Webster | Statistical analsysi | | | | | |
| 104 | Zax | Firearm Injury Trends 1985-1995 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 105 | Zax | Handguns in the 1990s | | | | | |
| 106 | Zax | Injury Prevention 2003 | | | | | |
| 107 | Zax | JAMA 01-1996 | | | | | |
| 108 | Zax | Journal of Trauma 12-2004 | | | | | |
| 109 | Zax | Koper 2013 | | | | | |
| 110 | Zax | Lethality of Firearm Injuries | | | | | |
| 111 | Zax | MMWR 4/13/2001, Surveillance for Fatal and Nonfatal Firearm-Related Injuries, US 1993-1998 | | | | | |
| 112 | Zax | MMWR 9/3/2004, Surveillance for Fatal and Nonfatal Injuries, US 2001 | | | | | |
| 113 | Zax | Semi-Automatic Handguns | | | | | |
| 114 | Zax | UPenn Firearm Inj in the US 2011 | | | | | |
| 115 | Zax | WaPo 1-13-13 | | | | | |
| 116 | Zax | WaPo 1-23-11 | | | | | |
| 117 | Zax | FRE 1006 Exhibits re Sheriff data | | | | | |
| 118 | Zax | Demonstrative charts re LCM use in mass shootings | | | | | |
| 119 | Zax | Demonstrative charts re effect of LCM ban | | | | | |
| 120 | Zax | Demonstrative charts re defensive shots fired | | | | | |
| 121 | Zax | Wintemute New Eng. J. Med. (2010) | | | | | |
| 122 | Fuchs | Sandy Hook police reports | | | | | |
| 123 | Fuchs | Articles on intervention/escape while changing magazines | | | | | |
| 124 | Hampton | 2013 Big Game Brochure | | | | | |
| 125 | Hampton | 2013 Big Game Corrections Brochure | | | | | |
| 126 | Hampton | 2013 Mountain Lion EFLIP Brochure | | | | | |
| 127 | Hampton | 2013 Sheep and Goat Brochure | | | | | |
| 128 | Hampton | 2013 Small Game Brochure | | | | | |
| 129 | Hampton | 2013 Turkey Brochure | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 130 | Hampton | 2013 Waterfowl Brochure | | | |
| 131 | Hampton | Elk University Chap. 1, Lesson 12 | | | |
| 132 | Brough | Gunbroker web page re Search the FFL Holder Network | | | |
| 133 | Burrud | Gunbroker web page re Smith & Wesson M&P | | | |
| 134 | Burrud | Gunbroker web page re DPMS SASS .308 | | | |
| 135 | Burrud | Gunbroker web page re Core 15 MOE M4 .300 | | | |
| 136 | Burrud | Emails from Bill Binet | | | |
| 137 | Davis | Hood/Davis email string | | | |
| 138 | Davis | Tactical-Life.com: Lifesaving Backup Guns | | | |
| 139 | Davis | New York Times: 11 Years of Police Gunfire in Painstaking Detail | | | |
| 140 | Hewson | Colorado Youth Outdoors website "The Maverick" | | | |
| 141 | Brown | ATF FFL guide | | | |
| 142 | Brown | 18 U.S.C. § 922 | | | |
| 143 | Brown | H2A visa information | | | |
| 144 | Proposed stipulation or authentication witness | Bass Pro Shops documents produced | | | |
| 145 | Proposed stipulation | FFL discovery responses | | | |
| 146 | Proposed stipulation | Sheriffs' discovery responses | | | |
| 147 | Proposed stipulation | David Bayne discovery responses | | | |
| 148 | Proposed stipulation | CSSA discovery responses | | | |
| 149 | Proposed stipulation | Strumillo discovery responses | | | |
| 150 | Proposed stipulation | Farm Bureau discovery responses | | | |
| 151 | Proposed stipulation | Hamilton discovery responses | | | |
| 152 | Proposed stipulation | Nonprofit discovery responses | | | |
| 153 | Proposed stipulation | Women for Concealed Carry discovery responses | | | |
| 154 | Proposed stipulation or authentication witness | CACP Position Statement | | | |

| | | | | | |
|---|---|---|---|---|---|
| 155 | Proposed stipulation or authentication witness | CACP Testimony re background checks | | | |
| 156 | Proposed stipulation or authentication witness | CACP Final 2013 Session Report | | | |
| 157 | Proposed stipulation or authentication witness | CACP Testimony re HB1224 (030413) | | | |
| 158 | Proposed stipulation or authentication witness | CACP Testimony re HB1229 | | | |
| 159 | Proposed stipulation or authentication witness | CACP Testimony re HB1224 (021213) | | | |
