**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-1300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION *et. al.*,

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## UNOPPOSED MOTION TO WITHDRAW

COMES NOW, Jonathan M. Watson of the law firm of BRUNO, COLIN & LOWE, P.C., and pursuant to and in accordance with D.C.Colo.LCivR 83.3(D), hereby requests this Honorable Court's leave to withdraw from the within action as counsel for and on behalf of Licensed Firearms Dealers USA Liberty Arms, Rocky Mountain Shooter Supply, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms Inc. d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Specialty Sports & Supply, and Goods for the Woods, in connection with the within matter, on the following grounds:

<u>Certificate of Compliance with D.C.COLO.LCivR 7.1</u>

Undersigned counsel has conferred with counsel for Plaintiff, Matt Grove, and has been advised that he has no objection to his withdrawal.

    1.    Undersigned counsel entered his appearance on behalf of Licensed Firearms Dealers USA Liberty Arms, Rocky Mountain Shooter Supply, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms Inc. d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Specialty Sports & Supply, and Goods for the Woods, on August

9, 2013 [Doc. #67]. Mr. Watson has recently resigned his employment as an attorney with the law firm of BRUNO, COLIN & LOWE, P.C. Mr. Watson's resignation requires his withdrawal of appearance in connection with any and all cases pending before this Court in which he previously entered as counsel of record for a party represented by the law firm of BRUNO, COLIN & LOWE, P.C.

2. Marc F. Colin of BRUNO, COLIN & LOWE, P.C. entered his appearance on behalf of Licensed Firearms Dealers USA Liberty Arms, Rocky Mountain Shooter Supply, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms Inc. d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Specialty Sports & Supply, and Goods for the Woods, on May 23, 2013 [Doc. #13].

3. Given that Defendants Licensed Firearms Dealers USA Liberty Arms, Rocky Mountain Shooter Supply, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms Inc. d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Specialty Sports & Supply, and Goods for the Woods have individual representation by Marc F. Colin, as set forth hereinabove, neither these Defendants, nor any other party hereto will be prejudiced by the withdrawal of Mr. Watson, and no delay would be caused by the Court's granting of the relief sought herein. Undersigned counsel has shown good cause for this Court to allow his withdrawal of appearance, and the granting of the within motion would serve the best interests of justice and judicial economy.

WHEREFORE, having shown good cause, undersigned counsel, Jonathan M. Watson, respectfully requests this Court enter its Order permitting his withdrawal as counsel of record for Plaintiffs Licensed Firearms Dealers USA Liberty Arms, Rocky Mountain Shooter Supply, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud

Arms Inc. d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Specialty Sports & Supply, and Goods for the Woods, in the within action.

Respectfully submitted this 11th day of February, 2014.

>*s/ Jonathan M. Watson*
>Jonathon M. Watson
>BRUNO, COLIN & LOWE, P.C.
>1999 Broadway, Suite 3100
>Denver, Colorado 80202
>Tel:  (303) 831-1099
>Fax:  (303) 831-1088
>E-mail:  jwatson@brunolawyers.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2014, I electronically served the foregoing ***UNOPPOSED MOTION TO WITHDRAW*** on all counsel of record via CM/ECF.

>*s/ Angela Duran*
>Angela Duran