IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No._ Civil Action No. 13-CV-1300-MSK-MJW _____

Date: February 20, 2014

Case Title: _Colorado Outfitters Association, et al._, Plaintiffs v. _John W. Hickenlooper, Governor of the State of Colorado_, Defendant

**ADDENDUM B**
**AMENDED JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 1 | Proposed stipulation, or Rule 1006, by Smith Cooke, Heap, Vallario, Maketa, or Crone | Sheriffs Offices' Firearms Policies | | | | | |
| 2 | Proposed stipulation | Christopher S. Koper, _An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003_, Report to the National Institute of Justice, June 2004. | | | | | |
| 3 | Proposed stipulation | Defendant's Response to Non-Profits and Individual Disabled Plaintiffs' 1st Requests for Admission. | | | | | |
| 4 | Proposed stipulation | Defendant's Response to Sheriffs and Strumillo's Discovery Requests. | | | | | |
| 5 | Proposed stipulation | Cabela's ATF Compliance, by Falcon Communication. | | | | | |
| 6 | Proposed stipulation | Defendant's Responses to Plaintiffs FFL, Magpul, CSSA, and Hamilton Family Enterprises' First Set of | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | Discovery. | | | | | |
| 7 | Proposed stipulation, or Sloan or Spoden | Colorado Bureau of Investigation emails, bates labeled as CBI 00033, 00071-00075, 00125, 000126. | | | | | |
| 8 | Proposed stipulation, or other witness as needed | Previous Colorado Attorney General Technical Guidance | | | | | |
| 9 | Proposed stipulation | ATF Procedure 2013-1 | | | | | |
| 10 | Proposed stipulation, or Sloan or Spoden | Colorado Bureau of Investigation InstaCheck Firearm Statistics: Comparison of calendar year 2012 and calendar year 2013. | | | | | |
| 11 | Proposed stipulation, or Sloan or Spoden | Colorado Bureau of Investigation Private Sales July-September 2013, CBI 00001-00009 | | | | | |
| 12 | Proposed stipulation, or Sloan or Spoden | Colorado list of federally licensed firearms dealers | | | | | |
| 13 | Proposed stipulation, or Sloan or Spoden | Colorado Bureau of Investigation InstaCheck Firearms Statistics from September 19, 2013; CBI 00016-00019. | | | | | |
| 14 | Proposed stipulation, or Sloan or Spoden | Colorado Bureau of Investigation Unit: Reasons for Denial for Dealer/FFL and Private Firearm Transactions for the Months of July, August, September, October, and November 2013; CBI 00021-00030. | | | | | |
| 15 | John Burrud/Timothy Brough | Data compilations and summaries under FRE 1006 regarding federally licensed firearms Plaintiffs' sales, inventories, and number of background checks completed. | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 16 | Michael Shain | ROBERT W.D. BALL, MAUSER MILITARY RIFLES OF THE WORLD (2011) | | | | | |
| 17 | Michael Shain | JAMES B. GARRY, WEAPONS OF THE LEWIS AND CLARK EXPEDITION (2012) | | | | | |
| 18 | Michael Shain | R.L. WILSON, THE WINCHESTER: AN AMERICAN LEGEND (1991) | | | | | |
| 19 | Michael Shain | S.P. FJESTAD, BLUE BOOK OF GUN VALUES (2013) | | | | | |
| 20 | Michael Shain | NORM FLAYDERMAN, FLAYDERMAN'S GUIDE TO ANTIQUE AMERICAN FIREARMS AND THEIR VALUES (2007) | | | | | |
| 21 | Michael Shain | GEORGE B. JOHNSON, INTERNATIONAL ARMAMENT (2002) | | | | | |
| 22 | Michael Shain | JERRY LEE, STANDARD CATALOG OF FIREARMS (2014) | | | | | |
| 23 | Proposed stipulation, or Michael Shain | JERRY LEE, GUN DIGEST (2014) | | | | | |
| 24 | Michael Shain | GEORGE MADIS, THE WINCHESTER HANDBOOK (1981) | | | | | |
