**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-1300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION *et. al.*,

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

**TO THE PARTIES:**

    First Assistant Attorney General LeeAnn Morrill of the Colorado Attorney General's Office hereby gives notice of her entry of appearance as counsel of record for the Defendant, John W. Hickenlooper, Governor of the State of Colorado. Ms. Morrill's contact information is listed below.

    DATED: February 20, 2014.

                                       JOHN W. SUTHERS
                                       Attorney General


                                       */s/ LeeAnn Morrill*
                                       LEEANN MORRILL
                                       First Assistant Attorney General
                                       Public Officials Unit
                                       State Services Section
                                       1300 Broadway, 6th Floor
                                       Denver, CO 80203
                                       Telephone: (720) 508-6159
                                       FAX: (720) 508-6041
                                       E-mail: leeann.morrill@state.co.us

2

**CERTIFICATE OF SERVICE**

   The undersigned attorney hereby certifies that on February 20, 2014, she electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the clerk of United States District Court for the District of Colorado, and electronically served all counsel of record, through the CM/ECF system.

                */s/  LeeAnn Morrill*
                LEEANN MORRILL
                First Assistant Attorney General
                Public Officials Unit
                State Services Section

2