**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date: February 20, 2014 |
| Court Reporter:   Terri Lindblom | |

Civil Action No. 13-cv-01300-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter Krumholz |
| COLORADO FARM BUREAU; | Richard Westfall |
| NATIONAL SHOOTING SPORTS FOUNDATION; | Douglas Abbott |
| MAGPUL INDUSTRIES; | |
| USA LIBERTY ARMS; | Marc Colin |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a | |
| FAMILY SHOOTING CENTER AT CHERRY CREEK | Anthony Fabian |
| STATE PARK; | |
| DAVID STRUMILLO; | David Kopel |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |
| Plaintiff, | |
| v. | |
| JOHN W. HICKENLOOPER, Governor of the State of | Matthew Grove |
| Colorado, | Kathleen Spalding |
| | Stephanie Scoville |
| Defendant. | LeeAnn Morrill |

## COURTROOM MINUTES

HEARING:    Final Pretrial Conference.

**3:03 p.m.        Court in session.**

Counsel present as listed above.  The parties were excused from attending this hearing (Doc. #115)

The Final Pretrial Order [119] is approved taking into consideration the Court's comments about the allotted time, witnesses, exhibits, etc.

**ORDER:**    Trial briefs, if any, will be filed by **March 14, 2014.**  Briefs regarding standing issues must be filed by **March 7, 2014** and responses filed by **March 14, 2014.**

**PENDING MOTIONS.**

The Court addresses Motion for Leave to Restrict (**Doc. #124**) and Motion to Close Courtroom (**Doc. #123**).

**ORDER:**    Motion for Leave to Restrict (**Doc. #124**) is **WITHDRAWN**.

**ORDER:**    The Clerk is directed to post Motion to Close Courtroom (**Doc. #123**) on the Court's website for public comment/objection.

The Court addresses questions from counsel regarding pretrial and trial processes.

**3:37 p.m.        Court in recess.**

**Total Time:    34 minutes.**
**Hearing concluded.**