IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, *et al.*

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

_____

ENTRY OF APPEARANCE
_____

    COMES NOW, the undersigned counsel and hereby enters his limited appearance on behalf of the Mesa County Board of County Commissioners, State of Colorado, as Maurice Lyle Dechant is no longer serving as the Mesa County Attorney.

    Respectfully submitted this 26th day of February, 2014.

                                      MESA COUNTY ATTORNEY'S OFFICE

                                      /s/ *David Frankel*
                                      _____
                                      David Frankel, #26314
                                      Acting Mesa County Attorney
                                      P.O. Box 20,000-5004
                                      Grand Junction, CO 81502-5004
                                      Telephone: (970) 244-1612
                                      david.frankel@mesacounty.us

## CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2014, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system, and served via email a true and complete copy of the foregoing Entry of Appearance upon all counsel of record listed below via email, and upon my client as indicated:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| David C. Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Kathleen L. Spalding | kit.spalding@state.co.us |
| Matthew D. Groves | matt.groves@state.co.us |
| John T. Lee | john.lee@state.co.us |
| Molly Moats | molly.moats @state.co.us |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Jonathan M. Anderson | jmanderson@hollandandhart.com |
| Douglas Abbott | dabbot@hollandandhart.com |
| Marc F. Colin | mcolin@brunolawyers.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

John Justman, Chair, Board of County Commissioner of
the County of Mesa, State of Colorado
*Via hand delivery*

              /s/ *Deanna Gohn*
              _____