IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, *et al.*

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

      Defendant.

---

## MOTION FOR WITHDRAWAL
---

COMES NOW, Maurice Lyle Dechant, and submits this Motion for Withdrawal pursuant to D.C.COLO.LAttyR 5(b), and as grounds therefore, states as follows:

1.      On August 22, 2013, the undersigned attorney entered an appearance on behalf of the Board of County Commissioners of the County of Mesa, Colorado.

2.      Mr. Dechant recently resigned his employment as the Mesa County Attorney. The Acting Mesa County Attorney filed an Entry of Appearance on February 26, 2014 (see Doc. #128)

3.      The Defendant, nor any other party will be prejudiced by the withdrawal of Mr. Dechant, and no delay would be caused by the Court's granting of the relief sought herein. Undersigned counsel has shown good cause for this Court to allow his withdrawal of appearance, and the granting of the within motion would serve the best interests of justice and judicial economy.

WHEREFORE, having shown good cause, undersigned counsel, Maurice Lyle Dechant, respectfully requests this Court enter its Order permitting his withdrawal as counsel of record for the Board of County Commissioner of the County of Mesa, State of Colorado.

Respectfully submitted this 28th day of February, 2014.

/s/ *Maurice Lyle Dechant*

_____
Maurice Lyle Dechant, #8948
1940 10 Road
Mack, CO 81525
(970)858-0497


CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2014, I electronically filed the foregoing Motion for Withdrawal with the Clerk of Court using the CM/ECF system, and served via email a true and complete copy of the foregoing Motion upon all counsel of record listed below via email, and upon my client as indicated:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| David C. Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Kathleen L. Spalding | kit.spalding@state.co.us |
| Matthew D. Groves | matt.groves@state.co.us |
| John T. Lee | john.lee@state.co.us |
| Molly Moats | molly.moats @state.co.us |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Jonathan M. Anderson | jmanderson@hollandandhart.com |
| Douglas Abbott | dabbot@hollandandhart.com |

Marc F. Colin                                          mcolin@brunolawyers.com

Anthony J. Fabian                                      fabianlaw@qwestoffice.net

John Justman, Chair, Board of County Commissioner of
the County of Mesa, State of Colorado
*Via hand delivery*

                                       */s/ Deanna Gohn*
                        _____