IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, *et al.*

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

___

ORDER RE: MOTION FOR WITHDRAWAL
___

    THE COURT, having reviewed the Motion for Withdrawal as Counsel for the Board of County Commissioners of the County of Mesa, State of Colorado and being sufficiently advised on the premises, enters the following order:

    The Motion is granted. Maurice Lyle Dechant is hereby withdrawn as counsel for the Board of County Commissioners of the County of Mesa, State of Colorado.

    DONE AND ORDERED this _____ day of _____, 2014.

                                                      _____
                                                      District Court Judge