IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.*

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

---

**PLAINTIFF DYLAN HARRELL'S RESPONSES
TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

---

Plaintiff Dylan Harrell, by and through his counsel, and pursuant to Fed. R. Civ. P. 33(b), hereby responds to Defendant's Interrogatories as follows:

### GENERAL OBJECTIONS

Where no objection is interposed, the responses below reflect all responsive information and documents identified by Dylan Harrell before the date of the responses, pursuant to a reasonable and diligent search and investigation conducted in connection with this discovery. To the extent the discovery purports to require more, Mr. Harrell objects on the grounds that (a) the discovery seeks to compel him to conduct a search beyond the scope of permissible discovery contemplated by the Federal Rules of Civil Procedure, and (b) compliance with the discovery would be oppressive, and would impose an undue burden or expense.

Mr. Harrell's discovery responses are also made subject to the ongoing discovery and trial preparation in this case. These discovery responses are made based on the best information, including facts available as of the date of such responses. Mr. Harrell reserves the right to amend, supplement, or change these discovery responses as permitted or required under the Federal Rules of Civil Procedure based on additional information obtained through the discovery and trial preparation process.

EXHIBIT A

interrogatory on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these objections, Mr. Harrell states as follows: I own a number of firearms. They include eight rifles, three shotguns, and five pistols. Five of my eight rifles have removable magazines and can be used with magazines of fewer than 16 rounds. Three of my pistols use removable magazines, and they can all be used with magazines of fewer than 16 rounds. Seven of my rifles, and all three of my shotguns, are used for hunting and recreation. (My remaining rifle is never used at all for any purpose.) I also use one of my rifles and one of my shotguns for personal safety. My pistols are used for target shooting, recreation, and personal safety. I also use one of my pistols, a revolver, for hunting.

    2.    Do you possess or own magazines that you have modified to accept greater than 15 rounds? If so, state the number of such magazines, how you modified each magazine, why you modified each such magazine, and describe the firearms you own or possess that use these magazines.

    **RESPONSE:** No.

    3.    If you contend that you own or possess a firearm that can be used only with magazines that contain greater than 15 rounds, please describe the firearm in detail, explain the use you make of the firearm (e.g., hunting, recreational shooting, or personal safety) and explain why you contend the firearm requires a magazine containing greater than 15 rounds.

    **RESPONSE:** I own a .22 rifle with a tube magazine that accepts up to 21 .22 short rounds. This magazine is not removable. I use this firearm for target shooting and varmint shooting. I do not have any other firearms that require larger magazines or cannot use something smaller than 16 rounds.

    4.    Do you possess magazines that without modification have capacities of greater than 15 rounds? If so, state the number of such magazines and describe the weapons you own or possess that use these magazines.

    **RESPONSE:** Yes. I own or possess the following magazines that without modification have capacities of greater than 15 rounds:

    a.  2x17 rounds for 9mm handgun
    b.  1x30 rounds for .22 long rifle
    c.  2x40 rounds for sporting rifles
    d.  13x30 rounds for sporting rifles
    e.  1x20 rounds for sporting rifles