IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.*

  Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

  Defendant.

### PLAINTIFF DAVID BAYNE'S RESPONSES
### TO DEFENDANT'S FIRST SET OF INTERROGATORIES

  Plaintiff David Bayne, by and through his counsel, and pursuant to Fed. R. Civ. P. 33(b), hereby responds to Defendant's Interrogatories as follows:

### GENERAL OBJECTIONS

  Where no objection is interposed, the responses below reflect all responsive information and documents identified by David Bayne before the date of the responses, pursuant to a reasonable and diligent search and investigation conducted in connection with this discovery. To the extent the discovery purports to require more, Mr. Bayne objects on the grounds that (a) the discovery seeks to compel him to conduct a search beyond the scope of permissible discovery contemplated by the Federal Rules of Civil Procedure, and (b) compliance with the discovery would be oppressive, and would impose an undue burden or expense.

  Mr. Bayne's discovery responses are also made subject to the ongoing discovery and trial preparation in this case. These discovery responses are made based on the best information, including facts available as of the date of such responses. Mr. Bayne reserves the right to amend, supplement, or change these discovery responses as permitted or required under the Federal Rules of Civil Procedure based on additional information obtained through the discovery and trial preparation process.

EXHIBIT B

**RESPONSE:**  No.

3. If you contend that you own or possess a firearm that can be used only with magazines that contain greater than 15 rounds, please describe the firearm in detail, explain the use you make of the firearm (e.g., hunting, recreational shooting, or personal safety) and explain why you contend the firearm requires a magazine containing greater than 15 rounds.

**RESPONSE:**  For the firearms I use primary for self-defense, I elect to employ magazines with a capacity of 16 rounds or greater when feasible.

4. Do you possess magazines that without modification have capacities of greater than 15 rounds? If so, state the number of such magazines and describe the weapons you own or possess that use these magazines.

**RESPONSE:**  Yes.  I own magazines for my AR15 that have a capacity of 30 and 20 cartridges.  I have approximately four magazines that have a 30-cartridge capacity and three that have a 20-cartridge capacity.

5. Describe in detail how your disability effects [sic] your ability to use the firearms you own, possess, or use firearms, including any difficulty you have using a specific firearm.

**RESPONSE:**  Mr. Bayne objects to this interrogatory on the ground that it is confusing and unclear.  Subject to and without waiving this objection, Mr. Bayne states as follows:

I am a paraplegic, T2/T3 with full dexterity.  The challenges I face in a self-defense situation is that I am significantly limited in my ability to flee and seek cover as a result of being in a wheel chair.

6. Have you or others modified any firearm you own, possess, or use in order to accommodate your disability? If so, please describe the firearm, the modification, when the modification was made, and the purpose of the modification.

**RESPONSE:**  No.

7. Describe in detail every instance in which you have fired or displayed a firearm for self-defense or the defense of others. In your response:

    a. state the date of any such incident;

    b. describe the firearms you used, including a description of the magazine and the capacity of the magazine you used;

    c. state whether you or others involved in the incident fired any shots;