IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, et al.

Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado, Defendant.

_____

**DAVID STRUMILLO'S ANSWERS TO DEFENDANT'S INTERROGATORIES**

_____

David Strumillo, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 33(b), hereby responds to Defendant's Interrogatories as follows:

### GENERAL OBJECTIONS

Where no objection is interposed, the responses below reflect all responsive information and documents identified by Mr. Strumillo before the date of the responses, pursuant to a reasonable and diligent search and investigation conducted in connection with this discovery. To the extent the discovery purports to require more, Mr. Strumillo objects on the grounds that (a) the discovery seeks to compel him to conduct a search beyond the scope of permissible discovery contemplated by the Federal Rules of Civil Procedure, and (b) compliance with the discovery would be oppressive, and would impose an undue burden or expense.

Mr. Strumillo's discovery responses are also made subject to the ongoing discovery and trial preparation in this case. These discovery responses are made based on the best information, including facts available as of the date of such responses. Mr. Strumillo reserves the right to amend, supplement, or change these discovery responses as permitted or required under the Federal Rules of Civil Procedure based on additional information obtained through the discovery and trial preparation process.

Mr. Strumillo makes each individual response subject to and without waiving the conditions and objections that are stated in the sections of these responses entitled "General Objections" and "Objections to Instructions and Definitions" and

EXHIBIT C

7.     Do you possess magazines that without modification have capacities of greater than 15 rounds?  If so, state the number of such magazines and describe the weapons you own or possess that use these magazines.

**Response:**

First question: Yes.

**Response:**

8

Second question:

Mr. Strumillo objects to these questions on the grounds that they are vexatious, constitute an intrusion into his and his family's privacy, and are not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving this objection:

PURSUANT TO SEPT. 26, 2013, AGREEMENT BETWEEN COUNSEL FOR MR. STRUMILLO AND FOR DEFENDANT, THE ANSWERS BELOW WILL BE CONSIDERED TO SATISFY QUESTION SET 7.

Mr. Strumillo owns several magazines of more than 15 rounds for the AR-15 type rifles and for the Glock 17.

9