IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.*

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

      Defendant.

---

**PLAINTIFF WOMEN FOR CONCEALED CARRY'S RESPONSES
TO DEFENDANT'S FIRST SET OF INTERROGATORIES
AND REQUESTS FOR PRODUCTION**

---

      Plaintiff Women for Concealed Carry, by and through its counsel, and pursuant to Fed. R. Civ. P. 33(b), hereby responds to Defendant's Interrogatories and Requests for Production as follows:

<u>**GENERAL OBJECTIONS**</u>

      Where no objection is interposed, the responses below reflect all responsive information and documents identified by Women for Concealed Carry before the date of the responses, pursuant to a reasonable and diligent search and investigation conducted in connection with this discovery.  To the extent the discovery purports to require more, Women for Concealed Carry objects on the grounds that (a) the discovery seeks to compel it to conduct a search beyond the scope of permissible discovery contemplated by the Federal Rules of Civil Procedure, and (b) compliance with the discovery would be oppressive, and would impose an undue burden or expense.

      Women for Concealed Carry's discovery responses are also made subject to the ongoing discovery and trial preparation in this case.  These discovery responses are made based on the best information, including facts available as of the date of such responses.  Women for Concealed Carry reserves the right to amend, supplement, or change these discovery responses

EXHIBIT D

as permitted or required under the Federal Rules of Civil Procedure based on additional information obtained through the discovery and trial preparation process.

Women for Concealed Carry makes each individual response subject to and without waiving the conditions and objections that are stated in the sections of these responses entitled "General Objections" and "Objections to Instructions and Definitions" and that are specifically referred to in that particular individual response.

Women for Concealed Carry makes each individual response without adopting in any way (unless otherwise stated) the terms and phrases that Defendant purports to define in his discovery. When Women for Concealed Carry uses words or phrases that Defendant has purported to define, those words and phrases should be given either (a) the meaning set out by Women for Concealed Carry in its responses, or in its objections to the specific definitions, or (b) the ordinary meaning of such words or phrases.

## OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS

Defendant has purported to define several terms used in its discovery. In its responses, Women for Concealed Carry gives ordinary words and phrases their ordinary meaning. By making this written response, Women for Concealed Carry does not (a) adopt any purported definition, (b) waive or limit its objections to Defendant's purported definitions, or (c) concede the applicability of any such definition to any term or phrase that might be contained in written responses. Wherever these words are used in Defendant's interrogatories, these objections and these clarifications are incorporated, unless otherwise specified.

Defendant purported to define "you" and "your" to include "counsel for Plaintiff." Women for Concealed Carry objects to this definition to the extent that it purports to require the disclosure of information, communications, or documents protected from disclosure by the attorney-client privilege, work product doctrine, or any other privilege or immunity.

### Interrogatories

1.      With respect to the allegations contained in paragraph 165 of the Second Amendment Complaint, list all magazines used and carried by members of Women for Concealed Carry that you contend are "banned under HB 1224," and with respect to each such magazine, explain in detail why you believe the magazine is banned.

**RESPONSE:** Women for Concealed Carry objects to this interrogatory to the extent it calls for a legal conclusion. Subject to and without waiving this objection, Women for Concealed Carry responds as follows:

All magazines with removable base plates, including those with a capacity of less than 16 rounds, are banned under the terms of HB 1224. The following magazines are owned and used or carried (or both) by the directors of WCC, and are banned by HB 1224 because they contain removable base plates or have capacities of more than 15 rounds:

| Used with which firearm? | Capacity |
|---|---|
| Ruger LCP .380 | 6 |
| Ruger LCP .380 | 6 |
| Ruger LCP .380 | 6 |
| Sig Sauer SP 2022 | 17 |
| Sig Sauer SP 2022 | 17 |
| Sig Sauer SP 2022 | 15 |
| Sig Sauer SP 2022 | 15 |
| Sig Sauer SP 2022 | 15 |
| Sig Sauer SP 2022 | 15 |
| Sig Sauer SP 2022 | 15 |
| Sig Sauer SP 2022 | 15 |

| | |
|---|---|
| Sig Sauer SP 2022 | 15 |
| Sig Sauer SP 2022 | 15 |
| Sig Sauer SP 2022 | 15 |
| Sig Sauer SP 2022 | 15 |
| AR-15 | 40 |
| AR-15 | 40 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |

