Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1300-MSK-MJW
_____

DEPOSITION OF:   SHERIFF JOHN B. COOKE
October 23, 2013
(CONTAINS CONFIDENTIAL MATERIAL)
_____

JOHN B. COOKE, et al.,

Plaintiff,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

Defendant.
_____

PURSUANT TO NOTICE, the deposition of SHERIFF JOHN B. COOKE was taken on behalf of the Defendant at 727 16th Avenue, Denver, Colorado 80203, on October 23, 2013, at 8:07 a.m., before Teresa Coogle, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within Colorado.

Cooke  v. Hickenlooper        SHERIFF JOHN B. COOKE            10/23/2013

Page 19

```
 7         Q.   Do you own any magazines that hold more
 8   than 15 rounds of ammunition?
 9         A.   Yes.
10         Q.   I don't know if it's a lot of them.  If
11   it's a few, if you can list them.
12         A.   I own four -- four or five, I think, of
13   30-round magazines.
14
```