Page 1

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
```

Civil Action No. 13-cv-1300-MSK-MJW
_____

DEPOSITION OF:  MICHAEL SHAIN - October 31, 2013
_____

JOHN B. COOKE, et al.,

Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

Defendant.

_____

        PURSUANT TO NOTICE, the deposition of MICHAEL SHAIN was taken on behalf of the Defendant at 727 East 15th Avenue, Denver, Colorado 80203, on October 31, 2013 at 9:04 a.m., before Tracy R. Doland, Certified Realtime Reporter, Registered Professional Reporter and Notary Public within Colorado.

 1   still functional.  I want to match this up.  Will you
 2   order me three more like this.
 3            Q.   About how many of those do you see a
 4   year?
 5            A.   Like I say, I can't remember having one
 6   in 2012.  I can remember getting a couple of
 7   semi-automatic firearms with magazines that had
 8   malfunctions and we had to have the magazines with
 9   them.  But just the magazine, I don't remember any in
10   2012.
11            Q.   What about previous years?
12            A.   In previous years, like I said, there
13   have been periodically folks that say I have a problem
14   with a magazine.
15            Q.   Sounds like it's not a regular stream of
16   business for you?
17            A.   No, because people usually, because of
18   the construction of magazines, because of the way
19   they're designed and constructed to be disassembled by
20   the enduser, most people are able to replace a spring
21   or replace a follower, disassemble the magazine and
22   clean it and maintain it on their own without the --
23   without needing to bring it into a gunsmith to have
24   that done.
25            Q.   How about the first six months of this

Cooke  v. Hickenlooper         MICHAEL SHAIN                    10/31/2013

Page 197

```
 1   year, did you see any magazines capable of accepting
 2   more than 15 rounds for repair?
 3        A.   No.
 4        Q.   Did you see any firearms in the first
 5   six months of this year that were equipped with
 6   magazines capable of more than 15 rounds for repair?
 7        A.   Yes.
 8        Q.   How many?
 9        A.   Three that I can think of.
10        Q.   Have you seen any since July 1?
11        A.   No.
12        Q.   Do you have any knowledge as to how
13   other gunsmiths in Colorado would answer these
14   questions?
15             MR. COLIN:  Which questions?
16        Q.   (BY MR. FERO)  About how many people are
17   bringing in -- how many magazines or firearms equipped
18   with magazines holding more than 15 rounds are being
19   brought to them for repair.
20        A.   We could ask them.
21        Q.   Well, okay.  Fair enough.  But have
22   you -- do you have any knowledge as to that?
23        A.   I haven't asked them.
24        Q.   Okay.  So that would be no?
25        A.   (Deponent nodded head up and down.)
```