Doug Hamilton

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2

 3    Civil Action No. 13-cv-1300-MSK-MJW

 4    JOHN B. COOKE, et al,

 5         Plaintiffs,

 6    v.

 7    JOHN H. HICKENLOOPER, Governor of the State of Colorado,

 8         Defendant.

 9    _____

10                DEPOSITION OF DOUG HAMILTON

11                     November 4, 2013

12    _____

13

14         PURSUANT TO NOTICE, the deposition of

15    DOUG HAMILTON was taken on behalf of the Defendant at

16    727 East 16th Avenue, Denver, Colorado, on

17    November 4, 2013, at 8:51 a.m. before Karen Bucklin,

18    Registered Professional Reporter and Notary Public within

19    the state of Colorado.

20

21

22

23

24

25
```

1172a9f7-c0c3-4ec1-9f8d-682b57282c29

EXHIBIT G

Doug Hamilton

47

1    legislation?

2         A.   I only know what they tell me.  Most of the

3    time the conversation on the phone does not relate to a

4    specific named individual.  Just, "I'm calling for

5    information from the Family Shooting Center" is what they

6    address.

7              So we tell them what we know, and as this

8    states, we do not give legal advice.  We can only tell

9    them what we understand and how we are operating.

10        Q.   So you don't know, then, if any of the people

11   who have called, whether those people ended up coming or

12   did not end up coming?

13        A.   I have no true knowledge of the answer to that

14   question.

15        Q.   When people called in and you had these

16   conversations with them, did they specify which law they

17   were concerned most about?

18        A.   Some would.  And some just were asking general

19   questions.

20             The ignorance of the public with respect to

21   the law is quite varied.  Some people call in with some

22   pretty off-the-wall questions, and some people are

23   calling in with a specific -- there's a variety.

24        Q.   Did you have any sense whether people were

25   more concerned about House Bill 1224 and the magazine

1172a9f7-c0c3-4ec1-9f8d-682b57282c29

Doug Hamilton

1   capacity law or whether they were more concerned with the

2   background-check law?

3       A.   We do not sell firearms.  I have an FFL

4   gentleman who works for me.  When people used to transfer

5   a firearm, whether they are shipping one in-state from

6   out of state or they are buying or whether it's just

7   transferring their own personal firearms as somebody

8   moving into the state, we will refer that person to my

9   FFL.

10          So the transfer of firearms, therefore, as it

11   relates to 1229, is not something that we really get

12   involved with per se.

13          Some of your interrogatories were with respect

14   to how many firearms we have sold and such and thus, and

15   it's not applicable to us.

16       Q.   Okay.

17       A.   So our main concern is with the magazine law

18   1224 and what -- and how that relates to how we operate,

19   which then becomes, curiously, the transfer of a firearm

20   between people.

21       Q.   Did any of the people with whom you spoke

22   about the law, did they express a particular way in which

23   they were concerned they would be violating 1224?

24       A.   Not a particular way.  Again, it's

25   interpretation of what they hear on the news, talking