1

```
       IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO


  JOHN B. COOKE, et al.,      )
                              )
         Plaintiffs,          )
                              )
                              )
  vs.                         ) CIVIL ACTION NO.
                              ) 13-cv-1300-MSK-
                              ) MJW
  JOHN W. HICKENLOOPER, Governor )
   of the State of Colorado,  )
                              )
         Defendant.           )
  _____)
```

     The Telephonic Deposition of DAVID BAYNE,

VI, taken by counsel for the Defendant, pursuant to

Notice and by agreement of counsel, under the Federal

Rules of Civil Procedure, reported by Linda E. Cheek,

RMR, CCR-A-752, at the offices of McKee Court

Reporting, 106 Montgomery Street, Savannah, Georgia,

on Thursday, October 24, 2013, commencing at 2:05

p.m.

_____

Transcript Prepared By:

    McKEE COURT REPORTING, INC.
      P.O. Box 9092
    Savannah, Georgia 31412-9092
      (912) 238-8808

EXHIBIT H

19   trouble making you out over the phone.  Could you

20   repeat the question?

21     Q.   Sure.  I just turned up my volume, hope

22   that will help.

23        Do you have any conditions that would

24   impair your ability to give accurate answers to any

25   of my questions today?

7

1     A.   No.

2     Q.   Do you have anything that would prohibit

3   you from answering any of my questions truthfully?

4     A.   No.

5     Q.   Mr. Bayne, what is your date of birth?

6     A.   I'm sorry, say again, please.

7     Q.   What is your date of birth?

8     A.   March 12th, 1974.

9     Q.   And what is your current address?

10    A.   Current address is 20 Teachers Row,

11   Richmond Hill, Georgia, 31324.

12    Q.   Have you ever lived in Colorado?

13    A.   Yes.

14    Q.   And when did you move from Colorado?

15    A.   Approximately one and a half months ago.

16    Q.   How long did you live in Colorado?

17    A.   About 12 years.

18    Q.   Do you have plans to move back to Colorado

19  at any point?

20    A.   Undecided at this point.

21    Q.   And why did you move to Georgia?

22    A.   Real estate market more so than anything.

23    Q.   Is your career involved in the real estate

24  market?

25    A.   No.


8


1    Q.   The price of living, are you saying that

2  the price of living in Georgia was better than in

3  Colorado?

4    A.   You can obtain substantially more real

5  estate wise here for your money than what you can in

6  Colorado.

7    Q.   Again, you don't know whether or not you

8  plan to return to Colorado; correct?

9    A.   One more time, please.

10    Q.   That's okay.  You don't know whether or

11  not you plan to move back to Colorado?

12    A.   Correct.

13    Q.   Are there magazine capacity limitations

14  where you live?

15    A.   Not to my knowledge, although I have not

16  researched it.