**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

**Civil Action No. 13-cv-01300-MSK-MJW**

**COLORADO OUTFITTERS ASSOCIATION, et al.**

    **Plaintiffs,**

**v.**

**JOHN W. HICKENLOOPER, Governor of the State of Colorado,**

    **Defendant.**

---

**ORDER ON PROTOCOL FOR BRINGING FIREARMS
AND/OR MAGAZINES TO THE COURTHOUSE FOR PURPOSES AT TRIAL**

---

**THIS MATTER** is before the Court regarding the parties' request to use firearms and/or magazines as demonstrative exhibits during the trial set for March 31-April 11, 2014. Having considered the parties' request in light of the need for safety in the courtroom, the Court **ORDERS** that the following protocol shall be followed:

- Prior to March 31, 2014, the attorney(s) who intend to use firearms/magazines as evidence shall contact Assistant Chief Deputy United States Rod Robinson at (720) 264-7703. The attorney(s) shall provide the Assistant Chief Deputy U.S. Marshal with a list containing the following information: (1) identification (by description, make, and serial number, if appropriate) of any firearm/magazine that the attorney intends to use in the courtroom; (2) the name (and license, if appropriate) of the person who owns the firearm/magazine; (3) the name of the person who will bring said item to the courthouse and the estimated date and time of arrival at the courthouse; (4) the date and time when the item will be needed in the courtroom; and (4) any additional information as requested by the Assistant Chief Deputy U.S. Marshal.

- Upon arrival at the courthouse, a Deputy U.S. Marshal shall meet the attorney(s) and/or firearm/magazine owner at the security desk. No individual is permitted to carry a firearm/magazine to the courtroom without authorization of the Deputy U.S. Marshal, who will inspect and clear the items.

- In the Deputy U.S. Marshal's discretion, the firearm/magazine may be secured and retained by the Deputy U.S. Marshal until needed in the courtroom.  If so, the attorney who intends to use such item during the trial shall, when the item is needed, notify the Courtroom Deputy, who will contact the Deputy U.S. Marshal.  A Deputy U.S. Marshal will then bring the firearm/magazine to the courtroom, where it can be used during trial.  Once use of the item is complete, it will be returned to the custody of the Deputy U.S. Marshal, who will maintain such custody until the trial is over.

- When the trial is over, the attorney(s) and/or owner shall make arrangements with Assistant Chief Deputy U.S. Marshal Rod Robinson to retrieve the firearm/magazine.

The parties' Joint Motion Concerning the Use or Display of Firearms Magazines at Trial is **GRANTED**.  Failure to follow the issued protocol will result in the denial of any firearm and/or magazine being permitted into the courthouse for purposes of use at trial.

Dated this 26th day of March, 2014.

**BY THE COURT:**

_____

Marcia S. Krieger
Chief United States District Judge