IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: March 31, 2014
Court Reporter: Terri Lindblom

Civil Action No. 13-cv-01300-MSK-CBS

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION;<br>COLORADO FARM BUREAU;<br>NATIONAL SHOOTING SPORTS<br>FOUNDATION;<br>MAGPUL INDUSTRIES;<br>USA LIBERTY ARMS;<br>OUTDOOR BUDDIES, INC.;<br>WOMEN FOR CONCEALED CARRY;<br>COLORADO STATE SHOOTING<br>ASSOCIATION;<br>HAMILTON FAMILY ENTERPRISES, INC.,<br>d/b/a FAMILY SHOOTING CENTER AT<br>CHERRY CREEK STATE PARK;<br>DAVID STRUMILLO;<br>DAVID BAYNE;<br>DYLAN HARRELL;<br>ROCKY MOUNTAIN SHOOTERS SUPPLY;<br>2ND AMENDMENT GUNSMITH & SHOOTER<br>SUPPLY, LLC;<br>BURRUD ARMS INC. D/B/A JENSEN ARMS;<br>GREEN MOUNTAIN GUNS;<br>JERRY'S OUTDOOR SPORTS;<br>GRAND PRIX GUNS;<br>SPECIALTY SPORTS & SUPPLY; and<br>GOODS FOR THE WOODS; | Peter Krumholz<br>Richard Westfall<br>Douglas Abbott<br><br>Marc Colin<br><br><br><br><br>Anthony Fabian<br><br>David Kopel |

        Plaintiffs

v.

| | |
|---|---|
| JOHN W. HICKENLOOPER, Governor of the<br>State of Colorado, | Matthew Grove<br>Kathleen Spalding<br>Stephanie Scoville<br>LeeAnn Morrill |

        Defendant.

## COURTROOM MINUTES

HEARING: Bench Trial - Day One

**8:38 a.m.     Court in session**

Counsel present as listed above.  Plaintiff representatives present are Bob Hewson, Katherine Whitney and Lisa Dahl Berg.

Preliminary matters addressed by the Court.

Opening statement by Mr. Westfall for the plaintiffs.

Opening Statement by Mr. Grove for the defendant.

**Witness sworn  for the plaintiff : Bob Hewson:**
**9:04 a.m.**     Direct Examination by Mr. Westfall.

**9:51 a.m.     Court in recess**
**10:10 a.m.    Court in session**

Continued direct examination of witness by Mr. Westfall.

**EXHIBITS:   RECEIVED:      31, 4**
                       **REFUSED:       32**

Cross examination of witness by Ms. Morrill

**11:16 a.m.    Court in recess.**
**11:28 a.m.    Court in session**

Continued cross examination of witness by Ms. Morrill.

**EXHIBITS:   RECEIVED:         41**

The Court addresses evidentiary and other matters with counsel.

Defendant orally moves for sequestration of non-party lay witness for remainder of trial.  Plaintiff has no objection.

**ORDER:**     Oral motion for sequestration of non-party lay witnesses for remainder of trial is **GRANTED**.  Notice will posted on the courtroom doors.

**EXHIBITS:   1-3; 5-6; 22-28; 37, 40 (all by stipulation)**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**12:11 a.m.**     **Court in recess**
**1:40 p.m.**     **Court in session**

Re-direct examination of witness by Mr. Westfall.

**Witness sworn for the plaintiff : Michael Shain :**
**1:45 p.m.**     Direct Examination by Mr. Colin.

**3:01 p.m.**     **Court in recess**
**3:19 p.m.**     **Court in session**

Cross examination of witness by Ms. Morrill.

**EXHIBITS: RECEIVED:**     **86**

No re-direct examination of witness.

**Witness sworn for the plaintiff : Shayne Heap :**
**4:43 p.m.**     Direct Examination by Mr. Kopel.

Cross examination of witness by Ms. Spaulding.

No re-direct examination of witness.

**5:00 p.m.**     **Court in recess**

**Total Time:   6 hours 4  minutes.**
**Trial continued.**