## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.*

     Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

     Defendant.

---

## PLAINTIFF GREEN MOUNTAIN GUNS, INC.'S, RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

---

     Plaintiff Green Mountain Guns, Inc., ("Plaintiff") by and through its counsel, Marc F. Colin and Jonathon M. Watson of Bruno, Colin & Lowe, P.C., make the following Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents:

### INTERROGATORIES

**Interrogatory 1:**    With respect to the allegations of paragraphs 128 – 137 of the Second Amended Complaint, list all items in your possession on or after July 1, 2013 that you contend you are barred from selling to Colorado individuals and entities (not including military or law enforcement entities) due to the provisions of HB 1224. With respect to each such item, please list:

    a)    the date of purchase and the purchase price;

    b)    the reason(s) you believe that you cannot sell each such item;

    c)    the damages, if any, you have suffered due to your inability to sell these items, explaining in detail how you calculated these damages;

    d)    the number of each such item you sold monthly from January 1, 2008 to the present;

1

**Exhibit B**

e)   the number of each such item sold to Colorado individual or entities (excluding law enforcement or military entities) monthly since January 1, 2008;

f)   the percentage of your monthly revenue from the sale of each such item since January 1, 2008.

**Response to Interrogatory 1:**

Plaintiff objects to Interrogatory 1 as overbroad and as not reasonably calculated to lead to the discovery of admissible evidence. In addition, it is unduly burdensome and oppressive. Plaintiff, however, does not object to the extent that it will not reply to the best of its abilities. Much of the information and date requested in Interrogatory 1 is simply unobtainable based on Plaintiff's systems and technology.

Without waiving the above objections, Plaintiff is barred from selling all magazines and associated firearms that hold greater than 15-rounds. Plaintiff has attempted to obtain lower capacity magazines that are compatible with all firearms. However, these magazines are not always available, either because they do not exist or they are difficult to obtain. Moreover, there is not a strong market for firearms with fewer than 16-round magazines when the firearm is designed for higher capacity magazines.

Plaintiff is also barred from selling magazines and associated firearms that hold 15 or fewer rounds and also have removable base plates due to HB 1224's "designed to be readily converted clause." Magazines and associated firearms that hold 15 or fewer rounds and also have removable base plates constituted greater than 95% of all magazines sold by Green Mountain Guns. HB 1224 prohibits the sale of these magazines and associated firearms, and the non-binding Technical Guidance #2 does not relieve the Plaintiff from a credible threat of prosecution for the sale of these items.

Green Mountain Guns is precluded by HB 1224 from selling magazines which hold more than 15 rounds of ammunition and the associated firearms which utilize magazines that hold more than 15 rounds. These firearms are typically delivered by the manufacturer with one or two magazines that hold more than 15 rounds and which are specifically designed for use with the associated firearm. In order to sell a firearm that is designed for use in conjunction with a magazine that holds 16 rounds or more, Green Mountain Guns must locate and purchase magazines that fit the associated firearm and which hold less than 16 rounds. As to some of the firearms designed for use with magazines with a capacity of 16 rounds or more, no alternative lower capacity magazines are available. As to others, magazines manufactured for use in California that hold 10 rounds are available, however customers wishing to purchase a firearm designed for use with magazines having a capacity of greater than 15 rounds generally are disinclined to purchase such a firearm for use with a 10 round magazine.

**Exhibit B**

I cannot provide the dates of purchase of the magazines and associated firearms that Green Mountain Guns is now barred from selling. I can, however, provide the following information with regard to request 1 (a):

5-MSAR .223 STG-E4 were purchased at a cost of $1,760 each and would have been sold for $1,999
1-ARES .223 MCR was purchased at a cost of $1,604 and would have been sold for $1,899

7-Smith and Wesson 9mm 509 VE were purchased at a cost of $268 and would have been sold for $329

The total cost to purchase these items was $12,280 and the total sales revenue which should have been generated was $!4,197.

See also, response to Interrogatory #2 below with regard to magazines.

b) Green Mountain Guns was prohibited from selling these firearms after July 1, 2013 because the magazines designed for use in these firearms were banned by HB 1224.

c) Green Mountain Guns can no longer sell these firearms in the State of Colorado and if sold out of state, these firearms would have to be sold at or under our cost to another FFL

d) N/A

e) N/A

f) N/A

See also, response to Interrogatory #3 below.

**Interrogatory 2:**     If you contend you have sustained damage or loss due to the provisions of HB 1224 and HB 1229, describe the damages or losses in detail, and explain in detail how you calculated these damages or losses.

**Response to Interrogatory 2:**

As stated above, HB 1224 and HB 1229 have caused Plaintiff significant economic damages because Green Mountain Guns was compelled to sell its entire inventory of magazines with a capacity of greater than 15-rounds prior to the effective date of HB1224 and HB 1229 at 50% of the retail cost of each such magazine at a loss of $2,371.72. The lost revenue associated with Green Mountain Guns' inability to sell magazines with a capacity of 16 rounds or more is reflected in my response to Interrogatory #6. With regard to the lost revenue associated with Green Mountain Guns'

3

**Exhibit B**

inability to sell firearms designed for use with magazines having a capacity of greater than 15 rounds see below and attached back up work sheets:

From January 2008 through June 30, 2013 Green Mountain Guns sold the following firearms which it is now unable to sell due to HB1224 and 1229:

Manufacturer

Springfield (handguns only) - sold 737 units which generated $434,239.00 in revenue

Glock- sold 280 units which generated $147,600.00 in revenue

Ruger (H/G and L/G) - sold 641 units which generated $319,689.00 in revenue

Colt (H/G only) - sold 51 units which generated $63,640.00 in revenue

Windham (L/G) - sold 43 units which generated $40,777.00 in revenue

S&W (L/G and H/G) - sold 578 units which generated $357,622.00 in revenue

Bushmaster (L/G) - sold 62 units which generated $78,348.00 in revenue

See also, response to Interrogatory #6 below.

**Interrogatory 3:**     Since June 30, 2013, have you have sold firearms that carry standard magazines larger than 15 rounds? If you have, please describe the items you have sold, and state:

> a)     whether the standard magazine was included in the sale;
>
> b)     the number of each such firearm you have sold;
>
> c)     the number of each such firearm sold to Colorado individual or entities (excluding law enforcement or military entities);
>
> d)     the percentage of your monthly revenue from the sale of these firearms;
>
> e)     your purchase price and the price for which you sold each firearm;
>
> f)     whether each such firearm can be used with a magazine that carries fewer than 16 rounds.

**Response to Interrogatory 3:**

**Exhibit B**

Green Mountain Guns was able to sell the 5 MSAR rifles identified in response to Interrogatory #1 to out of state buyers at cost and to an in-state buyer without accompanying magazines also at cost, resulting in a loss of $1,145.00. Green Mountain Guns has been unable to sell the ARES rifle or any of the 7 Smith and Wesson semi-automatic pistols identified in response to Interrogatory #1 as the result of HB 1224's ban on magazines with a capacity of 16 rounds or more and has lost not only the profit that would have been realized on the sale of these firearms (total lost profit $722.00) but has paid for these firearms which now cannot be sold at a further loss of $3,480.

**Interrogatory 4:**     Since June 30, 2013, have you have sold magazines with removable floor plates or end caps? If you have, please describe the items you have sold and state:

        a)     the number of each such magazine you have sold;

        b)     the number of each such magazine sold to Colorado individual or entities (excluding law enforcement or military entities);

        c)     the percentage of your monthly revenue from the sale of these magazines;

        d)     your purchase price and the price for which you sold the magazines.

**Response to Interrogatory 4:**

Plaintiff objects to Interrogatory #4 as calling for a response which is potentially criminally incriminating and Plaintiff asserts his 5th Amendment privilege against self-incrimination. Plaintiff believes that it continues to face a credible threat of criminal prosecution should it respond to this Interrogatory in light of the fact that Technical Guidance 2 is non-binding. Plaintiff will respond to this Interrogatory upon receipt of a grant of use immunity by the Attorney General.

**Interrogatory 5:**     For each month from January 1, 2008 to June 30, 2013, state the number of sales you made of firearms that carry standard magazines larger than 15 rounds. For each month, state:

        a)     whether the standard magazine was included in the sale;

        b)     the price you paid and the price for which the item sold;

        c)     the number of each such item you sold;

**Exhibit B**

d)      the number of each such item sold to Colorado individual or entities (excluding law enforcement or military entities);

e)      the percentage of your monthly revenue from the sale of these firearms;

f)      whether each such firearm can be used with a magazine that carries fewer than 16 rounds.

**Response to Interrogatory 5:**

Plaintiff objects to Interrogatory 5 on the basis that the price, paid, price sold, and profits for magazines and associated firearms that hold greater than 15-rounds is irrelevant. No Plaintiff is able to recover economic damages flowing from the economic injuries HB 1224 and 1229 have caused and Defendant has not challenged Plaintiffs' standing to raise a challenge associated with the prohibition on the sale of magazines with a capacity of 16 rounds or more or the firearms associated with such magazines. In addition, the Eleventh Amendment and the Colorado Governmental Immunity Act would preclude such economic recovery from the State of Colorado. Green Mountain Guns does not keep monthly records which contain the information sought in this Interrogatory.

**Interrogatory 6:**      For each month from January 1, 2008, state the number of sales you made of magazines with removable floor plates or end caps. For each month, state:

a)      the price you paid and the price for which the magazine sold;

b)      the number of each such magazines you sold;

c)      the number of each such item sold to Colorado individual or entities (excluding law enforcement or military entities);

d)      the percentage of your monthly revenue from the sale of these magazines.

**Response to Interrogatory 6:**

Plaintiff objects to Interrogatory 6 as overbroad and as not reasonably calculated to lead to the discovery of admissible evidence. In addition, it is unduly burdensome and oppressive. Plaintiff does not possess monthly statistics responsive to this request however Plaintiff can provide total sales of magazines with a capacity of greater than 15 rounds since 2008. All identified magazines are magazines which Green Mountain Guns was able to sell prior to July 1, 2013 and can no longer sell resulting in the lost sales revenue reflected herein. Without waiving the above objections, Plaintiff has attached all of the applicable documentation in response to Interrogatory 6 which is summarized

**Exhibit B**

below. All magazines identified have removable floor plates or end caps with the exception of those identified as being drum magazines, rotary magazines or stick magazines:

6-Kahr Auto/O Thom 45A, 30 round magazines- cost $43.00 each sold at $65.95 each-total $395.70

1-Bene Mag extender 25  M1014/M4- cost $55.00 ea., sold at $74.95ea.-total $74.95

16- Butler/C 22 LR HOTLIP, 25 round magazine CLR-cost $9.95 ea., sold at $18.95 ea.-total $303.20

23-Butler/C 22LR HOTLIP, 25 round magazines SMK- cost $9.95 ea., sold at $18.95 ea.- total $435.85

333-Glock 17 XMAG 40SW, 17 round magazine- cost $21.79 ea., sold at $29.95 ea.-total $9,973.35

46-Armalite AR10  Mag 308, 20 round magazine-cost $35.00 ea., sold at $44.95 ea.-total $2,067.00

3-Beretta CX4 9mm, 20 round magazine- cost $31.58 ea, sold at$42.95 ea-total $128.85

21-FN 5 7x28 XMAG, 20 rd magazine-cost $25.65 ea, sold for $34.95 ea. -total $733.95

91- Butler  C22LR STL LIPS, 25 rd magazine SM- cost $10.95 ea., sold for $24.95 ea.-total $2270.45

172- Butler C22LR STL LIPS, 25 rd magazine CL- cost $10.95 ea., sold for $24.95 ea.-total $4,291.40

149- Glock 17 9mm XMAG, 33 rd magazine-cost $31.99 ea., sold for $45.95 ea.-total-$6,846.55

78-BM Mag AR15, 20 rd magazine-cost $$17.49 ea., sold for $21.95 ea.-total $1,712.10

338-BM magazine AR15-M-16, 30 rd magazine-cost $17.07 ea., sold for $22.95 ea.-total $ 7,757.10

19- S & W 9mm C/E/V/VE/G/P, 16 rd magazine- cost $28.00 ea., sold for $35.95 ea.-total $683.05

66- SAI XD MAG 9mm, 16 rd magazine w/BSL-cost $23.20 ea., sold for $$39.95 ea.-total $2,636.70

**Exhibit B**

33- FN P90 MAG, 50 rd magazine- cost $21.00 ea., sold for $28.95 ea.-total $955.35

3-Browning Pro 9, 16 rd magazine-cost $23.94 ea., sold for $29.95 ea.-total $89.85

128- SAI XD 9mm, 16 rd magazine-cost $21.55 ea., sold for $29.95 ea.-total $3,833.60

10-BM 6.8 SPC, 26 rd magazine- cost $$37.23 ea., sold for $49.95 ea.-total $ $499.50

3-Auto Ordinance, 50 rd drum magazine-cost $$185.00 ea., sold for $$279.00 ea.- total $837.00

2-Auto Ordinance, 100 rd drum magazine-cost $399 ea., sold for $569.00 ea.- total $1,138.00

20-CZ MAG 75/85 9mm, 16 rd magazine- cost$38.55 ea., sold for $48.95 ea.- total $979.00

53-Ruger MAG SR9, 17 rd magazine-cost $25.99 ea., sold for $33.95 ea.-total $1,799.35

10-Sig Sauer MAG P250C 9mm, 16 rd magazine-cost $31.91 ea., sold for $44.95 ea.-total $449.50

570-Magpul PMAG AR, 30 rd magazine-cost $10.25 ea., sold for $14.95 ea.- total $8,521.50

224-Ruger X-MAG mini 14, 20 rd magazine-cost $26.99 ea., sold for $36.95 ea.- total $8,276.80

2-Sig Sauer XMAG 9mm, 19 rd magazine-cost $69.95 ea., sold for $89.95 ea.-total $179.90

74- DPMS MAG 308, 19 rd magazine- cost $19.99 ea., sold for $28.95 ea.- total $2,142.30

82- SAI XDM 40 S&W, 16 rd magazine-cost $25.47 ea., sold for $34.95 ea.-total $2,865.90

1-H7K MP5-94 9mm, 30 rd magazine- cost $48.67 ea., sold for $64.99 ea.-total $64.99

79-SAI M1A 308, 20 rd magazine-cost $41.43 ea., sold for $55.95 ea.-total $9,420.05

19- Barrett MAG 6.8 SPC, 30 rd magazine- cost $34.35 ea., sold for $34.95 ea.-total $664.05

**Exhibit B**

24-JLD PTR-91, 20 rd magazine- cost $11.04 ea., sold for $14.95 ea.- total $358.80

49- TAPCO AR, 30 rd magazine- cost $12.50 ea., sold for $17.95 ea.-total $$879.55

14- CDD AR .223, 30 rd magazine- cost $14.49 ea., sold for $18.95 ea.-total $265.30

130-Thermold AR .223, 30 rd magazine- cost $9.75 ea., sold for $13.95 ea.- total $1,813.50

23- FN FNAR MAG 308, 20 rd magazine- cost $47.00 ea. sold for $62.95 ea.- total $1,447.85

44- Pro Mag Ruger 10/22, 32 rd magazine- cost $12.72 ea., sold for $15.95 ea.-total $701.80

14- ProMag Ruger Mini 14 .223, 20 rd magazine- cost $16.43 ea., sold for $$24.95 ea.-total $349.30

18- PRO MAG R Mini 14 .223, 20 rd magazine- cost $8.00 ea., sold for $11.95 ea.- total $215.10

16- PRO MAG Mini 14 .223, 30 rd magazine- cost $16.69 ea., sold for23.95 ea.- total $383.20

53- PRO MAG AR .223, 30 rd magazine- cost $9.68 ea., sold for $16.95 ea.-total $368.35

83-Colt AR .223, 20 rd magazine- cost $17.69 ea., sold for $24.95 ea.- total $2,70.85
11-Colt AR .223 MAG, 30 rd magazine- cost $18.12 ea., sold for $25.95 ea.- total $285.45

221- SAI XDM MAG 9mm, 19 rd magazine- cost $22.34 ea., sold for $34.95 ea.- total $7,723.95

1-CZ VZ61 SKORP MAG, 20 rd magazine- cost $22.62 ea., sold for $39.95 ea.- total $39.95

1-Calico 9mm, 50 rd magazine- cost $98.99 ea., sold for $129.00 ea.- total $129.00

58- ATI CAMM Easy Mag, 30 rd magazine- cost $17.97 ea., sold for $25.95 ea.- total $!,505.10

8-ATI GLK 17 9mm, 17 rd magazine- cost $18.95 ea., sold for $27.95 ea.- total $223.60

**Exhibit B**

15- Armalite M15, 30 rd magazine-cost $16.00 ea., sold for $21.95 ea.- total $324.25

74-Ruger Mag Mini 14 .233, 30 rd magazine- cost $32.99 ea., sold for $43.95 ea.- total $3,252.30

7-KEL_TEC PLR/SU .22, 26 rd magazine- cost $24.24 ea., sold for $32.95 ea.- total $230.65

1-Pro M Mini 30, 30 rd magazine- cost $13.40 ea., sold for $17.95 ea.- total $17.95

8-PRO M 10/22 22LR, 50 rd drum magazine- cost $52.34 ea., sold for $69.95 ea.- total $559.60

33- S&W M&P 9mm, 17 rd magazine- cost $22.96 ea., sold for $37.95 ea.-total $1,252.35

66-UMX Colt 22LR, 30 rd magazine- cost $23.99 ea., sold for $31.95 ea.- total $2,108.70

124—S&W M&P 15 22LR, 25 rd magazine- cost $13.22 ea., sold for $17.95 ea.- total $2,225.80

59-Ruger Mini 30, 20 rd magazine- cost $26.99 ea., sold for $36.95 ea.- total $2,080.05

18-BM Mag, 26 rd magazine- cost $41.39 ea., sold for $52.95 ea.- total $ 953.10

2-PACSOL BLKDG, 25 rd magazine- cost $14.00 ea., sold for $18.95 ea.- total $37.90

24-Sig Mag 22LR, 25 rd magazine- cost $22.49 ea., sold for $27.95 ea.- total $670.80

6-CENT AK, 75 rd drum magazine- cost $69.00 ea., sold for $89.95 ea.- total $$539.70

1-Sig Sauer P250 9mm, 17 rd magazine- cost $34.99 ea., sold for $46.95 ea.-total $46.95

77-Pro Mag SAIGA, 20rd drum magazine- cost $71.39 ea., sold for $99.95 ea.- total $7,696.15

3-CZPT Scorpion, 20 rd magazine- cost $15.10 ea., sold for $18.95 ea.- total $56.85

2-CZPT VZ-58 , 30 rd magazine- cost $14.00 ea., sold for $19.95 ea.- total $39.90

1-EAA WIT 38 sup, 17 rd magazine- cost $18.74 ea., sold for $24.95 ea.- total $24.95

**Exhibit B**

3-Remmington 597 22LR, 30 rd magazine- cost $16.20 ea., sold for $21.95 ea.- total $65.85

1-EAGLR 10/22 Mag 22LR, 30 rd magazine- cost $7.91 ea., sold for $9.95 ea.- total $9.95

44-TAPCO K M DE, 30 rd magazine- cost $9.20 ea., sold for $ 12.95 ea.- total $ 569.80

23- ATI GSG, 110 rd rotary magazine- cost $54.95 ea., sold for $$89.95 ea.- total $ $2,068.85

15-KEL-TEC PMR30, 22 rd magazine-cost $$18.99 ea., sold for $25.95 ea.- total $389.25

10-Shooters R 10/22, 25 rd magazine-cost $11.99 ea., sold for $26.95 ea.- total $269.50

1-FN FNP 9mm, 16 rd magazine- cost $$32.00 ea., sold for $41.95 ea- total $41.95

627- Ruger BX25 22LR, 25 rd magazine- cost $16.49 ea., sold for $25.95 ea.- total $16,270.65

19- FN FNH SCAR, 20 rd magazine- cost $32.00 ea., sold for $40.95 ea.- total $778.05

5-KOR AR15 .223, 100 rd drum magazine- cost $105.59 ea., sold for $139.95 ea.- total $699.75

5-ATI AK47, 75 rd drum magazine- cost $61.59 ea., sold for $82.95 ea.- total $414.75

9-ATI MP5 9mm, 30 rd drum magazine- cost $15.00 EA., sold for $25.95 ea.- total $233.55

3-Mossberg TAC-MAG 22LR, 25 rd magazine- cost $ 19.99 ea., sold for $26.95 ea- total $808.50

1-Pro M Remington 597, 22 rd magazine- cost $12.15 ea., sold for $15.95 ea.- total $ $15.95

1-PROMAG FN 5.7, 30 rd magazine- cost $ 25.07 ea., sold for $34.95 ea.- total $ 34.95

1-PROMAG Sig Sauer 552 22LR, 30 rd magazine- cost $12.99 ea., sold for $17.95 ea.- total $ 17.95

39-SUREFIRE AR .223 , 60 rd magazine- cost $77.40 ea., sold for $109.95 ea.-total $4,288.05

**Exhibit B**

2-Beretta Mag 90-two 9mm, 17 rd magazine- cost $28.80 ea., sold for $$39.95 ea.- total $79.90

1-FN MAG SCAR 17S 308, 20 rd magazine-cost $28.00 ea., sold for $35.95ea.- total $35.95

8-Magpul PMag .223, 20 rd magazine- cost $10.99 ea., sold for $14.95 ea.- total $119.60

31-DPMS .223, 30 rd magazine- cost $15.60 ea., sold for $20.95 ea.- total $649.45

23- TAPCO AK, 20 rd magazine- cost $$9.09 ea., sold for $12.95 ea.- total $297.85

27-Magpul 308 Mag, 20 rd magazine- cost $15.75 ea., sold for $19.95 ea.- total $538.65

10-Magpul .223 ODG, 20 rd magazine- cost $11.02 ea., sold for $$14.95 ea.- total $149.50

149-TAPCO AK, 30 rd magazine- cost $ 4.99 ea., sold for $10.95 ea.- total $1,631.50

80- Glock 22 40 S&W, 22 rd magazine- cost $30.00 ea., sold for $41.95 ea.-total $3,356.00

3-Beretta 92FS/CX4 9mm, 30 rd magazine- cost $33.56 ea., sold for $ 44.95 ea.- total $134.85

221-ASC AR MAGs, 30 rd magazine-cost $$11.69 ea., sold for $14.95 ea.- total $3,303.95

2-Beretta PX4 STORM 9mm, 20 rd magazine- cost $39.40 ea., sold for $$51.95 ea.- total $103.90

1-BM QPC .308 , 26 rd magazine-cost $36.99 ea., sold for $$46.95 ea.- total $46.95

70- Magpul P MAG, 20 rd magazine- cost $10.99 ea., sold for $19.95 ea.- total $1,396.50

3-Auto Ord 45 ACP, 20 rd stick magazine- Cost $42.00 ea., sold for $65.95 ea.- total $197.85

13-TAPCO SMT SIDE AK Blk, 30 rd magazine- cost $$10.97 ea., sold for $15.95 ea.- total $207.35

9- TAPCO SMT SIDE AK ORG, 30 rd magazine- cost $10.97 ea., sold for $15.95 ea.- total $143.55

**Exhibit B**

2- TAPCO SMT SIDE AK FDE, 30 rd magazine- cost $$10.97 ea., sold for $15.95 ea.- total $31.90

43-Magpul FDE P MAG, 30 rd magazine- cost $10.89 ea., sold for $19.95 ea.- total $857.85

14-Magpul P .223 W/W, 30 rd magazine- cost $11.00 ea., sold for $21.95 ea.- total $307.30

181-Magpul P Ord .223, 30 rd magazine- cost $9.99 ea., sold for $19.95 ea.- total $3,610.95

25-PROM AK, 73 rd drum magazine- cost $62.71 ea., sold for $99.95 ea.– total $2,498.75

1-Magpul AR FOL, 30 rd magazine- cost $11.99 ea., sold for $21.95 ea.- total $21.95

229- PROMAG AR, 30 rd magazine- cost $6.92 ea., sold for $9.95 ea.- total $2,278.55

26- Ruger SR 556, 30 rd magazine- cost $18.35 ea., sold for $26.95 ea.- total $700.70

23-FN PS90, 30 rd magazine- cost $20.00 ea., sold for $26.95 ea.- total $619.85

8-FN FNS Mag 9mm,17 rd magazine- cost $36.00 ea., sold for $48.95 ea.- total $391.60

22-Magpul PMAG .223, 30 rd magazine- cost $10.89 ea., sold for $19.95 ea.- total $938.90

3-PROMAG SAIGA .223, 30 rd magazine- cost $15.00 ea., sold for $21.95 ea.- total $65.85

79-C Products, 30 rd magazine- cost $12.39 ea., sold for $19.95 ea.- total $1,576.05

6-PLINKER TACT S&W 22LR, 35 rd magazine- cost $21.55 ea., sold for $29.95 ea.- total $179.70

2-PLINKER M&P 22 mag, 35 rd magazine-cost $20.49 ea., sold for $29.95 ea.- total $59.90

54-PLINKER T AK47, 30 rd magazine-cost $13.16 ea., sold for $19.95 ea.- total $1,077.30

129- PLINKER T S&W 22LR, 35 rd magazine- cost $20.49 ea., sold for $29.95 ea.- total $3,863.55

**Exhibit B**

46- C PRODUCTS AR, 30 rd magazine- cost $10.49 ea., sold for $16.95 ea.- total $779.70

1-TAPCO AK .223 Mag, 30 rd magazine- cost $16.43 ea., sold for $ 16.95 ea.- total $16.95

5-PROMAG Ruger P series, 20 rd magazine- cost $16.43 ea., sold for $21.95 ea.- total $109.75

19-PROMAG AR15 22LR, 30 rd magazine- cost $12.66 ea., sold for $19.95 ea.- total $379.05

35-TROY IND 5.56 mag, 30 rd magazine- cost $12.99 ea., sold for $18.95 ea. –total $663.25

9-TROY IND 5.56 mag 3 pack, 30 rd magazine- cost $32.50 ea., sold for $47.95 ea. – total $431.55

51- MSAR XM17 AR, 30 rd magazine- cost $12.80 ea., sold for $19.95 ea.- total $1,017.45

62-MICROTECH XM17 AR, 30 rd magazine- cost $12.80 ea., sold for $19.95 ea.- total $1,236.90

34-KRISS Mag 45ACP, 30 rd magazine- cost $53.89 ea., sold for $69.95 ea.- total $2,378.30

54-PROMAG AR Mag, 40 rd magazine- cost $10.69 ea., sold for $16.95 ea.- total $915.30

36- MSAR AR .223, 30 rd magazine- cost $10.50 ea., sold for $19.95 ea.- total $718.20

14-PROMAG AR 9mm, 32 rd magazine- cost $17.73 ea., sold for $25.95 ea.- total $363.30

2-C PRODUCTS AR mag 12 pack,30 rd magazine- cost $133.06 ea., sold for $199.00 ea.- total $398.00

45-DPMS .223 mag, 30 rd magazine- cost $14.72 ea., sold for $20.95 ea.- total $942.75

3-Troy AR15 grn, 30 rd magazine- cost $11.18 ea., sold for $15.95 ea.- total $47.85

1-Troy AR15 tan, 30 rd magazine- cost $11.18 ea., sold for $15.95 ea.- total $15.95

**Exhibit B**

8-Magpul PMAG G3 .223, 30 rd mag- cost $10.89 ea., sold for $19.95 ea.- total $159.60

15-ATI STG-44 22LR, 25 rd magazine-cost $34.57 ea., sold for $39.95 ea.- total $599.25

1-Beretta PX4 STROM mag 40 S&W, 17 rd magazine- cost $39.49 ea., sold for $50.95 ea.- total $50.95

**Interrogatory 7:**      For each month from January 1, 2008 to the present, state the number of sales of magazines that carry (without modification) 16 or more rounds, and for each month, please state:

    a)      the price you paid and the price for which the magazine sold;

    b)      the number of each such magazine you sold;

    c)      the number of each such item sold to Colorado individual or entities (excluding law enforcement or military entities);

    d)      the percentage of your monthly revenue from the sale of these magazines.

**Response to Interrogatory 7:**

It appears that Interrogatory 7 and Interrogatory 5 are redundant. Just as with Interrogatory 5, Plaintiff objects to Interrogatory 7 on the basis that the price, paid, price sold, and profits for magazines and associated firearms that hold greater than 15-rounds is irrelevant. No Plaintiff is able to recover economic damages flowing from the economic injuries HB 1224 has caused and Defendant has not challenged Plaintiffs' standing to raise a challenge associated with the prohibition on the sale of magazines with a capacity of 16 rounds or more or the firearms associated with such magazines. In addition, the Eleventh Amendment and the Colorado Governmental Immunity Act would preclude such economic recovery from the State of Colorado. Without waiving this objection, see response to Interrogatory #6 above.

**Interrogatory 8:**      Describe all communications you have had with firearm or magazine manufacturers or suppliers concerning HB 1224 or the effect of any provision of HB 1224 with respect to the shipment, purchase, or sale of firearms and magazines. In your response, please include:

    a)      the substance of the communication;

**Exhibit B**

b)     the date and means (e.g. phone, letter, e-mail) of each communication;

c)     the name of the person(s) engaged in the communication, their job titles or capacities with your business and with the business of the manufacturer/supplier, and the name of the manufacturer/supplier;

d)     whether you had any communication in connection with returning firearms or magazines that do not comply with the provisions of HB 1224 to the manufacturer or supplier.

**Response to Interrogatory 8:**

Green Mountain Guns' relationship with Springfield Armory has been the most adversely impacted by the enactment of HB 1224. In mid-June of 2013, the regional Springfield representative assisted Green Mountain Guns in the sale of 39 Springfield pistols that were going to be illegal to sell as of July 1. The sales of these pistols were at cost, to an out of state dealer. In a recent meeting with Springfield representatives at a Buying Group Show in Ft. Worth Texas, Merv Chapman was provided a price sheet with strikes reflecting the various products that Springfield would no longer ship to Green Mountain Guns, all of which were firearms that Green Mountain Guns had previously sold successfully. There were over 60 SKU's of handguns as well as the associated magazines on this list. These items reflect in part, the 737 pistols valued at $434,239.00 (retail) that Green Mountain Guns sold from January 2008 through June 30, 2013 that it can no longer sell due to HB1224 (see response to Interrogatory #2 above).

The management and staff of Green Mountain Guns have also had numerous conversations with both manufacturers and suppliers regarding HB1224 since March of 2013. Most indicate confusion as to what firearms and magazines are and are not legal to sell in Colorado. Few of these manufacturers and suppliers will accommodate Green Mountain guns by removing magazines with a capacity of 16 rounds or more from the boxes of the associated firearms with which they are typically delivered. As a result, Green Mountain Guns cannot receive these firearms in Colorado because the box will contain magazines that are unlawful to possess in Colorado after July 1.  As to those firearms for which Green Mountain Guns is able to convince the supplier/manufacturer to remove the associated magazines prior to delivery, Green Mountain guns must find lower capacity magazines that fit these firearms and try to sell the firearms with these lower capacity magazines or to sell the firearm with no magazine at all at a reduced price. Obviously the market for the sale of a firearm designed for use with a magazine with a capacity of 16 rounds or more, with no magazine or with a lower capacity magazine is significantly smaller than the market for these firearms before July 1, 2013 with a resulting substantial loss in sales revenue. There are a few semi-automatic pistols that Green Mountain Guns has been able to purchase that are typically delivered and designed with a standard magazine with a capacity of 16 rounds or greater that can be purchased

**Exhibit B**

from the supplier or manufacturer with a 10 round magazine. The market for these firearms is virtually non-existent, and those which have been purchased by Green Mountain Guns have for the most part, not sold.

**Interrogatory 9:**     Describe in detail the items that you sold prior to July 1, 2013 that you no longer sell due directly or indirectly to the provisions of HB 1224. For each such item, please state:

      a)     why you no longer sell each such item;

      b)     if applicable, why you believe that the sale of each item violates (or may violate) the provisions of HB 1224.

**Response to Interrogatory 9:**

Plaintiff is barred from selling all magazines identified in response to Interrogatory 6 above and has been unable to sell the associated firearms that hold greater than 15-rounds other than as described in response to Interrogatory #1. Plaintiff has attempted to obtain lower capacity magazines that are compatible with firearms designed for use with magazines with a capacity of 16 rounds or greater. However, these magazines are not always available, either because they do not exist or they are difficult to obtain. Moreover, there is very little market for firearms designed for use with magazines with a capacity of greater than 16 rounds but which cannot be sold with such magazines. The option of utilizing the 10 round California replacement magazines with these firearms is simply not attractive to most buyers who are in the market for a higher capacity firearm.

**Interrogatory 10:**     From January 1, 2008 to June 30, 2013, have you sold magazine extension products or readily fabricated magazine extensions? If you have sold these items, please describe the items you sold during this period and state the dates (by year) the items were sold.

**Response to Interrogatory 10:**

See response to Interrogatory #6 and attached records reflecting Green Mountain Guns' sales of magazines and magazine extension products from 2008 to June 30, 2013. Green Mountain Guns' sales of magazine extension products were not a significant component of its' sales prior to March of 2013 and Green Mountain Guns no longer offers these extension products for sale.

**Interrogatory 11:**     Since January 1, 2008, have you charged fees for completing ATF Form 4473? If you have charged a fee, for each month, please state:

**Exhibit B**

a)   the amount of any fee(s) charged to complete Form 4473 in situations **that did not involve a profitable sale**, the number of these transactions, and whether that fee was charged to every such customer;

b)   the amount of the fee(s) you charged to complete Form 4473 in situations **that involved a profitable sale**, the number of these transactions, and whether that fee was charged to every such customer.

**Response to Interrogatory 11:**

From January 2008 through May 31, 2009, Green Mountain Guns charged a $25 fee for completion and submission of form 4473 when associated with a transfer. After May 31, 2009 Green Mountain Guns charged $35 for this service. In March of 2013 Green Mountain Guns increased the cost of this service to $45 dollars as a result of the legislation at issue. Below are transactions performed by Green Mountain Guns on a monthly basis from January 2008 through September 2013 reflecting total sales of firearms for the month and those non-profitable sales for which no fee was charged.

| Month/Year | Year | Total Transactions | Non-profitable transaction/no-charge |
|---|---|---|---|
| January | 2008 | 64 | 1 |
| February | 2008 | 47 | 2 |
| March | 2008 | 61 | 0 |
| April | 2008 | 74 | 3 |
| May | 2008 | 59 | 1 |
| June | 2008 | 47 | 0 |
| July | 2008 | 47 | 1 |
| August | 2008 | 57 | 1 |
| September | 2008 | 70 | 0 |
| October | 2008 | 65 | 0 |
| November | 2008 | 98 | 0 |
| December | 2008 | 97 | 0 |
| January | 2009 | 105 | 0 |
| February | 2009 | 103 | 0 |
| March | 2009 | 108 | 3 |
| April | 2009 | 136 | 8 |
| May | 2009 | 121 | 2 |
| June | 2009 | 82 | 1 |

18

**Exhibit B**

| Month | Year | | |
|---|---|---|---|
| July | 2009 | 71 | 0 |
| August | 2009 | 56 | 2 |
| September | 2009 | 63 | 3 |
| October | 2009 | 53 | 0 |
| November | 2009 | 63 | 1 |
| December | 2009 | 73 | 2 |
| | | | |
| January | 2010 | 75 | 3 |
| February | 2010 | 73 | 0 |
| March | 2010 | 83 | 2 |
| April | 2010 | 75 | 1 |
| May | 2010 | 58 | 0 |
| June | 2010 | 53 | 0 |
| July | 2010 | 55 | 1 |
| August | 2010 | 74 | 3 |
| September | 2010 | 61 | 5 |
| October | 2010 | 63 | 2 |
| November | 2010 | 60 | 1 |
| December | 2010 | 56 | 3 |
| | | | |
| January | 2011 | 57 | 0 |
| February | 2011 | 56 | 0 |
| March | 2011 | 78 | 3 |
| April | 2011 | 69 | 2 |
| May | 2011 | 59 | 3 |
| June | 2011 | 87 | 15 |
| July | 2011 | 58 | 0 |
| August | 2011 | 79 | 0 |
| September | 2011 | 72 | 0 |
| October | 2011 | 52 | 2 |
| November | 2011 | 70 | 1 |
| December | 2011 | 97 | 4 |
| | | | |
| January | 2012 | 78 | 1 |
| February | 2012 | 76 | 2 |
| March | 2012 | 104 | 9 |
| April | 2012 | 83 | 2 |
| May | 2012 | 60 | 0 |
| June | 2012 | 53 | 2 |
| July | 2012 | 56 | 4 |

**Exhibit B**

| | | | |
|---|---|---|---|
| August | 2012 | 84 | 4 |
| September | 2012 | 61 | 2 |
| October | 2012 | 59 | 6 |
| November | 2012 | 72 | 8 |
| December | 2012 | 92 | 7 |
| January | 2013 | 161 | 3 |
| February | 2013 | 140 | 7 |
| March | 2013 | 151 | 3 |
| April | 2013 | 136 | 3 |
| May | 2013 | 82 | 2 |
| June | 2013 | 77 | 1 |
| July | 2013 | 63 | 7 |
| August | 2013 | 60 | 1 |
| September | 2013 | 60 | 4 |

March – September 2013: Total Background Checks Run: 3,742 at $10.00 each.

**Interrogatory 12:**     State by month the number of instances, since January 1, 2008, when you charged no fee for completing ATF Form 4473, and state whether, in each instance, the transaction involved a profitable sale.

**Response to Interrogatory 12:**

See response to Interrogatory # 11 above

**Interrogatory 13:**     State your yearly sales revenues beginning January 1, 2003 to the present, and with respect to this revenue, state the percentage of sales to:

        a)    out-of-state transferees;

        b)    the United States government, or branches of the U.S. armed forces;

        c)    the State of Colorado or its departments, agencies, or subdivisions.

**Response to Interrogatory 13:**

Plaintiff objects to Interrogatory 13 as overbroad and as not reasonably calculated to lead to the discovery of admissible evidence. In addition, it is unduly burdensome and oppressive. Plaintiff, however, does not object to the extent that it will not reply to the best of its abilities. Much of the information and data requested in Interrogatory 13 is simply unobtainable based on Plaintiff's systems and technology.

**Exhibit B**

Without waiving the above objections, Plaintiff Rocky Mountain Shooter's Supply has earned the following gross revenues:

| Year | Sales | Percent Out of State Transfers |
|------|-------|-------------------------------|
| 2003 | $2,034,900 | .35 |
| 2004 | $2,224,747 | .48 |
| 2005 | $2,319,554 | .65 |
| 2006 | $2,122,760 | .75 |
| 2007 | $2,394,877 | .72 |
| 2008 | $3,765,222 | .64 |
| 2009 | $5,171,093 | .71 |
| 2010 | $4,536,198 | .78 |
| 2011 | $4,542,052 | .69 |
| 2012 | $5,357,728 | .61 |
| 2013 (through September) | $5,189,150 | .72 |

**Interrogatory 14:**    Have you ever been sued or suffered damages for processing a background check? If so, please provide details of any claims made against you, the date of the claim(s), the resolution of the claims, and any damages you sustained.

**Response to Interrogatory 14:**

No

**Interrogatory 15:**    How many total background checks have you requested (by month) since January 1, 2008 and how many of these background checks resulted in the denial of a sale?

**Response to Interrogatory 15:**

With regard to the total number of background checks performed since January of 2008, please see response to Interrogatory #11 above. Green Mountain Guns does not

21

**Exhibit B**

keep track of background check denials on a computer system or in any readily retrievable system. Boxes in which the actual documents which contain information responsive to this Interrogatory are in storage and could be manually searched to obtain this information however a request which requires the Plaintiff to manually search boxes containing every firearm transaction receipt for the past 6 years would be unduly burdensome, time consuming and expensive. Green Mountain Guns will make these boxes available for inspection to the Defendant under the Protective Order should Defendant wish to undertake such an effort.

## REQUESTS FOR PRODUCTION

**Request for Production 1:**   Provide all documents supporting your response to Interrogatory #1.

There are no applicable documents responsive to Interrogatory #1.

**Request for Production 2:**   Provide all documents supporting your response to Interrogatory #2.

See attached documents.

**Request for Production 3:**   Provide all documents supporting your response to Interrogatory #3.

There are no applicable documents responsive to Interrogatory #3.

**Request for Production 4:**   Provide all documents supporting your response to Interrogatory #4.

There are no applicable documents responsive to Interrogatory #4.

**Request for Production 5:**   Provide all documents supporting your response to Interrogatory #5.

There are no applicable documents responsive to Interrogatory #5.

**Request for Production 6:**   Provide all documents supporting your response to Interrogatory #6.

The documents attached in response to Request for Production #2 are also responsive to Request for Production #6.

**Request for Production 7:**   Provide all documents supporting your response to Interrogatory #7.

**Exhibit B**

There are no applicable documents responsive to Interrogatory #7.

**Request for Production 8:**   Provide copies of all documented correspondence to which you have referred in your response to Interrogatory #8.

There are no applicable documents responsive to Interrogatory #8.

**Request for Production 9:**   Provide copies of documents describing and stating the quantity of magazine extension products or readily fabricated extensions you sold from January 1, 2008 to June 30, 2013.

There are no applicable documents responsive to Request for Production #9.

**Request for Production 10:**   Provide all documents supporting your response to Interrogatory #13.

There are no applicable documents responsive to Request for Production #13.

**Request for Production 11:**   Provide all documents describing or pertaining to any claims brought against you for processing a background check.

There are no applicable documents responsive to Request for Production  #11.

Dated this 10th day of October, 2013 as to form, content and objections.

*s/ Marc F. Colin*
Marc F. Colin
Jonathon M. Watson
BRUNO, COLIN & LOWE, P.C.
1999 Broadway, Suite 3100
Denver, Colorado 80202
Tel:  (303) 831-1099
Fax:  (303) 831-1088
E-mail:mcolin@brunolawyers.com
        jwatson@brunolawyers.com
*Attorney for Plaintiffs Attorney for*
*Defendants:(USA) Liberty Arms, LLC;*
*Rocky Mountain Shooter's Supply, LLC;*
*2nd Amendment Gunsmith & Shooter*
*Supply, LLC; Burrud Arms Inc. d/b/a Jensen*
*Arms; Green Mountain Guns;Jerry's*

**Exhibit B**

*Outdoor Sports; Grand Prix Guns; Specialty Sports & Supply; and Goods for the Woods*

## VERIFICATION

STATE OF COLORADO      )
                       ) ss.
COUNTY OF _Denver_ )

    I do solemnly swear to affirm under the penalty of perjury that I have read the foregoing answers to written Interrogatories made and answered by me and that the said answers are true, complete and accurate to the best of my knowledge.

*Mervin L Chapman*

Subscribed and sworn to before me this 11ᵗʰ day of October, 2013, by *Mervin Chapman*.

[SEAL]

```
EDUARDO L HERNANDEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20114050606
MY COMMISSION EXPIRES AUGUST 19, 2015
```

_____
Notary Public

My commission expires: 08/19/2015

24

**Exhibit B**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2013, I electronically served the foregoing on the following:

Matt.Grove@state.co.us
Kit.Spalding@state.co.us
Jon.Fero@state.co.us
David.Blake@state.co.us
Dan.Domenico@state.co.us
DAbbott@hollandhart.com
david@i2i.org
PKrumholz@halewestfall.com
RWestfall@halewestfall.com
fabianlaw@qwestoffice.net

*s/ Marc F. Colin*
Marc F. Colin
Jonathon M. Watson

**Exhibit B**