IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No:  13-cv-01300-MSK-MJW

JOHN B. COOKE, Sheriff of Weld County, Colorado, *et al.;*

        Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

        Defendant.

**FED.R.CIV.P. 26(a)(1)(A) INITIAL DISCLOSURES OF PLAINTIFFS
(USA) LIBERTY ARMS, LLC, ROCKY MOUNTAIN SHOOTER'S SUPPLY, LLC,
2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC,
BURRUD ARMS, INC., D/B/A JENSEN ARMS, GREEN MOUNTAIN GUNS,
JERRY'S OUTDOOR SPORTS, GRAND PRIX GUNS,
SPECIALITY SPORTS AND SUPPLY AND GOODS FOR THE WOODS**

        COME NOW Plaintiffs (USA) Liberty Arms, LLC, Rocky Mountain Shooter's Supply, LLC, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms, Inc., d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Grand Prix Guns, Specialty Sports and Supply, and Goods for the Woods, by and through their attorney Marc F. Colin, of the law firm of Bruno, Colin, & Lowe, P.C., and make the following Initial Disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure as set forth below:

        *(i)    the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:*

**Exhibit F**

1. Mr. Timothy and Ms. Lisa Brough, Owners
   Rocky Mountain Shooter's Supply LLC
   3507 E Mulberry Street, Unit A
   Fort Collins, Colorado 80524
   970-221-5133
   tim@rmss.com

Tim Brough and Lisa Brough (client representatives) have information regarding the actual economic losses that they have experienced and will experience following the implementation of the subject legislation after July 1, 2013. This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224.  In addition these witnesses have information regarding the previously lawful activities which these witnesses can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witnesses to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness' inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution.  This information will also

**Exhibit F**

include the witness' current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. These witnesses also have information regarding the chilling effect that this legislation has had and will have on their ability to exercise their right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution.  Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

  2. Mr. John Burrud, Owner
    Burrud Arms, Inc., d/b/a Jensen Arms
    285E East 29th Street
    Loveland, Colorado 80538
    (970) 663-5994

John Burrud (client representative) has information regarding the actual economic losses that he has experienced and will experience following the implementation of the subject legislation after July 1, 2013.  This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and

3

**Exhibit F**

"continuous presence" in HB 13-1224. In addition this witness has information regarding the previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution. This information will also include the witness's current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on his ability to exercise his right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution. Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

3. Kirk Kaunp, Manager
   Jensen Arms
   285 East 29th Street, Suite E
   Loveland, Colorado 80538
   (970) 663-5994

Kirk Kaunp (client representative) has information regarding the actual economic losses that he has experienced and will experience following the implementation of the subject

4

**Exhibit F**

legislation after July 1, 2013. This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224. In addition this witness has information regarding the previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution. This information will also include the witness's current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on his ability to exercise his right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution. Further, these witnesses have

5

**Exhibit F**

information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

    4.      Mr. William Comegys, Owner
Grand Prix Guns, LLC
3105 West County Line Road
Littleton, Colorado 80129
303-532-2940
info@gpguns.com

William Comegys (client representative) has information regarding the actual economic losses that he has experienced and will experience following the implementation of the subject legislation after July 1, 2013. This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224. In addition this witness has information regarding the previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be

6

**Exhibit F**

experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution.  This information will also include the witness's current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on his ability to exercise his right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution.  Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

5. Ms. M. Jane Gustafson, Owner
d/b/a Goods for the Woods
307 South Camino Del Rio, Box 8
Durango, Colorado 81303
970-247-5725
goodsforthewoods@yahoo.com

M. Jane Gustafson (client representative) has information regarding the actual economic losses that she has experienced and will experience following the implementation of the subject legislation after July 1, 2013.  This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the

7

**Exhibit F**

manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224.  In addition this witness has information regarding the previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution.  This information will also include the witness's current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on her ability to exercise her right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution.  Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

  6. Mr. Jeff Lepp, Owner
    Specialty Sports & Supply
    4285 East Fountain Boulevard
    Colorado Springs, Colorado 80916
    719-391-2556
    keimetha@msn.com

**Exhibit F**

Jeff Lepp (client representative) has information regarding the actual economic losses that he has experienced and will experience following the implementation of the subject legislation after July 1, 2013. This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224. In addition this witness has information regarding the previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution. This information will also include the witness's current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on his

9

**Exhibit F**

ability to exercise his right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution. Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

    7.      Mr. David McClelland
           (USA) Liberty Arms, LLC
           921 East Harmony Road, Suites 101 & 102
           Fort Collins, Colorado 80525
           (970) 226-2767
           usalibertyarms.net

David McClelland (client representative) has information regarding the actual economic losses that he has experienced and will experience following the implementation of the subject legislation after July 1, 2013. This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224. In addition this witness has information regarding the previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less)

**Exhibit F**

which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution.  This information will also include the witness's current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on his ability to exercise his right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution.  Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

8. Mr. Ed Schultz
2nd Amendment Gunsmith & Shooters Supply, LLC
418 SE 8th Street, Unit A-2
Loveland, Colorado 80537
(970) 667-1060

Ed Schultz (client representative) has information regarding the actual economic losses that he has experienced and will experience following the implementation of the subject legislation after July 1, 2013.  This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase

11

**Exhibit F**

orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224. In addition this witness has information regarding the previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution. This information will also include the witness's current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on his ability to exercise his right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution. Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

**Exhibit F**

9.      Merv Chapman, representative
Green Mountain Guns, Inc.
3355 South Yarrow Street, #E-113
Lakewood, Colorado 80227
303-985-7240
mervc@mindspring.com

Merv Chapman (client representative) has information regarding the actual economic losses that he has experienced and will experience following the implementation of the subject legislation after July 1, 2013.  This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224.  In addition this witness has information regarding the previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution.  This information will also include the witness's current inventories of such

**Exhibit F**

magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on his ability to exercise his right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution.  Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

    10.    Mr. Jerry Stehman
               Jerry's Outdoor Sports, Inc.
               2999 North Avenue
               Grand Junction, Colorado 81504
               970-245-1502
               jerbald@hotmail.com

Jerry Stehman (client representative) has information regarding the actual economic losses that he has experienced and will experience following the implementation of the subject legislation after July 1, 2013.  This information includes but is not limited to earnings information prior to the governor's signing of the two House Bills at issue, earnings information subsequent to the governor's signing of the legislation at issue into law, information regarding the willingness/refusal of manufacturers with whom this witness has previously placed purchase orders for customers to deliver the product(s) which in many cases has been paid for by the anticipated end user/customer, and the adverse effects suffered by the witness as a result of the manufacturers' refusals to deliver previously purchased or ordered products to Colorado due to uncertainty surrounding the effect of the language "designed to be readily converted" and "continuous presence" in HB 13-1224.  In addition this witness has information regarding the

14

**Exhibit F**

previously lawful activities which this witness can no longer engage in with regard to the sale of magazines and associated firearms due to the vagueness of the legislation at issue which has required the witness to refrain from the sale of "small capacity magazines" (15 rounds or less) which have removable base plates or end caps and their associated firearms in order to avoid the risk of criminal prosecution as well as the adverse economic impact that has been and will be experienced due to the witness's inability to sell these otherwise lawful magazines and those with "extendable" magazines as well as large capacity magazines and associated firearms or risk criminal prosecution.  This information will also include the witness's current inventories of such magazines and associated firearms that will be rendered unsellable on July 1, 2013, and the associated economic losses that have been and will be experienced as a result. This witness also has information regarding the chilling effect that this legislation has had and will have on his ability to exercise his right to own, possess and sell firearms and their associated magazines under the Second Amendment to the United States Constitution.  Further, these witnesses have information regarding background checks associated with transfers of gun ownership and the impact that the recent changes to the procedures and compensation associated therewith have had and will have on their continuing business operations.

11. Any witness necessary to authenticate or lay the foundation for any exhibits the Plaintiffs intend to offer at trial.

12. Any witness (including experts) endorsed, listed or otherwise identified by any party to this action in any pleading, disclosure, discovery or other document.

13. Plaintiffs (USA) Liberty Arms, LLC, Rocky Mountain Shooter's Supply, LLC, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms, Inc., d/b/a Jensen Arms,

15

**Exhibit F**

Green Mountain Guns, Jerry's Outdoor Sports, Grand Prix Guns, Specialty Sports and Supply, and Goods for the Woods reserve the right to disclose additional individuals with discoverable information as discovery and investigation progresses.

*(ii) a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment:*

It is anticipated that a Stipulated Motion and Protective Order addressing proprietary business information will be filed by the parties in the near future. Upon entry of the Stipulated Protective Order by the Court, copies of the herein below disclosed documents will be provided to the Defendant.

1. Business and financial records from 2010 – March 12, 2013, reflecting sales information relating to magazines of 15 rounds or less, magazines with capacities of more than 15 rounds and associated firearms as well as background check transfer fees.

2. Business and financial records from March 13, 2013 – June 30, 2013, reflecting sales information relating to magazines of 15 rounds or less, magazines with capacities of more than 15 rounds and associated firearms as well as background check transfer fees.

3. Business and financial records from July 1, 2013 – trial, reflecting sales information relating to magazines of 15 rounds or less, magazines with capacities

**Exhibit F**

of more than 15 rounds and associated firearms as well as background check transfer fees.

4. Documents regarding firearms and magazines in current inventory and those on order which will or may be illegal to sell after July 1, 2013.

5. Information on Burrud Arms, Inc., d/b/a Jensen Arms, can be found at its website www.JensenArms.com.

6. Information on (USA) Liberty Arms, LLC, can be found at its website usalibertyarms.net.

7. Information on 2nd Amendment Gunsmith & Shooters Supply, LLC, can be found at its website 2ndamendgunsmith.com.

8. Information on Green Mountain Guns can be found at its website greenmountainguns.com.

9. By these disclosures, Plaintiffs are not waiving their right to object to the production and/or admissibility of any specific documents or information.

10. Any and all documents listed and/or endorsed by any other party to this action.

11. Any and all documents necessary for rebuttal and/or impeachment.

12. Plaintiffs (USA) Liberty Arms, LLC, Rocky Mountain Shooter's Supply, LLC, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms, Inc., d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Grand Prix Guns, Specialty Sports and Supply, and Goods for the Woods reserve the right to endorse additional exhibits, as they become more fully known to them.

**Exhibit F**

13. All relevant and non-privileged documents listed and in the possession or control of Plaintiffs (USA) Liberty Arms, LLC, Rocky Mountain Shooter's Supply, LLC, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms, Inc., d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Grand Prix Guns, Specialty Sports and Supply, and Goods for the Woods will be produced upon request and agreement to pay for reasonable copying expenses.

*(iii)  a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:*

1. Plaintiffs seek reasonable costs and attorneys fees. These fees and costs are ongoing and continue to accrue.

*(iv)  for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:*

1. None.

Dated this 19th day of June, 2013.

    *s/ Marc F. Colin*
Marc F. Colin
BRUNO, COLIN & LOWE, P.C.
1999 Broadway, Suite 3100
Denver, CO 80202
Tel: (303) 831-1099
Fax: (303) 831-1088
E-mail: mcolin@brunolawyers.com
*Attorney for Defendants:*
*(USA) Liberty Arms, LLC;*
*Rocky Mountain Shooter's Supply, LLC;*
*2nd Amendment Gunsmith & Shooter Supply, LLC;*
*Burrud Arms Inc. d/b/a Jensen Arms;*
*Green Mountain Guns;*
*Jerry's Outdoor Sports;*
*Grand Prix Guns;*
*Specialty Sports & Supply; and*
*Goods for the Woods*

**Exhibit F**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2013, I electronically served the foregoing **FED.R.CIV.P. 26(a)(1)(A) INITIAL DISCLOSURES OF PLAINTIFFS (USA) LIBERTY ARMS, LLC, ROCKY MOUNTAIN SHOOTER'S SUPPLY, LLC, 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC, BURRUD ARMS, INC., D/B/A JENSEN ARMS, GREEN MOUNTAIN GUNS, JERRY'S OUTDOOR SPORTS, GRAND PRIX GUNS, SPECIALITY SPORTS AND SUPPLY AND GOODS FOR THE WOODS** to the following individuals at the following e-mail addresses:

Daniel D. Domenico   daniel.domenico@state.co.us

David Christopher Blake   david.blake@state.co.us

Jonathan Patrick Fero   jon.fero@state.co.us

Matthew David Grove   matt.grove@state.co.us

Kathleen Spalding   kit.spalding@state.co.us

David B. Kopel   david@i2i.org

Richard Westfall   rwestfall@halewestfall.com

Peter Krumholz   pkrumholz@halewestfall.com

Jonathan M. Anderson   jmanderson@hollandhart.com

Doug Abbott   dabbott@hollandhart.com

Anthony John Fabian   fabianlaw@qwestoffice.net


*s/Marla A. Brock*
Marla A. Brock, Paralegal
BRUNO, COLIN & LOWE, P.C.

**Exhibit F**