IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: April 1, 2014 |
| Court Reporter: Terri Lindblom | |

Civil Action No. **13-cv-01300-MSK-CBS**

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter J. Krumholz |
| COLORADO FARM BUREAU; | Richard A. Westfall |
| NATIONAL SHOOTING SPORTS FOUNDATION; | Douglas L. Abbott |
| MAGPUL INDUSTRIES; | Marc F. Colin |
| USA LIBERTY ARMS; | |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | Anthony J. Fabian |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK; | David B. Kopel |
| DAVID STRUMILLO; | |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |
|         Plaintiffs | |
| v. | |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | Matthew D. Grove |
| | Kathleen L. Spalding |
| | Stephanie L. Scoville |
| | LeeAnn Morrill |
|         Defendant. | |

# COURTROOM MINUTES

HEARING: Bench Trial - Day Two

**8:37 a.m.**     **Court in session**

Counsel present as listed above. Plaintiffs' representatives Bob Hewson, Katherine Whitney and Lisa Dahlberg are present.

**Witness sworn for the plaintiffs: Terrance Maketa:**
**8:40 a.m.**     Direct examination of witness by Mr. Kopel.

**8:59 a.m.**     Cross examination of witness by Ms. Spalding.

**9:28 a.m.**     Re-direct examination of witness by Mr. Kopel.

**Witness sworn for the plaintiffs: Elisa Dahlberg:**

**9:31 a.m.**     Direct examination of witness by Mr. Westfall.

**9:49 a.m.**     Cross examination of witness by Ms. Spalding.

**10:07 a.m.**     **Court in recess**
**10:24 a.m.**     **Court in session**

**Witness resumes for the plaintiffs: Elisa Dahlberg.**
**10:24 a.m.**     Continuation of cross examination of witness by Ms. Spalding.

No re-direct examination of witness.

**Witness sworn for the plaintiffs: Dylan Harrell:**
**10:30 a.m.**     Direct examination of witness by Mr. Westfall.

**10:55 a.m.**     Cross examination of witness by Ms. Morrill.

**Witness sworn for the plaintiffs: Massad Ayoob:**
**11:10 a.m.**     Direct examination of witness by Mr. Colin.

**11:56 a.m.**     **Court in recess.**
**1:34 p.m.**     **Court in session**

**Witness resumes for the plaintiffs: Massad Ayoob:**
**1:34 p.m.**     Continuation of direct examination of witness by Mr. Colin.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**2:39 p.m.**     **Court in recess**
**3:04 p.m.**     **Court in session**

**Witness resumes for the plaintiffs: Massad Ayoob:**
No cross examination of witness by Ms. Morrill.

**ORDERED:** Exhibits 93 and 94 are **WITHDRAWN.**

**Witness sworn for the plaintiffs: Dave Gill:**
**3:07 p.m.**     Direct examination of witness by Mr. Fabian.

**3:21 p.m.**     Cross examination of witness by Ms. Scoville.

**3:33 p.m.**     Re-direct examination of witness by Mr. Fabian.

**3:35 p.m.**     Court's examination of witness.

**3:38 p.m.**     Re-direct examination of witness by Mr. Fabian.

**3:39 p.m.**     Re-cross examination of witness by Ms. Scoville.

**Witness sworn for the plaintiffs: Douglas Hamilton:**
**3:41 p.m.**     Direct examination of witness by Mr. Fabian.

**EXHIBITS: RECEIVED:**     39

**4:11 p.m.**     Cross examination of witness by Ms. Scoville.

No re-direct examination of witness by Mr. Fabian.

**Witness sworn for the plaintiffs: John Cooke:**
**4:36 p.m.**     Direct examination of witness by Mr. Kopel.

**4:42 p.m.**     Voir dire by Ms. Spalding.

**4:48 p.m.**     Direct examination of witness by Mr. Kopel.

**EXHIBITS: REFUSED:**     9

No cross examination of witness by Ms. Spalding.

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

4:49 p.m.	Discussion regarding housekeeping matter related to exhibits to be used during the testimony of a witness tomorrow.

**4:51 p.m.	Court in recess**
**Total Time:     5 hours 54 minutes.**
**Trial continued.**