# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: April 2 2014 |
| Court Reporter: Terri Lindblom | |

Civil Action No. **13-cv-01300-MSK-MJW**

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter J. Krumholz |
| COLORADO FARM BUREAU; | Richard A. Westfall |
| NATIONAL SHOOTING SPORTS FOUNDATION; | Douglas L. Abbott |
| MAGPUL INDUSTRIES; | |
| USA LIBERTY ARMS; | Marc F. Colin |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a | |
| FAMILY SHOOTING CENTER AT CHERRY | Anthony J. Fabian |
| CREEK STATE PARK; | |
| DAVID STRUMILLO; | David B. Kopel |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |
|     Plaintiffs | |
| v. | |
| JOHN W. HICKENLOOPER, Governor of the | Matthew D. Grove |
| State of Colorado, | Kathleen L. Spalding |
| | Stephanie L. Scoville |
| | LeeAnn Morrill |
|     Defendant. | |

# COURTROOM MINUTES

HEARING: Bench Trial - Day Three

**8:42 a.m.**      **Court in session**

Counsel present as listed above.  Defendant's advisory witness, Jeffrey Zax, is also present.

**Witness sworn for the plaintiffs:  Gary Kleck:**
**8:45 a.m.**      Direct examination of witness by Mr. Kopel.

**9:54 a.m.**      **Court in recess**
**10:19 a.m.**     **Court in session**

Discussion regarding scheduling issue pertaining to the availability of witness Gary Kleck.

**Witness resumes for the plaintiffs: Gary Kleck:**
**10:20 a.m.**     Continuation of direct examination of witness by Mr. Kopel.

**11:34 a.m.**     Cross examination of witness by Mr. Grove.

**EXHIBITS:   RECEIVED:         7**

**11:58 a.m.**     **Court in recess.**
**1:38 p.m.**      **Court in session**

1:38 p.m.      Discussion regarding schedule of witnesses for this afternoon.

**Witness resumes for the plaintiffs:  Gary Kleck:**
**1:40 p.m.**      Continuation of cross examination of witness by Mr. Grove.

**EXHIBITS:   RECEIVED:         8**
**2:00 p.m.**      Witness testimony is suspended, so he can catch a flight at Denver International Airport and he shall return on Friday, April 4, 2014.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

**Witness sworn for the plaintiffs:  Nicholas Colglazier:**
2:04 p.m.	Direct examination of witness by Mr. Westfall.

**2:24 p.m.	Court in recess**
**2:39 p.m.	Court in session**

**Witness resumes for the plaintiffs: Nicholas Colglazier:**
2:39 p.m.	Continuation of direct examination of witness by Mr. Westfall.

2:59 p.m.	Bench conference regarding issue involving exhibit 10.

3:01 p.m.	Continuation of direct examination of witness by Mr. Westfall.

3:04 p.m.	Cross Examination of witness by Ms. Scoville.

No re-direct examination of this witness.

**Witness sworn for the plaintiffs: David Bayne, VI:**
3:15 p.m.	Direct examination of witness by Mr. Westfall.

**3:28 p.m.	Court in recess**
**3:36 p.m.	Court in session**

**Witness sworn for the plaintiffs: David Bayne, VI:**
3:36 p.m.	Continuation of direct examination of witness by Mr. Westfall.

3:46 p.m.	Cross examination of witness by Ms. Morrill.

3:54 p.m.	Re-direct examination of witness by Mr. Westfall.

3:59 p.m.	Discussion regarding the scheduling and witnesses for tomorrow and Friday.

**4:06 p.m.	Court in recess**
**Total Time:    4 hours 56 minutes.**
**Trial continued.**