**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-1300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, *et al.*,

    Plaintiffs

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

---

**PLAINTIFFS' AMENDED MOTION *IN LIMINE* TO EXCLUDE**
**CERTAIN TRIAL EXHIBITS**

---

Plaintiffs, by and through their respective counsel, respectfully submit this Motion *in Limine* to exclude certain trial exhibits Defendant's counsel evidently intends to use in connection with two of his designated experts. In support thereof, Plaintiffs state as follows:

1.    Plaintiffs' counsel conferred with Defendant's counsel regarding this Motion, pursuant to D.C.COLO.LCivR. 7.1(a). Defendant's counsel stated that Defendant opposes the Motion.

2.    Defendant has listed several exhibits (51-58 and 67-82) that are intended to be used during the testimony of Daniel Webster and Jeffrey Zax. Exhibits 51-58 were listed in connection with Webster, and exhibits 67-82 were listed in connection with Zax.

3.    The Webster exhibits were provided to counsel for the Plaintiffs on March 24, 2014, and the Zax exhibits on March 25, 2014.

4.    Fed. R. Civ. P. 26(a)(1)(B)(iii) requires that the exhibits be in the expert report:

(B) *Witnesses Who Must Provide a Written Report.* Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. ***The report must contain***:

. . .

(iii) ***any exhibits that will be used to summarize or support them*** . . . .

5. None of the exhibits identified in connection with Webster and Zax were included in their respective expert reports, as required by Fed. R. Civ. P. 26(a)(1)(B)(iii).

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request this Court to exclude from evidence exhibits 51-58 and 67-82.

Dated this 6th day of April, 2014.

Respectfully submitted,

s/Richard A. Westfall
Richard A. Westfall
Peter J. Krumholz
HALE WESTFALL LLP
1600 Stout Street, Suite 500
Denver, CO 80202
Phone: (720) 904-6010
Fax: (720) 904-6020
rwestfall@halewestfall.com

**ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC. THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, AND WOMEN FOR CONCEALED CARRY**

        s/David B. Kopel
        INDEPENDENCE INSTITUTE
        727 E. 16th Avenue
        Denver, CO 80203
        Phone: (303) 279-6536
        Fax: (303) 279-4176
        david@i2i.org

        **ATTORNEY FOR JOHN B. COOKE, KEN PUTNAM, JAMES FAULL, LARRY KUNTZ, FRED JOBE, DONALD KRUEGER, STAN HILKEY, DAVE STONG, PETER GONZALEZ; SUE KURTZ, DOUGLAS N. DARR, AND DAVID STRUMILLO**

        s/Douglas Abbott
        Jonathan M. Anderson
        Douglas Abbott
        HOLLAND & HART LLP
        Post Office Box 8749
        Denver, CO 80201-8749
        Phone: (303) 295-8566
        Fax: (303) 672-6508
        jmanderson@hollandhart.com

        **ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION**

        s/Marc F. Colin
        BRUNO COLIN JEWELL & LOWE PC
        1999 Broadway, Suite 3100
        Denver, CO 80202-5731
        Phone: (303) 831-1099
        Fax: (303) 831-1088
        mcolin@bcjlpc.com

        **ATTORNEY FOR LICENSED FIREARMS DEALERS**

        s/Anthony J. Fabian
        LAW OFFICES OF ANTHONY J. FABIAN PC
        510 Wilcox Street, Suite C
        Castle Rock, CO 80104
        Phone: (303) 663-9339
        Fax: (303) 713-0785
        fabianlaw@qwestoffice.net

        **ATTORNEY FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC. D/B/A FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2014, I have served the foregoing pleading via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| Matthew Groves | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| David Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| John Lee | jtlee@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |

                                        s/Peter J. Krumholz
                                        HALE WESTFALL LLP
                                        1600 Stout Street, Suite 500
                                        Denver, CO 80202
                                        Phone: (720) 904-6010
                                        Fax: (720) 904-6020