**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-1300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, *et. al.*,

    Plaintiffs

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

---

**PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE UNTIMELY DISCLOSED EXPERT OPINION TESTIMONY**

---

Plaintiffs, by and through their respective counsel, respectfully submit this Motion *in Limine* to exclude untimely disclosed expert opinion testimony. In support thereof, Plaintiffs state as follows:

**Certification**. Pursuant to D.C.COLO.LCivR. 7.1(a), Plaintiffs' counsel has conferred with Defendant's counsel concerning this motion. Defendant opposes the motion.

1. On January 2, 2014, counsel for the Defendant disclosed to Plaintiffs' counsel via e-mail a series of spreadsheets acquired by Defendant's designated expert, Professor Jeffrey Zax. The spreadsheets contain firearms data which Professor Zax obtained from Virginia.

2. On January 30, 2014, counsel for the Defendant e-mailed Plaintiffs' counsel a five-page supplemental expert report from Professor Zax, which purports to be a regression analysis of the Virginia firearms data, and arriving at an expert opinion based on that analysis.

1

3.      The discovery deadline in this case was November 1, 2013; the expert report deadline was August 1, 2013, and the rebuttal expert report deadline was September 13, 2013. Defendant through his counsel submitted an "Expert Report of Jeffrey Zax" on August 2, 2013. Although the report was one day after the deadline, Plaintiffs' counsel had agreed as a courtesy to allow Professor Zax an extra day in which to submit the report. Defendant later timely submitted a "Supplemental Report of Jeffrey S. Zax." Neither of these reports mentions anything about the Virginia firearms data or a regression analysis of that data.

4.      In his e-mail on January 2, 2014, Defendant's counsel represented that Professor Zax had acquired the Virginia data "after his deposition." In a short deposition held on March 19, 2014, Professor Zax confirmed that he had obtained the data in November. Zax Dep. at 9:5-15. He also confirmed that he completed the five-page supplemental report in December:

Q.     Can you identify Exhibit 8?

A.     Yes.

Q.     What is it?

A.     This is the report that I prepared based on my analysis of the data that I obtained from the Virginia Firearms Clearinghouse.

Q.     Did you prepare this, Professor, specifically for this case?

A.     Yes.

Q.     When did you complete it?

A.     Sometime in December, I believe.

*Id.* at 9:5-15. In his January 30, 2014 e-mail, Defendant's counsel did not explain the month-long delay in providing the five-page report. Moreover, there is no indication that the Virginia firearms data could not have been found before the end of discovery. In fact, the data has been

2

available to the public at least since January 2011, when the Washington Post published a story about it.

5. Having listened to the cross-examination of Professor Gary Kleck last week, it appears that Defendant's counsel has every intention of presenting testimony by Professor Zax about his regression analysis of the Virginia data and his opinions drawn therefrom – despite the fact that Professor Zax completed his report on that analysis long after the applicable deadlines, and despite the fact that Defendant's counsel did not disclose it to the Plaintiffs until three months after the close of discovery.

6. Rule 26(a)(2) requires parties to produce a written report by each expert witness that includes "a complete statement of all opinions to be expressed and the basis and reasons therefor." The report must be produced by the court-ordered deadline. *Cook v. Rockwell Internat'l Corp.*, 580 F. Supp. 2d 1071, 1169 (D. Colo. 2006). "A party that fails to disclose expert testimony in compliance with these rules may not present the expert's testimony at trial unless the failure to disclose was substantially justified or harmless." *Id.* Although Rule 26(e)(1) requires that an expert supplement his report and disclosures in certain limited circumstances, "'[t]his provision is not intended to provide an extension of the expert designation and report production deadlines,' and may not be used for this purpose." *Id.* (quoting *Metro Ford Truck Sales, Inc. v. Ford Motor Co.*, 145 F.3d 320, 324 (5th Cir.1998)).

7. Counsel for the Defendant may argue that the late disclosure was substantially harmless because Defendant made Professor Zax available for a short deposition concerning the information contained in that late disclosure. That argument is without merit. Professor Zax's regression analysis, and the spreadsheets on which it is based, are different in kind from anything

that appeared in the two reports that were timely submitted. Had Defendant disclosed the regression analysis in a timely fashion, Plaintiffs would have designated their own econometrics expert who could have reviewed Professor Zax's regression analysis and provided a rebuttal report concerning it. A short supplemental deposition is an unacceptable substitute for a rebuttal expert who could have helped in developing a fuller evidentiary record for this Court to consider.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request this Court to exclude from trial any testimony by Professor Zax concerning the Virginia firearms data and his late-disclosed regression analysis and report concerning that data.

Dated this 7th day of April, 2014.

Respectfully submitted,

s/Richard A. Westfall
Richard A. Westfall
Peter J. Krumholz
HALE WESTFALL LLP
1600 Stout Street, Suite 500
Denver, CO 80202
Phone: (720) 904-6010
Fax: (720) 904-6020
rwestfall@halewestfall.com

**ATTORNEYS FOR DISABLED CITIZENS, OUTDOOR BUDDIES, INC. THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, AND WOMEN FOR CONCEALED CARRY**

s/David B. Kopel
INDEPENDENCE INSTITUTE
727 E. 16th Avenue

4

Denver, CO 80203
Phone: (303) 279-6536
Fax: (303) 279-4176
david@i2i.org



**ATTORNEY FOR JOHN B. COOKE, KEN PUTNAM, JAMES FAULL, LARRY KUNTZ, FRED JOBE, DONALD KRUEGER, STAN HILKEY, DAVE STONG, PETER GONZALEZ; SUE KURTZ, DOUGLAS N. DARR, AND DAVID STRUMILLO**

s/Douglas Abbott
Jonathan M. Anderson
Douglas Abbott
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: (303) 295-8566
Fax: (303) 672-6508
jmanderson@hollandhart.com

**ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION**


s/Marc F. Colin
BRUNO COLIN JEWELL & LOWE PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
Phone: (303) 831-1099
Fax: (303) 831-1088
mcolin@bcjlpc.com

**ATTORNEY FOR LICENSED FIREARMS DEALERS**

5

        s/Anthony J. Fabian  
LAW OFFICES OF ANTHONY J. FABIAN PC  
510 Wilcox Street, Suite C  
Castle Rock, CO 80104  
Phone: (303) 663-9339  
Fax: (303) 713-0785  
fabianlaw@qwestoffice.net  

**ATTORNEY FOR COLORADO STATE SHOOTING ASSOCIATION AND HAMILTON FAMILY ENTERPRISES, INC. D/B/A FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2014, I have served the foregoing pleading via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| Matthew Groves | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| David Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| John Lee | jtlee@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |

                                              s/Peter J. Krumholz
                                              HALE WESTFALL LLP
                                              1600 Stout Street, Suite 500
                                              Denver, CO 80202
                                              Phone: (720) 904-6010
                                              Fax: (720) 904-6020