**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Robert R. Keech　　　　Date: April 3, 2014
Court Reporter: Terri Lindblom

Civil Action No. **13-cv-01300-MSK-MJW**

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION;<br>COLORADO FARM BUREAU;<br>NATIONAL SHOOTING SPORTS FOUNDATION;<br>MAGPUL INDUSTRIES;<br>USA LIBERTY ARMS;<br>OUTDOOR BUDDIES, INC.;<br>WOMEN FOR CONCEALED CARRY;<br>COLORADO STATE SHOOTING ASSOCIATION;<br>HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK;<br>DAVID STRUMILLO;<br>DAVID BAYNE;<br>DYLAN HARRELL;<br>ROCKY MOUNTAIN SHOOTERS SUPPLY;<br>2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC;<br>BURRUD ARMS INC. D/B/A JENSEN ARMS;<br>GREEN MOUNTAIN GUNS;<br>JERRY'S OUTDOOR SPORTS;<br>GRAND PRIX GUNS;<br>SPECIALTY SPORTS & SUPPLY; and<br>GOODS FOR THE WOODS; | Peter J. Krumholz<br>Richard A. Westfall<br>Douglas L. Abbott<br><br>Marc F. Colin<br><br><br><br>Anthony J. Fabian<br><br>David B. Kopel |

　　　　Plaintiffs

v.

| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | Matthew D. Grove<br>Kathleen L. Spalding<br>Stephanie L. Scoville<br>LeeAnn Morrill |
|---|---|

　　　　Defendant.

**COURTROOM MINUTES**

HEARING: Bench Trial - Day Four

**8:43 a.m.        Court in session**

Counsel present as listed above.

**Witness sworn for the plaintiffs: Timothy Brough:**
**8:45 a.m.**       Direct examination of witness by Mr. Colin.

**EXHIBITS:   RULING RESERVED:        90**

**9:51 a.m.        Court in recess**
**10:08 a.m.       Court in session**

**Witness resumes for the plaintiffs:  Timothy Brough:**
**10:08 a.m.**      Cross examination of witness by Ms. Morrill.

**10:41 a.m.**      Re-direct examination of witness by Mr. Colin.

**Witness sworn for the plaintiffs: John Burrud:**
**10:43 a.m.**      Direct examination of witness by Mr. Colin.

**EXHIBITS:   RECEIVED:           88 (to be redacted by counsel as outlined by the Court)**

**11:29 a.m.**      Cross examination of witness by Ms. Morrill.

**11:52 a.m.       Court in recess**
**1:23 p.m.        Court in session**

**Witness sworn for the plaintiffs:  Michele Eichler:**
**1:25 p.m.**       Direct examination of witness by Mr. Westfall.

**1:46 p.m.**       Cross examination of witness by Ms. Scoville.

**2:02 p.m.**       Cross examination of witness by Mr. Westfall.

**Witness sworn for the plaintiffs:  Ronald Abramson:**
**2:08 p.m.**        Direct examination of witness by Mr. Kopel.

**2:40 p.m.        Court in recess**
**2:57 p.m.        Court in session**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

**Witness resumes for the plaintiffs:  Ronald Abramson:**
**2:57 p.m.**      Continuation of direct examination of witness by Mr. Kopel.

**3:20 p.m.**       Cross examination of witness by Mr. Grove.

**3:23 p.m.**      Plaintiffs rest subject to the completion of the testimony of witness Gary Kleck on Friday, April 4, 2014.

**3:24 p.m.**      Discussion regarding schedule for defendant's witnesses.

**Witness sworn for the defendant: Dan Montgomery:**
**3:28 p.m.**      Direct examination of witness by Ms. Spalding.

**3:45 p.m.**      Cross examination of witness by Mr. Abbott.

**4:06 p.m.**      Re-direct examination of witness by Ms. Spalding.

Defendant's oral Rule 52 motion as to Plaintiffs' claim under the Americans With Disabilities Act is raised for argument.

**4:09 p.m.**      Argument by Ms. Morrill.

**4:31 p.m.**      Argument by Mr. Kopel.

             Court makes findings.

**ORDER:**      Defendant's oral Rule 52 motion as to Plaintiffs' claim under the Americans With Disabilities Act is **DEFERRED UNTIL THE CLOSE OF THE PRESENTATION OF THE EVIDENCE.**

4:45 p.m.      Discussion regarding schedule for tomorrow.

**4:46 p.m.      Court in recess**
**Total Time:     5 hours 58 minutes.**
**Trial continued.**