# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:  April 4, 2014 |
| Court Reporter:  Terri Lindblom | |

Civil Action No. **13-cv-01300-MSK-MJW**

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter J. Krumholz |
| COLORADO FARM BUREAU; | Richard A. Westfall |
| NATIONAL SHOOTING SPORTS FOUNDATION; | Douglas L. Abbott |
| MAGPUL INDUSTRIES; | Marc F. Colin |
| USA LIBERTY ARMS; | |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | Anthony J. Fabian |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK; | David B. Kopel |
| DAVID STRUMILLO; | |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |

        Plaintiffs

v.

| | |
|---|---|
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | Matthew D. Grove<br>Kathleen L. Spalding<br>Stephanie L. Scoville<br>LeeAnn Morrill |

        Defendant.

## COURTROOM MINUTES

HEARING: Bench Trial - Day Five

**8:38 a.m.**     **Court in session**

Counsel present as listed above. Defendant's advisory witness, Jeffrey Zax, is also present.

**Witness resumes for the plaintiffs: Gary Kleck:**
**8:39 a.m.**     Continuation of cross examination of witness by Mr. Grove.

**EXHIBITS: RECEIVED:**     44

**9:54 a.m.**     **Court in recess**
**10:15 a.m.**     **Court in session**

**Witness resumes for the plaintiffs: Gary Kleck:**
**10:15 a.m.**     Continuation of cross examination of witness by Mr. Grove.

**EXHIBITS: RECEIVED:**     **101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129 (all exhibits offered for limited purpose), 130, 42, 43**

**11:42 a.m.**     Re-direct examination of witness by Mr. Kopel.

12:03 p.m.     Discussion regarding schedule for the afternoon.

**12:04 p.m.**     **Court in recess**
**1:31 p.m.**     **Court in session**

1:31 p.m.     Bench conference related to sequestration order as to witnesses.

**Witness resumes for the plaintiffs: Gary Kleck:**
1:36 p.m.     Re-direct examination of witness by Mr. Kopel.

**Witness sworn for the defendant: James Spoden:**
2:00 p.m.     Direct examination of witness by Mr. Grove.

**EXHIBITS: RECEIVED:**     20

2:40 p.m.     Cross examination of witness by Mr. Kopel.

**2:59 p.m.**     **Court in recess**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

**3:19 p.m.**     **Court in session**

**Witness resumes for the defendant:  James Spoden:**
**3:19 p.m.**     Continuation of cross examination of witness by Mr. Kopel.

**3:46 p.m.**     Re-direct examination of witness by Mr. Grove.

**Witness sworn for the defendant:  Ron Sloan:**
**3:49 p.m.**     Direct examination of witness by Ms. Scoville.

**4:38 p.m.**     Cross examination of witness by Mr. Kopel.

4:56 p.m.     Discussion regarding schedule for Monday, April 7, 2014.

    Court will adjourn until Monday, April 7, 2014, at 8:30 a.m.

**4:57 p.m.**     **Court in recess**
**Total Time:    6 hours 11 minutes.**
**Trial continued.**