**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover           Date:  April 7, 2014
Court Reporter:    Terri Lindblom

Civil Action No.   13-cv-01300-MSK-MJW

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter J. Krumholz |
| COLORADO FARM BUREAU; | Richard A. Westfall |
| NATIONAL SHOOTING SPORTS FOUNDATION; | Douglas L. Abbott |
| MAGPUL INDUSTRIES; | Marc F. Colin |
| USA LIBERTY ARMS; | |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | Anthony J. Fabian |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK; | David B. Kopel |
| DAVID STRUMILLO; | |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |

      Plaintiffs

v.

| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | Matthew D. Grove |
|---|---|
| | Kathleen L. Spalding |
| | Stephanie L. Scoville |
| | LeeAnn Morrill |

      Defendant.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

# COURTROOM MINUTES

HEARING: Bench Trial - Day Six

**8:43 a.m.     Court in session**

Counsel present as listed above.

**Witness sworn for the defendant: Daniel Webster :**
**8:45 a.m.**     Direct examination of witness by Mr. Grove.

Oral motion in *limine* made by defendant. Argument.

**ORDER:**     Oral motion in *limine* is **DENIED** as set forth in the record.

Continued direct examination of witness by Mr. Grove.

**EXHIBITS:   RECEIVED:     51, 52, 53, 54, 55, 56, 57**

**9:57 a.m.     Court in recess**
**10:25 a.m.    Court in session**

Continued direct examination of witness by Mr. Grove.

Cross examination of witness by Mr. Kopel.

**11:50 a.m.    Court in recess**
**1:22 p.m.     Court in session**

Continued cross examination of witness by Mr. Kopel**.**

**EXHIBITS:   Received:     132-135**

Re-direct examination of witness by Mr. Grove.

**EXHIBITS:   Received:     136**

**Witness sworn for the defendant: Ernest Moore, M.D. :**
**2:42 p.m.**     Direct examination of witness by Ms. Scoville

**EXHIBITS:   Received:     45**

Cross examination of witness by Mr. Krumholz.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

Re-direct examination of witness by Ms. Scoville.

**3:12 p.m.**     **Court in recess**
**3:32 p.m.**     **Court in session**

**Witness sworn for the defendant: Lorne Kramer :**
**3:33 p.m.**     Direct examination of witness by Ms. Spalding.

Cross examination of witness by Mr. Abbott.

No re-direct examination of witness.

Ronald Sloan resumes testimony. Cross examination of witness by Mr. Kopel.

The Court addresses pending matters with counsel.

**ORDER:**     Defendant's Motion for Order to Close Courtroom re Oates testimony (**Doc. #123**) is **WITHDRAWN;** Defendant's Motion in Limine (**Doc. #144**) is **WITHDRAWN.**

The parties will provide the Court with a stipulation tomorrow morning with regard to Exhibit 83 and Exhibit 84, the latter of which the Court reserves ruling as to its relevance. Exhibit 85 is **WITHDRAWN.** Argument will be heard on the evidentiary issue raised as set forth in the record.

**5:10 p.m.**     **Court in recess**

Total Time:    6 hours 7 minutes.
Trial continued.