# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: April 8, 2014 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 13-cv-01300-MSK-MJW

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter J. Krumholz |
| COLORADO FARM BUREAU; | Richard A. Westfall |
| NATIONAL SHOOTING SPORTS FOUNDATION; | Douglas L. Abbott |
| MAGPUL INDUSTRIES; | Marc F. Colin |
| USA LIBERTY ARMS; | |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | Anthony J. Fabian |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK; | David B. Kopel |
| DAVID STRUMILLO; | |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |

        Plaintiffs

v.

| | |
|---|---|
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | Matthew D. Grove |
| | Kathleen L. Spalding |
| | Stephanie L. Scoville |
| | LeeAnn Morrill |

        Defendant.

## COURTROOM MINUTES

HEARING: Bench Trial - Day Seven

**8:48 a.m.        Court in session**

Counsel present as listed above.

Argument regarding evidentiary issue raised yesterday.

**ORDER:**     The Court's ruling is as set forth in the record.

The parties stipulate to Exhibit 83 and to the facts read into the record.

**EXHIBITS:   Received:     83**

**Witness sworn for the defendant: Jennifer Longdon :**
**9:20 a.m.**     Direct examination of witness by Ms. Morrill.

Cross examination of witness by Mr. Krumholz.

Re-direct examination of witness by Ms. Morrill.

**9:45 a.m.        Court in recess**
**9:51 a.m.        Court in session**

**Witness sworn for the defendant: Roger Salzberger  :**
**9:51 a.m.**     Direct examination of witness by Ms. Scoville

Cross examination of witness by Mr. Westfall.

No re-direct examination of witness.

**10:20 a.m.       Court in recess**
**10:47 a.m.       Court in session**

**Witness sworn for the defendant: John Cerar:**
**10:49 a.m.**    Direct examination of witness by Ms. Spalding.

Cross examination of witness by Mr. Colin.

**12:00 p.m.       Court in recess**
**1:36 p.m.        Court in session**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

Witness for defendant taken out of order:

**Witness sworn for the defendant: Daniel Oates:**
1:36 p.m.		Direct examination of witness by Ms. Spalding.

The parties stipulate to certain facts in lieu of this witness' testimony.

Cross examination of witness Cerar resumed by Mr. Colin.

Re-direct examination of witness by Ms. Spalding.

**3:05 p.m.		Court in recess**
**3:29 p.m.		Court in session**

**Witness sworn for the defendant: Douglas Fuchs :**
3:30 p.m.		Direct examination of witness by Ms. Spalding.

Cross examination of witness by Mr. Colin.

**4:53 p.m.		Court in recess**

Total Time:	5 hours 32 minutes.
Trial continued.