**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover         Date:  April 9, 2014
Court Reporter:    Terri Lindblom

Civil Action No.   13-cv-01300-MSK-MJW

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter J. Krumholz |
| COLORADO FARM BUREAU; | Richard A. Westfall |
| NATIONAL SHOOTING SPORTS FOUNDATION; | Douglas L. Abbott |
| MAGPUL INDUSTRIES; | Marc F. Colin |
| USA LIBERTY ARMS; | |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | Anthony J. Fabian |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK; | David B. Kopel |
| DAVID STRUMILLO; | |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |

      Plaintiffs

v.

| | |
|---|---|
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | Matthew D. Grove |
| | Kathleen L. Spalding |
| | Stephanie L. Scoville |
| | LeeAnn Morrill |

      Defendant.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

# COURTROOM MINUTES

HEARING: Bench Trial - Day Eight

**8:48 a.m.** **Court in session**

Counsel present as listed above.

Continued cross examination of witness Douglas Fuchs by Mr. Colin.

Re-direct examination of witness by Ms. Spalding.

The Court addresses plaintiffs' motions in *limine* (**Doc. #148, #150**).

Argument.

**ORDER:** Plaintiff's motion in *limine* (**Doc. #150**) is **DENIED.** Plaintiff's motion in *limine* (**Doc. #148**) is **WITHDRAWN.**

**Witness sworn for the defendant: Jeffrey Zax:**
**9:56 a.m.** Direct examination of witness by Mr. Grove.

**10:24 a.m.** **Court in recess**
**10:53 a.m.** **Court in session**

Continued direct examination of witness by Mr. Grove.

**EXHIBITS: Received:** 66, 67, 68, 69, 70, 59, 60, 61, 62, 63, 65

Counsel stipulate to facts as read into and reflected on the record.

**12:08 p.m.** **Court in recess**
**1:46 p.m.** **Court in session**

**Witness called out of order:**

**Witness sworn for the defendant: Andrew Logan:**
**1:47 p.m.** Direct examination of witness by Ms. Scoville.

Cross examination of witness by Mr. Fabian.

No re-direct examination of witness.

Continued direct examination of witness Jeffrey Zax by Mr. Grove resumes.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

**EXHIBITS:   Received:    78, 73**

Cross examination of witness by Mr. Krumholz.

**3:14 p.m.        Court in recess**
**3:41 p.m.        Court in session**

Continued cross examination of witness by Mr. Grove.

Re-direct examination of witness by Mr. Krumholz

**Witness sworn for the defendant: Randy Hampton:**
**4:45 p.m.**        Direct examination of witness by Ms. Scoville.

Cross examination of witness by Mr. Fabian.

No redirect examination of witness.

Plaintiff makes a proffer regarding the evidentiary issue that arose during Mr. Zak's testimony.

**EXHIBITS:   Received:    140**

The Court addresses rebuttal testimony and closing arguments to take place tomorrow.

**5:14 p.m.        Court in recess**

Total Time:    5 hours 52 minutes.
Trial continued.