# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: April 10, 2014 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 13-cv-01300-MSK-MJW

| *Parties*: | *Counsel*: |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION; | Peter J. Krumholz |
| COLORADO FARM BUREAU; | Richard A. Westfall |
| NATIONAL SHOOTING SPORTS FOUNDATION; | Douglas L. Abbott |
| MAGPUL INDUSTRIES; | Marc F. Colin |
| USA LIBERTY ARMS; | |
| OUTDOOR BUDDIES, INC.; | |
| WOMEN FOR CONCEALED CARRY; | |
| COLORADO STATE SHOOTING ASSOCIATION; | Anthony J. Fabian |
| HAMILTON FAMILY ENTERPRISES, INC., d/b/a FAMILY SHOOTING CENTER AT CHERRY CREEK STATE PARK; | David B. Kopel |
| DAVID STRUMILLO; | |
| DAVID BAYNE; | |
| DYLAN HARRELL; | |
| ROCKY MOUNTAIN SHOOTERS SUPPLY; | |
| 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; | |
| BURRUD ARMS INC. D/B/A JENSEN ARMS; | |
| GREEN MOUNTAIN GUNS; | |
| JERRY'S OUTDOOR SPORTS; | |
| GRAND PRIX GUNS; | |
| SPECIALTY SPORTS & SUPPLY; and | |
| GOODS FOR THE WOODS; | |

       Plaintiffs

v.

| | |
|---|---|
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | Matthew D. Grove |
| | Kathleen L. Spalding |
| | Stephanie L. Scoville |
| | LeeAnn Morrill |
|        Defendant. | |

## COURTROOM MINUTES

HEARING: Bench Trial - Day Nine

**9:08 a.m.** **Court in session**

Counsel present as listed above.

Rebuttal testimony by plaintiff presented.

**EXHIBITS: Received: 141-147, 49**

Oral motion in *limine* by defendant to exclude rebuttal testimony.

Argument.

The parties stipulate to facts as recited on the record in lieu of the rebuttal testimony.

Evidence concluded.

Closing arguments.

**11:27 a.m.** **Court in recess**
**1:32 p.m.** **Court in session**

Closing arguments.

Rebuttal argument.

The Court takes the matter under advisement.

**3:34 p.m.** **Court in recess**

Total Time: 4 hours 21 minutes.
Trial concluded.