IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-1300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, *et al.*,

    Plaintiffs

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant.

**UNOPPOSED MOTION TO TERMINATE PARTICIPATION
OF PLAINTIFF STAN HIKLEY**

1. Pursuant to Federal Rules of Civil Procedure 21 and 41, Plaintiffs file this motion to withdraw the claims of Plaintiff Stan Hilkey, and to terminate his participation in this case.

2. Counsel for Mr. Hilkey has conferred with counsel for Defendant and with counsel for the other Plaintiff groups. Defendant and the other Plaintiff groups do not oppose this motion.

3. Mr. Hilkey was a Plaintiff in the original Complaint (#1, para. 67) filed on May 17, 2013. Pursuant to the Fourth Amended Complaint, filed Dec. 23, 2014 (#116, para.44), he is a Plaintiff in this case in his individual capacity.

4. Mr. Hilkey did not testify as a witness at trial, and was not deposed. Mr. Hilkey fully complied with all of his obligations to respond to written discovery.

5.  Mr. Hilkey is presently the Sheriff of Mesa County, Colorado. His final term of service will end on January 15, 2014.

6.  Mr. Hilkey has applied for the position of Executive Director of the Colorado Department of Public Safety. If he is offered the position, his work would commence in the very near future.

7.  The Colorado Department of Public Safety is the Department which houses the Colorado Bureau of Investigation (CBI). Two witnesses from CBI—Mr. Ronald Sloan and Mr. James Spoden—testified at trial as defense witnesses. Documents from CBI were introduced as evidence at trial.

8.  The Executive Director of the Department of Public Safety is a member of the Governor's cabinet. Governor John Hickenlooper is the defendant in this case.

9.  Mr. Hilkey wishes to scrupulously avoid any conflict or appearance of conflict. Accordingly, he wishes to withdraw as a Plaintiff from this case.

10. "On motion or on its own, the court may at any time, on just terms, add or drop a party." F.R.C.P. 21.

11. Similarly, F.R.C.P. 41(a)(2) allows this Court to dismiss the claims of Mr. Hilkey, without dismissing the similar claims raised by other Plaintiffs, "on terms that the court considers proper."

12. Motions to add or drop a party may be made after the completion of the trial; further, a Court may on its own decide to add or drop a party after trial. *See Mullaney v. Anderson*, 342 U.S. 415, 416-17 (1952) (Supreme Court grants Rule 21 motion to add two plaintiffs, after cert. had been granted); *Gentry v. Smith*, 487 F.2d 571, 580 (5th Cir. 1973) (District Court has discretion under Rule 21 to add a party after trial); *Anglo Canadian Shipping Co., Ltd. v. United States*, 238 F.2d 18, 19 (9th Cir. 1956) (Circuit Court uses Rule 21 to add plaintiffs during appeal); *Reichenberg v. Nelson*, 310 F. Supp. 248, 251 (D. Neb. 1970) (parties added by District Court's oral order at end of trial).

13. The timeliness of a motion to add or drop a party is an issue to be determined by the discretion of the court. *Cabrera v. Bayamon*, 622 F.2d 4, 6 (1st Cir. 1980) (noting that addition of a defendant would add a new claim, and would be burdensome because liability had already been determined); *Fair Housing Development Fund Corp. v. Burke*, 55 F.R.D. 414, 419-20 (E.D.N.Y. 1972) (denying addition of defendants under Rule 21, because additional defendants would complicate the case, would delay its resolution, and would prejudice the new defendants).

14. For Rule 41 dismissals, the standard in the Tenth Circuit is that "Absent 'legal prejudice' to the defendant, the district court normally should grant such a dismissal." *Ohlander v. Larson*, 114 F.3d 1531, 1537 (10th Cir. 1997). "The parameters of what constitutes 'legal prejudice'. . . include: the opposing party's effort and expense in preparing for trial; excessive delay and lack of diligence on the part of the movant; insufficient explanation of the need for a dismissal; and the present stage of litigation. . . . . Each factor need not

be resolved in favor of the moving party for dismissal to be appropriate, nor need each factor be resolved in favor of the opposing party for denial of the motion to be proper." *Id*. (citations omitted).

15. Here, Mr. Hilkey's current participation in the case, as a non-testifying plaintiff in his individual capacity, required little if any pretrial preparation by Defendant. There has been no delay in the filing of this motion. Mr. Hilkey has provided a good reason—his desire to continue to serve Colorado—for the need for dismissal. The dismissal of Mr. Hilkey at the present stage of litigation will not impede or affect this Court's issuance of a Decision, or any appeal therefrom.

16. Mr. Hilkey consents to dismissal with prejudice.

17. Accordingly, Mr. Hilkey respectfully requests to be dismissed from this case.

Dated this 6th day of May, 2014.

Respectfully submitted,

s/David B. Kopel
INDEPENDENCE INSTITUTE
727 E. 16th Avenue
Denver, CO 80203
Phone: (303) 279-6536
Fax: (303) 279-4176
david@i2i.org

ATTORNEY FOR JOHN B. COOKE, KEN PUTNAM, JAMES FAULL, LARRY KUNTZ, FRED JOBE, DONALD KRUEGER, STAN HILKEY, DAVE STONG, PETER GONZALEZ, SUE KURTZ, DOUGLAS N. DARR, AND DAVID STRUMILLO

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2014, I have served the foregoing pleading via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| Matthew Grove | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| David Blake | david.blake@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| John Lee | jtlee@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |

        s/David B. Kopel
        INDEPENDENCE INSTITUTE
        727 E. 16th Avenue
        Denver, CO 80203
        Phone: (303) 279-6536
        Fax: (303) 279-4176
        david@i2i.org