IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

COLORADO OUTFITTERS' ASSOCIATION, et al.,

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

      Defendant.

---

UNOPPOSED MOTION FOR EXTENSION OF FED.R.CIV.P 54 FILING DEADLINE

---

      Defendant, by and through the Office of the Colorado Attorney General, submits the following Unopposed Motion for Extension of Fed.R.Civ.P 54 Filing Deadline:

      1.    <u>Conferral</u>: In compliance with D.Colo.Loc.R. 7.1A, undersigned counsel conferred with counsel for Plaintiffs. No party opposes the relief sought in this Motion.

      2.    On June 26, 2014, this Court entered Findings of Fact, Conclusions of Law, and Order dismissing Plaintiffs' lawsuit. Doc. #159. Final judgment entered June 26, 2014. Doc. #160.

      3.    Defendant intends to file a request for costs pursuant to Fed.R.Civ.P. 54(d). By local rule, any such pleading must be made within14 days after entry of judgment, or on or about July 10, 2014.

4. This case involved a two-week trial and extensive discovery. Defendant requires additional time to review the costs incurred in this litigation and confer with counsel about any disputed matters.

5. Defendant requests a 14-day extension of time, up to and including July 24, 2014, within which to file a request for costs pursuant to Fed.R.Civ.P. 54(d).

6. No party will be prejudiced by the relief Defendant seeks in this Motion.

WHEREFORE, Defendant requests a 14-day extension of time, up to and including July 24, 2014, within which to file a request for costs pursuant to Fed.R.Civ.P. 54(d).

JOHN W. SUTHERS
Attorney General

*s/ Kathleen Spalding*

**Daniel D. Domenico\***
Solicitor General
**David C. Blake\***
Deputy Attorney General
**Kathleen Spalding\***
Senior Assistant Attorney General
**Matthew D. Grove\***
Assistant Attorney General
**Stephanie Lindquist Scoville\***
Senior Assistant Attorney General
**LeeAnn Morrill\***
First Assistant Attorney General

Attorneys for Governor John W. Hickenlooper
1300 Broadway, 10th floor
Denver, Colorado  80203
Telephone:  720-508-6000

*Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2014, I served a true and complete copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF FED.R.CIV.P 54 FILING DEADLINE upon all counsel of record listed below via the CM/ECF system for the United States District Court for the District of Colorado:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas L. Abbott | dabbott@hollandhart.com |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Marc F. Colin | mcolin@brunolawyers.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| David Frankel | david.frankel@mesacounty.us |

                                      *s/ Kathleen Spalding*