IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, et al.,

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

      Defendant.

---

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF FED.R.CIV.P. 54 FILING DEADLINE

---

This matter comes before the Court on Defendant's Unopposed Motion for Extension of Fed.R.Civ.P. 54 Filing Deadline. This Court, having reviewed the motion and being fully apprised of the matters at issue, ORDERS as follows:

Defendant's Motion for Extension of the Fed.R.Civ.P. 54 Filing Deadline is GRANTED. Defendant's Fed.R.Civ.P. 54 motion for costs shall be filed on or before July 24, 2014.

_____        _____
DATE                                                       DISTRICT COURT JUDGE