## UNITED STATES DISTRICT COURT

Witness Fees (computation, cf. U.S.C. 1821 for statutory fee)

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | HOTEL | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| Daniel Webster (trial) Washington, D.C. | 2 | 80.00 | 2 | 116.00 | 2,898 | 983.00 | 156.00 | 1,335.00 |
| Daniel Webster (deposition) | 1 | 40.00 | | | | | | 40.00 |
| John Cerar (trial) Yorktown Heights, NY | 3 | 120.00 | 3 | 148.00 | 3,626 | 731.80 | 358.02 | 1,357.82 |
| John Cerar (deposition) | 1 | 40.00 | | | | | | 40.00 |
| Douglas Fuchs (trial) Redding, CT | 3 | 120.00 | 3 | 162.00 | 3,672 | 1,035.00 | 410.00 | 1,727.00 |
| Douglas Fuchs (deposition) | 2 | 40.00 | | | | | | 80.00 |
| Jeff Zax (trial) Denver, CO | 1 | 40.00 | | | | | | 40.00 |
| Dan Montgomery (trial) Westminster, CO | 1 | 40.00 | | | 20 | 11.20 | | 51.20 |
| Dan Montgomery (deposition) | 1 | 40.00 | | | | | | 40.00 |

Exhibit A

# UNITED STATES DISTRICT COURT

Witness Fees (computation, cf. U.S.C. 1821 for statutory fee)

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | HOTEL | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| Jeff Zax (deposition) | 2 | 80.00 | | | | | | 80.00 |
| Jennifer Longdon<br>Phoenix, AZ | 2 | 80.00 | 2 | 94.00 | 1,726 | 423.10 | 209.00 | 806.10 |
| Roger Salzgeber<br>Tuscan, AZ | 2 | 80.00 | 2 | 116.00 | 1,785 | 426.00 | 176.00 | 798.00 |
| Andy Logan<br>Aurora, CO | 1 | 40.00 | | | 24 | 13.44 | | 53.44 |
| Ernest Moore<br>Denver, CO | 1 | 40.00 | | | 4 | 2.24 | | 42.24 |
| Lorne Kramer<br>Colorado Springs, CO | 1 | 40.00 | | | 154 | 86.24 | | 126.24 |
| | | | | | | | TOTAL WITNESS FEES | $6,617.04 |
| | | | | | | | TOTAL COSTS REQUESTED PER EXHIBIT A | $48,104.88 |

Exhibit A

Transcription of Legislative History
By Calderwood Mackelprang
HB13-1224
HB13-1229

| Amount Paid to Calderwood Mackelprang | Dept. of Law Record of Payment | Invoice Submitted By Calderwood Mackelprang |
|---:|---|---|
| $1,985.60 | Page 1 | Page 3 |
| $2,306.00 | Page 2 | Page 4 |
| $2,447.60 | Page 2 | Page 5 |
| $707.10 | Page 6 | Page 8 |
| $1,196.80 | Page 7 | Page 9 |
| $730.70 | Page 7 | Page 10 |
| $984.40 | Page 11 | Page 12 |
| $1,029.80 | Page 13 | Page 15 |
| $1,013.90 | page 16 | Page 18 |
| **$12,401.90** | **TOTAL** | |

Exhibit A

**Court Reporting Fees**
**For Depositions**

| Deponent | Amount | Date of Depo | DOL Pmnt Record | Invoice |
|---|---|---|---|---|
| Dave Gill | $ 421.90 | 11/01/13 | Page 19 | Page 20 |
| Randy Hampton | $ 101.55 | 10/28/13 | Page 21 | Page 22 |
| Ernest Moore Exhibits | $ 38.75 | 11/06/13 | Page 23 | Page 24 |
| Robert Hewson | $ 330.50 | 10/16/13 | Page 25 | Page 26 |
| Sheriff John Cooke | $ 1,314.03 | 10/23/13 | Page 27 | Page 28 |
| Gary Kleck | $ 1,564.50 | 10/25/13 | Page 29 | Page 30 |
| Kevin Davis | $ 1,917.35 | 10/18/13 | Page 31 | Page 32 |
| Dylan Harrell | $ 312.40 | 10/25/13 | Page 33 | Page 34 |
| Elisa Dahlberg | $ 433.20 | 10/25/13 | Page 33 | Page 35 |
| Michele Eichler | $ 319.90 | 11/05/13 | Page 36 | Page 37 |
| Doug Hamilton | $ 609.60 | 11/04/13 | Page 36 | Page 38 |
| Michael Shain | $ 1,583.87 | 10/31/13 | Page 39 | Page 40 |
| James G. Spoden | $ 880.00 | 10/28/13 | Page 42 | Page 44 |
| Andrew J. Logan | $ 251.20 | 11/05/13 | Page 42 | Page 45 |
| Michael T. Jones | $ 262.40 | 11/08/13 | Page 43 | Page 46 |
| Scott Wagner | $ 435.60 | 10/30/13 | Page 48 | Page 49 |
| Ronald Sloan | $ 197.40 | 10/28/13 | Page 48 | Page 50 |
| Ernest E. Moore | $ 255.85 | 11/06/13 | Page 52 | Page 54 |
| Jeffrey Zax (1 of 2) | $ 514.45 | 10/31/13 | Page 52 | Page 55 |
| Cheryl Wilson | $ 179.95 | 11/12/13 | Page 53 | Page 56 |
| Lorne Kramer | $ 208.20 | 11/04/13 | Page 57 | Page 58 |
| David Bayne IV | $ 546.90 | 10/24/13 | Page 59 | Page 60 |
| Timothy Brough | $ 237.45 | 11/12/13 | Page 61 | Page 63 |
| John Burrud | $ 383.95 | 11/12/13 | Page 61 | Page 64 |
| Nicholas Colglazier | $ 502.10 | 11/08/13 | Page 62 | Page 65 |
| Massad Ayoob | $ 1,968.50 | 10/29/13 | Page 66 | Page 67 |
| Roger Salzgeber | $ 159.70 | 11/06/13 | Page 68 | Page 69 |
| Patricia Maisch | $ 138.40 | 11/06/13 | Page 68 | Page 69 |
| Ethan Rodriguez-Torrent | $ 371.05 | 11/07/13 | Page 70 | Page 71 |
| Daniel Oates | $ 284.40 | 11/08/13 | Page 72 | Page 73 |
| Dan Montgomery | $ 285.60 | 10/23/13 | Page 74 | Page 75 |
| J. Paul Brown | $ 388.35 | 11/13/13 | Page 76 | Page 77 |
| John Cerar | $ 1,289.88 | 11/05/13 | Page 78 | Page 79 |
| Douglas Fuchs (1 of 2) | $ 1,377.00 | 11/06/13 | Page 78 | Page 80 |
| Jennifer Longdon | $ 417.25 | 02/12/14 | Page 81 | Page 82 |
| Kevin R. Davis | $ 1,572.00 | 03/13/14 | Page 83 | Page 84 |
| Jeffrey Zax (2 of 2) | $ 184.25 | 03/19/14 | Page 85 | Page 86 |
| Michael Shain | $ 765.20 | 03/06/14 | Page 87 | Page 88 |
| Douglas Fuchs (2 of 2) | $ 517.68 | 03/07/14 | Page 89 | Page 90 |
| James Crone | $ 289.25 | 10/08/13 | Page 94 | Page 96 |
| Sheriff Shayne Heap | $ 456.45 | 10/16/13 | Page 98 | Page 100 |
| Sheriff Terry Maketa | $ 435.60 | 10/22/13 | Page 98 | Page 101 |
| Sheriff Lou Vallario | $ 266.50 | 10/22/13 | Page 98 | Page 102 |
| Ronald Abramson | $ 275.05 | 10/23/13 | Page 98 | Page 103 |
| Daniel Webster | $ 655.08 | 10/10/13 | Page 104 | Page 105 |
| Sheriff Justin Smith | $ 1,134.75 | 10/16/13 | Page 106 | Page 107 |
| **TOTAL** | **$ 27,034.94** | | | |

Exhibit A

Copy Costs

| Item Provided | Amount | DOL Payment | Invoice |
|---|---|---|---|
| 4 Sets of Trial Binders - totalling 8,204 pages @ $.25/page | $2,051.00 | | |
| **TOTAL** | **$2,051.00** | | |

Exhibit A

Breakdown of Witness Fees

| Witness, Number of Days, Statutory Entitlement | Entitlement | DOL Payment | Invoice |
|---|---:|---:|---:|
| Webster 2 days of testimony/travel @ $40/day | $80.00 | 137 | 138 |
| Webster 1 day of deposition @$40/day | $40.00 | 205 | 206 |
| Cerar 3 days of testimony/travel @ $40/day | $120.00 | 108 | 109-110 |
| Cerar 1 day of deposition @ $40/day | $40.00 | 111 | 113 |
| Fuchs 3 days for trial/travel @ $40/day | $120.00 | 119 | 120-123 |
| Fuchs 1st day of deposition @ $40/day | $40.00 | 127 | 128 |
| Fuchs 2nd day of deposition @ $40/day | $40.00 | 125 | 126 |
| Zax 1 day at trial @ $40/day | $40.00 | 143 | 146 |
| Zax 1st day of deposition @ $40/day | $40.00 | 140 | 142 |
| Zax 2nd day of deposition @ $40/day | $40.00 | 143 | 145 |
| Montgomery 1 day at trial @ $40/day | $40.00 | 130 | 131-132 |
| Montgomery mileage | $11.20 | 130 | 131-132 |
| Montgomery 1 day of deposition @ $40/day | $40.00 | 135 | 136 |
| Longdon 2 days of trial @ $40/day | $80.00 | 158 | 159-160 |
| Salzgeber 2 days of trial @ $40/day | $80.00 | 155 | 156-157 |
| Kramer 1 day of trial @ $40/day | $40.00 | 147 | 148-149 |
| Kramer mileage | $86.24 | 147 | 148-149 |
| Logan 1 day of trial @ $40/day | $40.00 | 150 | 151-152 |
| Logan mileage | $13.44 | 150 | 151-152 |
| Moore 1 day of trial @ $40/day | $40.00 | 153 | 154 |
| Moore mileage | $2.24 | 153 | 154 |

Exhibit A

Breakdown of
Lodging and Per Diem Fees*

| Witness and GSA Entitlement | Costs Claimed | Actual Costs Paid | DOL Payment | Invoice |
|---|---|---|---|---|
| Webster 1 night @ up to $222.00/night | $156.00 | $156.00 | 201 | 203 |
| Webster 2 days of per diem up to $66/day | $116.00 | $116.00 | 137 | 138 |
| Cerar 2 nights @ up to $222.00/night | $358.02 | $358.02 | 179 | 197 |
| Cerar 3 days of per diem up to $66/day | $148.00 | $148.00 | 108 | 109 |
| Fuchs 2 nights @ up to $222.00/night | $410.00 | $410.00 | 180 | 187 |
| Fuchs 3 days of per diem up to $66/day | $162.00 | $162.00 | 119 | 120 |
| Salzgeber 1 night @ up to $222.00/night | $176.00 | $176.00 | 180 | 186 |
| Salzgeber 2 days of per diem @ $66/day | $116.00 | $116.00 | 155 | 156 |
| Longdon 2 nights @ up to $222.00/night | $209.00 | $209.00 | 180 | 185 |
| Longdon 2 days of per diem @ $66/day | $94.00 | $94.00 | 158 | 159 |

# Exhibit A

*Per Diem rates are submitted in accordance with the rates designated by the U.S. General Services Administration for the Fiscal Year 2014 in the Denver region.  http://www.gsa.gov/portal/category/100120

Breakdown of
Airline Tickets and Ground Transportation

| Witness | Description of Ticket/Ground Travel | Amount | DOL Payment | Invoice |
|---|---|---|---|---|
| Fuchs | $395.00 airline ticket + $510.00 airline ticket | $905.00 | 119, 164 | 120, 171, 176 |
| Fuchs | $130.00 taxi | $130.00 | 119 | 120, 123 |
| Cerar | $358.00 airline ticket | $358.00 | 164 | 171, 172, 175 |
| Cerar | $130.00 taxi to hotel | $130.00 | 108 | 109, 110 |
| Cerar | $243.80 taxi to airport | $243.80 | 108 | 109, 110 |
| Salzgeber | $344.00 airline ticket | $344.00 | 163 | 171, 174 |
| Salzgeber | $22.00 super shuttle + $60.00 taxi | $82.00 | 155 | 156, 157 |
| Longdon | $379.10 airline ticket | $379.10 | 166 | 172, 177, 178 |
| Longdon | $44.00 super shuttle | $44.00 | 167 | 168, 169 |
| Webster | $918.00 airline ticket | $918.00 | 162 | 170, 173 |
| Webster | $65.00 taxi | $65.00 | 137 | 139 |

# Exhibit A