```
FUNCTION:                 DOCID: PV LAA 13JO0000546      07/02/13   08:17:56 AM
STATUS: PEND3             BATID:                  ORG:
H-                        PAYMENT VOUCHER INPUT FORM

      PV DATE: 06 28 13     ACCOUNTING PRD: 12 13    BUDGET FY: 13
      ACTION:  E                    PV TYPE: 1       SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:     DOCUMENT TOTAL:      6,914.20
                                          CALC DOC TOTAL:      6,914.20
      VENDOR CODE: 841144199     CHECK CATEGORY: L   SINGLE CHECK FLAG:
      VENDOR NAME: CALDERWOOD-MACKELPRANG INC
             DBA:
         ADDRESS: 7150 E HAMPDEN AVE STE 303
            CITY: DENVER            ST: CO  ZIP: 80224
  ACCOUNT NUMBER:
    SELLER:  FUND:          AGENCY:               ORG:
         SUB-ORG:        APPR CODE:           PROGRAM:
        FUNCTION:           OBJECT:           SUB-OBJ:
         REV SRC:          SUB-REV:           BS ACCT:
             GBL:         RPTG CAT:            JOB NO:
  OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                 DOCID: PV LAA 13JO0000546      07/02/13   08:18:00 AM
STATUS: PEND3             BATID:                  ORG:          001-002 OF 004
   LN    REFERENCE       COM   VENDOR     INV              SUB APPR
   NO CD AGY    NUMBER    LN LN  INVOICE   LN  FND AGY ORG SUB ORG CODE PGM
   -- -- --- ------------ -- -- ----------- --- --- --- ------- ------- ---
      FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
      ---- ------- ------- ------- ------- ---- ----- --------- ---------------
         DESCRIPTION          QUANTITY  I/D  AMOUNT        I/D P/F FEE CD
      -------------------- ------------ --- ------------- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------   ------------  -------- ----------
01- 01                    13 446JM       100 LAA 0300    221
      1930 05
   RG SE DLDOU              0.000          175.00
                     N
02- 02                    13 453ES       100 LAA 0600    221
      1930 05
   EX AD GRYLU              0.000        1,985.60
                     N
```

Verified & Approved

JUL 02 2013

By: _____

INPUT

JUL 2 2013

By: _____

Attachment 1 to Exhibit A

Page 1

```
FUNCTION:                    DOCID: PV LAA 100000546        07/02/13    08:18:00 AM
STATUS: PEND3                BATID:                    ORG:              003-004 OF 004
   LN     REFERENCE              COM   VENDOR       INV                  SUB  APPR
   NO CD AGY    NUMBER        LN  LN   INVOICE      LN   FND AGY ORG ORG  CODE PGM

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG   JOB/PROJ   DISC / RET TYP

        DESCRIPTION              QUANTITY   I/D  AMOUNT      I/D P/F FEE CD

   RET %     RET AMOUNT   EFT IND  APPL TYPE

01- 03                        13 454AS-TH      100 LAA 0600      221
        1930 05
     EX AD GRYLU                    0.000          2,306.00
                          N
02- 04                        13 455ES-JM      100 LAA 0600      221
        1930 05
     EX AD GRYLU                    0.000          2,447.60
                          N
```



*Calderwood-Mackelprang, Inc.*
Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 6/24/2013 |
|---|---|
| Invoice No. | 13 453ES |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: House Bill 13-1229 | |
| Feburary 12, 14, & 18, 2013 | |
| Transcript preparation from audio, 249 pgs. - February 12, 2013 | 1,469.10 |
| Transcript preparation from audio, 28 pgs. - February 14, 2013 | 165.20 |
| Transcript preparation from audio, 57 pgs. - February 18, 2013 | 336.30 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 10.00 |

Alpha No _EXAD-GRYLU_   $6^{00}$

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

6/28/13   D. Bendell
(Date)      (Name)

| NET 30 DAYS THANK YOU! | Total | **$1,985.60** |
|---|---|---|

We accept credit cards.

4235,4236, 4238



*Calderwood-Mackelprang, Inc.*

Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 6/24/2013 |
|------|-----------|
| Invoice No. | 13 454AS-TH |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: House Bill 13-1224 | |
| Feburary 12 and March 4, 2013 | |
| Transcript preparation from audio, 226 pgs. - February 12, 2013 | 1,333.40 |
| Transcript preparation from audio, 164 pgs. - March 4, 2013 | 967.60 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |

Alpha No  *EXAD-GRYLU*

"I hereby certify that the goods or services shown on the invoices or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given; or that the services were satis-
factory."

6/28/13    *D. Burdell*
(Date)         (Name)

| NET 30 DAYS THANK YOU! | **Total** | **$2,306.00** |
|---|---|---|

as021213/th030413audios

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 6/24/2013 |
|------|-----------|
| Invoice No. | 13 455ES-JM |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: House Bill 13-1229 | |
| March 4, 8, & 11, 2013 | |
| Transcript preparation from audio, 200 pgs. - March 4, 2013 | 1,180.00 |
| Transcript preparation from audio, 142 - March 8, 2013 | 837.80 |
| Transcript preparation from audio, 72 pgs. - March 11, 2013 | 424.80 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |

Alpha No  *EXAD - GRYLu*

"I hereby certify that the goods or services shown on this invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply- ing with the specifications given, or that the services were satis- factory."

*6/28/13*          *D. Bendell*
(Date)               (Name)

| NET 30 DAYS THANK YOU! | Total | **$2,447.60** |
|---|---|---|

We accept credit cards.

4237,4239

```
FUNCTION:              DOCID: PV LAA 13JO0000570        07/09/13   12:13:58 PM
STATUS: PEND3          BATID:              ORG:
H-                     PAYMENT VOUCHER INPUT FORM


        PV DATE: 06 30 13     ACCOUNTING PRD: 12 13    BUDGET FY: 13
        ACTION:   E                  PV TYPE: 1        SCH PAY DATE:


        OFF LIAB ACCT:           FA IND:        DOCUMENT TOTAL:      3,914.28
                                                CALC DOC TOTAL:      3,914.28
        VENDOR CODE: 841144199    CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: CALDERWOOD-MACKELPRANG INC
                DBA:
            ADDRESS: 7150 E HAMPDEN AVE STE 303
               CITY: DENVER               ST: CO  ZIP: 80224
    ACCOUNT NUMBER:
      SELLER:  FUND:          AGENCY:              ORG:
            SUB-ORG:          APPR CODE:           PROGRAM:
           FUNCTION:          OBJECT:              SUB-OBJ:
            REV SRC:          SUB-REV:             BS ACCT:
                GBL:          RPTG CAT:            JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:              DOCID: PV LAA 13JO0000570        07/09/13   12:14:04 PM
STATUS: PEND3          BATID:              ORG:       001-002 OF 007
   LN    REFERENCE        COM    VENDOR     INV          SUB APPR
   NO CD AGY    NUMBER    LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
   -- -- --- ----------- -- --- ---------- --- --- --- --- --- ---- ---
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----  --------- ---------------
      DESCRIPTION          QUANTITY   I/D   AMOUNT      I/D P/F FEE CD
   ----------------------------- --- --------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------ -------------- ------- ---------
01- 01                       13 338PM        100 LAA 1000   221
       1930 05
    PE RM HCMEB                    0.000            421.83
                           N
02- 02                       13 459JM        100 LAA 0600   221
       1930 05
    EX AD GRYLU                    0.000            707.10
                           N
```

Verified & Approved

JUL 09 2013

By: _____

IN_____

JUL 9 2013

By _____

```
FUNCTION:                DOCID: PV LAA 13JO000570        07/09/13   12:14:05 PM
STATUS: PEND3            BATID:                  ORG:             003-004 OF 007
  LN     REFERENCE          COM   VENDOR     INV            SUB APPR
  NO CD AGY    NUMBER      LN LN   INVOICE    LN  FND AGY ORG ORG CODE PGM
  -- -- --- ------------ -- -- ------------- --- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- --- --- ------- -- ---- ---- ---- ---- ---- ---------------
        DESCRIPTION          QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
  ------------------------- ---------------- --- -------------- --- --- ------
  RET %     RET AMOUNT   EFT IND  APPL TYPE
  ------ --------------- ------- ----------
01- 03                      13 465TH       100 LAA 0600    221
      1930 05
   EX AD GRYLU                 0.000           1,196.80
                          N
02- 04                      13 464JW       100 LAA 0805    805
      1930 05
   LW WE IAGXS                 0.000            191.35
                          N
```

```
FUNCTION:                DOCID: PV LAA 13JO000570        07/09/13   12:14:06 PM
STATUS: PEND3            BATID:                  ORG:             005-006 OF 007
  LN     REFERENCE          COM   VENDOR     INV            SUB APPR
  NO CD AGY    NUMBER      LN LN   INVOICE    LN  FND AGY ORG ORG CODE PGM
  -- -- --- ------------ -- -- ------------- --- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- --- --- ------- -- ---- ---- ---- ---- ---- ---------------
        DESCRIPTION          QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
  ------------------------- ---------------- --- -------------- --- --- ------
  RET %     RET AMOUNT   EFT IND  APPL TYPE
  ------ --------------- ------- ----------
01- 05                      13 466JW       100 LAA 0600    221
      1930 05
   EX AD GRYLU                 0.000            730.70
                          N
02- 06                      13 467TH       100 LAA 0300    221
      1930 05
   RG SE .DLDOU                0.000            218.00
                          N
```



*Calderwood-Mackelprang, Inc.*

Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado 80203

Alpha No _____

EXAD GRYLU

6.00

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

7/3/13              D. Berdell
(Date)              (Name)

| Date | 6/27/2013 |
|------|-----------|
| Invoice No. | 13 459JM |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: House Bill 13-1229 | |
| Feburary 15, 2013 | |
| | |
| Transcript preparation from audio, 119 pgs. | 702.10 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |

| | | |
|---|---|---|
| **NET 30 DAYS**<br>**THANK YOU!** | **Total** | **$707.10** |

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 6/28/2013 |
|------|-----------|
| Invoice No. | 13 465TH |

Alpha No _EXAD GRYLU_  600
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory"

7/3/13            D. Bendell
(Date)            (Name)

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: House Bill 13-1224 | |
| March 8, 2013 | |
| Transcript preparation from audio, 202 pgs. | 1,191.80 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |

**NET 30 DAYS**
**THANK YOU!**

**Total** **$1,196.80**

th030813audio-062813

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



Alpha No  EXAD-GRYLU

"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

7/9/13 _____  D. Bendell
(Date)                          (Name)

## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 6/28/2013 |
|------|-----------|
| Invoice No. | 13 466JW |

**Tax ID:  84 - 1144199**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: House Bill 13-1224 | |
| March 11, 2013 | |
| Transcript preparation from audio, 123 pgs. | 725.70 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |

| NET 30 DAYS THANK YOU! | **Total** | **$730.70** |

HB13-1224-031113

We accept credit cards.

```
FUNCTION:                DOCID: PV LAA 13JO0000593        07/12/13    01:45:35 PM
STATUS: PEND3            BATID:                   ORG:
H-                            PAYMENT VOUCHER INPUT FORM

        PV DATE: 06 30 13      ACCOUNTING PRD: 12 13    BUDGET FY: 13
        ACTION:  E                      PV TYPE: 1      SCH PAY DATE:

        OFF LIAB ACCT:              FA IND:    DOCUMENT TOTAL:        984.40
                                               CALC DOC TOTAL:        984.40
        VENDOR CODE: 841144199      CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: CALDERWOOD-MACKELPRANG INC
               DBA:
           ADDRESS: 7150 E HAMPDEN AVE STE 303
              CITY: DENVER                ST: CO  ZIP: 80224
   ACCOUNT NUMBER:
   SELLER:  FUND:              AGENCY:            ORG:
            SUB-ORG:           APPR CODE:         PROGRAM:
            FUNCTION:          OBJECT:            SUB-OBJ:
            REV SRC:           SUB-REV:           BS ACCT:
            GBL:               RPTG CAT:          JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 13JO0000593        07/12/13    01:45:40 PM
STATUS: PEND3            BATID:                   ORG:       001-001 OF 001
  LN     REFERENCE          COM   VENDOR     INV           SUB APPR
  NO CD AGY   NUMBER        LN LN   INVOICE   LN  FND AGY ORG ORG  CODE PGM
  -- -- --- ------------ --- --- ------------ --- --- --- --- --- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- ---- ---- ---------- ----------------
      DESCRIPTION           QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
  ----------------------- ---------- --- ------------- --- --- ------
  RET %    RET AMOUNT    EFT IND  APPL TYPE
  ------ -------------- ------- ---------
01- 01                   13 475AS        100 LAA 0600     221
      1930 05
   EX AD GRYLU            0.000           984.40
                      N
02-                                       LAA
```

INPUT

JUL 1 2 2013

By

...fied & Approved

JUL 1 2 2013

Attachment 1 to Exhibit A
Page 11



Alpha No  EXAD - GRYLU

"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

7/10/13      D. Bendell
(Date)             (Name)

## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 7/8/2013 |
|---|---|
| Invoice No. | 13 475AS |

7/11/13
nor pros

**Tax ID:  84 - 1144199**

| DESCRIPTION | AMOUNT |
|---|---|
| Re: House Bill 13-1224 | |
| February 15 & 18, 2013 | |
| Transcript preparation from audio, 105 pgs.  - February 15, 2013 | 619.50 |
| Transcript preparation from audio, 61 pgs. - February 18, 2013 | 359.90 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |

7/10/2013

| NET 30 DAYS THANK YOU! | Total | **$984.40** |
|---|---|---|

as0215/1813-audios

We accept credit cards,

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmackreporting@q.com

```
FUNCTION:                    DOCID: PV LAA 14JO0000347      09/24/13   01:34:56 PM
STATUS: PEND3                BATID:                  ORG:
H-                                PAYMENT VOUCHER INPUT FORM

        PV DATE: 09 24 13      ACCOUNTING PRD: 03 14     BUDGET FY: 14
        ACTION:  E                     PV TYPE: 1      SCH PAY DATE:

   OFF LIAB ACCT:           FA IND:      DOCUMENT TOTAL:       3,378.90
                                         CALC DOC TOTAL:       3,378.90
        VENDOR CODE: 841144199    CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: CALDERWOOD-MACKELPRANG INC
               DBA:
          ADDRESS: 7150 E HAMPDEN AVE STE 303
             CITY: DENVER            ST: CO  ZIP: 80224
   ACCOUNT NUMBER:
   SELLER:  FUND:            AGENCY:              ORG:
            SUB-ORG:         APPR CODE:           PROGRAM:
            FUNCTION:        OBJECT:              SUB-OBJ:
            REV SRC:         SUB-REV:             BS ACCT:
            GBL:             RPTG CAT:            JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                    DOCID: PV LAA 14JO0000347      09/24/13   01:35:11 PM
STATUS: PEND3                BATID:              ORG:        001-002 OF 005
    LN    REFERENCE         COM   VENDOR      INV           SUB APPR
    NO CD AGY    NUMBER     LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM

    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP

         DESCRIPTION           QUANTITY    I/D   AMOUNT     I/D P/F FRE CD

   RET %    RET AMOUNT    EFT IND  APPL TYPE

01- 01                          13 522JM        26Q LAA 0600    221
        1930 05
    EX AD GRYLU               0.000          1,029.80
                         N
02- 02                          13 626DB        100 LAA 0150    015
        1930 05
    LW CP ZKMDT              0.000           801.05
                         N
```

SEP 24 2013

SEP 24 2013

```
FUNCTION:                    DOCID: PV LAA 14JO0000347        09/24/13   01:35:12 PM
STATUS: PEND3               BATID:                    ORG:              003-004 OF 005
   LN    REFERENCE              COM   VENDOR      INV                  SUB APPR
   NO CD AGY    NUMBER      LN LN   INVOICE      LN  FND AGY ORG ORG CODE PGM

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL    RPTG  JOB/PROJ  DISC / RET TYP

         DESCRIPTION              QUANTITY   I/D  AMOUNT        I/D P/F FEE CD

   RET %     RET AMOUNT     EFT IND  APPL TYPE

01- 03                           13 623TS         100 LAA 0150      015
        1930 05
   LW CP ZKMET                       0.000            556.55
                             N
02- 04                           13 631NF         100 LAA 0150      015
        1930 05
   LW CP ZKMFA                       0.000            449.75
                             N
```

```
FUNCTION:                    DOCID: PV LAA 14JO0000347        09/24/13   01:35:13 PM
STATUS: PEND3               BATID:                    ORG:              005-005 OF 005
   LN    REFERENCE              COM   VENDOR      INV                  SUB APPR
   NO CD AGY    NUMBER      LN LN   INVOICE      LN  FND AGY ORG ORG CODE PGM

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL    RPTG  JOB/PROJ  DISC / RET TYP

         DESCRIPTION              QUANTITY   I/D  AMOUNT        I/D P/F FEE CD

   RET %     RET AMOUNT     EFT IND  APPL TYPE

01- 05                           13 629JF         26Q LAA 0310      221
        1930 05
   RV CE FBWJF                       0.000            541.75
                             N
02-                                                        LAA
```



## *Calderwood-Mackelprang, Inc.*
### Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 8/2/2013 |
|------|----------|
| Invoice No. | 13 522JM |

PAST DUE
PLEASE REMIT

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: House Bill 13-1224 - March 13, 2013 | |
| House Bill 13-1229 - March 15, 2013 | |
| Transcript preparation from audio, 89 pgs. - HB 13-1224 -  March 13, 2013 | 525.10 |
| Transcript preparation from audio, 83 pgs. - HB 13-1229 - March 15, 2013 | 489.70 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 10.00 |

Alpha No. EX AD GRYLU

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, here according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

9/10/2013
(Date)                    (Name)

**NET 30 DAYS**
**THANK YOU!**

| | Total | **$1,029.80** |
|---|-------|---------------|

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                  DOCID: PV LAA 14JO0000417      10/10/13   02:22:37 PM
STATUS: PEND3              BATID:                  ORG:
H~                            PAYMENT VOUCHER INPUT FORM

        PV DATE: 10 10 13      ACCOUNTING PRD: 03 14    BUDGET FY: 14
        ACTION:  E                  PV TYPE: 1       SCH PAY DATE:

        OFF LIAB ACCT:           FA IND:     DOCUMENT TOTAL:      2,199.30
                                             CALC DOC TOTAL:      2,199.30
          VENDOR CODE: 841144199      CHECK CATEGORY: L   SINGLE CHECK FLAG:
          VENDOR NAME: CALDERWOOD-MACKELPRANG INC
                  DBA:
              ADDRESS: 7150 E HAMPDEN AVE STE 303
                 CITY: DENVER                ST: CO  ZIP: 80224
     ACCOUNT NUMBER:
        SELLER:  FUND:              AGENCY:                ORG:
               SUB-ORG:          APPR CODE:            PROGRAM:
              FUNCTION:            OBJECT:            SUB-OBJ:
               REV SRC:           SUB-REV:            BS ACCT:
                  GBL:          RPTG CAT:              JOB NO:
          OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                  DOCID: PV LAA 14JO0000417      10/10/13   02:22:38 PM
STATUS: PEND3              BATID:              ORG:          001-002 OF 003
  LN    REFERENCE           COM  VENDOR      INV            SUB APPR
  NO CD AGY    NUMBER       LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
  -- -- --- ----------- -- -- --- ----------- --- --- --- --- --- ---- ---
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- --- ----- --------- ---------- ----
       DESCRIPTION              QUANTITY  I/D   AMOUNT    I/D P/F FEE CD
  ----------------------------- -------- --- ---------- --- --- --- ---
  RET %   RET AMOUNT  EFT IND  APPL TYPE
  ------- ----------- ------- ---------
01- 01                     13 524ES        26Q LAA 0600    221
       1930 05
  EX AD GRYLU                    0.000        1,013.90
                         N
02- 02                     13 558AS        26Q LAA 0300    221
       1930 05
  RG RE DNAJG                    0.000          447.50
                         N
```

Verified & Approved

OCT 11 2013

OCT 10 2013

```
FUNCTION:                    DOCID: PV LAA 14JO0000417      10/10/13   02:22:39 PM
STATUS: PEND3                BATID:                 ORG:              003-003 OF 003
   LN     REFERENCE          COM   VENDOR    INV              SUB APPR
   NO CD AGY   NUMBER        LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- -- ------------ -- -- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- --- --- ------- -- ---- ---- ----- ---------- ---- ----
        DESCRIPTION          QUANTITY   I/D   AMOUNT     I/D P/F FEE CD
   ------ --------------- -------- --- ---------------- --- --- ------
   RET %   RET AMOUNT   EFT IND  APPL TYPE
   -----  ------------- -------  ---------
01- 03                        13 663TH        100 LAA 0150    015
        1930 05
   LW CP ZKMDT                     0.000           737.90
                              N
02-                                                LAA
```



*Calderwood-Mackelprang, Inc.*

Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 8/5/2013 |
|---|---|
| Invoice No. | 13 524ES |

P A S T   D U E

PLEASE  REMIT

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: House Bill 13-1229 | |
| March 13, 14, 1& 15, 2013 | |
| Transcript preparation from audio, 21 pgs. - March 13, 2013 | 123.90 |
| Transcript preparation from audio, 52 pgs. - March 14, 2013 | 306.80 |
| Transcript preparation from audio, 98 pgs. - March 15, 2013 | 578.20 |
| E-Transcript Delivery | 5.00 |

Alpha No  EXAD-GRYLU

"I hereby certify that the goods or services shown on the invoice or
other supporting documents, properly corrected and enclosed, here
according to our records, been received, lawfully inspected, weighed
counted or measured, and were found in good condition and complying with the specification given or that it otherwise
factory."

10/9/13
(Date)

(Name)
JONATHAN P. FERO

| NET 30 DAYS THANK YOU! | Total | **$1,013.90** |
|---|---|---|

We accept credit cards.

4250

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

Attachment 1 to Exhibit A
Page 18

```
FUNCTION:                 DOCID: PV LAA 14DL0000103     01/14/14   09:50:32 AM
STATUS: PEND3             BATID:              ORG:
H-                           PAYMENT VOUCHER INPUT FORM

      PV DATE: 01 13 14       ACCOUNTING PRD: 07 14     BUDGET FY: 14
      ACTION: E                  PV TYPE: 1             SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:        421.90
                                         CALC DOC TOTAL:        421.90
        VENDOR CODE: 841144199   CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: CALDERWOOD-MACKELPRANG INC
               DBA:
           ADDRESS: 7150 E HAMPDEN AVE STE 303
              CITY: DENVER           ST: CO  ZIP: 80224
  ACCOUNT NUMBER:
    SELLER:  FUND:              AGENCY:            ORG:
          SUB-ORG:            APPR CODE:         PROGRAM:
         FUNCTION:             OBJECT:          SUB-OBJ:
          REV SRC:            SUB-REV:          BS ACCT:
             GBL:            RPTG CAT:           JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

JAN 1 4 2014

By _____

```
FUNCTION:                 DOCID: PV LAA 14DL0000103     01/14/14   09:50:35 AM
STATUS: PEND3             BATID:              ORG:            001-001 OF 001
   LN    REFERENCE         COM    VENDOR      INV          SUB APPR
   NO CD AGY   NUMBER      LN LN  INVOICE     LN   FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- -------- ---  --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ---- ---------- --------------
       DESCRIPTION          QUANTITY  I/D   AMOUNT       I/D P/F FEE CD
   --------------------- ------------ --- -------------- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ --------------- ------- --------
01- 01 RQ LAA 14DL0000001  01    13 753JM      26Q LAA 0600     221
      1930 05
   EX AD GRYLU              0.000            421.90
                         N
02-                                          LAA
```

Verified & Approved

JAN 1 4 2014

By: _____



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Stephanie L. Scoville, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

| Date | 11/11/2013 |
| --- | --- |
| Invoice No. | 13 753JM |

P A S T   D U E

PLEASE  REMIT

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
| --- | --- |
| Re:  Cooke, et al. v. Hickenlooper | |
| November 1, 2013 | |
| Half-Day Appearance Fee (Line item 1a) | 0.00 |
| 30B6 DEPOSITION OF DAVE GILL<br>Original transcript preparation, 118 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 383.50 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 67 pgs. - scanned & emailed | 13.40 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

PO# RQLAA14DL-01

Alpha No. EXAD-GRYLU

"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been, received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

(Date) 1/10   (Name) D. Bendell

| NET 30 DAYS<br>THANK YOU! | | Total | **$421.90** |
| --- | --- | --- | --- |

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                DOCID: PV LAA 14DL0000121      01/29/14    03:27:40 PM
STATUS: PEND3            BATID:                  ORG:
H-                            PAYMENT VOUCHER INPUT FORM

      PV DATE: 01 28 14     ACCOUNTING PRD: 07 14     BUDGET FY: 14
      ACTION: E                PV TYPE: 1        SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:       101.55
                                         CALC DOC TOTAL:       101.55
        VENDOR CODE: 841349678    CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: CARPENTER REPORTING INC
               DBA:
           ADDRESS: 12510 EAST ILIFF # 120
              CITY: AURORA              ST: CO  ZIP: 80014
  ACCOUNT NUMBER:
    SELLER:  FUND:          AGENCY:              ORG:
          SUB-ORG:       APPR CODE:           PROGRAM:
          FUNCTION:        OBJECT:           SUB-OBJ:
          REV SRC:        SUB-REV:           BS ACCT:
              GBL:       RPTG CAT:            JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

JAN 29 2014

By _____

```
FUNCTION:                DOCID: PV LAA 14DL0000121      01/29/14    03:27:41 PM
STATUS: PEND3            BATID:                  ORG:          001-001 OF 001
   LN    REFERENCE         COM   VENDOR    INV              SUB APPR
   NO CD AGY    NUMBER     LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- --------- --- --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ------ ---------- ---------------
      DESCRIPTION          QUANTITY   I/D  AMOUNT       I/D P/F FEE CD
   --------------------------- ------------ --- -------------- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ ------------- ------- ---------
01- 01 RQ LAA 14DL0000001  01    25365          26Q LAA 0600    221
       1930 05
    EX AD GRYLU                   0.000          101.55
                        N
02-                                            LAA
```

Verified & Approved

JAN 29 2014

By: _[signature]_

CARPENTER
REPORTING

*12510 East Iliff Avenue, Suite 120,  Aurora, CO  80014*
*(303) 752-1200*
*info@carpenterreporting.com*

Tim Monahan, Esq.
STATE OF COLORADO
1300 Broadway
7th Floor
Denver, CO  80203

Invoice #
25365

11/06/2013    5369

Re: Cooke, et al.   v Hickenlooper
Assignment Date: October 28, 2013

Alpha No. _____
"I hereby acknowledge a receipt of the goods and/or
services represented on this invoice/statement and
authorize payment thereof."

Deposition Of Randy Hampton

_____
(Date)                (Name)

Copy                                            100.80
Exhibits                                          0.75
                                            ==========
                    Total Amount $           101.55

lh
REBILL

PO# RQLAA14DL-01

Alpha No. EXAD-GRYLU
"I hereby certify that the goods or services shown on the
invoices or other supporting documents, properly corrected
and adjusted, have according to our records, been, received,
carefully inspected, weighed, counted or measured, and were
found in good condition and complying with the specifications
given, or that the services were satisfactory."

(Date) 1/23/14          (Name) P. Beadell

CARPENTER REPORTING
Federal Tax Id#: 84-1349678

Attachment 1 to Exhibit A
Page 22

```
FUNCTION:                    DOCID: PV LAA 14DL0000122      01/30/14   04:23:24 PM
STATUS: PEND3                BATID:                ORG:
H-                           PAYMENT VOUCHER INPUT FORM

       PV DATE: 01 30 14       ACCOUNTING PRD: 07 14      BUDGET FY: 14
       ACTION: E                     PV TYPE: 1       SCH PAY DATE:

       OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:          38.75
                                          CALC DOC TOTAL:          38.75
          VENDOR CODE: 454351791    CHECK CATEGORY: L   SINGLE CHECK FLAG:
          VENDOR NAME: HANSEN & COMPANY INC
                  DBA:
              ADDRESS: 1600 BROADWAY STE 470
                 CITY: DENVER              ST: CO   ZIP: 80202
    ACCOUNT NUMBER:
       SELLER:  FUND:           AGENCY:              ORG:
              SUB-ORG:        APPR CODE:           PROGRAM:
             FUNCTION:          OBJECT:           SUB-OBJ:
              REV SRC:         SUB-REV:           BS ACCT:
                  GBL:        RPTG CAT:            JOB NO  INPUT
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3                     JAN 3 0   20/4
                                                  By ____   d/
```

```
FUNCTION:                    DOCID: PV LAA 14DL0000122      01/30/14   04:23:33 PM
STATUS: PEND3                BATID:                ORG:        001-001 OF 001
   LN    REFERENCE          COM   VENDOR       INV            SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE      LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- ------------ --- --- --- ----------- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ------ ---------- ----------------
         DESCRIPTION          QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
   ---------------------------- ---- ------- -- ------------- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ -------------- ------- ----------
01- 01 RQ LAA 14DL0000001  01    8206          26Q LAA 0600    221
        1930 05
     EX AD GRYLU                   0.000         38.75
                            N
02-                                          LAA
```

Verified & Approved

JAN 3 1 2014

By: _____

# INVOICE

**Hansen & Company, Inc.**
**Court Reporting**

1600 Broadway St., Ste. 470
Denver, CO 80202

phone 303-691-0202
fax    303-691-2444

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8206 | 1/30/2014 | 2495 |

| Job Date | Case No. | |
|---|---|---|
| 11/6/2013 | 13-CV-1300-MSK-MJW | |

| Case Name |
|---|
| John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper |

| Payment Terms |
|---|
| Due upon receipt |

Stephanie Scoville, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
   80203

| | | | |
|---|---|---|---|
| Ernest E. Moore | | | |
| Exhibits B&W | | 155.00 Pages | 38.75 |
| | | **TOTAL DUE >>>** | **$38.75** |

Your client matter: John B. Cooke
Exhibits Only (1-8)

Thank you.  Your business is appreciated.  We accept Visa/MasterCard and American Express.
Finance charges will be applied monthly for invoice unpaid over 30 days.

RQLAA14DL-01
Alpha No  EXAP-GRYLU
I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply ing with the specifications given, or that the services were satisfactory.

1/30/14                    D. Berdell
(Date)                      (Name)

**Tax ID:** 45-4351791

*Please detach bottom portion and return with payment.*

Stephanie Scoville, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
   80203

| | | |
|---|---|---|
| Invoice No. | : | 8206 |
| Invoice Date | : | 1/30/2014 |
| **Total Due** | : | **$38.75** |

Remit To:   **Hansen & Company, Inc.**
            **1600 Broadway, Ste. 470**
            **Denver CO  80202**

| | | |
|---|---|---|
| Job No. | : | 2495 |
| BU ID | : | H&C |
| Case No. | : | 13-CV-1300-MSK-MJW |
| Case Name | : | John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper |

```
FUNCTION:              DOCID: PV LAA 14DL0000039      11/07/13   10:39:26 AM
STATUS: PEND3          BATID:              ORG:
H-                     PAYMENT VOUCHER INPUT FORM

     PV DATE: 11 06 13    ACCOUNTING PRD: 05 14    BUDGET FY: 14
     ACTION:  E                PV TYPE: 1      SCH PAY DATE:

     OFF LIAB ACCT:         FA IND:     DOCUMENT TOTAL:        330.50
                                        CALC DOC TOTAL:        330.50
        VENDOR CODE: 841144199     CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: CALDERWOOD-MACKELPRANG INC
                DBA:
            ADDRESS: 7150 E HAMPDEN AVE STE 303
               CITY: DENVER              ST: CO  ZIP: 80224
 ACCOUNT NUMBER:
    SELLER:  FUND:          AGENCY:            ORG:
         SUB-ORG:        APPR CODE:         PROGRAM:
        FUNCTION:          OBJECT:         SUB-OBJ:
         REV SRC:         SUB-REV:         BS ACCT:
             GBL:        RPTG CAT:         JOB NO:   INPUT
   OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3                        NOV 7 2013
                                                      By _____
```

```
FUNCTION:              DOCID: PV LAA 14DL0000039      11/07/13   10:39:29 AM
STATUS: PEND3          BATID:              ORG:      001-001 OF 001
  LN    REFERENCE       COM   VENDOR      INV           SUB APPR
  NO CD AGY   NUMBER    LN LN   INVOICE   LN  FND AGY ORG ORG CODE PGM
  -- -- --- ----------- -- -- ---------- --- --- --- --- --- ---- ---
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- --- ----  --------  ---- - --- ---
      DESCRIPTION            QUANTITY    I/D     AMOUNT    I/D P/F FEE CD
  --- -------------    --------------- -- --  ------------ -- --- -- ------
  RET %    RET AMOUNT   EFT IND  APPL TYPE
  ------  --------------  -------  --------
01- 01 RQ LAA 14DL0000001  01    13 742JF      26Q LAA 0600     221
       1930 05
   EX AD GRYLU               0.000           330.50
                          N
02-                                               LAA
```



*Calderwood-Mackelprang, Inc.*
Registered Professional Reporters

**BILL TO:**

Molly Moats, Esq.
Assistant Attorney General
1300 Broadway, Floor 10
Denver, CO 80203

| Date | 11/6/2013 |
|---|---|
| Invoice No. | 13 742JF |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Cooke v. Hickenlooper | |
| October 16, 2013 | |
| Half-Day Appearance Fee (Line item 1a) | 0.00 |
| DEPOSITION OF ROBERT HEWSON<br>Original transcript preparation, 90 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 292.50 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 65 pgs. - scanned & emailed | 13.00 |
| Delivery Fees (Line Item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

*Purchase order*
*EXAD-GRYLu*

Alpha No

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

11/6/13          D. Bendell
(Date)              (Name)

| NET 30 DAYS<br>THANK YOU! | Total | **$330.50** |
|---|---|---|

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

Attachment 1 to Exhibit A
Page 26

```
FUNCTION:                 DOCID: PV LAA 14DL0000041        11/13/13   08:42:05 AM
STATUS: PEND3             BATID:                    ORG:
H-                              PAYMENT VOUCHER INPUT FORM

      PV DATE: 11 06 13      ACCOUNTING PRD: 05 14    BUDGET FY: 14
      ACTION:  E                    PV TYPE: 1       SCH PAY DATE:

      OFF LIAB ACCT:           FA IND:     DOCUMENT TOTAL:      1,314.03
                                           CALC DOC TOTAL:      1,314.03
         VENDOR CODE: 840835207      CHECK CATEGORY: L    SINGLE CHECK FLAG:
         VENDOR NAME: HUNTER & GEIST INC
                 DBA:
             ADDRESS: 1900 GRANT ST STE 1025
                CITY: DENVER                  ST: CO  ZIP: 80203
   ACCOUNT NUMBER:
   SELLER:  FUND:              AGENCY:                 ORG:
            SUB-ORG:           APPR CODE:              PROGRAM:
            FUNCTION:          OBJECT:                 SUB-OBJ:
            REV SRC:           SUB-REV:                BS ACCT:
            GBL:               RPTG CAT:               JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

NOV 13

By _____

```
FUNCTION:                 DOCID: PV LAA 14DL0000041        11/13/13   08:42:18 AM
STATUS: PEND3             BATID:                    ORG:          001-001 OF 001
    LN    REFERENCE          COM   VENDOR      INV              SUB APPR
    NO CD AGY    NUMBER      LN LN   INVOICE    LN FND AGY ORG ORG CODE PGM

    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP

         DESCRIPTION           QUANTITY   I/D   AMOUNT        I/D P/F FEE CD

    RET %    RET AMOUNT    EFT IND  APPL TYPE

01- 01 RQ LAA 14DL0000001  01    104934          26Q LAA 0600     221
       1930 05
    EX AD GRYLU                    0.000          1,314.03
                            N
02-                                               LAA
```

Verified & Approved

NOV 13 2013

# Hunter + Geist, Inc.

1900 Grant Street
Suite 1025
Denver, CO 80203
Phone:  (303) 832-5966    Fax:  (303) 832-9525

| | |
|---|---|
| Job #: | 131023TC |
| Job Date: | 10/23/13 |
| Order Date: | 10/23/13 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | John W. Hickenlooper |

## Invoice

| | |
|---|---|
| Invoice #: | 104934 |
| Inv.Date: | 11/06/13 |
| Balance: | $1,314.03 |

**Bill To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

| | |
|---|---|
| Action: | Cooke, John B., et al. |
| | vs |
| | Hickenlooper, John W. |
| Action #: | 13-cv-1300-MSK-M |
| Rep: | Carol M. Bazzanella |
| Cert: | RPR |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Sheriff John Cooke | Appearance Fee - Hourly | $90.00 |
| 2 | Sheriff John Cooke | Original Certified Transcript | $856.40 |
| 3 | Sheriff John Cooke | Realtime/Rough Draft | $330.00 |
| 4 | Sheriff John Cooke | Electronic Transcript Files | $15.00 |
| 5 | Sheriff John Cooke | Scanned Exhibits | $22.63 |
| 6 | Sheriff John Cooke | Word Index - NO CHARGE | $0.00 |

*Purchase Order RQ LAA14DL-01*
*EXAD-GRYLU*

Alpha No _____
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

_____        _____
(Date)                      (Name)

**Comments:**

Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,314.03 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,314.03 |
| Payment | $0.00 |
| Balance Due | $1,314.03 |

Federal Tax I.D.:  84-0835207          Terms:  Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

**Deliver To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

## Invoice

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Phone:  (303) 832-5966
Fax:  (303) 832-9525

| | |
|---|---|
| Invoice #: | 104934 |
| Inv.Date: | 11/06/13 |
| Balance: | $1,314.03 |
| Job #: | 131023TC |
| Job Date: | 10/23/13 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | John W. Hickenlooper |

```
FUNCTION:                    DOCID: PV LAA 14DL0000042      11/13/13   08:58:13 AM
STATUS: PEND3                BATID:              ORG:
H-                           PAYMENT VOUCHER INPUT FORM

         PV DATE: 11 08 13      ACCOUNTING PRD: 05 14    BUDGET FY: 14
         ACTION:  E                   PV TYPE: 1       SCH PAY DATE:

      OFF LIAB ACCT:            FA IND:    DOCUMENT TOTAL:       1,564.50
                                          CALC DOC TOTAL:       1,564.50
          VENDOR CODE: 592708168     CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
          VENDOR NAME: ACCURATE STENOTYPE REPORTERS INC
                  DBA:
              ADDRESS: 2894-A REMINGTON GREEN LANE
                 CITY: TALLAHASSEE            ST: FL  ZIP: 32308
  ACCOUNT NUMBER:
     SELLER:  FUND:              AGENCY:                ORG:
            SUB-ORG:          APPR CODE:            PROGRAM:
           FUNCTION:             OBJECT:            SUB-OBJ:
            REV SRC:            SUB-REV:            BS ACCT:
                GBL:           RPTG CAT:             JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT
NOV 13 2013
By dl

```
FUNCTION:                    DOCID: PV LAA 14DL0000042      11/13/13   08:58:16 AM
STATUS: PEND3                BATID:              ORG:            001-001 OF 001
   LN     REFERENCE          COM   VENDOR      INV              SUB APPR
   NO CD AGY    NUMBER       LN LN   INVOICE   LN  FND AGY ORG ORG CODE PGM
   -- -- ---- ------------- -- -- ------------ --- --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- --- ----- ---------- --------------
        DESCRIPTION              QUANTITY   I/D   AMOUNT       I/D P/F FEE CD
   ------------------------- ------------- --- ------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------ -------------- ------- ---------
01- 01 RQ LAA 14DL0000001  01    FA10253       26Q LAA 0600     221
       1930 05
   EX AD GRYLU              0.000            1,564.50
                           N
02-                                          LAA
```

Verified & Approved
NOV 13 2013

# ACCURATE STENOTYPE REPORTERS, INC.

*2894 REMINGTON GREEN LANE*
*TALLAHASSEE, FL  32308*
*TELEPHONE: 850/878-2221*
*FAX: 850/878-2254*
*FEDERAL I.D. NO.  59-2708168*

MATTHEW GROVE
COLORADO ATTORNEY GENERAL
PUBLIC OFFICIALS UNIT
STATE SERVICES SECTION
1300 BROADWAY, 10TH FLOOR
DENVER, CO 80203

November  8, 2013

**Invoice#** FA10253

**Balance:**  $1,564.50

**Re:** COOKE V HICKENLOOPER
    AD HERE
    *on 10/25/13*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| APPEARANCE: DEPO OF GARY KLECK (8-3:20) | 350.00 |
| TRANSCRIPT: ORIGINAL, 274 PGS | 1,164.50 |
| CONDENSED,WORD INDEX: NO CHARGE | |
| E-TRAN: YES | 20.00 |
| EXHIBITS: | |
| SHIPPING & DELIVERY: UPS 2 DAY | 30.00 |

*[handwritten: PO# RQ LAA14DL-01  EXAD-GRYLU  Alpha No ... 11/8/2013]*

**P l e a s e   R e m i t   - - - >   Total Due:** $1,564.50

*INVOICES WILL ACCRUE INTEREST @ 1.8% PER MONTH.*
*PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT.*

```
FUNCTION:                   DOCID: PV LAA 14DL0000043        11/13/13   08:46:43 AM
STATUS: PEND3               BATID:                  ORG:
H-                              PAYMENT VOUCHER INPUT FORM

        PV DATE: 10 31 13      ACCOUNTING PRD: 04 14      BUDGET FY: 14
        ACTION:  E                    PV TYPE: 1          SCH PAY DATE:

        OFF LIAB ACCT:           FA IND:       DOCUMENT TOTAL:      1,917.35
                                               CALC DOC TOTAL:      1,917.35
           VENDOR CODE: 341045769      CHECK CATEGORY: L    SINGLE CHECK FLAG:
           VENDOR NAME: MEHLER & HAGESTROM INC
                  DBA:
              ADDRESS: 101 PROSPECT AVE, STE 1750
                 CITY: CLEVELAND          ST: OH   ZIP: 44115
    ACCOUNT NUMBER:
      SELLER:  FUND:              AGENCY:              ORG:
            SUB-ORG:            APPR CODE:           PROGRAM:
           FUNCTION:              OBJECT:           SUB-OBJ:
            REV SRC:             SUB-REV:           BS ACCT:
               GBL:            RPTG CAT:          JOB NO
       OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT
NOV 13 2013
By ___

```
FUNCTION:                   DOCID: PV LAA 14DL0000043        11/13/13   08:46:45 AM
STATUS: PEND3               BATID:                  ORG:        001-001 OF 001
   LN    REFERENCE          COM    VENDOR      INV         SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE      LN FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- -- ---------- --- --- --- --- --- ---- ---
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----  --------- ---- --- ---
         DESCRIPTION         QUANTITY   I/D   AMOUNT     I/D P/F FEE CD
   ------------------- ------------ --- -------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------ ------------- -------  ----------
01- 01 RQ LAA 14DL0000001  01    149174          26Q LAA 0600     221
       1930 05
    EX AD GRYLU              0.000           1,917.35
                       N
02-                                          LAA
```

Verified & Approved
NOV 13 2013

## Mehler & Hagestrom

Akron Centre Plaza
50 South Main Street, Suite 720
Akron, OH 44308

Phone: (216) 621-4984    Fax: (216) 621-0050

| | |
|---|---|
| Job #: | 131018PSG |
| Job Date: | 10/18/13 |
| Order Date: | 10/18/13 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Defendant |

# Invoice

| | |
|---|---|
| Invoice #: | 149174 |
| Inv.Date: | 10/31/13 |
| Balance: | $1,917.35 |

**Bill To:**
Ms. Debbie Bendell
Colorado Office of the Attorney General
Public Officials Unit, State Services Section
1300 Broadway, 10th. Floor
Denver, CO 80203

| | |
|---|---|
| Action: | Cooke, John B., et al. |
| | vs |
| | Hickenlooper, Jo |
| Action #: | USDC13CV1300 |
| Rep: | XVAALE |
| Cert: | |

*Schedule @ maindh. com*

*10/4/13 send pkt*

| Item | Proceeding/Witness | Description | | |
|---|---|---|---|---|
| 1 | Kevin Davis | Attendance of Reporter | | |
| 2 | Kevin Davis | Transcript, original realtime | | |
| 3 | Kevin Davis | Request for signature | | |
| 4 | Kevin Davis | Copy of Exhibit(s) | | $17.75 |
| 5 | Kevin Davis | Delivery | | $13.50 |

*Purchase order EXAD-GRVLN*

Alpha No _____
"I hereby certify that the goods or services shown on the invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply
ing with the specifications given, or the invoiced services were sati
factory.
1/4/2003 (Date)    (Name)

| | | |
|---|---|---|
| **Comments:** | Sub Total | $1,917.35 |
| | Shipping | $0.00 |
| | Tax | N/A |
| | **Total Invoice** | $1,917.35 |
| | Payment | $0.00 |
| Federal Tax I.D.: 34-1045769    Terms: Net 30 days @ 1.5% | **Balance Due** | $1,917.35 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Ms. Debbie Bendell
Colorado Office of the Attorney General
Public Officials Unit, State Services Section
1300 Broadway, 10th. Floor
Denver, CO 80203

**Deliver To:**
Ms. Debbie Bendell
Colorado Office of the Attorney General
Public Officials Unit, State Services Section
1300 Broadway, 10th. Floor
Denver, CO 80203

# Invoice

| | |
|---|---|
| Invoice #: | 149174 |
| Inv.Date: | 10/31/13 |
| Balance: | $1,917.35 |
| Job #: | 131018PSG |
| Job Date: | 10/18/13 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Defendant |

Phone: (216) 621-4984
Fax: (216) 621-0050

Mehler & Hagestrom
Akron Centre Plaza
50 South Main Street, Suite 720
Akron, OH 44308

Attachment 1 to Exhibit A
Page 32

```
FUNCTION:                 DOCID: PV LAA 14DL0000044      11/14/13   04:21:21 PM
STATUS: PEND3             BATID:                 ORG:
H-                          PAYMENT VOUCHER INPUT FORM

      PV DATE: 11 13 13      ACCOUNTING PRD: 05 14      BUDGET FY: 14
      ACTION:  E                       PV TYPE: 1      SCH PAY DATE:

      OFF LIAB ACCT:        FA IND:     DOCUMENT TOTAL:        745.60
                                        CALC DOC TOTAL:        745.60
      VENDOR CODE: 841144199    CHECK CATEGORY: L   SINGLE CHECK FLAG:
      VENDOR NAME: CALDERWOOD-MACKELPRANG INC
            DBA:
        ADDRESS: 7150 E HAMPDEN AVE STE 303
           CITY: DENVER              ST: CO  ZIP: 80224
  ACCOUNT NUMBER:
    SELLER:  FUND:          AGENCY:            ORG:
        SUB-ORG:          APPR CODE:        PROGRAM:
       FUNCTION:           OBJECT:          SUB-OBJ:
        REV SRC:          SUB-REV:          BS ACCT:
           GBL:          RPTG CAT:          JOB NO:
    OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

NOV 14  2013

By _____ d _____

```
FUNCTION:                 DOCID: PV LAA 14DL0000044      11/14/13   04:21:23 PM
STATUS: PEND3             BATID:                 ORG:        001-002 OF 002
   LN    REFERENCE          COM    VENDOR      INV            SUB APPR
   NO CD AGY    NUMBER     LN LN   INVOICE     LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- -- ------------ --- --- --- --- --- ---- ---

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---  ----  --------  ---- --- ---

      DESCRIPTION              QUANTITY   I/D  AMOUNT    I/D P/F FEE CD
   ------------------------ --------- --- ------------ --- --- --- ---

   RET %     RET AMOUNT   EFT IND  APPL TYPE
   ------  ------------  -------  ---------
01- 01 RQ LAA 14DL0000001  01    13 758JW        26Q LAA 0600     221
      1930 05
   EX AD GRYLU                  0.000           312.40
                        N
02- 02 RQ LAA 14DL0000001  01    13 759JW        26Q LAA 0600     221
      1930 05
   EX AD GRYLU                  0.000           433.20
                        N
```

Verified & Approved

NOV 14 2013

By _____



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Molly Moats, Esq.
Assistant Attorney General
1300 Broadway, Floor 10
Denver, CO 80203

| Date | 11/13/2013 |
|---|---|
| Invoice No. | 13 758JW |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Cooke v. Hickenlooper | |
| October 25, 2013 | |
| Half-Day Appearance Fee (Line item 1a) | 0.00 |
| DEPOSITION OF DYLAN HARRELL<br>Original transcript preparation, 88 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 286.00 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 7 pgs. - scanned & emailed | 1.40 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

PO# RQLAA 14DL-01
EXAD-GRYLU

Alpha No
"I hereby certify that the goods or services shown on this invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

11/13/13    D. Bendell
(Date)         (Name)

| NET 30 DAYS<br>THANK YOU! | **Total** | **$312.40** |
|---|---|---|

Harrell-orig

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80227 • 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

John T. Lee, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

| Date | 11/13/2013 |
|------|------------|
| Invoice No. | 13 759JW |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Cooke v. Hickenlooper | |
| October 25, 2013 | |
| Half-Day Appearance Fee (Line item 1a) | 0.00 |
| DEPOSITION OF ELISA DAHLBERG<br>Original transcript preparation, 132 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 429.00 |
| Concordance preparation(s) - No Charge | 0.00 |
| Exhibits, 21 pgs. - scanned & emailed | 4.20 |

*PO# RQ LAA14DL-01*
*EXAD-GRYLU*

Alpha No. _____
"I hereby certify that the goods or services shown on the invoices or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory."

*11/13*   *P. Bendel*
(Date)   (Name)

| **NET 30 DAYS**<br>**THANK YOU!** | **Total** | **$433.20** |

Dahlberg-orig

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Englewood, CO 80113 • 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                DOCID: PV LAA 14DL0000047        11/18/13   03:27:30 PM
STATUS: PEND3            BATID:                  ORG:
H-                            PAYMENT VOUCHER INPUT FORM

      PV DATE: 11 18 13      ACCOUNTING PRD: 05 14    BUDGET FY: 14
      ACTION:  E              PV TYPE: 1           SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:       DOCUMENT TOTAL:      929.50
                                            CALC DOC TOTAL:      929.50
      VENDOR CODE: 841144199     CHECK CATEGORY: L   SINGLE CHECK FLAG:
      VENDOR NAME: CALDERWOOD-MACKELPRANG INC
              DBA:
          ADDRESS: 7150 E HAMPDEN AVE STE 303
             CITY: DENVER              ST: CO  ZIP: 80224
  ACCOUNT NUMBER:
      SELLER: FUND:            AGENCY:              ORG:
         SUB-ORG:           APPR CODE:           PROGRAM:
        FUNCTION:            OBJECT:            SUB-OBJ:
        REV SRC:            SUB-REV:            BS ACCT:
            GBL:           RPTG CAT:             JOB NO:
  OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT
NOV 18 20/13
By _____

```
FUNCTION:                DOCID: PV LAA 14DL0000047        11/18/13   03:27:32 PM
STATUS: PEND3            BATID:                  ORG:              001-002 OF 002
  LN    REFERENCE           COM   VENDOR      INV            SUB APPR
  NO CD AGY    NUMBER       LN LN  INVOICE     LN FND AGY ORG ORG CODE PGM
  -- -- ---- ------------  -- --  ----------  --- --- --- --- --- ---- ---
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- ---  ----  --------  ---- --- ---
      DESCRIPTION          QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
  ---- ----------- --------------- ---  --------------- --- --- ------
  RET %     RET AMOUNT   EFT IND  APPL TYPE
  ------ -------------- --------  ----------
01- 01 RQ LAA 14DL0000001  01    13 767DM       26Q LAA 0600     221
      1930 05
   EX AD GRYLU                 0.000          319.90
                      N
02- 02 RQ LAA 14DL0000001  01    13 769KB       26Q LAA 0600     221
      1930 05
   EX AD GRYLU                 0.000          609.60
                      N
```

Verified & Approved
NOV 1 8 2013
By _____



*Calderwood-Mackelprang, Inc.*
*Registered Professional Reporters*

**BILL TO:**

Stephanie L. Scoville, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

| **Date** | **11/15/2013** |
|---|---|
| **Invoice No.** | **13 767DM** |

**Tax ID: 84 - 1144199**

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Cooke v. Hickenlooper | |
| November 5, 2013 | |
| Half-Day Appearance Fee (Line item 1a) | 0.00 |
| DEPOSITION OF MICHELE EICHLER<br>Original transcript preparation, 86 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 279.50 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 77 pgs. - scanned & emailed | 15.40 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

PO# RQLAA14DL-01
EXAP-GRYLU

Alpha No _____
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condion and comply-ing with this specifications given, or that the services were satis-factory."

11/15/13 _____  D. Bendell
(Date)                    (Name)

| **NET 30 DAYS**<br>**THANK YOU!** | **Total** | **$319.90** |
|---|---|---|

Eichler-orig

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Stephanie L. Scoville, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

| Date | 11/15/2013 |
|------|------------|
| Invoice No. | 13 769KB |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Cooke v. Hickenlooper | |
| November 4, 2013 | |
| Full-Day Appearance Fee (Line item 1c) | 0.00 |
| DEPOSITION OF DOUG HAMILTON<br>Original transcript preparation, 177 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 575.25 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 93 pgs. (3 color pages) - scanned & emailed | 19.35 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 10.00 |

PO# RQ LAA14DL-01

Alpha No   EXAD- GRYLU

"I hereby certify that the goods or services shown on this invoice or
other supporting documents, properly corrected and adjusted, have
been received, carefully inspected, weighed
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory."

_____ (Date)      _____ (Name)

| **NET 30 DAYS**<br>**THANK YOU!** | **Total** | **$609.60** |

Hamilton-orig

We accept credit cards,

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                    DOCID: PV LAA 14DL0000048      11/18/13   03:28:59 PM
STATUS: PEND3                BATID:              ORG:
H-                           PAYMENT VOUCHER INPUT FORM

     PV DATE: 11 18 13       ACCOUNTING PRD: 05 14     BUDGET FY: 14
     ACTION:  E                        PV TYPE: 1       SCH PAY DATE:

     OFF LIAB ACCT:          FA IND:        DOCUMENT TOTAL:      1,583.87
                                           CALC DOC TOTAL:      1,583.87
        VENDOR CODE: 840835207    CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: HUNTER & GEIST INC
               DBA:
           ADDRESS: 1900 GRANT ST STE 1025
              CITY: DENVER              ST: CO  ZIP: 80203
   ACCOUNT NUMBER:
     SELLER:  FUND:            AGENCY:              ORG:
            SUB-ORG:         APPR CODE:          PROGRAM:
           FUNCTION:          OBJECT:           SUB-OBJ:
            REV SRC:         SUB-REV:           BS ACCT:
               GBL:         RPTG CAT:            JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

NOV 18 2013

By _____

```
FUNCTION:                    DOCID: PV LAA 14DL0000048      11/18/13   03:29:01 PM
STATUS: PEND3                BATID:              ORG:          001-001 OF 001
   LN     REFERENCE       COM   VENDOR   INV              SUB APPR
   NO CD AGY    NUMBER    LN LN  INVOICE  LN  FND AGY ORG ORG CODE PGM
   -- -- --- ----------- -- -- ----------- --- --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----  --------  ---- --- ----
        DESCRIPTION          QUANTITY   I/D   AMOUNT    I/D P/F FEE CD
   ---------------------- -------------- --- -------------- --- --- --- --
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ ------------- -------- --------
01- 01 RQ LAA 14DL0000001  01   104984        26Q LAA 0600     221
      1930 05
    EX AD GRYLU               0.000           1,583.87
                         N
02-                                           LAA
```

Verified & Approved

NOV 1 8 2013

by _____

# Hunter + Geist, Inc.

1900 Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966     Fax: (303) 832-9525

Job #: 131031TD
Job Date: 10/31/13
Order Date: 10/31/13
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: John W. Hickenlooper

## Invoice

Invoice #: 104984
Inv.Date: 11/11/13
Balance: $1,583.87

**Bill To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

Action: Cooke, John B., et al.
vs
Hickenlooper, John W.
Action #: 13-cv-1300-MSK-M
Rep: Ashley Mahe
Cert:

| Item | Proceeding/Witness | Description | Amount |
|------|--------------------|-------------|--------|
| 1 | Michael Shain | Appearance Fee - Hourly | $130.00 |
| 2 | Michael Shain | Original Certified Transcript | $1,031.20 |
| 3 | Michael Shain | Realtime/Rough Draft | $399.00 |
| 4 | Michael Shain | Electronic Transcript Files | $15.00 |
| 5 | Michael Shain | Scanned Exhibits | $8.67 |
| 6 | Michael Shain | Word Index - NO CHARGE | $0.00 |

PO# RQLAAI4DL-01
Alpha No  EXAD-GRYLU
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply ing with the specifications given, or that the services were satis factory."
11/13/2013  (Date)   (Name)

**Comments:**

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,583.87 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $1,583.87 |
| Payment | $0.00 |
| **Balance Due** | $1,583.87 |

Federal Tax I.D.: 84-0835207     Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

**Deliver To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

## Invoice

Invoice #: 104984
Inv.Date: 11/11/13
Balance: $1,583.87
Job #: 131031TD
Job Date: 10/31/13
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: John W. Hickenlooper

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Attachment 1 to Exhibit A
Page 40

```
FUNCTION:                  DOCID: PV LAA 14DL0000051        11/21/13    05:07:23 PM
STATUS: PEND3              BATID:                  ORG:
H-                          PAYMENT VOUCHER INPUT FORM

       PV DATE: 11 21 13        ACCOUNTING PRD: 05 14    BUDGET FY: 14
       ACTION:  E                    PV TYPE: 1      SCH PAY DATE:

       OFF LIAB ACCT:             FA IND:     DOCUMENT TOTAL:        1,393.60
                                             CALC DOC TOTAL:        1,393.60
          VENDOR CODE: 010661525      CHECK CATEGORY: L    SINGLE CHECK FLAG:
          VENDOR NAME: LAURIE ORTMEIER COURT REPORTING INC
                  DBA:
              ADDRESS: 5245 S JAMAICA WAY
                 CITY: ENGLEWOOD            ST: CO   ZIP: 80111
ACCOUNT NUMBER:
  SELLER:  FUND:            AGENCY:              ORG:
          SUB-ORG:        APPR CODE:         PROGRAM:
         FUNCTION:         OBJECT:          SUB-OBJ:
          REV SRC:        SUB-REV:          BS ACCT:
             GBL:        RPTG CAT:           JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

NOV 21 2013

By _____ dl

Verified & Approved

NOV 22 2013

```
FUNCTION:                    DOCID: PV LAA 14DL0000051        11/21/13   05:07:26 PM
STATUS: PEND3                BATID:                     ORG:          001-002 OF 003
    LN      REFERENCE            COM  VENDOR      INV              SUB APPR
    NO CD AGY    NUMBER        LN LN   INVOICE    LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- -- ------------ --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- --- --- ------- -- ---- ---  ----  --------  ---- --- ----
         DESCRIPTION           QUANTITY  I/D  AMOUNT        I/D P/F FEE CD
    ---- ---------------- --------------- --- ------------- --- --- ------
    RET %     RET AMOUNT   EFT IND  APPL TYPE
    ------ --------------- ------- ----------

01- 01 RQ LAA 14DL0000001  01   13-10-28A       26Q LAA 0600    221
       1930 05
    EX AD GRYLU                   0.000           880.00
                            N

02- 02 RQ LAA 14DL0000001  01   13-11-05A       26Q LAA 0600    221
       1930 05
    EX AD GRYLU                   0.000           251.20
                            N
```

```
FUNCTION:                    DOCID: PV LAA 14DL0000051        11/21/13   05:07:28 PM
STATUS: PEND3                BATID:                ORG:           003-003 OF 003
    LN      REFERENCE          COM    VENDOR       INV            SUB APPR
  NO CD AGY    NUMBER        LN LN    INVOICE      LN  FND AGY ORG ORG CODE PGM

  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP

        DESCRIPTION          QUANTITY   I/D  AMOUNT       I/D P/F FEE CD

  RET %      RET AMOUNT    EFT IND  APPL TYPE

01- 03 RQ LAA 14DL0000001  01    13-11-08A        26Q LAA 0600      221
        1930 05
    EX AD GRYLU                    0.000            262.40
                              N
02-                                             LAA
```

*PV 14DL- 51*

**Laurie Ortmeier Court Reporting Inc.**

5245 South Jamaica Way, Suite 100
Englewood, Colorado  80111
\*  \*  \*  \*  \*  \*  \*
303-721-1530

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/7/2013 | 13-10-28A |

| BILL TO |
|---------|
| Ingrid Carlson Barrier, Esq.<br>State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 |

*PO # RQLAA14DL-01*

*Alpha No.  EXAD-GRYLU*

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given; or that the services were satisfactory."

*11/7/13     D. Bendell*
(Date)              (Name)

| TERMS |
|-------|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| COOKE, et al. vs. HICKENLOOPER<br>Case No. 13-cv-1300-MSK-MJW<br><br>Professional Reporting Services:  October 28, 2013<br><br><br>Deposition of JAMES G. SPODEN<br>  e-transcript file, with scanned exhibits<br>  rough draft transcript | 880.00 |
| It's been a pleasure working with you! | |

| **Total** | $880.00 |

Federal Tax I.D. No. 01-0661525.
Late fees of 1.5% assessed after 30 days.

**Laurie Ortmeier Court Reporting Inc.**

5245 South Jamaica Way, Suite 100
Englewood, Colorado 80111
*   *   *   *   *   *   *
303-721-1530

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/17/2013 | 13-11-05A |

| BILL TO |
|---------|
| Stephanie Lindquist Scoville, Esq.<br>State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |

*PO # RQ LAA14DL-01*
*EXAD-GRYLU*

Alpha No _____
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

11/20/13   *D. Bendell*
(Date)        (Name)

| TERMS |
|-------|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| COOKE, et al. vs. HICKENLOOPER<br>Case No. 13-cv-1300-MSK-MJW<br><br>Professional Reporting Services: November 5, 2013<br><br><br>Deposition of ANDREW J. LOGAN<br>    e-transcript file, with exhibits | <br><br><br><br><br><br>251.20 |
| It's always a pleasure working with you! | **Total**   $251.20 |

Federal Tax I.D. No. 01-0661525.
Late fees of 1.5% assessed after 30 days.

**Laurie Ortmeier Court Reporting Inc.**

5245 South Jamaica Way, Suite 100
Englewood, Colorado  80111
* * * * * * *
303-721-1530

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/20/2013 | 13-11-08A |

| BILL TO |
|---------|
| Matthew D. Grove, Esq.<br>State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 |

PO # RQLAA14DL-01
Alpha No  EXAD-GRYLU
"I hereby certify that the goods or services shown on this invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

11/20/13  D. Bendell
(Date)      (Name)

| | TERMS |
|--|-------|
| | Due on receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| COOKE, et al. vs. HICKENLOOPER<br>Case No. 13-cv-1300-MSK-MJW<br><br>Professional Reporting Services:  November 8, 2013<br><br><br>Deposition of MICHAEL T. JONES<br>    e-transcript file, with exhibits | 262.40 |
| It's been a pleasure working with you! | **Total**    $262.40 |

Federal Tax I.D. No. 01-0661525.
Late fees of 1.5% assessed after 30 days.

```
FUNCTION:                  DOCID: PV LAA 14DL0000052       11/21/13    05:15:48 PM
STATUS: PEND3              BATID:              ORG:
H-                          PAYMENT VOUCHER INPUT FORM

      PV DATE: 11 21 13      ACCOUNTING PRD: 05 14    BUDGET FY: 14
      ACTION: E                  PV TYPE: 1       SCH PAY DATE:

      OFF LIAB ACCT:        FA IND:     DOCUMENT TOTAL:        633.00
                                        CALC DOC TOTAL:        633.00
          VENDOR CODE: 841349678     CHECK CATEGORY: L   SINGLE CHECK FLAG:
          VENDOR NAME: CARPENTER REPORTING INC
                  DBA:
              ADDRESS: 12510 EAST ILIFF # 120
                 CITY: AURORA              ST: CO  ZIP: 80014
  ACCOUNT NUMBER:
    SELLER:  FUND:            AGENCY:               ORG:
          SUB-ORG:        APPR CODE:           PROGRAM:
         FUNCTION:          OBJECT:           SUB-OBJ:
          REV SRC:         SUB-REV:           BS ACCT:
             GBL:         RPTG CAT:            JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT
NOV 22 2013
By _____

Red & Approved
NOV 22 2013

```
FUNCTION:                    DOCID: PV LAA 14DL0000052        11/21/13    05:15:50 PM
STATUS: PEND3                BATID:                    ORG:           001-002 OF 002
    LN    REFERENCE            COM   VENDOR      INV             SUB APPR
    NO CD AGY    NUMBER       LN LN   INVOICE    LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------    -- --  ------------ --- --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP
    ---- ------- --- --- ------- -- ---- ---  ----  --------   ---- - --- ---
         DESCRIPTION            QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
         -----------            --------   ---  ------      --- --- --- --
    RET %     RET AMOUNT     EFT IND  APPL TYPE
    ----- --------------- ------- ---------
01- 01 RQ LAA 14DL0000001  01    25385              26Q LAA 0600       221
       1930 05
    EX AD GRYLU                     0.000              435.60
                              N
02- 02 RQ LAA 14DL0000001  01    25381              26Q LAA 0600       221
       1930 05
    EX AD GRYLU                     0.000              197.40
                              N
```



**CARPENTER REPORTING**

*12510 East Iliff Avenue, Suite 120,  Aurora, CO  80014*
*(303) 752-1200*
*info@carpenterreporting.com*

NOV 1 3 2013

OFFICE OF THE
ATTORNEY GENERAL

Jonathan P. Fero, Esq.
STATE OF COLORADO
1300 Broadway
6th Floor
Denver, CO  80203

Invoice #
25385

11/08/2013      5376

Re: Cooke, et al.   v Hickenlooper
Assignment Date: October 30, 2013

Deposition Of Scott Wagner

Total Amount $         435.60

lh
Thank You.

PO# RQLAA14DL-01
EXAD-GRYLU

Alpha No
"I hereby certify that the goods or services shown on the invoice or
other supporting documents, property corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory."

11/15/13   P. Bendell
(Date)        (Name)

CARPENTER REPORTING
Federal Tax Id#: 84-1349678

Attachment 1 to Exhibit A
Page 49

*PY 14PL-52*

CARPENTER
REPORTING

*12510 East Iliff Avenue, Suite 120, Aurora, CO 80014*
*(303) 752-1200*
*info@carpenterreporting.com*

Ingrid Carleson Barrier, Esq.
STATE OF COLORADO
1300 Broadway
6th Floor
Denver, CO  80203

Invoice #
25381

11/08/2013     5375

Re: Cooke, et al.   v Hickenlooper
Assignment Date: October 28, 2013

Deposition Of Ronald Sloan

Copy

PO # ROLAA14PL-01
EXAD-GRYLU

Alpha No
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

11/20/13   D. Bendell
(Date)        (Name)

Total Amount $       197.40

ld
Thank You.

CARPENTER REPORTING
Federal Tax Id#: 84-1349678

Attachment 1 to Exhibit A
Page 50