```
FUNCTION:                    DOCID: PV LAA 14DL0000053        11/22/13    02:02:37 PM
STATUS: PEND3                BATID:                ORG:
H-                           PAYMENT VOUCHER INPUT FORM

      PV DATE: 11 21 13      ACCOUNTING PRD: 05 14     BUDGET FY: 14
      ACTION:  E                    PV TYPE: 1     SCH PAY DATE:


    OFF LIAB ACCT:           FA IND:     DOCUMENT TOTAL:        950.25
                                         CALC DOC TOTAL:        950.25
      VENDOR CODE: 454351791   CHECK CATEGORY: L   SINGLE CHECK FLAG:
      VENDOR NAME: HANSEN & COMPANY INC
              DBA:
          ADDRESS: 1600 BROADWAY STE 470
             CITY: DENVER              ST: CO  ZIP: 80202
ACCOUNT NUMBER:
  SELLER:  FUND:          AGENCY:               ORG:
         SUB-ORG:       APPR CODE:          PROGRAM:
        FUNCTION:         OBJECT:          SUB-OBJ:
         REV SRC:        SUB-REV:          BS ACCT:
             GBL:       RPTG CAT:           JOB NO:
    OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

NOV 22 20/3

By _____

Verified & Approved

NOV 22 2013

By _____

```
FUNCTION:                    DOCID: PV LAA 14DL0000053      11/22/13    02:02:41 PM
STATUS: PEND3                BATID:              ORG:              001-002 OF 003
   LN    REFERENCE           COM   VENDOR        INV              SUB APPR
   NO CD AGY    NUMBER       LN LN   INVOICE     LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------    -- --- ------------ -- --- --- ------- ---- ----

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- ------- ------- -- ---- ---- ----  --------   --------------

          DESCRIPTION          QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
          -----------          --------   ---  ------      --- --- --- --

   RET %    RET AMOUNT    EFT IND  APPL TYPE
   -----  --------------  ------- ---------

01- 01 RQ LAA 14DL0000001  01    7820          26Q LAA 0600    221
       1930 05
    EX AD GRYLU               0.000            255.85
                       N

02- 02 RQ LAA 14DL0000001  01    7718          26Q LAA 0600    221
       1930 05
    EX AD GRYLU               0.000            514.45
                       N
```

```
FUNCTION:                    DOCID: PV LAA 14DL0000053        11/22/13    02:02:44 PM
STATUS: PEND3                BATID:                  ORG:              003-003 OF 003
   LN    REFERENCE           COM   VENDOR      INV                  SUB APPR
   NO CD AGY    NUMBER       LN LN  INVOICE    LN  FND AGY ORG ORG   CODE PGM

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- --- --- ------- -- ---- ---  ----  --------  ---- --------
          DESCRIPTION           QUANTITY    I/D  AMOUNT       I/D P/F FEE CD
       ---------------       ------------ --- - ------------- --- --- --- ----
   RET %    RET AMOUNT      EFT IND  APPL TYPE
   ----- ---------------  ------- ------  ---------
01- 03 RQ LAA 14DL0000001  01    7818           26Q LAA 0600     221
       1930 05
    EX AD GRYLU                      0.000           179.95
                             N
02-                                               LAA
```

# INVOICE

**H&C**
Hansen & Company, Inc.
Court Reporting

1600 Broadway St., Ste. 470
Denver, CO 80202

phone 303-691-0202
fax   303-691-2444

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7820 | 11/20/2013 | 2495 |

| Job Date | Case No. | |
|---|---|---|
| 11/6/2013 | 13-CV-1300-MSK-MJW | |

| Case Name | | |
|---|---|---|
| John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Stephanie Scoville, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
80203

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Ernest E. Moore | 119.00 Pages | 255.85 |
| | **TOTAL DUE >>>** | **$255.85** |

Your client matter: John B. Cooke
E-trans, no exhibits marked

Thank you.  Your business is appreciated.  We accept Visa/MasterCard and American Express.
Finance charges will be applied monthly for invoice unpaid over 30 days.

PO# RQLAA14PL-01
EXAD- GRYLU
Alpha No
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."
11/20/13   D. Bendell
(Date)   (Name)

**Tax ID:** 45-4351791

*Please detach bottom portion and return with payment.*

Stephanie Scoville, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
80203

| | | |
|---|---|---|
| Invoice No. | : | 7820 |
| Invoice Date | : | 11/20/2013 |
| **Total Due** | : | **$255.85** |

| Remit To: | Hansen & Company, Inc. |
|---|---|
| | 1600 Broadway, Ste. 470 |
| | Denver CO  80202 |

| | | |
|---|---|---|
| Job No. | : | 2495 |
| BU ID | : | H&C |
| Case No. | : | 13-CV-1300-MSK-MJW |
| Case Name | : | John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7718 | 11/8/2013 | 2496 |

| Job Date | Case No. | |
|---|---|---|
| 10/31/2013 | 13-CV-1300-MSK-MJW | |

| Case Name | | |
|---|---|---|
| John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**H&C**
Hansen & Company, Inc.
Court Reporting

1600 Broadway St., Ste. 470
Denver, CO 80202

phone 303-691-0202
fax   303-691-2444

Matthew D. Grove, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
 80203

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Jeffrey Zax | | 238.00 | Pages | 511.70 |
| Exhibits B&W | | 11.00 | Pages | 2.75 |
| | | **TOTAL DUE  >>>** | | **$514.45** |

Your client matter: John W. hickenlooper, Governor
E-trans, PDF Exhibits (1-5)
Original exhibits attached to original transcript

Thank you.  Your business is appreciated.  We accept Visa/MasterCard and American Express.
Finance charges will be applied monthly for invoice unpaid over 30 days.

*PO# RQLAA14DL-01*
*EXAD-GRYLU*

Alpha No _____
"I hereby certify that the goods or services shown on the invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications, price, or that the services were satis-
factory."

_____       _____
(Date)                    (Name)

**Tax ID:** 45-4351791

*Please detach bottom portion and return with payment.*

Matthew D. Grove, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
 80203

| | | |
|---|---|---|
| Invoice No. | : | 7718 |
| Invoice Date | : | 11/8/2013 |
| **Total Due** | : | **$514.45** |

| | | |
|---|---|---|
| Job No. | : | 2496 |
| BU ID | : | H&C |
| Case No. | : | 13-CV-1300-MSK-MJW |
| Case Name | : | John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper |

Remit To:   **Hansen & Company, Inc.**
**1600 Broadway, Ste. 470**
**Denver CO  80202**

Attachment 1 to Exhibit A
Page 55

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7818 | 11/20/2013 | 2527 |

| Job Date | Case No. |
|---|---|
| 11/12/2013 | 13-CV-1300-MSK-MJW |

| Case Name |
|---|
| John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper |

| Payment Terms |
|---|
| Due upon receipt |

**H&C**
1600 Broadway St., Ste. 470
Denver, CO 80202

phone 303-691-0202
fax    303-691-2444

Hansen & Company, Inc.
Court Reporting

John T. Lee, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
  80203

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Cheryl Wilson | 83.00 | Pages | 178.45 |
| Exhibits B&W | 6.00 | Pages | 1.50 |
| | **TOTAL DUE  >>>** | | **$179.95** |

Your client matter: John W. Hickenlooper
E-trans, PDF Exhibit (1)
Original exhibit attached to original transcript

Thank you.  Your business is appreciated.  We accept Visa/MasterCard and American Express.
Finance charges will be applied monthly for invoice unpaid over 30 days.

PO # RQLAA14DL-01
Alpha No EXAD-GRYLU

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured; and were found in good condition and complying with the specifications given, or that the the services were satisfactory"

11/20/13          D. Bendell
(Date)               (Name)

**Tax ID:** 45-4351791

*Please detach bottom portion and return with payment.*

John T. Lee, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
  80203

| Invoice No. | : | 7818 |
|---|---|---|
| Invoice Date | : | 11/20/2013 |
| **Total Due** | : | **$179.95** |

| Remit To: | **Hansen & Company, Inc.** |
|---|---|
| | **1600 Broadway, Ste. 470** |
| | **Denver CO  80202** |

| Job No. | : | 2527 |
|---|---|---|
| BU ID | : | H&C |
| Case No. | : | 13-CV-1300-MSK-MJW |
| Case Name | : | John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper |

```
FUNCTION:                  DOCID: PV LAA 14DL0000054        11/22/13   10:18:10 AM
STATUS: PEND3              BATID:              ORG:
H-                         PAYMENT VOUCHER INPUT FORM

     PV DATE: 11 20 13     ACCOUNTING PRD: 05 14    BUDGET FY: 14
     ACTION:  E                      PV TYPE: 1     SCH PAY DATE:

     OFF LIAB ACCT:             FA IND:   DOCUMENT TOTAL:         208.20
                                          CALC DOC TOTAL:         208.20
        VENDOR CODE: 840835207    CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: HUNTER & GEIST INC
                DBA:
            ADDRESS: 1900 GRANT ST STE 1025
               CITY: DENVER              ST: CO  ZIP: 80203
     ACCOUNT NUMBER:
     SELLER:  FUND:            AGENCY:              ORG:
          SUB-ORG:         APPR CODE:         PROGRAM:
         FUNCTION:           OBJECT:          SUB-OBJ:
          REV SRC:          SUB-REV:          BS ACCT:
              GBL:         RPTG CAT:           JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

NOV 22 2013

By _____

```
FUNCTION:                  DOCID: PV LAA 14DL0000054        11/22/13   10:18:22 AM
STATUS: PEND3              BATID:              ORG:         001-001 OF 001
   LN    REFERENCE          COM   VENDOR    INV           SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM
   -- -- --- ----------- -- -- --------------- --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- --- ----- ---------- ---------------
       DESCRIPTION            QUANTITY   I/D    AMOUNT      I/D P/F FEE CD
   --------------------------- --------------- --- -------------- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ ----------- ------- ---------

01- 01 RQ LAA 14DL0000001  01    105099           26Q LAA 0600    221
       1930 05
    EX AD GRYLU              0.000           208.20
                              N
02-                                          LAA
```

Verified & Approved

NOV 22 2013

# Hunter + Geist, Inc.

1900 Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966    Fax: (303) 832-9525

| | |
|---|---|
| Job #: | 131104TD |
| Job Date: | 11/04/13 |
| Order Date: | 11/04/13 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | John W. Hickenlooper |

## Invoice

| | |
|---|---|
| Invoice #: | 105099 |
| Inv.Date: | 11/14/13 |
| Balance: | $208.20 |

**Bill To:**
Molly Moats, Esq.
Attorney General's Office
1300 Broadway
1st Floor Mail Room
Denver, CO 80203

| | |
|---|---|
| Action: | Cooke, John B., et al. |
| | vs |
| | Hickenlooper, John W. |
| Action #: | 13-cv-1300-MSK-M |
| Rep: | Cindy J. Brandt |
| Cert: | |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Lorne Kramer | Certified Transcript | $189.20 |
| 2 | Lorne Kramer | Electronic Transcript Files | $15.00 |
| 3 | Lorne Kramer | Scanned Exhibits | $4.00 |
| 4 | Lorne Kramer | Word Index - NO CHARGE | $0.00 |

PO # RQLAA14DL-01
EXAD-GRYLU

Alpha No
"I hereby certify that the goods or services shown on the invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory." 11/14/13   P. Bendell
_____(Date)_____   _____(Name)_____

**Comments:**

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $208.20 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $208.20 |
| Payment | $0.00 |
| **Balance Due** | $208.20 |

Federal Tax I.D.: 84-0835207    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Molly Moats, Esq.
Attorney General's Office
1300 Broadway
1st Floor Mail Room
Denver, CO 80203

**Deliver To:**
Molly Moats, Esq.
Attorney General's Office
1300 Broadway
1st Floor Mail Room
Denver, CO 80203

## Invoice

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

| | |
|---|---|
| Invoice #: | 105099 |
| Inv.Date: | 11/14/13 |
| Balance: | $208.20 |
| Job #: | 131104TD |
| Job Date: | 11/04/13 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | John W. Hickenlooper |

Attachment 1 to Exhibit A
Page 58

FUNCTION:                         DOCID: PV LAA 14DL0000055        11/22/13   10:49:52 AM
STATUS: PEND3                     BATID:                    ORG:
H-                                PAYMENT VOUCHER INPUT FORM

    PV DATE: 11 22 13        ACCOUNTING PRD: 05 14      BUDGET FY: 14
    ACTION:  E                      PV TYPE: 1        SCH PAY DATE:

    OFF LIAB ACCT:              FA IND:    DOCUMENT TOTAL:         546.90
                                          CALC DOC TOTAL:         546.90
    VENDOR CODE: 581975623      CHECK CATEGORY: L    SINGLE CHECK FLAG:
    VENDOR NAME: MCKEE COURT REPORTING INC
            DBA:
        ADDRESS: PO BOX 9092
           CITY: SAVANNAH              ST: GA   ZIP: 31412
ACCOUNT NUMBER:
    SELLER:  FUND:              AGENCY:                   ORG:
           SUB-ORG:          APPR CODE:               PROGRAM:
          FUNCTION:             OBJECT:               SUB-OBJ:
           REV SRC:            SUB-REV:               BS ACCT:
              GBL:            RPTG CAT:                JOB NO:     INPUT
    OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3                                      NOV 22 2013

                                                                  By _____ dl

FUNCTION:                         DOCID: PV LAA 14DL0000055        11/22/13   10:49:53 AM
STATUS: PEND3                     BATID:                    ORG:          001-001 OF 001
    LN     REFERENCE        COM  VENDOR      INV           SUB APPR
    NO CD AGY    NUMBER     LN LN   INVOICE   LN  FND AGY ORG ORG CODE PGM

    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP

       DESCRIPTION              QUANTITY   I/D   AMOUNT        I/D P/F FEE CD

    RET %     RET AMOUNT   EFT IND  APPL TYPE

01- 01 RQ LAA 14DL0000001 01    32195           26Q LAA 0600     221
      1930 05
    EX AD GRYLU                      0.000             546.90
                            N                                LAA
02-

ified & Approved
NOV 22 2013

# Invoice

McKee Court Reporting, Inc.

106 Montgomery Street (31401)
Post Office Box 9092
Savannah, GA 31412
1-800-894 8322       EIN# 58-1975623

| Date | Invoice # |
|------|-----------|
| 11/4/2013 | 32195 |

*purchase order*
*EXAD-GRYLU*

**Bill To**

Molly Allen Moats, Esq.
Attorney General
1300 Broadway
10th Floor
Denver, Co   80202

Acuna No.
thereby certify that the goods or services shown on the invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory.

11/5/2013
(Date)          (Name)

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | ORIGINAL AND ONE COPY OF THE DEPOSITION OF DAVID BAYNE, IV | 391.50 | 391.50 |
| 1 | APPEARANCE FEE | 95.00 | 95.00 |
| 11 | B/W EXHIBITS COPIED SCANNED HYPERLINKED | 0.50 | 5.50 |
| 1 | READ & SIGN LETTER | 15.00 | 15.00 |
| 2 | Shipping | 19.95 | 39.90 |
|  | IN RE:  JOHN B.COOKE vs. JOHN HICKENLOOPER |  |  |
|  | JOB DATE: OCTOBER 24, 2013 |  |  |
|  | CASE NUMBER:  13-CV-1300-MSK-MJW |  |  |

| | | |
|---|---|---|
| Thank you for your business. | **Total** | $546.90 |

```
FUNCTION:                  DOCID: PV LAA 14DL0000063      11/26/13   04:48:53 PM
STATUS: PEND3              BATID:              ORG:
H-                         PAYMENT VOUCHER INPUT FORM

       PV DATE: 11 26 13      ACCOUNTING PRD: 05 14    BUDGET FY: 14
       ACTION:  E                 PV TYPE: 1       SCH PAY DATE:

    OFF LIAB ACCT:          FA IND:       DOCUMENT TOTAL:      1,123.50
                                          CALC DOC TOTAL:      1,123.50
    VENDOR CODE: 841144199      CHECK CATEGORY: L   SINGLE CHECK FLAG:
    VENDOR NAME: CALDERWOOD-MACKELPRANG INC
          DBA:
      ADDRESS: 7150 E HAMPDEN AVE STE 303
         CITY: DENVER                ST: CO  ZIP: 80224
  ACCOUNT NUMBER:
    SELLER:  FUND:          AGENCY:              ORG:
       SUB-ORG:          APPR CODE:           PROGRAM:
      FUNCTION:           OBJECT:             SUB-OBJ:
       REV SRC:          SUB-REV:             BS ACCT:
         GBL:           RPTG CAT:              JOB NO:
    OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

NOV 26 3913

By _____

```
FUNCTION:                  DOCID: PV LAA 14DL0000063      11/26/13   04:49:03 PM
STATUS: PEND3              BATID:              ORG:        001-002 OF 003
  LN    REFERENCE         COM   VENDOR    INV              SUB APPR
  NO CD AGY    NUMBER     LN LN  INVOICE  LN FND AGY ORG ORG CODE PGM
  -- -- --- ------------ -- -- --------- --- --- --- --- --- ---- ---
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- ---  ----  --------  ---- --- ---
      DESCRIPTION        QUANTITY  I/D  AMOUNT   I/D P/F FEE CD
  --- ------------- ------------- --- -------------- --- --- --- --
  RET %    RET AMOUNT  EFT IND  APPL TYPE
  ------ ------------- ------- ---------
01- 01 RQ LAA 14DL0000001  01    13 777LA        26Q LAA 0600     221
     1930 05
  EX AD GRYLU              0.000            237.45
                     N
02- 02 RQ LAA 14DL0000001  01    13 776LA        26Q LAA 0600     221
     1930 05
  EX AD GRYLU              0.000            383.95
                     N
```

Verified & Approved

NOV 2 7 2013

By _____

```
FUNCTION:                    DOCID: PV LAA 14DL0000063        11/26/13    04:49:04 PM
STATUS: PEND3                BATID:                     ORG:              003-003 OF 003
    LN    REFERENCE            COM   VENDOR      INV                      SUB APPR
    NO CD AGY    NUMBER        LN LN   INVOICE     LN  FND AGY ORG ORG    CODE PGM
    -- -- ---  --------        -- --  ---------   --  --- --- --- ---     ---- ---
   FUNC OBJ/SUB  REV  SRC SUB-REV BS ACCT GBL   RPTG   JOB/PROJ   DISC / RET TYP
   ----  -------  ---- --- -------  -- ---- ---  ----  ---------  ----- ------
          DESCRIPTION           QUANTITY   I/D   AMOUNT      I/D P/F FEE CD
         -----------           --------   ---   ------       --- --- ------
   RET %    RET AMOUNT     EFT IND  APPL TYPE
   -----  -------------   --- ---  ---------
01- 03 RQ LAA 14DL0000001  01     13 793AS        26Q LAA 0600      221
        1930 05
    EX AD GRYLU                    0.000            502.10
                             N
02-                                              LAA
```



*Calderwood-Mackelprang, Inc.*
Registered Professional Reporters

**BILL TO:**

| | |
|---|---|
| Matthew D. Grove, Esq.<br>Assistant Attorney General<br>1300 Broadway, Floor10<br>Denver, Colorado  80203 | |

| Date | 11/18/2013 |
|---|---|
| Invoice No. | 13 777LA |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Cooke, et al. v. Hickenlooper | |
| November 12, 2013 | |
| DEPOSITION OF TIMOTHY BROUGH - 30B6<br>Original transcript preparation, 69 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 224.25 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 41 pgs. - scanned & emailed | 8.20 |

PO# RQLAA14DC-01
EXAD-GRYLU

Alpha No
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the service were satisfactory."

11/18/13   D. Burdell
(Date)      (Name)

| NET 30 DAYS<br>THANK YOU! | | Total | **$237.45** |
|---|---|---|---|

Brough-orig

We accept credit cards.



*Calderwood-Mackelprang, Inc.*
Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado  80203

| Date | 11/18/2013 |
|---|---|
| Invoice No. | 13 776LA |

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Cooke, et al. v. Hickenlooper | |
| November 12, 2013 | |
| Full-Day Appearance Fee (Line item 1c) | 0.00 |
| DEPOSITION OF JOHN BURRUD - 30B6<br>Original transcript preparation, 104 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 338.00 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 91 pgs. (11 color pages) - scanned & emailed | 20.95 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

PO# RQ LAA 14DL-01
EXAD-GRYLU

Alpha No _____
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have been received, carefully inspected, weighed according to our records, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

11/18/13          O. Burdell
(Date)              (Name)

| **NET 30 DAYS**<br>**THANK YOU!** | **Total** | **$383.95** |
|---|---|---|

Burrud/Brough-orig

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



*Calderwood-Mackelprang, Inc.*
Registered Professional Reporters

**BILL TO:**

Stephanie L. Scoville, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

| Date | 11/20/2013 |
|---|---|
| Invoice No. | 13 793AS |

*PO # RQLAA14DL-01*
*EXAD- GRYLL*

Alpha No.
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given. so that the persons were satis-factory."
*11/20/2013*  (Date)   (Name)

**Tax ID:** 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Cooke v. Hickenlooper | |
| November 8, 2013 | |
| Full-Day Appearance Fee (Line item 1c) | 0.00 |
| DEPOSITION OF NICHOLAS COLGLAZIER<br>Original transcript preparation, 142 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 461.50 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 78 pgs. - scanned & emailed | 15.60 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

| NET 30 DAYS THANK YOU! | **Total** | **$502.10** |
|---|---|---|

as110813a

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                    DOCID: PV LAA 14DL0000064          12/04/13   09:14:26 AM
STATUS: PEND3                BATID:              ORG:
H-                              PAYMENT VOUCHER INPUT FORM

       PV DATE: 12 03 13       ACCOUNTING PRD: 05 14     BUDGET FY: 14
       ACTION:  E                    PV TYPE: 1           SCH PAY DATE:

    OFF LIAB ACCT:             FA IND:    DOCUMENT TOTAL:        1,968.50
                                         CALC DOC TOTAL:        1,968.50
       VENDOR CODE: 593713909      CHECK CATEGORY: L    SINGLE CHECK FLAG:
       VENDOR NAME: THIRD CIRCUIT REPORTERS & VIDEO
               DBA:
           ADDRESS: PO BOX 827
              CITY: LAKE CITY              ST: FL  ZIP: 32056
 ACCOUNT NUMBER:
   SELLER:  FUND:              AGENCY:              ORG:
          SUB-ORG:          APPR CODE:           PROGRAM:
         FUNCTION:             OBJECT:           SUB-OBJ:
          REV SRC:            SUB-REV:           BS ACCT:  INPUT
              GBL:           RPTG CAT:            JOB NO  DEC - 4  2013
   OFF REC ACCT:                                        By
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                    DOCID: PV LAA 14DL0000064          12/04/13   09:14:29 AM
STATUS: PEND3                BATID:              ORG:              001-001 OF 001
    LN    REFERENCE         COM   VENDOR      INV            SUB APPR
    NO CD AGY    NUMBER     LN LN  INVOICE     LN FND AGY ORG ORG CODE PGM
   -- -- --- ------------- -- -- ------------ --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- ------- ------- ------- --- ----  ----------- ---------------
       DESCRIPTION          QUANTITY   I/D   AMOUNT       I/D P/F FEE CD
   ---------------------- ----------- --- -------------- --- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------- ------------- -------- ---------
01- 01 RQ LAA 14DL0000001 01   16113            26Q LAA 0600    221
      1930 05
   EX AD GRYLU                  0.000           1,968.50
                          N
02-                                             LAA
```

Verified & Approved

DEC 04 2013

By



# INVOICE

**Date:** 11/18/2013

**Invoice #** *16113*

## hird Circuit
### REPORTERS & VIDEO

Post Office Box 827
Lake City, Florida 32056
Phone: 386.754.2482 / Fax: 386.754.2408

RQ LAA14DL-01

Alpha No  EXAD-GRYLU

"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

11/19/2013   Duane J. Gooch
(Date)            (Name)



NCRA
MEMBER
Guardians of the Record

**Bill To:**

Molly Allen Moats, Assistant Attorney Gen
Attorney General's Office, Colorado
1300 Broadway, 10th Floor
Denver, Colorado  80203
720.508.6570

**JOB #**

N/A

| Date | Description | Amount |
|------|-------------|--------|
| 10/29/13 | In Re:  John B. Cooke, Sheriff of Weld County, et al. v. John W. Hickenlooper, Governor of the State of Colorado.  Civil Action No.  13-cv-01300-MSK-MJW. | |
| | Deposition of MASSAD AYOOB taken in Live Oak, Florida. | |
| | Attendance of Court Reporter:  9:00 a.m. - 3:30 p.m. | 312.50 |
| | Rough Draft:  (231 pages). | 346.50 |
| | Transcript:  Original & Copy (257 pages  - Volumes I & II). | 1,220.75 |
| | Exhibits:  (88 pages.) | 44.00 |
| | E-Tran | 20.00 |
| | Postage and Handling | 24.75 |

*THANK YOU FOR USING OUR SERVICES.*
*WE APPRECIATE YOUR BUSINESS!*

| | |
|---|---|
| **Total** | $1,968.50 |
| **Credits** | $0.00 |
| **Balance Due** | $1968.50 |

**Court Reporter - Cassie Minnich**

Pay By Credit Card. 3% Transaction Fee Applies.
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone: _____
Billing Address: _____
Zip:_____ Security Code: _____
Amount to Charge: $_____
Cardholder's Signature: _____

E-Mail:  thirdcircuit@allcourtreporters.com
Website:  AllCourtReporters.com

*TAX ID # 59-3713909.  REMIT TO: Third Circuit Reporters & Video.  PLEASE INCLUDE INVOICE #*

TERMS:  NOT BILLED ON CONTINGENCY BASIS.  BALANCE IS DUE UPON RECEIPT.  AMOUNT DUE AFTER THIRTY DAYS IS SUBJECT TO FINANCE CHARGES AT THE RATE OF 1.5% PER MONTH, PLUS COLLECTION COSTS, INCLUDING REASONABLE ATTORNEY'S FEES.

FUNCTION:                    DOCID: PV LAA 14DL0000071        12/11/13   10:23:50 AM
STATUS: PEND3                BATID:              ORG:
H-                           PAYMENT VOUCHER INPUT FORM

        PV DATE: 11 30 13      ACCOUNTING PRD: 05 14     BUDGET FY: 14
        ACTION:  E                        PV TYPE: 1     SCH PAY DATE:

        OFF LIAB ACCT:           FA IND:    DOCUMENT TOTAL:        298.10
                                            CALC DOC TOTAL:        298.10
          VENDOR CODE: LAA100000     CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
          VENDOR NAME: COLVILLE & ASSOCIATES LLC
                  DBA:
              ADDRESS: 1309 E BROADWAY
                 CITY: TUCSON               ST: AZ   ZIP: 85719 5824
      ACCOUNT NUMBER:
        SELLER:  FUND:              AGENCY:               ORG:
              SUB-ORG:           APPR CODE:           PROGRAM:
             FUNCTION:             OBJECT:           SUB-OBJ:
              REV SRC:            SUB-REV:           BS ACCT:
                  GBL:           RPTG CAT:            JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3                       INPUT
                                                 DEC 10 2013
                                                 By _____

FUNCTION:                    DOCID: PV LAA 14DL0000071        12/11/13   10:24:03 AM
STATUS: PEND3                BATID:              ORG:         001-001 OF 001
   LN     REFERENCE          COM    VENDOR       INV              SUB APPR
   NO CD AGY    NUMBER       LN LN   INVOICE      LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- -- ----------- --- --- --- ----- ---- ----

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ---- --------- ---- ----

         DESCRIPTION            QUANTITY   I/D    AMOUNT      I/D P/F FEE CD
   ------------------------ ----------- --- --------------- --- --- ------

   RET %    RET AMOUNT     EFT IND  APPL TYPE
   ------  --------------  -------  ---------
01- 01 RQ LAA 14DL0000001  01   316662          26Q LAA 0600    221
       1930 05
   EX AD GRYLU                0.000             298.10
                          N
02-                                            LAA


01-A637W-1099 OBJT CODE/MISC. VEND CODE

Verified & Approved

DEC 11 2013

By _____

Attachment 1 to Exhibit A
Page 68

PV 14DL-68

# INVOICE



Colville & Associates, LLC
1309 E. Broadway, Tucson, AZ 85719-5824 | (520) 884-9041 | FAX (520) 623-1681

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 316662 | 12/3/2013 | 55828 |

| Job Date | Case No. | |
|---|---|---|
| 11/6/2013 | 13-CV-1300-MSK-MJW | |

| Case Name | | |
|---|---|---|
| Cooke vs Hickenlooper | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

John T. Lee
Colorado Department of Law - Appellate Division- State
Attorney
Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO  80203

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Roger Salzgeber | 63.00 | Pages | @ | 2.40 | 151.20 |
| Scanned and Emailed Exhibits (color and b&w) | 17.00 | Pages | @ | 0.50 | 8.50 |
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Patricia Maisch | 56.00 | Pages | @ | 2.40 | 134.40 |
| Scanned and Emailed Exhibits (color and b&w) | 8.00 | Pages | @ | 0.50 | 4.00 |
| | | **TOTAL DUE  >>>** | | | **$298.10** |

We appreciate your business.  Thank you

PO# ROLAA 14DL-01
EXAD-GRYLU

Alpha No
I hereby certify that the goods or services shown on this invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory

12/6/13 _____  D. Bendell
(Date)            (Name)

**Tax ID:** 20-8131696

*Please detach bottom portion and return with payment.*

John T. Lee
Colorado Department of Law - Appellate Division-
State Attorney
Ralph L. Carr Judicial Center
1300 Broadway, 9th Floor
Denver, CO  80203

| | | |
|---|---|---|
| Invoice No. | : | 316662 |
| Invoice Date | : | 12/3/2013 |
| **Total Due** | : | **$298.10** |

| | | |
|---|---|---|
| Job No. | : | 55828 |
| BU ID | : | 1-MAIN |
| Case No. | : | 13-CV-1300-MSK-MJW |
| Case Name | : | Cooke vs Hickenlooper |

Remit To:   **Colville & Associates, LLC**
            **1309 E. Broadway**
            **Tucson, AZ  85719-5824**

Attachment 1 to Exhibit A
Page 69

```
FU'CTION:                DOCID: PV LAA 14DL0000072      12/11/13   10:51:01 AM
STATUS: PEND3            BATID:                  ORG:
H-                       PAYMENT VOUCHER INPUT FORM


    PV DATE: 11 30 13      ACCOUNTING PRD: 05 14    BUDGET FY: 14
    ACTION:  E                   PV TYPE: 1      SCH PAY DATE:


    OFF LIAB ACCT:            FA IND:   DOCUMENT TOTAL:        371.05
                                       CALC DOC TOTAL:        371.05
       VENDOR CODE: LAA100000     CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
       VENDOR NAME: DEL VECCHIO REPORTING SERVICES LLC
              DBA:
          ADDRESS: 117 RANDI DRIVE
             CITY: MADISON            ST: CT  ZIP: 06443
 ACCOUNT NUMBER:
    SELLER: FUND:           AGENCY:                 ORG:
         SUB-ORG:           APPR CODE:           PROGRAM:
        FUNCTION:           OBJECT:              SUB-OBJ:
         REV SRC:           SUB-REV:             BS ACCT:
             GBL:           RPTG CAT:            JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

DEC 10 2013

By _____ d

```
FUNCTION:                DOCID: PV LAA 14DL0000072      12/11/13   10:51:02 AM
STATUS: PEND3            BATID:                  ORG:       001-001 OF 001
   LN    REFERENCE         COM   VENDOR    INV            SUB APPR
   NO CD AGY    NUMBER     LN LN   INVOICE  LN FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- -- --- ----------- --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----  --------  -------------
        DESCRIPTION            QUANTITY   I/D   AMOUNT      I/D P/F FEE CD
   -------------------------- -------- --- -- ------------- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ -------------- ------- --------- -------
01- 01 RQ LAA 14DL0000001  01    47744          26Q LAA 0600    221
      1930 05
   EX AD GRYLU             0.000            371.05
                    N
02-                                         LAA
```

```
01-A637W-1099 OBJT CODE/MISC. VEND CODE
```

Verified & Approved

DEC 11 2013

By _____

# INVOICE

## Del Vecchio Reporting Services, LLC

### Professional Shorthand Reporters
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 47744

*Please refer to invoice number when remitting.*

NOVEMBER 30, 2013

KATHLEEN SPALDING, ESQ.
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO  80203
Tel: 720.508.6634
kit.spalding@state.co.us

RE:  COOKE VS. HICKENLOOPER

DEPOSITION OF: ETHAN RODRIGUEZ-TORRENT

**TAKEN: NOVEMBER 7, 2013**

| | |
|---|---|
| TRANSCRIPT PRODUCTION       CERTIFIED COPY | $ 260.00 |
| E-TRAN | 45.00 |
| CONDENSED TRANSCRIPT | 35.00 |
| EXHIBITS | no charge |
| POSTAGE | 8.90 |
| SUBTOTAL | 348.90 |
| CT SALES TAX 6.35% | 22.15 |
| GRAND TOTAL | $ 371.05 |

*PO # RQLAA14DL-01*
*EXAD-GRYLU*

Alpha No _____
"I hereby certify that the goods or services shown on the invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory."
*12/6/13  D.Bendell*
(Date)            (Name)

EIN: 06-1464733

REPORTER:  LEE ANN BIANCUCCI, LSR, RPR

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments. Admitted may apply. Fees all taxable. EIN: 06-1464733

```
FUNCTION:                    DOCID: PV LAA 14DL0000075        12/16/13   01:49:05 PM
STATUS: PEND3                BATID:                 ORG:
H-                              PAYMENT VOUCHER INPUT FORM

      PV DATE: 12 16 13       ACCOUNTING PRD: 06 14    BUDGET FY: 14
      ACTION:  E                    PV TYPE: 1      SCH PAY DATE:

      OFF LIAB ACCT:           FA IND:    DOCUMENT TOTAL:        284.40
                                          CALC DOC TOTAL:        284.40
         VENDOR CODE: 840835207    CHECK CATEGORY: L   SINGLE CHECK FLAG:
         VENDOR NAME: HUNTER & GEIST INC
                 DBA:
             ADDRESS: 1900 GRANT ST STE 1025
                CITY: DENVER              ST: CO  ZIP: 80203
   ACCOUNT NUMBER:
   SELLER:  FUND:              AGENCY:                ORG:
          SUB-ORG:          APPR CODE:           PROGRAM:
          FUNCTION:           OBJECT:           SUB-OBJ:
          REV SRC:          SUB-REV:           BS ACCT:
             GBL:          RPTG CAT:               JOB INPUT
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3                       DEC 1 3  p0)3
                                                   By        d
```

```
FUNCTION:                    DOCID: PV LAA 14DL0000075        12/16/13   01:49:06 PM
STATUS: PEND3                BATID:                 ORG:         001-001 OF 001
   LN    REFERENCE          COM   VENDOR    INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE  LN  FND AGY ORG  ORG CODE PGM
   -- -- --- ------------ -- --- ------------ --- --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ---- ---------- ---------------
        DESCRIPTION         QUANTITY  I/D  AMOUNT     I/D P/F FEE CD
   --------------------- ------------ --- ------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------  -------------- ------- -------  ---------
01- 01 RQ LAA 14DL0000001  01    105639         26Q LAA 0600     221
      1930 05
   EX AD GRYLU                 0.000            284.40
                            N
02-                                             LAA
```

Verified & Approved
DEC 1 6 2013
By:

# Hunter + Geist, Inc.

1900 Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966    Fax: (303) 832-9525

Job #: 131108TD
Job Date: 11/08/13
Order Date: 11/08/13
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: John W. Hickenlooper

# Invoice

| | |
|---|---|
| **Invoice #:** | 105639 |
| **Inv.Date:** | 12/06/13 |
| **Balance:** | $284.40 |

**Bill To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

Action: **Cooke, John B., et al.**
vs
**Hickenlooper, John W.**
Action #: **13-cv-1300-MSK-M**
Rep: **Sandy Bray**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Daniel Oates | Certified Transcript | $173.80 |
| 2 | Daniel Oates | Rough Draft | $95.00 |
| 3 | Daniel Oates | Electronic Transcript Files | $15.00 |
| 4 | Daniel Oates | Scanned Exhibits | $0.60 |
| 5 | Daniel Oates | Word Index - NO CHARGE | $0.00 |

*Po# RQLAA14DL-01*
*EXAD-GRYLU*

Alpha No
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

*12/9/13*        *D. Bendell*
(Date)              (Name)

**Comments:**

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $284.40 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $284.40 |
| Payment | $0.00 |
| **Balance Due** | $284.40 |

Federal Tax I.D.: 84-0835207        Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

**Deliver To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

# Invoice

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

| | |
|---|---|
| **Invoice #:** | 105639 |
| **Inv.Date:** | 12/06/13 |
| **Balance:** | $284.40 |
| **Job #:** | 131108TD |
| **Job Date:** | 11/08/13 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | John W. Hickenlooper |

Attachment 1 to Exhibit A
Page 73

```
FUNCTION:                    DOCID: PV LAA 14DL0000079        12/18/13    12:20:03 PM
STATUS: PEND3                BATID:                   ORG:
H-                               PAYMENT VOUCHER INPUT FORM

     PV DATE: 11 17 13      ACCOUNTING PRD: 06 14     BUDGET FY: 14
     ACTION:  E                   PV TYPE: 1          SCH PAY DATE:

     OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:        285.60
                                        CALC DOC TOTAL:        285.60
        VENDOR CODE: 840835207    CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: HUNTER & GEIST INC
               DBA:
           ADDRESS: 1900 GRANT ST STE 1025
              CITY: DENVER              ST: CO  ZIP: 80203
  ACCOUNT NUMBER:
    SELLER:  FUND:           AGENCY:              ORG:
          SUB-ORG:        APPR CODE:           PROGRAM:
         FUNCTION:          OBJECT:           SUB-OBJ:
          REV SRC:         SUB-REV:           BS ACCT:
             GBL:         RPTG CAT:            JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

DEC 18 2013

By dl

```
FUNCTION:                    DOCID: PV LAA 14DL0000079        12/18/13    12:20:05 PM
STATUS: PEND3                BATID:                   ORG:          001-001 OF 001
   LN    REFERENCE          COM   VENDOR     INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- ------------ --- --- --- ---- ---- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ------ ---------- ---------------
       DESCRIPTION            QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
   -------------------------- -------------- --- -------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------ -------------- ------- ------- ----
01- 01 RQ LAA 14DL0000001  01    104782          26Q LAA 0600    221
       1930 05
    EX AD GRYLU                    0.000          285.60
                            N
02-                                              LAA
```

Verified & Approved

DEC 1 8 2013

By _[signature]_

# Hunter + Geist, Inc.

1900 Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966    Fax: (303) 832-9525

| | |
|---|---|
| Job #: | 131023BB |
| Job Date: | 10/23/13 |
| Order Date: | 10/23/13 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | John W. Hickenlooper |

## Invoice

| | |
|---|---|
| Invoice #: | 104782 |
| Inv.Date: | 11/01/13 |
| Balance: | $285.60 |

**Bill To:**
Molly Moats, Esq.
Attorney General's Office
1300 Broadway
1st Floor Mail Room
Denver, CO 80203

| | |
|---|---|
| Action: | Cooke, John B., et al. |
| | vs |
| | Hickenlooper, John W. |
| Action #: | 13-cv-1300-MSK-M |
| Rep: | Barbara Birger |
| Cert: | RMR, CRR |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Dan Montgomery | Certified Transcript | $270.60 |
| 2 | Dan Montgomery | Electronic Transcript Files | $15.00 |
| 3 | Dan Montgomery | Word Index - NO CHARGE | $0.00 |

PO# RQLAA14DC-01
EXAD GRYLU

Alpha No
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply ing with the specifications given, or that the services were satis factory."
12/17/13   D. Bendell
(Date)        (Name)

**Comments:**

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $285.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $285.60 |
| Payment | $0.00 |
| Balance Due | $285.60 |

| | | |
|---|---|---|
| Federal Tax I.D.: | 84-0835207 | Terms: Net 30 Days @ 1.5% |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Molly Moats, Esq.
Attorney General's Office
1300 Broadway
1st Floor Mail Room
Denver, CO 80203

**Deliver To:**
Molly Moats, Esq.
Attorney General's Office
1300 Broadway
1st Floor Mail Room
Denver, CO 80203

## Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

| | |
|---|---|
| Invoice #: | 104782 |
| Inv.Date: | 11/01/13 |
| Balance: | $285.60 |
| Job #: | 131023BB |
| Job Date: | 10/23/13 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | John W. Hickenlooper |

```
FUNCTION:              DOCID: PV LAA 14JA0000001      12/03/13   10:13:26 AM
STATUS: PEND3          BATID:                ORG:
H-                        PAYMENT VOUCHER INPUT FORM

      PV DATE: 12 03 13     ACCOUNTING PRD: 05 14    BUDGET FY: 14
      ACTION:  E                  PV TYPE: 1         SCH PAY DATE:

      OFF LIAB ACCT:            FA IND:   DOCUMENT TOTAL:         388.35
                                         CALC DOC TOTAL:         388.35
        VENDOR CODE: 841144199    CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: CALDERWOOD-MACKELPRANG INC
               DBA:
           ADDRESS: 7150 E HAMPDEN AVE STE 303
              CITY: DENVER              ST: CO  ZIP: 80224
  ACCOUNT NUMBER:
    SELLER:  FUND:            AGENCY:              ORG:
          SUB-ORG:         APPR CODE:          PROGRAM:
         FUNCTION:           OBJECT:          SUB-OBJ:
          REV SRC:          SUB-REV:          BS ACCT:
             GBL:          RPTG CAT:           JOB NO:
       OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3


FUNCTION:              DOCID: PV LAA 14JA0000001      12/03/13   10:14:51 AM
STATUS: PEND3          BATID:                ORG:         001-001 OF 001
   LN   REFERENCE          COM  VENDOR     INV              SUB APPR
   NO CD AGY   NUMBER      LN LN  INVOICE    LN FND AGY ORG ORG CODE PGM
   -- -- --- ----------- -- -- ----------- -- --- --- ------ ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ----  ---------- --------------
        DESCRIPTION               QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
    -------------------------- -------- --- ------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------ -------------- ------- ---------
01- 01 RQ LAA 14DL0000001  01   13 824TH        26Q LAA 0600    221
       1930 05
    EX AD GRYLU               0.000        388.35
                          N
02-                                         LAA
```

Verified & Approved

DEC 0 3 2013

By:

INPUT

DEC - 3 2013



PO # RQLAA14DL-01

Alpha No  EXAD-GRYLU

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory"

12/3/13   D. Bendell
(Date)        (Name)

## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Molly Moats, Esq. .
Assistant Attorney General
1300 Broadway, Floor 10
Denver, CO 80203

| Date | 12/3/2013 |
|------|-----------|
| Invoice No. | 13 824TH |

**Tax ID:  84 - 1144199**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Cooke v. Hickenlooper | |
| November 13, 2013 | |
| Half-Day Appearance Fee (Line item 1a) | 0.00 |
| DEPOSITION OF J. PAUL BROWN<br>Original transcript preparation, 111 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 360.75 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 13 pgs. - scanned & emailed | 2.60 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |
| **NET 30 DAYS**<br>**THANK YOU!** | **Total**  $388.35 |

th111313a

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                DOCID: PV LAA 14JA0000002        12/03/13   11:57:20 AM
STATUS: PEND3            BATID:               ORG:
H-                           PAYMENT VOUCHER INPUT FORM

     PV DATE: 12 03 13      ACCOUNTING PRD: 05 14    BUDGET FY: 14
     ACTION:  E                   PV TYPE: 1         SCH PAY DATE:

     OFF LIAB ACCT:           FA IND:    DOCUMENT TOTAL:        2,666.88
                                         CALC DOC TOTAL:        2,666.88
        VENDOR CODE: 203132569    CHECK CATEGORY: L   SINGLE CHECK FLAG:
        VENDOR NAME: VERITEXT CORP
            DBA: VERITEXT CHICAGO REPORTING CO
        ADDRESS: 1 N LASALLE ST STE 400  P.O. Box 71303
           CITY: CHICAGO           ST: IL  ZIP: 60602 60694-1303
 ACCOUNT NUMBER:
     SELLER:  FUND:           AGENCY:              ORG:
            SUB-ORG:        APPR CODE:         PROGRAM:
           FUNCTION:          OBJECT:         SUB-OBJ:
            REV SRC:         SUB-REV:         BS ACCT:
               GBL:         RPTG CAT:          JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                DOCID: PV LAA 14JA0000002        12/03/13   11:57:22 AM
STATUS: PEND3            BATID:               ORG:      001-002 OF 002
     LN    REFERENCE        COM   VENDOR      INV           SUB APPR
     NO CD AGY    NUMBER    LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
     -- -- --- ----------- -- -- ----------- --- --- --- --- --- ---- ---

     FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
     ---- ------- ------- ------- ------- ---- ---- ---------- ---- --- ---

          DESCRIPTION         QUANTITY    I/D   AMOUNT     I/D P/F FEE CD
     ----------------- --------------- --- --------------- --- --- --- ---

     RET %    RET AMOUNT  EFT IND  APPL TYPE
     ------ --------------- ------- ---------
01- 01 RQ LAA 14DL0000001  01    NY1903825      26Q LAA 0600      221
      1930 05
     EX AD GRYLU            0.000          1,289.88
                        N
02- 02 RQ LAA 14DL0000001  01    NY1907459      26Q LAA 0600      221
      1930 05
     EX AD GRYLU            0.000          1,377.00
                        N
```

Verified & Approved

DEC 03 2013

By: _____

INPUT

DEC - 3 2013

By: _____

## Veritext  New York Reporting Co.

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Kathleen Spalding |
| | Colorado Attorney General |
| | 1300 Broadway |
| | 10th Floor |
| | Denver, CO, 80203 |

| **Invoice #:** | NY1903825 |
| **Invoice Date:** | 11/25/2013 |
| **Balance Due:** | $1,289.88 |

| **Case:** | Cooke, John B. v. Hickenlooper, John W. |
| **Job #:** | 1753292 | Job Date: 11/5/2013 | Delivery: Normal |
| **Billing Atty:** | Kathleen Spalding |
| **Location:** | Renzulli Law Firm |
| | 81 Main Street | Suite 508 | White Plains, NY 10601 |
| **Sched Atty:** | | David B. Kopel, Esq |

| Witness | Description | Units | Quantity | Price | Amount |
|---------|-------------|-------|----------|-------|--------|
| | Certified Transcript | Page | 343.00 | $3.50 | $1,200.50 |
| | Exhibits | Per Page | 17.00 | $0.35 | $5.95 |
| John Cerar | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | OCR | | 17.00 | $0.29 | $4.93 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | | | **Invoice Total:** | $1,289.88 |
|--------|--|--|--|--------------------|-----------|
| | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $1,289.88 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days, For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PO# RQLAAI4DL-01
EXAD-GRYLU

Alpha No _____
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, and that the services were satis-factory."

12/2/2013                          _____
(Date)                                    (Name)

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

101422

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | NY1903825 |
| **Job #:** | 1753292 |
| **Invoice Date:** | 11/25/2013 |
| **Balance:** | $1,289.88 |

Attachment 1 to Exhibit A
Page 79

**Veritext New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Kathleen Spalding | **Invoice #:** | NY1907459 |
| | Colorado Attorney General | **Invoice Date:** | 11/27/2013 |
| | 1300 Broadway | **Balance Due:** | $1,377.00 |
| | 10th Floor | | |
| | Denver, CO, 80203 | | |

| | |
|---|---|
| **Case:** | Cooke, John B. v. Hickenlooper, John W. |
| **Job #:** | 1753294 \| Job Date: 11/6/2013 \| Delivery: Normal |
| **Billing Atty:** | Kathleen Spalding |
| **Location:** | Renzulli Law Firm |
| | 81 Main Street \| Suite 508 \| White Plains, NY 10601 |
| **Sched Atty:** | \| David B. Kopel, Esq |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 371.00 | $3.50 | $1,298.50 |
| Douglas Fuchs | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | **Invoice Total:** | $1,377.00 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,377.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

PO# RQ LAA 14DL-01
EXAD-GRYLU

Alpha No _____
"I hereby certify that the goods or services shown on this invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given of what the goods were satis-
factory."

12/2/2013
(Date)          (Name)

| | To pay online, go to | Please remit payment to: | **Invoice #:** | NY1907459 |
|---|---|---|---|---|
| | **www.Veritext.com** | Veritext | **Job #:** | 1753294 |
| | | P.O. Box 71303 | **Invoice Date:** | 11/27/2013 |
| 101422 | Veritext accepts all major credit cards | Chicago IL 60694-1303 | **Balance:** | $1,377.00 |
| | (American Express, Mastercard, Visa, Dis | | | |

```
FUNCTION:                    DOCID: PV LAA 14JO0001051      03/04/14   08:04:39 AM
STATUS: PEND3                BATID:              ORG:
H-                        PAYMENT VOUCHER INPUT FORM

      PV DATE: 03 04 14      ACCOUNTING PRD: 08 14     BUDGET FY: 14
      ACTION: E                    PV TYPE: 1      SCH PAY DATE:

    OFF LIAB ACCT:           FA IND:     DOCUMENT TOTAL:        417.25
                                        CALC DOC TOTAL:        417.25
       VENDOR CODE: 454351791    CHECK CATEGORY: L   SINGLE CHECK FLAG:
       VENDOR NAME: HANSEN & COMPANY INC
              DBA:
          ADDRESS: 1600 BROADWAY STE 470
             CITY: DENVER              ST: CO  ZIP: 80202
   ACCOUNT NUMBER:
     SELLER:  FUND:            AGENCY:            ORG:
          SUB-ORG:        APPR CODE:         PROGRAM:
         FUNCTION:          OBJECT:         SUB-OBJ:
          REV SRC:         SUB-REV:         BS ACCT:
             GBL:         RPTG CAT:          JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                    DOCID: PV LAA 14JO0001051      03/04/14   08:04:41 AM
STATUS: PEND3                BATID:              ORG:        001-001 OF 001
   LN    REFERENCE          COM   VENDOR     INV              SUB  APPR
   NO CD AGY    NUMBER      LN LN   INVOICE    LN  FND AGY ORG ORG CODE PGM
   -- -- --- ----------- -- --- ----------- --- --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ---- ---------- --------------
        DESCRIPTION       QUANTITY   I/D  AMOUNT     I/D P/F FEE CD
   --------------------------- ----------- --- ------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------  -------------- ------- ----------
01- 01 RQ LAA 14DL0000001  01    8329            26Q LAA 0600    221
      1930 05
   EX AD GRYLU                  0.000             417.25
                            N
02-                                               LAA
```

Verified & Approved

MAR 0 5 2014

# INVOICE

**H&C**
Hansen & Company, Inc.
Court Reporting

1600 Broadway St., Ste. 470
Denver, CO 80202

phone 303-691-0202
fax    303-691-2444

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8329 | 2/25/2014 | 2827 |
| **Job Date** | **Case No.** | |
| 2/12/2014 | 13-CV-1300-MSK-MJW | |
| **Case Name** | | |
| John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper | | |
| **Payment Terms** | | |
| Due upon receipt | | |

LeeAnn Morrill, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
   80203

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Jennifer Longdon

       Exhibits B&W

| | | |
|---|---|---|
| 137.00 | Pages | 411.00 |
| 25.00 | Pages | 6.25 |
| **TOTAL DUE >>>** | | **$417.25** |

Your client matter: John W. Hickenlooper, Governor of the State of Colorado
E-trans, PDF Exhibits (1-3)
Original exhibits attached to original transcript

Thank you. Your business is appreciated. We accept Visa/MasterCard and American Express.
Finance charges will be applied monthly for invoice unpaid over 30 days.

Alpha No _EX AD GRYLU_

I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, for that the services were satisfactory.

2-28-14
(Date)                    (Name)

**Tax ID:** 45-4351791

*Please detach bottom portion and return with payment.*

```
FUNCTION:                    DOCID: PV LAA 14JO0001190        03/26/14    07:31:17 AM
STATUS: PEND3                BATID:                    ORG:
H-                            PAYMENT VOUCHER INPUT FORM


        PV DATE: 03 26 14       ACCOUNTING PRD: 09 14     BUDGET FY: 14
        ACTION:  E                   PV TYPE: 1          SCH PAY DATE:


    OFF LIAB ACCT:          FA IND:     DOCUMENT TOTAL:          1,572.00
                                        CALC DOC TOTAL:          1,572.00
        VENDOR CODE: 454351791    CHECK CATEGORY: L    SINGLE CHECK FLAG:
        VENDOR NAME: HANSEN & COMPANY INC
                DBA:
            ADDRESS: 1600 BROADWAY STE 470
               CITY: DENVER              ST: CO  ZIP: 80202
    ACCOUNT NUMBER:
        SELLER:  FUND:           AGENCY:               ORG:
             SUB-ORG:         APPR CODE:           PROGRAM:
            FUNCTION:            OBJECT:           SUB-OBJ:
             REV SRC:           SUB-REV:           BS ACCT:
                 GBL:          RPTG CAT:            JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                    DOCID: PV LAA 14JO0001190        03/26/14    07:31:19 AM
STATUS: PEND3                BATID:                    ORG:         001-001 OF 001
    LN      REFERENCE          COM   VENDOR      INV            SUB APPR
    NO CD AGY    NUMBER      LN LN    INVOICE     LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------ -- --- ------------ --- --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG   JOB/PROJ   DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ----   ---------- ---------------
        DESCRIPTION          QUANTITY   I/D  AMOUNT       I/D P/F FEE CD
    --------------------- ------------ --- -------------- --- --- ------
    RET %    RET AMOUNT   EFT IND  APPL TYPE
    ------ --------------- ------- ----------
01- 01 RQ LAA 14DL0000001  01     8488            26Q LAA 0600    221
        1930 05
    EX AD GRYLU                0.000          1,572.00
                          N
02-                                              LAA
```

Verified & Approved

MAR 2 6 2014

By:

Attachment 1 to Exhibit A
Page 83

INPUT

MAR 2 6 2014

By



**Hansen & Company, Inc.**
**Court Reporting**

1600 Broadway St., Ste. 470
Denver, CO 80202

phone 303-691-0202
fax   303-691-2444

# INVOICE

26 MAR 2014 AM 6:34

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8488 | 3/25/2014 | 2960 |

| Job Date | Case No. | |
|---|---|---|
| 3/13/2014 | 13-CV-1300-MSK-MJW | |

| Case Name | | |
|---|---|---|
| John B. Cooke, Sheriff of Weld County, et al., v. John W. Hickenlooper | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Stephanie Scoville, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
80203

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Kevin R. Davis | 95.00 | Pages | 413.25 |
| Appearance Fee | 2.00 | | 130.00 |
| Exhibits B&W | 131.00 | Pages | 32.75 |
| Materials/Labor | 1.00 | | 10.00 |
| Hand Deliver | 1.00 | | 20.00 |
| Video Conference Use | 3.00 | Hours | 687.00 |
| Affinity Bridge Addt'l Audio Line | 1.00 | | 279.00 |

Alpha No _____ EX AD GRYLU

"I hereby certify that the goods or services shown on this invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

3/25/14 _____ 02Klym_____
(Date)        (Name)

**TOTAL DUE   >>>**            **$1,572.00**

Your client matter: John Hickenlooper
Mini/ss, PDF Exhibits (1-2)
Original exhibits attached to original transcript
Video Conference - Denver - Akron, OH (1 hour regular business hours; 1 hour after 5pm in Akron OH) (2 hours regular business hours Denver)
Ship original exhibits from Akron

Thank you.  Your business is appreciated.  We accept Visa/MasterCard and American Express.
Finance charges will be applied monthly for invoice unpaid over 30 days.

**Tax ID:** 45-4351791

*Please detach bottom portion and return with payment.*

```
FUNCTION:                    DOCID: PV LAA 14JO0001210        04/01/14   10:30:46 AM
STATUS: PEND3                BATID:                 ORG:
H-                           PAYMENT VOUCHER INPUT FORM

      PV DATE: 04 01 14       ACCOUNTING PRD: 09 14      BUDGET FY: 14
      ACTION: E                       PV TYPE: 1         SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:          184.25
                                         CALC DOC TOTAL:          184.25
         VENDOR CODE: 454351791    CHECK CATEGORY: L   SINGLE CHECK FLAG:
         VENDOR NAME: HANSEN & COMPANY INC
               DBA:
           ADDRESS: 1600 BROADWAY STE 470
              CITY: DENVER              ST: CO  ZIP: 80202
   ACCOUNT NUMBER:
      SELLER:  FUND:           AGENCY:              ORG:
             SUB-ORG:        APPR CODE:          PROGRAM:
            FUNCTION:          OBJECT:          SUB-OBJ:
            REV SRC:          SUB-REV:          BS ACCT:
                GBL:         RPTG CAT:           JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                    DOCID: PV LAA 14JO0001210        04/01/14   10:30:51 AM
STATUS: PEND3                BATID:                 ORG:          001-001 OF 001
    LN    REFERENCE         COM   VENDOR     INV              SUB APPR
    NO CD AGY   NUMBER      LN LN   INVOICE    LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------ -- --- ------------ -- --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ----- ---------- ---------------
        DESCRIPTION              QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
    -------------------------- ------------- --- ------------- --- --- ------
    RET %    RET AMOUNT    EFT IND  APPL TYPE
    ------ --------------- ------- ----------
01- 01 RQ LAA 14DL0000001  01   8512            26Q LAA 0600     221
       1930 05
    EX AD GRYLU                   0.000          184.25
                          N
02-                                             LAA
```

Verified & Approved

APR 0 1 2014

By: _[signature]_

INPUT

APR 1 2014

_[signature]_

Attachment 1 to Exhibit A
Page 85

454351791

# INVOICE

**H&C**
Hansen & Company, Inc.
Court Reporting

1600 Broadway St., Ste. 470
Denver, CO 80202

phone 303-691-0202
fax   303-691-2444

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8512 | 3/26/2014 | 2971 |
| **Job Date** | **Case No.** | |
| 3/19/2014 | 13-CV-1300-MSK-MJW | |
| **Case Name** | | |
| Colorado Outfitters Association, et al. v. John W. Hickenlooper | | |
| **Payment Terms** | | |
| Due upon receipt | | |

26 MAR 2014 PM 3:37

Matthew D. Grove, Esq.
Colorado Dept. of Law
1300 Broadway, 6th Floor
  80203

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Jeffrey Zax | 64.00 Pages | | 144.00 |
| Exhibits B&W | 58.00 Pages | | 14.50 |
| Exhibits B&W 11x17 | 35.00 Pages | | 17.50 |
| Exhibits Color 8 1/2x14 | 5.00 Pages | | 8.25 |
| | **TOTAL DUE >>>** | | **$184.25** |

Your Client Matter: John W. Hickenlooper
E-Trans, PDF Exhibits (6-13)
Original exhibits attached to original transcript

260/0600/221/1930-05

Thank you.  Your business is appreciated.  We accept Visa/MasterCard and American Express.
Finance charges will be applied monthly for invoice unpaid over 30 days.

Alpha No  EXAD GRYLU
"I hereby certify that the goods or services shown on the invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory."

3-26-2014  Pamela Jordan
  (Date)      (Name)

**Tax ID:** 45-4351791

*Please detach bottom portion and return with ...*

```
FUNCTION:                DOCID: PV LAA 14JO0001212      04/01/14    12:53:40 PM
STATUS: PEND3            BATID:               ORG:
H-                          PAYMENT VOUCHER INPUT FORM

       PV DATE: 04 01 14       ACCOUNTING PRD: 09 14    BUDGET FY: 14
       ACTION:  E                     PV TYPE: 1        SCH PAY DATE:

    OFF LIAB ACCT:            FA IND:    DOCUMENT TOTAL:      765.20
                                        CALC DOC TOTAL:      765.20
       VENDOR CODE: 841144199    CHECK CATEGORY: L    SINGLE CHECK FLAG:
       VENDOR NAME: CALDERWOOD-MACKELPRANG INC
               DBA:
           ADDRESS: 7150 E HAMPDEN AVE STE 303
              CITY: DENVER              ST: CO  ZIP: 80224
    ACCOUNT NUMBER:
    SELLER: FUND:               AGENCY:              ORG:
          SUB-ORG:            APPR CODE:          PROGRAM:
         FUNCTION:              OBJECT:          SUB-OBJ:
          REV SRC:             SUB-REV:          BS ACCT:
              GBL:             RPTG CAT:          JOB NO:
    OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 14JO0001212      04/01/14    12:53:41 PM
STATUS: PEND3            BATID:               ORG:           001-001 OF 001
  LN    REFERENCE        COM    VENDOR     INV           SUB APPR
  NO CD AGY   NUMBER    LN LN   INVOICE    LN  FND AGY ORG ORG CODE PGM
  ---- -- --- --------- -- --   --------- --- --- --- --- --- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- ---- ---  ---------  ---- ----
       DESCRIPTION        QUANTITY  I/D   AMOUNT       I/D P/F FEE CD
  ----------------- ---------------- --- ------------ --- --- -------
  RET %   RET AMOUNT  EFT IND  APPL TYPE
  ------ ----------- -------- ----------
01- 01 RQ LAA 14DL0000001 01    14 126JM      26Q LAA 0600    221
      1930 05
   EX AD GRYLU            0.000            765.20
                              N
02-                                          LAA
```

Verified & Approved

APR 0 1 2014

By: _(signature)_

INP

APR 1 2014

By _(signature)_

Attachment 1 to Exhibit A
Page 87

26Q / 0600/226/1930-05

Alpha No EXAD GRYLU



"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

3-30-14    Luann Morrill

(Date)        (Name)

## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Leeann Morrill, Esq.
Assistant Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203

| Date | 3/13/2014 |
|---|---|
| Invoice No. | 14 126JM |

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Cooke, et al. v. Hickenlooper | |
| March 6, 2014 | |
| | |
| Full-Day Appearance Fee (Line item 1c) | 75.00 |
| DEPOSITION OF MICHAEL SHAIN<br>Original transcript preparation, 188 pgs. (Line item 2e - $3.35 per page) - 7 business days or more turnaround<br>* E-Transcript only | 639.20 |
| Exhibits, 205 pgs. - scanned & emailed | 41.00 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 10.00 |

| NET 30 DAYS<br>THANK YOU! | **Total** | **$765.20** |
|---|---|---|

We accept credit cards.

7150 E. Hampden Avenue, Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                DOCID: PV LAA 14JO0001231        04/02/14    03:47:57 PM
STATUS: PEND3            BATID:                 ORG:
H-                              PAYMENT VOUCHER INPUT FORM

        PV DATE: 04 02 14       ACCOUNTING PRD: 09 14    BUDGET FY: 14
        ACTION:  E                     PV TYPE: 1        SCH PAY DATE:

        OFF LIAB ACCT:          FA IND:      DOCUMENT TOTAL:       517.68
                                             CALC DOC TOTAL:       517.68
           VENDOR CODE: 203132569    CHECK CATEGORY: L    SINGLE CHECK FLAG:
           VENDOR NAME: VERITEXT CORP
                   DBA: VERITEXT CHICAGO REPORTING CO
               ADDRESS: 1 N LASALLE ST STE 400   P.O Box 71303
                  CITY: CHICAGO          ST: IL  ZIP: 60602   60694-1303
       ACCOUNT NUMBER:
       SELLER:  FUND:              AGENCY:              ORG:
              SUB-ORG:          APPR CODE:          PROGRAM:
             FUNCTION:             OBJECT:          SUB-OBJ:
              REV SRC:            SUB-REV:          BS ACCT:
                  GBL:           RPTG CAT:           JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                DOCID: PV LAA 14JO0001231        04/02/14    03:47:59 PM
STATUS: PEND3            BATID:                 ORG:          001-001 OF 001
    LN    REFERENCE          COM   VENDOR      INV            SUB APPR
    NO CD AGY     NUMBER     LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------ -- --- ----------- -- --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ----  ---------- ---------------
        DESCRIPTION             QUANTITY   I/D  AMOUNT    I/D P/F FEE CD
    ------------------------- ------------ --- ------------- --- --- ------
    RET %      RET AMOUNT   EFT IND  APPL TYPE
    ------ --------------- ------- ---------
01- 01 RQ LAA 14DL0000001 01     NY1988474      26Q LAA 0600    221
        1930 05
    EX AD GRYLU              0.000              517.68
                              N
02-                                            LAA
```

# Veritext  New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | NY1988474 |
| **Invoice Date:** | 3/18/2014 |
| **Balance Due:** | $517.68 |

**Bill To:**  Kathleen Spalding
Colorado Attorney General
1300 Broadway
10th Floor
Denver, CO, 80203

| | |
|---|---|
| **Case:** | Cooke, John v. Hickenlooper, John W. |
| **Job #:** | 1823614 \| Job Date: 3/7/2014 \| Delivery: Expedited |
| **Billing Atty:** | Kathleen Spalding |
| **Location:** | Redding Police Department |
| | 96 Hill Road \| Redding, CT 06896 |
| **Sched Atty:** | Marc Colin, Esq. \| Bruno Colin Jewell & Lowe PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Doughlas S. Fuchs | Certified Transcript | Page | 79.00 | $3.50 | $276.50 |
| | Exhibits | Per Page | 196.00 | $0.40 | $78.40 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 96.00 | $0.35 | $33.60 |
| | Shipping & Handling | Package | 1.00 | $87.18 | $87.18 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $517.68 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $517.68 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

EXAD GRYLU

Jpha No. _____
hereby certify that  the goods or services shown on the
ices or other supporting documents, properly corrected
djusted,  have  according to o r  records, been received,
lly Inspected, weighed, counter or measured, and were
in good condition and complying  with  the specifications
given, or  that the services were satisfactory

_____   _____
(Date)       (Name)

4/2/14

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discovery)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY1988474 |
| **Job #:** | 1823614 |
| **Invoice Date:** | 3/18/2014 |
| **Balance:** | $517.68 |

101422

Attachment 1 to Exhibit 1A3
Page 90

```
FUNCTION:                  DOCID: PV LAA 14JO0001278        04/09/14    02:48:57 PM
STATUS: PEND3              BATID:                 ORG:
H-                            PAYMENT VOUCHER INPUT FORM

       PV DATE: 04 09 14      ACCOUNTING PRD: 10 14     BUDGET FY: 14
       ACTION: E                      PV TYPE: 1      SCH PAY DATE:

       OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:        107.00
                                          CALC DOC TOTAL:        107.00
          VENDOR CODE: 841144199      CHECK CATEGORY: L    SINGLE CHECK FLAG:
          VENDOR NAME: CALDERWOOD-MACKELPRANG INC
                 DBA:
             ADDRESS: 7150 E HAMPDEN AVE STE 303
                CITY: DENVER              ST: CO  ZIP: 80224
   ACCOUNT NUMBER:
   SELLER: FUND:             AGENCY:              ORG:
          SUB-ORG:           APPR CODE:           PROGRAM:
          FUNCTION:          OBJECT:              SUB-OBJ:
          REV SRC:           SUB-REV:             BS ACCT:
             GBL:            RPTG CAT:            JOB NO:
       OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                  DOCID: PV LAA 14JO0001278        04/09/14    02:48:59 PM
STATUS: PEND3              BATID:                 ORG:        001-001 OF 001
   LN     REFERENCE          COM   VENDOR    INV           SUB APPR
   NO CD AGY      NUMBER    LN LN   INVOICE   LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- ------------ --- --- --- ------ ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ---- ---------- ---------------
        DESCRIPTION           QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
   -------------------------- ------------- --- ------------- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ --------------- ------- ----------
01- 01 RQ LAA 14DL0000001  01    14 166CM       26Q LAA 0600    221
       1930 05
   EX AD GRYLU             0.000            107.00
                             N
02-                                              LAA
```

Verified & Approved

APR 1 0 2014

By: _[signature]_

INPUT

APR 9 2014

By _[signature]_

Attachment 1 to Exhibit A

Page 91



*Calderwood-Mackelprang, Inc.*
Registered Professional Reporters

4 APR 2014 AM 7:44

**BILL TO:**

Stephanie L. Scoville, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

| Date | 4/1/2014 |
|------|----------|
| Invoice No. | 14 166CM |

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: Cooke v. Hickenlooper | |
| Extra originals to replace lost ones of: Nicholas Colglazier, Doug Hamilton, and Ronald Abramson (391 pages) | 40.00 |
| Exhibits, 235 pgs. (replacement exhibits for sealed originals) | 47.00 |
| Postage/Delivery Fee - Rush delivery | 20.00 |

Alpha No. *GRYLU*
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been, received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

_4/3/14_ _S. Ott_
(Date)          (Name)

| NET 30 DAYS THANK YOU! | Total | $107.00 |

We accept credit cards.

7150 E. Hampden Avenue, Suite 304 • Denver, Colorado 80237 • 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                DOCID: PV LAA 14JO0000459        10/21/13   12:05:15 PM
STATUS: PEND3            BATID:              ORG:
H-                       PAYMENT VOUCHER INPUT FORM

        PV DATE: 10 21 13     ACCOUNTING PRD: 04 14    BUDGET FY: 14
        ACTION: E                  PV TYPE: 1          SCH PAY DATE:

     OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:      8,186.53
                                        CALC DOC TOTAL:      8,186.53
         VENDOR CODE: 841144199     CHECK CATEGORY: L   SINGLE CHECK FLAG:
         VENDOR NAME: CALDERWOOD-MACKELPRANG INC
                 DBA:
             ADDRESS: 7150 E HAMPDEN AVE STE 303
                CITY: DENVER            ST: CO  ZIP: 80224
    ACCOUNT NUMBER:
     SELLER:  FUND:              AGENCY:                 ORG:
            SUB-ORG:          APPR CODE:             PROGRAM:
           FUNCTION:            OBJECT:              SUB-OBJ:
            REV SRC:           SUB-REV:              BS ACCT:
                GBL:          RPTG CAT:               JOB NO:
       OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 14JO0000459        10/21/13   12:05:25 PM
STATUS: PEND3            BATID:              ORG:              001-002 OF 007
   LN    REFERENCE          COM   VENDOR    INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP

        DESCRIPTION              QUANTITY  I/D   AMOUNT       I/D P/F FEE CD

   RET %     RET AMOUNT    EFT IND  APPL TYPE

01- 01                          13 674NF       26Q LAA 0800      221
        1930 05
   NR WE IAQVL                      0.000          1,407.78
                               N
02- 02                          13 685JM       100 LAA 0805      805
        1930 05
   LW WE IAGXS                      0.000          1,979.50
                               N
```

Verified & Approved

OCT 21 2013

[signature]

V...UT

OCT 2  2013

[signature]

Attachment 1 to Exhibit A
Page 93

```
FUNCTION:                DOCID: PV LAA 14JO0000459        10/21/13   12:05:26 PM
STATUS: PEND3            BATID:                    ORG:        003-004 OF 007
   LN     REFERENCE         COM   VENDOR     INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG   JOB/PROJ  DISC / RET TYP

        DESCRIPTION            QUANTITY  I/D  AMOUNT      I/D P/F FEE CD

   RET %     RET AMOUNT    EFT IND  APPL TYPE

01- 03                          13 688DB      26Q LAA 0800      221
      1930 05
   NR WE IARFA                     0.000        1,329.55
                          N
02- 04                          13 690TH      100 LAA 0165      015
      1930 05
   LW RF ZKRET                     0.000          518.10
                          N
```

```
FUNCTION:                DOCID: PV LAA 14JO0000459        10/21/13   12:05:26 PM
STATUS: PEND3            BATID:                    ORG:        005-006 OF 007
   LN     REFERENCE         COM   VENDOR     INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG   JOB/PROJ  DISC / RET TYP

        DESCRIPTION            QUANTITY  I/D  AMOUNT      I/D P/F FEE CD

   RET %     RET AMOUNT    EFT IND  APPL TYPE

01- 05                          13 692AS      150 LAA 0360      CCU
      1930 05
   LW CB HZIFS                     0.000          489.75
                          N
02- 06                          13 693TH      26Q LAA 0600      221
      1930 05
   EX AD GRYLU                     0.000          289.25
                          N
```

```
FUNCTION:                   DOCID: PV LAA 14JO0000459        10/21/13    02:54:17 PM
STATUS: PEND3               BATID:              ORG:                    007-007 OF 007
    LN    REFERENCE         COM   VENDOR      INV                    SUB APPR
    NO  CD AGY    NUMBER     LN  LN    INVOICE      LN   FND AGY ORG ORG CODE PGM

    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ   DISC / RET TYP

          DESCRIPTION              QUANTITY   I/D   AMOUNT        I/D P/F FEE CD

    RET %      RET AMOUNT    EFT IND  APPL TYPE

01 → 07                          13 704ES         26Q LAA 0630      221
          1930 05
    PS  PA GPBBM                     0.000            2,172.60
                              N
02 →                                               LAA
```



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Kathleen Spalding, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

| Date | 10/11/2013 |
|---|---|
| Invoice No. | 13 693TH |

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Cooke, et al. v. Hickenlooper | |
| October 8, 2013 | |
| Half-Day Appearance Fee (Line Item 1a) | 0.00 |
| DEPOSITION OF JAMES CRONE<br>Original transcript preparation, 81 pgs. (Line Item 2e - $3.25 per page) - 7 business days or more turnaround<br>*No Expedite Fee Charged | 263.25 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 5 pgs. - scanned & emailed | 1.00 |
| Delivery Fees (Line Item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

Alpha No. *EXAD-GRYLU*
"I hereby certify that the goods or services shown on this invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

10/18/13 ___ D. Bendell ___
(Date)         (Name)

| NET 30 DAYS<br>THANK YOU! | Total | $289.25 |
|---|---|---|

lh100813a

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                    DOCID: PV LAA 14JO0000519     10/31/13   02:43:57 PM
STATUS: PEND3                BATID:              ORG:
H-                                  PAYMENT VOUCHER INPUT FORM

          PV DATE: 10 31 13      ACCOUNTING PRD: 04 14    BUDGET FY: 14
          ACTION:  E                    PV TYPE: 1     SCH PAY DATE:

          OFF LIAB ACCT:           FA IND:    DOCUMENT TOTAL:       2,959.60
                                              CALC DOC TOTAL:       2,959.60
          VENDOR CODE: 841144199    CHECK CATEGORY: L   SINGLE CHECK FLAG:
          VENDOR NAME: CALDERWOOD-MACKELPRANG INC
                  DBA:
              ADDRESS: 7150 E HAMPDEN AVE STE 303
                 CITY: DENVER           ST: CO  ZIP: 80224
      ACCOUNT NUMBER:
       SELLER:  FUND:            AGENCY:                  ORG:
             SUB-ORG:         APPR CODE:              PROGRAM:
            FUNCTION:            OBJECT:              SUB-OBJ:
             REV SRC:           SUB-REV:              BS ACCT:
                 GBL:          RPTG CAT:               JOB NO:
          OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                    DOCID: PV LAA 14JO0000519     10/31/13   02:44:18 PM
STATUS: PEND3                BATID:              ORG:         001-002 OF 007
    LN    REFERENCE          COM   VENDOR      INV            SUB  APPR
    NO CD AGY    NUMBER      LN LN INVOICE     LN  FND AGY ORG ORG CODE PGM

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP

        DESCRIPTION            QUANTITY   I/D  AMOUNT        I/D P/F FEE CD

   RET %    RET AMOUNT    EFT IND  APPL TYPE

01- 01                          13 705JF      100 LAA 0150      015
       1930 05
    LW CP ZKMDT              0.000               303.50
                           N
02- 02                          13 706TH      100 LAA 0150      015
       1930 05
    LW CP ZKMDU              0.000               715.20
                           N
```

Reviewed & Approved

OCT 3 1 2013

OCT 3   2013

```
FUNCTION:                    DOCID: PV LAA 14JO0000519        10/31/13    02:44:19 PM
STATUS: PEND3                BATID:                   ORG:              003-004 OF 007
  LN    REFERENCE            COM   VENDOR      INV                    SUB  APPR
  NO CD AGY    NUMBER        LN LN INVOICE     LN  FND AGY ORG ORG CODE PGM
  --- -- --- -------------- -- -- ------------ --- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- --- --- ------- --- ---- --- ---- -------- ------------ ---
         DESCRIPTION            QUANTITY   I/D  AMOUNT       I/D P/F FEE CD
  ---------------------------- ----------- --- ------------- --- --- -----
  RET %     RET AMOUNT    EFT IND  APPL TYPE
  ------ ------------- -------  ------------
01- 03                       13 724JW        26Q LAA 0600       221
       1930 05
   EX AD GRYLU                  0.000            456.45
                          N
02- 04                       13 730TH        26Q LAA 0600       221
       1930 05
   EX AD GRYLU                  0.000            435.60
                          N
```

```
FUNCTION:                    DOCID: PV LAA 14JO0000519        10/31/13    02:44:20 PM
STATUS: PEND3                BATID:                   ORG:              005-006 OF 007
  LN    REFERENCE            COM   VENDOR      INV                    SUB  APPR
  NO CD AGY    NUMBER        LN LN INVOICE     LN  FND AGY ORG ORG CODE PGM
  --- -- --- -------------- -- -- ------------ --- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- --- --- ------- --- ---- --- ---- -------- ------------ ---
         DESCRIPTION            QUANTITY   I/D  AMOUNT       I/D P/F FEE CD
  ---------------------------- ----------- --- ------------- --- --- -----
  RET %     RET AMOUNT    EFT IND  APPL TYPE
  ------ ------------- -------  ------------
01- 05                       13 732TH        26Q LAA 0600       221
       1930 05
   EX AD GRYLU                  0.000            266.50
                          N
02- 06                       13 726JM        26Q LAA 0600       221
       1930 05
   EX AD GRYLU                  0.000            275.05
                          N
```

```
FUNCTION:               DOCID: PV LAA 14JO0000519        10/31/13   02:44:20 PM
STATUS: PEND3           BATID:              ORG:             007-007 OF 007
     LN    REFERENCE          COM   VENDOR   INV                SUB APPR
  NO CD AGY   NUMBER      LN  LN   INVOICE   LN  FND AGY ORG ORG CODE PGM
  -- -- --- ------------ --- --- ------------ --- --- --- ----- ---- -----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- --- --- ------- -- ---- ---- ---- ---------- ---------------
          DESCRIPTION         QUANTITY  I/D   AMOUNT      I/D F/F FEE CD
  -------------------------- ---------- --- ------------ --- --- ------
  RET %   RET AMOUNT   EFT IND  APPL TYPE
  ------ ------------- ------- ----------
01- 07                       13 721AS        100 LAA 0165    015
       1930 05
  LW RF ZKRER                 0.000           507.30
                         N
02-                                          LAA
```



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

John T. Lee, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

| Date | 10/29/2013 |
|---|---|
| Invoice No. | 13 724JW |

*Purchase Order*
*EXAD-GRYLU*

Alpha No. _____

"I hereby certify that the goods or services shown on this invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

10/30   D. Bendell
(Date)        (Name)

**Tax ID:** 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Cooke v. Hickenlooper | |
| October 16, 2013 | |
| Full-Day Appearance Fee (Line item 1c) | 0.00 |
| DEPOSITION OF SHERRIF SHAYNE HEAP<br>Original transcript preparation, 110 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 357.50 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Rough draft preparation, 97 pgs. (Deposition) - Line item 8a | 72.75 |
| Exhibits, 6 pgs. - scanned & emailed | 1.20 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

| NET 30 DAYS<br>THANK YOU! | Total | **$456.45** |
|---|---|---|

Heap-orig

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com