| 160 | Proposed stipulation | CBC White Paper Final Report 022013 | | | |
| 161 | Proposed stipulation | ATF FFL Procedures (Part 478) | | | |
| 162 | Proposed stipulation | ATF study on the importability of certain shotguns, Jan. 2011, and July 2012 | | | |
| 163 | Shain | Federal Firearms Licensee Plaintiffs Survey of Practices | | | |
| 164 | Massad Ayoob | Article on Lance Thomas, 2002 WLNR 14052078 | | | |
| 165 | Massad Ayoob | Various articles on Richmond, Vir., jewelry store robbery | | | |
| 166 | Kevin Davis | Tom Aveni, Officer-Involved Shootings: What We Don't Know Has Hurt Us, The Police Policy Studies Council | | | |
| 167 | Gary Kleck | National Crime Victimization Survey | | | |
| 168 | Gary Kleck | Geller, William A. and Michael S. Scott. 1993. *Deadly Force: What We Know*. Washington, D.C.: Police Executive Research Forum. | | | |
| 169 | Gary Kleck | Southwick, Lawrence. 2000. "Self-defense with guns: The consequences." *Journal of Criminal Justice* 28:351-370. | | | |
| 170 | Gary Kleck | Kleck, Gary. 1997. TARGETING GUNS: FIREARMS AND THEIR CONTROL. NY: Aldine de Gruyter. | | | |
| 171 | Gary Kleck | Kleck, Gary. 2001. "The frequency of defensive gun use: evidence and disinformation." Chapter | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 6 in ARMED, by Gary Kleck and Don B. Kates. NY: Prometheus Books. | | | |
| 172 | Gary Kleck | Kleck, Gary. 2001. "The nature and effectiveness of owning, carrying, and using guns for self-protection." Chapter 7 in ARMED, by Gary Kleck and Don B. Kates. NY: Prometheus Books. | | | |
| 173 | Gary Kleck | McGonigal, M.D., Cole, J., Schwab, C.W., Kauder, D.R., Rotondo, M.F., and Angood, P.B. 1993. "Urban firearm deaths: a five-year perspective." *The Journal of Trauma* 35:532-537. | | | |
| 174 | Gary Kleck | Tark, Jongyeon, and Gary Kleck. 2004. "Resisting crime: the effects of victim action on the outcomes of crimes." *Criminology* 42:851-908. | | | |
| 175 | Gary Kleck | Study of mass shootings. Appendix to expert report. | | | |
| 176 | Michael Shain | United States Center for Disease Control (CDC), Evaluating the Effectiveness of Strategies for Preventing Violence: Firearms Laws (11/3/2003) | | | |
| 177 | Michael Shain | National Research Council, Priorities for Research to Reduce the Threat of Firearm-Related Violence (4/2013) | | | |
| 178 | Michael Shain | United States Department of Justice, Bureau of Justice Statistics Special Report: Firearm Violence, 1993-2011 (5/2013) | | | |
| 179 | Michael Shain | Armed and Considered Dangerous; A Survey of Felons and Their Firearms. (Wright & Rossi) | | | |
| 180 | Michael Shain | United State Department of Justice, Federal Bureau of Investigation, Handgun Wounding Factors and Effectiveness (7/1989) | | | |
| 181 | Michael Shain | National Institute of Justice, Research Brief, Guns in America: National Survey on Private Ownership and Use of Firearms. (5/1997) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 182 | Michael Shain | Department of Justice, Federal Bureau of Investigation, Defensive Systems Unit Ballistic Research Facility; Officer Involved Shooting: Pennsylvania Police Department. (11/2006) | | | |
| 183 | Michael Shain | United States Department of Justice, Bureau of Justice Statistics Report: Crime Against Persons with Disabilities, 2009-2011 (12/2012) | | | |
| 184 | Michael Shain | New York City Police Department Annual Firearms Discharge Report | | | |
| 185 | Michael Shain | Cato Institute "Guns and Self Defense" interactive incident map, http://www.cato.org/guns-and-self-defense | | | |
| 186 | Zax | Reedy, D. C. / Koper, C. S. Impact of handgun types on gun assault outcomes: a comparison of gun assaults involving semiautomatic pistols and revolvers. 2003. | | | |
| | | | | | |
| | | | | | |
| | | | | | |