| 25 | Michael Shain | PHILLIP PETERSON, STANDARD CATALOG OF MILITARY FIREARMS (2013) | | | | | |
| 26 | Michael Shain | JOHN PLASTER, THE HISTORY OF SNIPING AND SHARPSHOOTING (2008) | | | | | |
| 27 | Michael Shain | ARTHUR PIRKLE, WINCHESTER LEVER ACTION REPEATING FIREARMS (1994) | | | | | |
| 28 | Michael Shain | W.H.B. SMITH, GAS, AIR, AND SPRING GUNS OF THE WORLD (1957) | | | | | |
| 29 | Michael Shain | JIM SUPICA, DOUG WICKLUND & PHILIP SCHREIER, THE ILLUSTRATED HISTORY OF FIREARMS (2011) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 30 | Michael Shain | JIM SUPICA AND RICHARD NAHAS, STANDARD CATALOG OF SMITH & WESSON (2006) | | | | | |
| 31 | Michael Shain | JOHN WALTER, RIFLES OF THE WORLD (2006) | | | | | |
| 32 | Michael Shain | DOUG WICKLUND, TREASURES OF THE NRA NATIONAL FIREARMS MUSEUM (2013) | | | | | |
| 33 | Michael Shain | HAROLD F. WILLIAMSON, WINCHESTER THE GUN THAT WON THE WEST (1952) | | | | | |
| 34 | Michael Shain | LEWIS WINANT, FIREARMS CURIOSA (1954) | | | | | |
| 35 | Rule 1006, by Smith Cooke, Heap, Vallario, Maketa, or Crone, or proposed stipulation | County Sheriffs' Responses to Defendant's Requests for Written Discovery. | | | | | |
| 36 | | Withdrawn | | | | | |
| 37 | Bob Hewson | Letter from Tommy Knappich to Bob Hewson dated Jan. 31, 2014 | | | | | |
| 38 | Bob Hewson | Letter from Lynn A. Hammond to Bob Hewson dated Aug. 14, 2013 | | | | | |
| 39 | Bob Hewson | Letter from Stephanie Donner to Mayor of Loveland and Loveland City Council dated July 10, 2003 | | | | | |
| 40 | Bob Hewson | Letter from Loveland City Council to John W. Hickenlooper dated July 2, 2013 | | | | | |
| 41 | Nick Colglazier | Chart Reflecting FFL Responses Regarding Willingness to Conduct 1229 Background Checks | | | | | |
| 42 | Proposed stipulation | ATF's Annual Firearms Manufacturers and Export Reports | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 43 | Proposed stipulation | ATF's Firearms Commerce in the United States Annual Statistical Update 2012 | | | | | |
| 44 | Proposed stipulation | ATF's Firearms Commerce in the United States, Annual Statistical Update 2013 (and 2014 update if it becomes available) | | | | | |
| 45 | Michael Shain | A.F. STOEGER, THE SHOOTERS BIBLE (1953 ed.) | | | | | |
| 46 | Michael Shain | JEAN-NOËL MOURET, PISTOLS AND REVOLVERS (1993) | | | | | |
| 47 | | Withdrawn | | | | | |
| 48 | Patricia Maisch and Roger Salzberger | New York Times news article dated January 9, 2011. | | | | | |
| 49 | Patricia Maisch | Patricia Maisch legislative testimony regarding HB 1224. | | | | | |
| 50 | Patricia Maisch | State of Patricia Maisch before the Senate Subcommittee on Crime and Terrorism, dated November 15, 2011. | | | | | |
| 51 | Abrams | Troop Organizational Chart and other charts | | | | | |
| 52 | Abrams | Colorado Mounted Rangers Firearms Policy | | | | | |
| 53 | Abrams | Colorado Mounted Rangers Policy & Procedure Manual, Version VI, October 2013 | | | | | |
| 54 | Abrams | CMR Memoranda of Understanding | | | | | |
| 55 | Ayoob | Curriculum vitae | | | | | |
| 56 | Ayoob | Massad Ayoob, "Answering some Well-Asked Questions About Personal Defense," Backwoods Home Magazine, Jan/Feb 2006. | | | | | |
| 57 | Ayoob | CNN Wire Staff, January 10, 2011 "Congresswoman's Responses after | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
|  |  | Arizona Shooting Called Encouraging." |  |  |  |  |  |
| 58 | Ayoob | The Ayoob Files |  |  |  |  |  |
| 59 | Ayoob | Faherty and Wagner, "Four People Key in Disarming Suspect," The Arizona Republic, January 9, 2011. |  |  |  |  |  |
| 60 | Ayoob | Massad Ayoob, "Equip Your Wheelchair-Bound Customers," Shooting Industry Magazine |  |  |  |  |  |
| 61 | Ayoob | Massad Ayoob, "The View from the Chair," Guns Magazine |  |  |  |  |  |
| 62 | Ayoob | Massad Ayoob, "Helping Wounded Heroes," Glock Autopistols 2014. |  |  |  |  |  |
| 63 | Ayoob | Massad Ayoob, "Women and Guns," Backwoods Home Magazine, Jan/Feb 2010. |  |  |  |  |  |
| 64 | Ayoob | Massad Ayoob, "Do older folks need different handguns?  Sometimes…" Daily Caller August 26, 2013. |  |  |  |  |  |
| 65 | Ayoob | Massad Ayoob, "Concealed Carry: Should You Carry a Back-Up Gun?" Gun Digest, August 10, 2011. |  |  |  |  |  |
| 66 | Ayoob | Massad Ayoob, "Urban Gunfighter (The Lance Thomas story), American Handgunner Magazine, March/April 2002. |  |  |  |  |  |
| 67 | Ayoob | Massad Ayoob, "Lead and Diamonds: The Richmond Jewelry Store Shootout," American Handgunner Magazine, May/June 2003. |  |  |  |  |  |
| 68 | Brough | Gunbroker web page re Search the FFL Holder Network |  |  |  |  |  |
| 69 | Brown | ATF FFL guide |  |  |  |  |  |
| 70 | Brown | 18 U.S.C. § 922 |  |  |  |  |  |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 71 | Brown | H2A visa information | | | | | |
| 72 | Burrud | Gunbroker web page re Smith & Wesson M&P | | | | | |
| 73 | Burrud | Gunbroker web page re DPMS SASS .308 | | | | | |
| 74 | Burrud | Gunbroker web page re Core 15 MOE M4 .300 | | | | | |
| 75 | Burrud | Emails from Bill Binet | | | | | |
| 76 | Cerar | Curriculum vitae | | | | | |
| 77 | Colglazier | State Resolutions Committee Report | | | | | |
| 78 | Cooke | Press Release, "Burglary in Progress Suspects Arrested" 6/29/11 | | | | | |
| 79 | Cooke | Press Release, "Three Arrested on Burglary Charges" 10/6/11 | | | | | |
| 80 | Cooke | Oath | | | | | |
| 81 | Cooke | Weld County Zoning Ordinance, Ch. 23: Zoning | | | | | |
| 82 | Dahlberg | The Armed Citizen: A Five Year Analysis | | | | | |
| 83 | Dahlberg | Photo of firearm with 50-round magazine | | | | | |
| 84 | Dahlberg | Photo of firearm with 25-round magazine | | | | | |
| 85 | Dahlberg | Photo of firearm with 100-round magazine | | | | | |
| 86 | Davis | Curriculum vitae | | | | | |
| 87 | Davis | Hood/Davis email string | | | | | |
| 88 | Davis | Tactical-Life.com: Lifesaving Backup Guns | | | | | |
| 89 | Davis | New York Times: 11 Years of Police Gunfire in Painstaking Detail | | | | | |
| 90 | Fuchs | Curriculum vitae | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 91 | Fuchs | Sandy Hook police reports | | | | | |
| 92 | Fuchs | Articles on intervention/escape while changing magazines | | | | | |
| 93 | Hamilton | Hamilton Family Enterprises, Inc. Family Shooting Center data, 2009-2013, with updates | | | | | |
| 94 | Hampton | 2013 Big Game Brochure | | | | | |
| 95 | Hampton | 2013 Big Game Corrections Brochure | | | | | |
| 96 | Hampton | 2013 Mountain Lion EFLIP Brochure | | | | | |
| 97 | Hampton | 2013 Sheep and Goat Brochure | | | | | |
| 98 | Hampton | 2013 Small Game Brochure | | | | | |
| 99 | Hampton | 2013 Turkey Brochure | | | | | |
| 100 | Hampton | 2013 Waterfowl Brochure | | | | | |
| 101 | Hampton | Elk University Chap. 1, Lesson 12 | | | | | |
| 102 | Hewson | Colorado Youth Outdoors website "The Maverick" | | | | | |
| 103 | Kleck | Kleck and Gertz, "Armed Resistance to Crime: The Prevalence and Nature of Self-Defense with a Gun," 86 J. Crim. 150. | | | | | |
| 104 | Kleck | Questionnaire used in the National Self-Defense Survey (Kleck and Gertz) | | | | | |
| 105 | Kleck | May, Hemenway, and Hall, "Do criminals go to the hospital when they are shot?" Inj. Prev. 2002, 236-38. | | | | | |
| 106 | Kleck | Kleck, "Policy Lessons from Recent Gun Control Research" 49 L. Cont. Probs. 35. | | | | | |
| 107 | Kleck | Reedy & Koper, "Impact of handgun types on gun assaults involving semiautomatic pistols and revolvers," Inj. Prev. 2003; 9:151-155. | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 108 | Kleck | Richmond, et al, "The case for enhanced data collection of gun type," J. Trauma 2004 Dec; 57(6): 1356-60. | | | | | |
| 109 | Kleck | Kleck and DeLone, "Victim resistance and offender weapon effects in robbery" 9 J. Quant. Crim. 55 (1993) | | | | | |
| 110 | Kleck | Hargarten, et al., "Characteristics of Firearms Involved in Fatalities" JAMA 1996; 275(1): 42-45. | | | | | |
| 111 | Moore | Curriculum Vitae | | | | | |
| 112 | Moore | Mortality by Year (Depo Exh. 5) | | | | | |
| 113 | Moore | Sauaia, et al. "Epidemiology of Trauma Deaths: A Reassessment" 38 J. Trauma 185 (1995) | | | | | |
| 114 | Moore | Sauaia, et al., JAMA Research Letters, April 24, 2013 (Depo Exh. 7) | | | | | |
| 115 | Oates | Aurora theater photos | | | | | |
| 116 | Oates | Aurora theater 911 recording | | | | | |
| 117 | Shain | Curriculum vitae | | | | | |
| 118 | Shain | Federal Firearms Licensee Plaintiffs Survey of Practices | | | | | |
| 119 | Spoden | CBI InstaCheck statistics for private firearms transfers | | | | | |
| 120 | Spoden | FFL Colorado map | | | | | |
| 121 | Spoden | FFL Colorado private transfer map | | | | | |
| 122 | Webster | Curriculum vitae | | | | | |
| 123 | Webster | Webster, D. et al., "Effects of the Repeal of Missouri's Handgun Purchaser Licensing Law on Homicides," J. Urb. Health (forthcoming 2014). | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 124 | Webster | Charts based on data from Webster Missouri article. | | | | | |
| 125 | Webster | Webster, D., et al., "Effects of State-Level Firearm Seller Accountability Policies on Firearm Trafficking," 86 J. Urb. Health 525 (July 2009). | | | | | |
| 126 | Webster | Charts based on data from Webster trafficking article | | | | | |
| 127 | Zax | Curriculum vitae | | | | | |
| 128 | Zax | Cherry, D. et al. "Trends in nonfatal and fatal firearm-related injury rates in the United States, 1985-1995," Ann. Emerg. Med. 1998 Jul; 32(1):51-9. | | | | | |
| 129 | Zax | Wintemute, GJ, "The relationship between firearm design and firearm violence.  Handguns in the 1990s" JAMA 1996; 275(22): 1749-53. | | | | | |
| 130 | Zax | Koper, C (2013) "America's experience with the federal assault weapons ban, 1994-2004: Key findings and implications," chapter 12 in *Reducing Gun Violence in American: Informing Policy with Evidence and Analysis,* Webster DW and Vernick, J., eds., Johns Hopkins University Press. | | | | | |
| 131 | Zax | FRE 1006 Exhibits re Sheriff data | | | | | |
| 132 | Zax | FRE 1006 Exhibits re Annual Firearms Discharge Reports | | | | | |
| 133 | Zax | Demonstrative charts re LCM use in mass shootings | | | | | |
| 134 | Zax | Demonstrative charts re effect of LCM ban | | | | | |
| 135 | Zax | Demonstrative charts re defensive | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | shots fired | | | | | |
| 136 | Proposed stipulation or authentication witness | Bass Pro Shops documents produced | | | | | |
| 137 | Proposed stipulation | FFL discovery responses | | | | | |
| 138 | Proposed stipulation | Sheriffs' discovery responses | | | | | |
| 139 | Proposed stipulation | David Bayne discovery responses | | | | | |
| 140 | Proposed stipulation | CSSA discovery responses | | | | | |
| 141 | Proposed stipulation | Strumillo discovery responses | | | | | |
| 142 | Proposed stipulation | Farm Bureau discovery responses | | | | | |
| 143 | Proposed stipulation | Hamilton discovery responses | | | | | |
| 144 | Proposed stipulation | Nonprofit discovery responses | | | | | |
| 145 | Proposed stipulation | Women for Concealed Carry discovery responses | | | | | |
| 146 | Proposed stipulation | NSSF discovery responses | | | | | |
| 147 | Proposed Stipulation | April 1998 Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles | | | | | |
| 148 | Proposed stipulation | ATF study on the importability of certain shotguns, Jan. 2011, and July 2012 | | | | | |
| 149 | Proposed Stipulation | 5/16/13 Technical Guidance | | | | | |
| 150 | Proposed | 7/10/13 Technical Guidance | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
|  |  | stipulation |  |  |  |  |  |
| 151 | Proposed stipulation | Legislative history for HB 13-1224 |  |  |  |  |  |
| 152 | Proposed stipulation | Legislative history for HB 13-1229 |  |  |  |  |  |
| 153 | Michael Shain | photos/exemplars of magazines |  |  |  |  |  |
| 154 |  | Withdrawn |  |  |  |  |  |
| 155 |  | Withdrawn |  |  |  |  |  |
| 156 |  | Withdrawn |  |  |  |  |  |
| 157 |  | Withdrawn |  |  |  |  |  |
| 158 |  | Withdrawn |  |  |  |  |  |
| 159 |  | Withdrawn |  |  |  |  |  |
| 160 |  | Withdrawn |  |  |  |  |  |
| 161 |  | Withdrawn |  |  |  |  |  |
| 162 |  | Withdrawn |  |  |  |  |  |
| 163 |  | Withdrawn |  |  |  |  |  |
| 164 |  | Withdrawn |  |  |  |  |  |
| 165 |  | Withdrawn |  |  |  |  |  |
| 166 |  | Withdrawn |  |  |  |  |  |
| 167 |  | Withdrawn |  |  |  |  |  |
| 168 |  | Withdrawn |  |  |  |  |  |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 169 | | Withdrawn | | | | | |
| 170 | | Withdrawn | | | | | |
| 171 | | Withdrawn | | | | | |
| 172 | | Withdrawn | | | | | |
| 173 | | Withdrawn | | | | | |
| 174 | | Withdrawn | | | | | |
| 175 | | Withdrawn | | | | | |
| 176 | | Withdrawn | | | | | |
| 177 | | Withdrawn | | | | | |
| 178 | | Withdrawn | | | | | |
| 179 | | Withdrawn | | | | | |
| 180 | | Withdrawn | | | | | |
| 181 | | Withdrawn | | | | | |
| 182 | | Withdrawn | | | | | |
| 183 | | Withdrawn | | | | | |
| 184 | | Withdrawn | | | | | |
| 185 | | Withdrawn | | | | | |
| 186 | | Withdrawn | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
|         |         |                  |             |         |          |         |                |
|         |         |                  |             |         |          |         |                |
|         |         |                  |             |         |          |         |                |
|         |         |                  |             |         |          |         |                |
|         |         |                  |             |         |          |         |                |
|         |         |                  |             |         |          |         |                |
|         |         |                  |             |         |          |         |                |