| | |
|---|---|
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| S&W Bodyguard | 6 |
| S&W Bodyguard | 6 |
| S&W Bodyguard | 6 |
| S&W Bodyguard | 6 |
| S&W 9mm | 17 |
| S&W 9mm | 17 |
| S&W 9mm | 17 |
| Glock 23 | 15 |
| Glock 23 | 15 |
| Glock 23 | 13 |
| Glock 23 | 13 |
| Glock 23 | 10 |
| AR-15 | 30 |
| AR-15 | 30 |

| AR-15 | 30 |
|-------|----|
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |

| AR-15 | 30 |
|---|---|
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| AR-15 | 30 |
| USP | 18 |
| USP | 18 |
| Mini 14 | 20 |
| Mini 14 | 20 |
| Mini 14 | 20 |
| Mini 14 | 20 |
| M1 | 16 |
| M1 | 16 |
| .45 Cal | Standard |
| .45 Cal | Standard |
| .45 Cal | Standard |
| .45 Cal | Standard |
| .45 Cal | Standard |
| .45 Cal | Standard |

| .45 Cal | Standard |
|---------|----------|
| .40 Cal | Standard |
| .40 Cal | Standard |
| .40 Cal | Standard |

4.      Without identifying your members by name, list the firearms owned by each member of Women for Concealed Carry, and with respect to each firearm that uses a magazine, state:

a.      the purpose for which the firearm is used;

b.     what size (capacity) magazine(s) the owner uses with the firearm;

c.     whether the firearm is capable of using a magazine carrying fewer than 16 rounds;

d.     whether the owner owns magazines carrying greater than 15 rounds.

**RESPONSE:**  Women for Concealed Carry objects to this interrogatory on the grounds that it is vague and confusing, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and notwithstanding these objections, Women for Concealed Carry answers that the directors of WCC own the following firearms:

| Make | Model | Uses a magazine? | Purpose(s) for which firearm is used? | Capacity of magazines used? | Can firearm be used with a magazine capacity less than 16? |
|---|---|---|---|---|---|
| Ruger | LCP .380 | Yes | Self-defense, home defense, target shooting and recreational enjoyment, CC | 6 | Yes |
| Sig Sauer | SP 2022 | Yes | Self-defense, home defense, target shooting and recreational enjoyment, CC | 15, 17 | Yes |
| Palmetto State Armory | AR-15 | Yes | Home defense, target shooting and recreational enjoyment | 30, 40 | Yes |
| Smith & Wesson | Bodyguard .380 | Yes | Self Defense, home defense, target shooting, | 6 | Yes |

| | | | CC | | |
|---|---|---|---|---|---|
| Smith & Wesson | M&P 9mm Handgun | Yes | Home Defense, Self Defense, target shooting, CC | 17 | Yes |
| Smith & Wesson (2) | M&P 15 Rifle | Yes | Home defense, target shooting. | 30, 40 | Yes |
| Glock | 23 | Yes | Self Defense, home defense, target shooting, CC | 15, 13,10 | Yes |
| Mossberg | 500 (Shotgun) | No | Target shooting, home defense | | |
| Winchester | Shotgun | No | Target shooting, home defense | | |
| Henry | Golden Boy | No | Target shooting | | |
| Mossberg | Plinkster | No | Target shooting | | |
| Glock | 26 9mm | Yes | Self Defense, home defense, target shooting, CC. | 14 | Yes |
| Glock | 27 9mm | Yes | Self Defense, home defense, target shooting, CC | 14 | Yes |
| Glock | 30 .45 cal | Yes | Self Defense, CC | | Yes |
| Glock | 21 .45 cal | Yes | Self Defense, CC | | Yes |
| Glock | 22 .40 cal | Yes | Self Defense, CC | | Yes |
| Weatherby | .300 | No | Hunting | | |

| | Shotgun | | | | |
|---|---|---|---|---|---|
| Benelli | Shotgun | No | Self defense, hunting | | |
| Bushmaster | AR-15 | Yes | Home defense, target shooting | 30 | Yes |
| HK | USP | Yes | Home defense, target shooting/recreation | 18 | Not sure |
| Bushmaster | AR-15 | Yes | Home defense, target shooting | 30 | Yes |
| Ruger | Mini 14 | Yes | Home defense, recreation | 20 | Not sure |
| Garand | M1 | Yes | Self defense, home defense, recreation, CC | 16 | Yes |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |