

## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Kathleen Spalding, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

*purchase order*
*EXAD-GRYLu*

| Date | 10/30/2013 |
|------|------------|
| Invoice No. | 13 730TH |

Alpha No. _____
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

_10/30_          _O.Bendeil_
(Date)               (Name)

Tax ID:  84 - 1144199

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re:  Cooke, et al. v. Hickenlooper | |
| October 22, 2013 | |
| Full-Day Appearance Fee (Line item 1d) | 0.00 |
| DEPOSITION OF SHERIFF TERRY MAKETA<br>Original transcript preparation, 124 pgs. (Line Item 2e - $3.25 per page) - 7 business days or more turnaround | 403.00 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 38 pgs. - scanned & emailed | 7.60 |
| Delivery Fees (Line Item #11a) – Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

**NET 30 DAYS**
**THANK YOU!**

| | **Total** | **$435.60** |

th102213ab

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Kathleen Spalding, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

*Purchase order*
*EXAD-GRYLa*

Alpha No ___
"I hereby certify that this goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory."

10/30  D. Berdell
(Date)   (Name)

| Date | 10/30/2013 |
|---|---|
| Invoice No. | 13 732TH |

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Cooke, et al. v. Hickenlooper | |
| October 22, 2013 | |
| Half-Day Appearance Fee (Line item 1a) | 0.00 |
| DEPOSITION OF SHERIFF LOU VALLARIO<br>Original transcript preparation, 82 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 266.50 |
| Concordance preparation(s) - No Charge | 0.00 |
| **NET 30 DAYS**<br>**THANK YOU!** **Total** | **$266.50** |

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Matthew D. Grove, Esq.
Assistant Attorney General
1300 Broadway, Floor10
Denver, Colorado 80203

| | |
|---|---|
| Date | 10/30/2013 |
| Invoice No. | 13 726JM |

*Purchase Order EXAD-GRYLU*

Alpha No
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given, so that the services were satis-factory."

10/30   D. Bendell
(Date)   (Name)

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Cooke, et al. v. Hickenlooper | |
| October 23, 2013 | |
| Half-Day Appearance Fee (Line item 1a) | 0.00 |
| DEPOSITION OF RONALD ABRAMSON - 30B6 Original transcript preparation, 73 pgs. (Line item 2e - $3.25 per page) - 7 business days or more turnaround | 237.25 |
| Concordance preparation(s) - No Charge | 0.00 |
| E-Transcript Delivery | 5.00 |
| Exhibits, 64 pgs. - scanned & emailed | 12.80 |
| Delivery Fees (Line item #11a) - Delivery from Calderwood-Mackelprang to Attorney General's Office for deposition copy -- may include future delivery of original transcript. | 20.00 |

**NET 30 DAYS**
**THANK YOU!**

**Total** | **$275.05**

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

```
FUNCTION:                DOCID: PV LAA 14JO0000520        10/31/13    02:47:16 PM
STATUS: PEND3            BATID:            ORG:
H-                          PAYMENT VOUCHER INPUT FORM

       PV DATE: 10 31 13    ACCOUNTING PRD: 04 14    BUDGET FY: 14
       ACTION:  E                    PV TYPE: 1       SCH PAY DATE:


    OFF LIAB ACCT:            FA IND:    DOCUMENT TOTAL:         655.08
                                        CALC DOC TOTAL:         655.08
       VENDOR CODE: 412138733    CHECK CATEGORY: L    SINGLE CHECK FLAG:
       VENDOR NAME: ANDERSON COURT REPORTING LLC
              DBA:
          ADDRESS: 706 DUKE ST STE 100
             CITY: ALEXANDRIA              ST: VA  ZIP: 22314
  ACCOUNT NUMBER:
    SELLER:  FUND:            AGENCY:              ORG:
          SUB-ORG:          APPR CODE:          PROGRAM:
         FUNCTION:           OBJECT:           SUB-OBJ:
          REV SRC:          SUB-REV:           BS ACCT:
             GBL:           RPTG CAT:           JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                DOCID: PV LAA 14JO0000520        10/31/13    02:47:26 PM
STATUS: PEND3            BATID:            ORG:        001-001 OF 001
   LN   REFERENCE        COM  VENDOR      INV          SUB APPR
   NO CD AGY   NUMBER    LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
   -- -- --- ---------- -- -- ---------- --- --- --- ------ ---- ----

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----- ---------- ---------------

      DESCRIPTION              QUANTITY   I/D   AMOUNT      I/D P/F FEE CD
   --------------------- -------------- --- -------------- --- --- ------

   RET %     RET AMOUNT   EFT IND  APPL TYPE
   ------ -------------- ------- ----------
01- 01                       12616***     26Q LAA 0600    221
     1930 05
   EX AD GRYLU               0.000          655.08
                         N
02-                                        LAA
```

# INVOICE

**ANDERSON COURT REPORTING**
705 Duke Street ▲ Suite 100 ▲ Alexandria, VA 22314
Tel 703.519.7180 ▲ Fax 703.519.7190
www.andersonreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 12616*** | 10/21/2013 | 8992 |

| Job Date | Case No. | |
|---|---|---|
| 10/10/2013 | 13-cv-1300-MSK-MJW | |

| Case Name | | |
|---|---|---|
| JOHN B. COOKE, et al. v. JOHN W. HICKENLOOPER | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

MATTHEW D. GROVE, ESQUIRE
Colorado Department of Law
1300 Broadway, 6th Floor
Denver, CO 80203

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| DANIEL WEBSTER | | 231.00 | Pages | @ | 2.49 | 575.19 |
| Exhibit(s) | | 157.00 | Pages | @ | 0.35 | 54.95 |
| Administrative Fee | | 1.00 | | @ | 24.94 | 24.94 |

**TOTAL DUE >>>**          **$655.08**

Thank you very much; we appreciate your business.

For your convenience, we accept credit card payments over the telephone.

A monthly service charge of 1½ percent will be added to all outstanding balances after 30 days.

Alpha No   EXAD-GRYLU

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

10/22/13   (Date)          (Name)

*Accounting @ Andersonreporting.net*

**Tax ID:** 41-2138733

*Please detach bottom portion and return with payment.*

```
FUNCTION:                DOCID: PV LAA 14JO0000530       11/04/13   09:56:37 AM
STATUS: PEND3            BATID:                     ORG:
H-                          PAYMENT VOUCHER INPUT FORM

      PV DATE: 11 04 13      ACCOUNTING PRD: 04 14      BUDGET FY: 14
      ACTION:   E                  PV TYPE: 1      SCH PAY DATE:

     OFF LIAB ACCT:             FA IND:      DOCUMENT TOTAL:      1,134.75
                                             CALC DOC TOTAL:      1,134.75
         VENDOR CODE: 840835207    CHECK CATEGORY: L   SINGLE CHECK FLAG: Y
         VENDOR NAME: HUNTER & GEIST INC
                 DBA:
             ADDRESS: 1900 GRANT ST STE 1025
                CITY: DENVER               ST: CO  ZIP: 80203
   ACCOUNT NUMBER:
     SELLER:  FUND:            AGENCY:              ORG:
            SUB-ORG:        APPR CODE:          PROGRAM:
           FUNCTION:          OBJECT:          SUB-OBJ:
            REV SRC:         SUB-REV:          BS ACCT:
                GBL:        RPTG CAT:           JOB NO:
       OFF REC ACCT:
```

```
FUNCTION:                DOCID: PV LAA 14JO0000530       11/04/13   09:56:46 AM
STATUS: PEND3            BATID:               ORG:        001-001 OF 001
  LN    REFERENCE          COM  VENDOR      INV              SUB APPR
  NO CD AGY    NUMBER     LN LN  INVOICE     LN FND AGY ORG ORG CODE PGM
  -- -- ---  ------------ -- --- --------- --- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- ---- ----  ----------- --------------
       DESCRIPTION          QUANTITY  I/D  AMOUNT       I/D P/F FEE CD
  ---------------------- --------------- --- --------------- --- --- ------
  RET %    RET AMOUNT   EFT IND  APPL TYPE
  ------ --------------- ------- ---------
01- 01                    104689         26Q LAA 0600      221
      1930 05
   EX AD GRYLU                0.000         1,134.75
                        N
02-                                         LAA
```

NOV 05 2013

NOV 4 2013

Attachment 1 to Exhibit A
Page 106

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone: (303) 832-5966   Fax: (303) 832-9525

Job #: 131016TM
Job Date: 10/16/13
Order Date: 10/16/13
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: John W. Hickenlooper

## Invoice

Invoice #: 104689
Inv.Date: 10/29/13
Balance: $1,134.75

**Bill To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

Action: Cooke, John B., et al.
*vs*
Hickenlooper, John W.

Action #: 13-cv-1300-MSK-M

Rep: Barbara Birger

Cert: RPR

| Item | Proceeding/Witness | Description | Amount |
|------|--------------------|-------------|--------|
| 1 | Sheriff Justin Smith | Appearance Fee - Hourly | $85.00 |
| 2 | Sheriff Justin Smith | Original Certified Transcript | $738.60 |
| 3 | Sheriff Justin Smith | Realtime/Rough Draft | $283.50 |
| 4 | Sheriff Justin Smith | Electronic Transcript Files | $15.00 |
| 5 | Sheriff Justin Smith | Scanned Exhibits | $12.65 |
| 6 | Sheriff Justin Smith | Word Index - NO CHARGE | $0.00 |

*Purchase order*
*EXAD-G-RYLL*

Alpha No _____
"I hereby certify that the goods or services shown on this invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply-ing with the specifications given ... that the prices were satis-factory"

10/31 _____ (Date) _____ (Name)

**Comments:**

Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,134.75 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $1,134.75 |
| Payment | $0.00 |
| **Balance Due** | $1,134.75 |

Federal Tax I.D.: 84-0835207

Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

**Deliver To:**
Jonathan P. Fero, Esq.
Office of the Attorney General
State of Colorado
1300 Broadway
First Floor Mail Room
Denver, CO 80202

## Invoice

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

Invoice #: 104689
Inv.Date: 10/29/13
Balance: $1,134.75
Job #: 131016TM
Job Date: 10/16/13
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: John W. Hickenlooper

Attachment 1 to Exhibit A
Page 107

```
FUNCTION:                DOCID: PV LAA 14JO0001308        04/16/14   11:49:26 AM
STATUS: PEND3            BATID:                    ORG:
H-                       PAYMENT VOUCHER INPUT FORM

      PV DATE: 04 16 14      ACCOUNTING PRD: 10 14     BUDGET FY: 14
      ACTION: E                    PV TYPE: 1          SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:     DOCUMENT TOTAL:        521.80
                                          CALC DOC TOTAL:        521.80
         VENDOR CODE: LAA100000    CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
         VENDOR NAME: CERAR, JOHN
                 DBA:
             ADDRESS:
                CITY:                        ST:       ZIP:
      ACCOUNT NUMBER:
      SELLER:  FUND:              AGENCY:               ORG:
             SUB-ORG:           APPR CODE:           PROGRAM:
            FUNCTION:             OBJECT:           SUB-OBJ:
             REV SRC:            SUB-REV:           BS ACCT:
                 GBL:           RPTG CAT:            JOB NO:
         OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 14JO0001308        04/16/14   11:49:28 AM
STATUS: PEND3            BATID:                    ORG:        001-001 OF 001
   LN    REFERENCE          COM   VENDOR      INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE     LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- ------------ --- --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ---- ---------- ---------------
        DESCRIPTION              QUANTITY  I/D  AMOUNT        I/D P/F FEE CD
   --------------------------- ----------- --- -------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------ -------------- ------- ---------
01- 01                       04/07/14      26Q LAA 0600     221
      1930 06
   EX AD GRYLU                  0.000          521.80
                         N
02-                                          LAA


01-A637W-1099 OBJT CODE/MISC. VEND CODE
```

Verified & Approved

APR 1 6 2014

By: _____

INPUT

APR 1 6 2014

By _____

Attachment 1 to Exhibit A
Page 108

## State of Colorado
## Travel Reimbursement Form

Effective 1/1/14 M&I Per Diem

| Name of Traveler: | John Cerar (Witness) |
| Section / Unit: | State Services/Public Officials |
| Alpha: | EX AD GRMLU |
| Traveling To: | Denver from New York |
| Hotel Name: | Warwick Denver Hotel |

| DATE | TRAVEL | | TIMES | | MILEAGE | | | | MEALS, INCIDENTAL & LODGING | | | | | Total Reimbur |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | From | To | Time Depart | Time Return | No. Miles | Mile Rate/ | Total | Bkst | Lunch | Dinner | Incidentals | Lodging | Total | Items |
| 04/07/14 | New York | Denver | 9:00 am | | | $0.50 | $0.00 | $0.00 | $46.00 | $34.00 | $5.00 | $0.00 | $55.00 | $55.00 |
| 04/08/14 | Denver | Denver | | | | $0.50 | $0.00 | $11.00 | $16.00 | $34.00 | $5.00 | $0.00 | $66.00 | $66.00 |
| 04/09/14 | Denver | New York | | 6:00 pm | | $0.50 | $0.00 | $11.00 | $16.00 | $0.00 | $0.00 | $0.00 | $27.00 | $27.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | | | | | $0.50 | $0.00 | $22.00 | $48.00 | $68.00 | $10.00 | $0.00 | $148.00 | $148.00 |

MISCELLANEOUS EXPENSE:

Transportation home/return New York - $243.80, Taxi to grid from DIA - $130.00.

Purpose for Travel: To testify in the Cooke v. Hickenlooper trial (U.S. District Court)

Persons and Agencies Contacted:

"I certify that the statements in the above schedule are true and just in all respects; that payment of the amounts claimed herein has not and will not be reimbursed to me from any other source; that travel performed for which an advance or reimbursement is claimed was or will be performed by me while on State business and that no claims are included for expenses of a personal or political nature or for any other expenses not authorized by the Fiscal Rules; and that I actually incurred or paid the operating expenses of the motor vehicle for which reimbursement is claimed on a mileage basis. Further, I hereby authorize the State to deduct from my pay any amount paid to me in excess of my authorized expenses as provided by Fiscal Rule 5-1."

| Travelers Signature / Title: | Date: | Address / City State: |
| Supervisors Signature: | Date: 4-16-14 | |

RESET FORM

Processed by: _____ (initials) _____ (date)

| | TOTAL |
| Transportation | $373.80 |
| TOTAL | $521.80 |

| | |
|---|---|
| **Pick-up Date:** | 04/07/2014 - Monday |
| **Pick-up Time:** | 08:30 AM |
| **Passenger:** | John Cerar |
| **Phone Number:** | ████████ |
| **No. of Pass:** | 1 |
| **Primary/Billing Contact:** | Cerar |
| **Payment Method:** | Visa ** ███ |

*FLT 970  1105-130P*

| | | |
|---|---|---|
| **Trip Routing Information:** | PU: -- : ████████ | |
| | DO: -- : LGA - New York, La Guardia Airport | |

| **Charges & Fees** | | |
|---|---|---|
| | Reservation Total: | $121.90 |
| | Payments/Deposits: | $0.00 |
| | Authorizations: | $0.00 |
| | Total Due: | $121.90 |

| | |
|---|---|
| **Pick-up Date:** | 04/09/2014 - Wednesday |
| **Pick-up Time:** | 04:20 PM |
| **Passenger:** | John Cerar |
| **Phone Number:** | ████████ |
| **No. of Pass:** | 1 |
| **Vehicle Type:** | |
| **Primary/Billing Contact:** | Cerar |
| **Payment Method:** | Visa ** 3267 |

| | |
|---|---|
| **Trip Routing Information:** | PU: -- : LGA - New York, La Guardia Airport / WN - Southwest Airlines , From/To: Denver, Flt# 877 |
| | DO: -- : ████████ |

| **Charges & Fees** | | |
|---|---|---|
| | Reservation Total: | $121.90 |
| | Payments/Deposits: | $0.00 |
| | Authorizations: | $0.00 |
| | Total Due: | $121.90 |



Denver Yellow Cab
Cab #3542

7500 E 41st Ave
Denver, CO
(303) 777-7777

Date                04/07/14
Time                14:22:56

DIST............... 0.00
FARE............... $ 0.00
EXTRAS............. $ 0.00
TIP................ $ 0.00

TOTAL.............. $ 65.00

Visa

ALLIANCE TRANSPORTATION
12704 E. ASBURY CIR.
AURORA, CO 80014
PHONE 303-916-1421

RECEIPT   NO. 99771
DATE 04-09-2014
FROM ████████
$ 65.00

DOLLARS

05-15  699

```
FUNCTION:                    DOCID: PV LAA AV140000156      12/10/13   07:49:08 AM
STATUS: PEND3                BATID:                 ORG:
H~                              PAYMENT VOUCHER INPUT FORM

     PV DATE: 11 30 13        ACCOUNTING PRD: 05 14    BUDGET FY: 14
     ACTION: E                     PV TYPE: 1          SCH PAY DATE:

     OFF LIAB ACCT:          FA IND:        DOCUMENT TOTAL:      9,950.00
                                            CALC DOC TOTAL:      9,950.00
       VENDOR CODE: 129366717    CHECK CATEGORY: L   SINGLE CHECK FLAG:
       VENDOR NAME: CERAR, JOHN C
              DBA:
          ADDRESS:
             CITY:                        ST:      ZIP:
   ACCOUNT NUMBER:
       SELLER:  FUND:              AGENCY:              ORG:
            SUB-ORG:           APPR CODE:          PROGRAM:
           FUNCTION:             OBJECT:          SUB-OBJ:
           REV SRC:            SUB-REV:          BS ACCT:
               GBL:            RPTG CAT:          JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                    DOCID: PV LAA AV140000156      12/10/13   07:49:09 AM
STATUS: PEND3                BATID:                 ORG:          001-001 OF 001
   LN    REFERENCE          COM   VENDOR      INV              SUB APPR
   NO CD AGY   NUMBER       LN LN  INVOICE     LN FND AGY ORG ORG CODE PGM
   -- -- --- ------------   -- --- ----------- --- --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ----  ----  --------  ---- --- ---
        DESCRIPTION           QUANTITY   I/D  AMOUNT     I/D P/F FEE CD
   -------------------- --------------- --- --------------- --- --- ------
   RET %      RET AMOUNT    EFT IND  APPL TYPE
   ------ --------------- -------- ---------
01- 01 OE LAA 14DL0000018  01 001 11/27/13   001 26Q LAA 0600    201
        1920 LE
   EX AD GRYLU              1.000           9,950.00       P
                              N
02-                                            LAA
```

Verified & Approved

DEC 1 0 2013

November 27, 2013

Ms. Kathleen Spalding
Senior Assistant Attorney General
1300 Broadway
Denver, Co. 80203



RECEIVED

DEC 0 3 2013

OFFICE OF THE
ATTORNEY GENERAL

Dear Kit:

Enclosed please find my fees to date for purchase order OE 140L-18.  As you can see, I have itemized each day I worked.

If you need any further information, please do not hesitate to let me know.

Wishing you and your staff a Happy Thanksgiving.

Sincerely,

John C. Cerar

John C. Cerar

| Oct. 31 | Review reports, confer with K. Spalding and Matt Grove | 3 hours |
| Nov. 1 | Review reports of Ayoob and Davis | 4 hours |
| Nov. 2 | Review Kleck report<br>Review Cerar final report | 4 hours |
| Nov. 4 | Deposition preparation meeting with K. Spalding | 4 hours |
| Nov. 5 | Deposition White Plains, NY<br>With K. Spalding, David Kopel and Marc F. Colin | 10 hours<br>@ $225 |

Research Fees 44 hours @ $175 per hour  total    $7,700
Deposition Fee 10 hours @ $225 per hour total    $2,250
Total to date 54 hours                           $9,950

John C. Cerar
Nov. 27, 2013

Alpha No EXAD-GRYLU
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received carefully inspected, weighed counted or measured, and were found in good condition and comply ing with the specifications given or that the services were satisfactory"

12/4/2013
(Date)            (Name)

```
FUNCTION:                DOCID: VI LAA 14000000181        12/09/13   09:51:38 AM
STATUS: SCHED            BATID:                    ORG:
H-

                    VENDOR INVOICE INPUT SCREEN

    VI DATE:  11 30 13   ACTION: E   VI TYPE: 1    VENDOR INV #: 11/27/13
    VENDOR CODE: 129366717                         FREIGHT:
          NAME: CERAR, JOHN C              DISCOUNT TYPE:
           DBA:                                    TAXES:
       ADDRESS:                              TOTAL LINES:        9,950.00

   ELECTRONIC TRANSFER:             CALCULATED TOTAL LINES:      9,950.00
                                                    I/D:
    CLEAR ALL:        COMMENTS:                 TOTAL INV:       9,950.00
    SINGLE CHECK FLAG:      CHECK CATEGORY: L    FA ASSET IND:
    CHECK DESCRIPTION:                                INPUT

                                             DEC - 9  2013
                                             By _____ dl
```

A--*S001-APPROVAL 1 APPLIED          A--*HS60-DOCUMENT MARKED FOR READ ONLY

```
FUNCTION:                DOCID: VI LAA 14000000181        12/09/13   09:51:39 AM
STATUS: SCHED            BATID:                    ORG:      001-001 OF 001
    LINE  ---REFERENCED ORDER---   QTY        UNIT
     #    CD AGCY  NUMBER    LN#   ORDERED    MEAS   COMMODITY CODE ITM
    ----  --- ---- --------- ---   --------   ----   -------------- ---
               QTY INVOICED I/D  UNIT COST     I/D    TOTAL COST   P/F
               ------------ ---  ---------    ---    ----------   ---
               SP COND DESCRIPTION                        TEXT
               -------------------                       ----
               MANUFACTURERS NAME              MANUFACTURERS NUMBER
               ------------------              --------------------
01-  001  OE LAA 14DL0000018 001      1.000        96120000000
                   1.000      9,950.000000              9,950.00  P
                 EX AD GRYLU

02-
```

01-S072W-UNIT COST NOT = ORIG

```
FUNCTION:                DOCID: PV LAA AV140000362    05/29/14   08:06:51 AM
STATUS: PEND3            BATID:              ORG:
H-                         PAYMENT VOUCHER INPUT FORM

        PV DATE: 05 28 14      ACCOUNTING PRD: 11 14    BUDGET FY: 14
        ACTION:  E                 PV TYPE: 1          SCH PAY DATE:

        OFF LIAB ACCT:         FA IND:      DOCUMENT TOTAL:      8,450.00
                                            CALC DOC TOTAL:      8,450.00
        VENDOR CODE: 129366717   CHECK CATEGORY: L    SINGLE CHECK FLAG:
        VENDOR NAME: CERAR, JOHN C
              DBA:
          ADDRESS:
             CITY:                      ST:     ZIP:
  ACCOUNT NUMBER:
     SELLER: FUND:              AGENCY:               ORG:
            SUB-ORG:          APPR CODE:          PROGRAM:
           FUNCTION:            OBJECT:           SUB-OBJ:
           REV SRC:            SUB-REV:           BS ACCT:
               GBL:           RPTG CAT:            JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

MAY 29 2014

By ___dl___

```
FUNCTION:                DOCID: PV LAA AV140000362    05/29/14   08:06:53 AM
STATUS: PEND3            BATID:              ORG:        001-002 OF 002
   LN    REFERENCE         COM   VENDOR    INV            SUB APPR
   NO CD AGY   NUMBER      LN LN  INVOICE  LN  FND AGY ORG ORG CODE PGM
   -- -- ---  ----------- -- ---  -------- --- --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---  ----- --------  ---- --- ---
       DESCRIPTION          QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
   ----------------------- --------- --- ----------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   -----  -------------- -------- ----------
01- 01 OE LAA 14DL0000018 01 001 APR 4, 2014  001 26Q LAA 0600      201
       1920 LE
   EX AD GRYLU               1.000        7,550.00    F
                     N
02- 02                      APR 4, 2014B    26Q LAA 0600      201
       1920 LE
   EX AD GRYLU               1.000          900.00
                     N

01-APMLI-REF ORDER WILL BE CLOSED
```

Verified & Approved

MAY 29 2014

By: _signature_

OR KS
EX AD GRYLU

April 24, 2014

Ms. Kathleen Spalding
Senior Assistant Attorney General
1300 Broadway
Denver, Co. 80203



RECEIVED
APR 2 9 2014
OFFICE OF THE
ATTORNEY GENERAL

Dear Kit:

Enclosed please find my final bill for purchase order OE 140L-18.
I have itemized each day I worked.

If you need any further information, please do not hesitate to
contact me.

Again, it was a pleasure working with you and your staff.

Sincerely,

John C. Cerar

John C. Cerar

Alpha No  EX AD GRYLU
"I hereby certify that the goods or services shown on the invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory."
4/30/14        C2Kly
(Date)                (Name)

| April 6 | Confer DC attys. And Kit | 2 hours |
| April 7 | Travel/confer with Kit/trial prep | 8 hours |
| April 8 | Testify (US District Court) | 8 hours |
| April 9 | Travel | 4 hours |

Research fees 38 hours @$175 per hour total   $6,650
Testimony fees 8 hours @$225 per hour total   $1,800
Total final bill                              $8,450

John C.Cerar
April 24, 2014

```
FUNCTION:                DOCID: VI LAA 14000000436      05/28/14   03:11:45 PM
STATUS: SCHED            BATID:                 ORG:
H-

                        VENDOR INVOICE INPUT SCREEN


     VI DATE:  05 27 14   ACTION: E   VI TYPE: 1    VENDOR INV #: APR 4, 2014
     VENDOR CODE: 129366717                         FREIGHT:
          NAME: CERAR, JOHN C              DISCOUNT TYPE:
          DBA:                                   TAXES:
     ADDRESS:  ██████████████████████     TOTAL LINES:         7,550.00

  ELECTRONIC TRANSFER:              CALCULATED TOTAL LINES:     7,550.00
                                                   I/D:
     CLEAR ALL:      COMMENTS:                 TOTAL INV:       7,550.00
     SINGLE CHECK FLAG:   CHECK CATEGORY: L   FA ASSET IND:
     CHECK DESCRIPTION:
```

INPUT

MAY 28  2014

A--*S001-APPROVAL 1 APPLIED          A--*HS60-DOCUMENT MARKED FOR READ ONLY


```
FUNCTION:                DOCID: VI LAA 14000000436      05/28/14   03:11:46 PM
STATUS: SCHED            BATID:                 ORG:       001-001 OF 001
     LINE   ---REFERENCED ORDER---   QTY        UNIT
       #    CD AGCY  NUMBER     LN#  ORDERED    MEAS   COMMODITY CODE  ITM
     ----   ---------------------- ------- ----------- ----  -------------- ---
                        QTY INVOICED I/D   UNIT COST     I/D   TOTAL COST  P/F
                        ------------ --- --------------- --- --------------- ---
                        SP COND DESCRIPTION                     TEXT
                        ------- ----------------------------- ----
                        MANUFACTURERS NAME            MANUFACTURERS NUMBER
                        ----------------------------- -------------------
01-  001  OE LAA 14DL0000018 001     1.000       96120000000
                          1.000    7,550.000000        7,550.00  F
                        EX AD GRYLU

02-



01-S072W-UNIT COST NOT = ORIG
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001309        04/16/14    12:06:44 PM
STATUS: PEND3                BATID:                    ORG:
H-                              PAYMENT VOUCHER INPUT FORM

        PV DATE: 04 16 14       ACCOUNTING PRD: 10 14      BUDGET FY: 14
        ACTION: E                      PV TYPE: 1          SCH PAY DATE:

        OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:        901.00
                                           CALC DOC TOTAL:        901.00
        VENDOR CODE: LAA100000     CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
        VENDOR NAME: FUCHS, DOUGLAS
              DBA:
          ADDRESS:
             CITY:                        ST:      ZIP:
   ACCOUNT NUMBER:
      SELLER: FUND:              AGENCY:                  ORG:
            SUB-ORG:           APPR CODE:             PROGRAM:
           FUNCTION:             OBJECT:             SUB-OBJ:
            REV SRC:            SUB-REV:             BS ACCT:
                GBL:           RPTG CAT:              JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001309        04/16/14    12:06:48 PM
STATUS: PEND3                BATID:                ORG:        001-001 OF 001
   LN      REFERENCE           COM    VENDOR      INV                SUB APPR
   NO CD AGY    NUMBER      LN LN    INVOICE     LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- ---- ---------- --- --- --- ------ ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----  ---------- ---------------
      DESCRIPTION            QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
   --------------------------- -------------- --- -------------- --- --- ------
   RET %     RET AMOUNT    EFT IND  APPL TYPE
   ------ --------------- ------- ----------
01- 01                      04/07/14*      26Q LAA 0600     221
      1930 06
   EX AD GRYLU                 0.000            901.00
                         N
02-                                           LAA


01-A637W-1099 OBJT CODE/MISC. VEND CODE
```

Verified & Approved

APR 1 6 2014

By:

INPUT

APR 1 6 2014

By

## State of Colorado
## Travel Reimbursement Form

Effective 1/1/14 M&I Per Diem

| Name of Traveler: | Douglas Fuchs |
|---|---|
| Section / Unit: | Witness |
| Alpha: | EX AD GRYLU |
| Traveling To: | Denver from New York |
| Hotel Name: | Hampton Inn & Suites |

| DATE | TRAVEL | | TIMES | | MILEAGE | | | MEALS, INCIDENTAL & LODGING | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | From | To | Time Depart | Time Return | No. Miles | Rate/ Mile | Total | Bkst | Lunch | Dinner | Incidentals | Lodging | Total Reimbur |
| 04/07/14 | New York | Denver | 9:00 am | | | $0.50 | $0.00 | $16.00 | $34.00 | $5.00 | $0.00 | $0.00 | $55.00 |
| 04/08/14 | | | | | | $0.50 | $0.00 | $16.00 | $34.00 | $5.00 | $0.00 | $0.00 | $55.00 |
| 04/09/14 | Denver | New York | | 11:00 pm | | $0.50 | $0.00 | $16.00 | $36.00 | $0.00 | $0.00 | $0.00 | $52.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | | | | | $0.50 | $0.00 | $48.00 | $104.00 | $10.00 | $0.00 | $162.00 | $162.00 |

MISCELLANEOUS EXPENSE:

Delta Flight - $510.00, Taxi to and from DIA - $130.00, Parking at NYC-Laguardia - $99.00

Purpose for Travel: To testify at the Cooke v. Hickenlooper trial (U.S. District Court).

Persons and Agencies Contacted:

| | | |
|---|---|---|
| | TOTAL | $739.00 |
| | | $162.00 |
| | TOTAL | $901.00 |

"I certify that the statements in the above schedule are true and just in all respects; that payment of the amounts claimed herein has not and will not be reimbursed to me from any other source; that travel performed for which an advance or reimbursement is claimed was or will be performed by me while on State business and that no claims are included for expenses of a personal or political nature of for any other expenses not authorized by the Fiscal Rules; and that I actually incurred or paid the operating expenses of the motor vehicle for which reimbursement is claimed on a mileage basis. Further, I hereby authorize the State to deduct from my pay any amount paid to me in excess of my authorized expenses as provided by Fiscal Rule 5-1."

| Travelers Signature / Title: | Date: |
|---|---|
| Supervisors Signature: *(signature)* | Date: 4/15/14 |

| Processed by: _____ (initials) | _____ (date) |
|---|---|
| | Address / City State: |

RESET FORM

 delta.com    My Trips    Earn Miles

# YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review before your trip:**

Check in for your flight up to 24 hours prior to departure at delta.com or with theFly Delta app - also check flights, change seats, reserve car and hotels, and much more.

Make changes to eligible electronic tickets through My Trips at delta.com.

If you need to contact Delta for assistance please call 1-800-221-1212 or visitdelta.com/help.

**Thanks for choosing Delta.**

CHECK IN ONLINE  ›

Flight Confirmation #: G7UV8D | Ticket #: 00623564913823

## Your Flight Information

**Wed 09APR**

LV **3:59pm**   DENVER        AR **9:38pm**   NYC-LAGUARDIA      **DELTA 1794**
ECONOMY (S)
 Food Available For
Purchase

### Offset your Carbon Emissions

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions for this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

## Your Flight Details    Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| **DOUGLAS FUCHS** ›Add SkyMiles # ›Join SkyMiles | DELTA 1794 | 08A |

***Visit delta.com or use the Fly Delta app to view, select or change your seat
If you purchased an Economy Comfort seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

**Receipt Information**

**Billing Details**

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| **DOUGLAS FUCHS** | AX***********▇ | **00623564913823** |

| | |
|---|---|
| **FARE:** | 464.19 USD |
| **Taxes/Carrier-imposed Fees:** | 45.81 |
| **Ticket Amount:** | **510.00 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

## Details - Taxes/Carrier-imposed Fees

| | |
|---|---|
| **Total:** | **45.81** |
| **Itemized:** | 2.50 AY 4.50 XF 4.00 ZP 34.81 US |

## Fare Details

**DEN DL NYC464.19SA00A0NG USD464.19END ZP DEN XF DEN4.5**

## Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| DOUGLAS FUCHS | 00623564913823 | LAXWEB | 08APR14 | 08APR15 |

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | 55 |

AUTHORIZATION — SUB TOTAL

REQ./DEPT. — TAX

FOLIO/CHECK NO. — SERVER — CLERK — TIPS MISC. 10

**SALES SLIP** — TOTAL 65

PURCHASER SIGN HERE

X

DOUGLAS & FUCHS

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

08-17

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORD

5810068

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | 55 |

DATE — AUTHORIZATION — SUB TOTAL

REFERENCE NO. — REQ./DEPT. — TAX

FOLIO/CHECK NO. — SERVER — CLERK — TIPS MISC. 10

**SALES SLIP** — TOTAL 65

PU...

FUCHS

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

08-17

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

---

Airport
Lot 2
Lane 204

Wed Apr 9 2014 21:48

Entry:               04/07/2014 08:41:06 Ln 208
Exit:                04/09/2014 21:47:42 Ln 204
Cashier:             awahmed

License Plate:       NY:1FCM3
Class:               1 - Public Parker
ID Type:             Ticket
ID:                  02080247836O

================================
Parking Fee:.................. $99.00
Total Fee:.................... $99.00

CC Payment Amount:           $99.00
Card Type:           AMERICANEXPRESS
Acct:                529449
Approval:
Txn ID:              20140409214841DL0204

TAXES INCLUDED

Thank You and Have a Nice Day

**Julie O'Connor**

| | |
|---|---|
| **From:** | Pam Ponder |
| **Sent:** | Tuesday, April 15, 2014 1:51 PM |
| **To:** | Julie O'Connor |
| **Subject:** | Witness Douglas Fuchs |

Witness Chief Douglas Fuchs from New York was originally scheduled to testify in the Cooke v. Hickenlooper trial on Wednesday, April 9th. His flight was scheduled to leave New York Tuesday April 8th. The trial moved faster than expected and his testimony was moved up to Tuesday. His flight was changed to Monday April 7th and departing from Denver the *morning* of Wednesday April 9th. Chief Fuchs was ordered by the Judge at 5:00 on Tuesday April 8th to return on Wednesday April 9th for further testimony. Therefore his morning flight to New York required to be changed for the afternoon. Advance Travel was closed for the day and Chief Fuchs made his own reservation to New York for late afternoon on Wednesday. Chief Fuchs paid $510.00 with a personal credit card for the Delta flight.

Pam Ponder
Office Manager
State Services Section
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
(720) 508-6000 Main
(720) 508-6163 Direct
pam.ponder@state.co.us

```
FUNCTION:                DOCID: PV LAA 14JO0001310        04/16/14    01:38:02 PM
STATUS: PEND3            BATID:                  ORG:
H-                          PAYMENT VOUCHER INPUT FORM

      PV DATE: 04 16 14      ACCOUNTING PRD: 10 14      BUDGET FY: 14
      ACTION:  E                  PV TYPE: 1         SCH PAY DATE:

      OFF LIAB ACCT:           FA IND:      DOCUMENT TOTAL:      6,225.00
                                            CALC DOC TOTAL:      6,225.00
      VENDOR CODE: 175529321     CHECK CATEGORY: L    SINGLE CHECK FLAG:
      VENDOR NAME: FUCHS, DOUGLAS S
              DBA:
          ADDRESS: ██████████████████
             CITY: ████████████████       ST: ███   ZIP: ██████
   ACCOUNT NUMBER:
      SELLER:  FUND:            AGENCY:               ORG:
           SUB-ORG:          APPR CODE:           PROGRAM:
          FUNCTION:             OBJECT:           SUB-OBJ:
           REV SRC:            SUB-REV:           BS ACCT:
               GBL:          RPTG CAT:            JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 14JO0001310        04/16/14    01:38:12 PM
STATUS: PEND3            BATID:                  ORG:         001-001 OF 001
    LN    REFERENCE           COM   VENDOR      INV                  SUB APPR
    NO CD AGY    NUMBER       LN LN  INVOICE     LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------ -- --- ------------ --- --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC  SUB-REV BS ACCT GBL   RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ------- ---------- ---------------
        DESCRIPTION         QUANTITY  I/D  AMOUNT     I/D P/F FEE CD
    --------------------- ------------ --- ------------ --- --- ------
    RET %    RET AMOUNT    EFT IND  APPL TYPE
    ------ --------------- ------- ----------
01- 01                        4              26Q LAA 0600     201
      1920 LE
    EX AD GRYLU              0.000           6,225.00
                          N
02-                                          LAA
```

Verified & Approved

APR 1 6 2014

By: _____

INPUT

APR 1 6 2014

By _____

Attachment 1 to Exhibit A
Page 125

INVOICE #4

## Invoice for Professional Services
Douglas S. Fuchs
Civil Action:
13-CV-1300-MSK-MJW
Cooke v. Hickenlooper

Ms. Kathleen Spalding, Esq.
Senior Assistant Attorney
General
1300 Broadway, 10th Floor
Denver, CO  80203

**Hourly:**   ($150/hour)

| Date | Description | Time | |
|------|-------------|------|---|
| 3/1/2014 | Deposition Prep | 11a-12p | 1 |
| 3/2/2014 | Deposition Prep | 6p-8p | 2 |
| 3/6/2014 | Deposition Prep | 8p-9p | 1 |
| 3/7/2014 | Deposition #2 | 11a-1p | 2 |
| 3/21/2014 | Trial Prep (phone-KS/DC) | 9:30a-10:30a | 1 |
| 3/25/2014 | Trial Prep | 7p-9p | 2 |
| 3/26/2014 | Trial Prep (phone-KS/DC) | 12:30p-5p | 4.5 |
| 3/29/2014 | Trial Prep | 6p-8p | 2 |
| 4/4/2014 | Trial Prep | 3p-5p | 2 |
| 4/7/2014 | Travel to CO/Prep | 8 hrs | 8 |
| 4/8/2014 | Trial and Prep | 8 hrs | 8 |
| 4/9/2014 | Travel from CO | 8 | 8 |

*[handwritten stamp:]* Alpha No ___ EX AD GRYLL
"I hereby certify that the goods or services shown on its invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, and were counted or measured and were found in good condition and comply-ing with the specifications given, or that the services were satis-factory.
4/15/14   (Date)   ___ (Name)   Linda Merrill

TOTAL HOURS   41.5 (@150)   $6,225

**Expenses**   (Receipts attached)

| | |
|---|---|
| Airport Parking (NYC – 4/7 – 4/9) | $99 |
| Airport Transfer (CO – 4/7) | $65 |
| Airport Transfer (CO – 4/9) | $65 |
| Travel from CO (late trial – reschedule approved in advance) | $510 |

*[handwritten:]* Amounts included on travel reimbursement

TOTAL EXPENSES   $739

**Per Diem (x3 Days)**   (Government rate)

*[handwritten:]* 6225.00

TOTAL INVOICE #4:   $6,964 + PER DIEM

Please remit to:
Douglas Fuchs

*[redacted]*

[PLEASE NOTE:  ADDRESS PROTECTED FROM DISCLOSURE BY CONNECTICUT STATE LAW]

```
FUNCTION:                    DOCID: PV LAA AV140000138      11/29/13    08:01:46 AM
STATUS: PEND3                BATID:                  ORG:
H-                                    PAYMENT VOUCHER INPUT FORM

       PV DATE: 11 26 13      ACCOUNTING PRD: 05 14      BUDGET FY: 14
       ACTION:  E                     PV TYPE: 1         SCH PAY DATE:


       OFF LIAB ACCT:            FA IND:    DOCUMENT TOTAL:      3,750.00
                                            CALC DOC TOTAL:      3,750.00
       VENDOR CODE: 175529321    CHECK CATEGORY: L   SINGLE CHECK FLAG:
       VENDOR NAME: FUCHS, DOUGLAS S
              DBA:
          ADDRESS:  ████████████████
             CITY:  ████████████████     ST: ████  ZIP: ██████
   ACCOUNT NUMBER:
    SELLER: FUND:            AGENCY:                  ORG:
          SUB-ORG:        APPR CODE:              PROGRAM:
         FUNCTION:           OBJECT:              SUB-OBJ:
         REV SRC:          SUB-REV:               BS ACCT:
             GBL:          RPTG CAT:              JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

NOV 29 2013

By _____

```
FUNCTION:                    DOCID: PV LAA AV140000138      11/29/13    08:01:56 AM
STATUS: PEND3                BATID:              ORG:            001-001 OF 001
  LN    REFERENCE            COM    VENDOR      INV              SUB APPR
  NO CD AGY   NUMBER         LN LN   INVOICE     LN  FND AGY ORG ORG CODE PGM
  -- -- --- ------------ -- --- ------------ ---- --- --- ---- --- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- ---- ----- --------- ---- --- ------
       DESCRIPTION          QUANTITY   I/D  AMOUNT        I/D P/F FEE CD
  ----------------------- ----------- --- ------------- --- --- ------
  RET %    RET AMOUNT    EFT IND  APPL TYPE
  ----- --------------- ------- ----------
01- 01 OE LAA 14DL0000019  01 001 2  ✓          001 26Q LAA 0600    201
       1920 LE
    EX AD GRYLU  ✓              1.000        3,750.00 ✓  P
                          N
02-                                            LAA
```

Verified & Approved

NOV 29 2013

By _____

INVOICE #2

## Invoice for Professional Services
Douglas S. Fuchs
Civil Action:
13-CV-1300-MSK-MJW
Cooke v. Hickenlooper

Ms. Kathleen Spalding, Esq.
Senior Assistant Attorney
General
1300 Broadway, 10th Floor
Denver, CO  80203

Rate:  $150/hour

| Date | Description | Time | Hours |
|---|---|---|---|
| 10/14/13 | Research and Preparation for Deposition | 9a – 10a | 1 |
| 10/19/13 | Research and Preparation for Deposition | 10p – 11p | 1 |
| 10/23/13 | Research and Preparation for Deposition | 6:30p – 8:30p | 2 |
| 11/2/13 | Deposition Review/Report Review | 4p – 5p | 1 |
| 11/3/13 | Deposition Review/Report Review | 4p – 5p | 1 |
| 11/3/13 | Meeting w/ K Spalding (travel included) | 6p – 10p | 4 |
| 11/4/13 | Deposition Review/Report Review | 8p – 10p | 2 |
| 11/5/13 | Deposition Review/Report Review | 8p – 10p | 2 |
| 11/6/13 | Deposition (travel included) | 7a – 6p | 11 |

TOTAL HOURS          25

TOTAL INVOICE #1:          $3,750

Please remit to:

[PLEASE NOTE:  ADDRESS PROTECTED FROM DISCLOSURE BY CONNECTICUT STATE LAW]

Alpha No _____ EXAD-GRYLU

```
FUNCTION:                DOCID: VI LAA 14000000162        11/26/13   02:15:12 PM
STATUS: SCHED            BATID:                    ORG:
H-
                        VENDOR INVOICE INPUT SCREEN

     VI DATE:  11 25 13   ACTION: E   VI TYPE: 1   VENDOR INV #: 2
     VENDOR CODE: 175529321                    FREIGHT:
           NAME: FUCHS, DOUGLAS S         DISCOUNT TYPE:
            DBA:                                 TAXES:
        ADDRESS:                          TOTAL LINES:        3,750.00

  ELECTRONIC TRANSFER:            CALCULATED TOTAL LINES:     3,750.00
                                                      I/D:
   CLEAR ALL:      COMMENTS:                   TOTAL INV:     3,750.00
   SINGLE CHECK FLAG:    CHECK CATEGORY: L   FA ASSET IND:
   CHECK DESCRIPTION:
```

NOV 26 2013

A--*S001-APPROVAL 1 APPLIED          A--*HS60-DOCUMENT MARKED FOR READ ONLY

```
FUNCTION:                DOCID: VI LAA 14000000162        11/26/13   02:15:14 PM
STATUS: SCHED            BATID:                    ORG:       001-001 OF 001
    LINE  ---REFERENCED ORDER---   QTY        UNIT
     #   CD AGCY  NUMBER    LN#   ORDERED    MEAS  COMMODITY CODE  ITM
    ----  -------------------------  ----------  ----  ------------- ---
                   QTY INVOICED I/D  UNIT COST    I/D   TOTAL COST   P/F
                   ------------ ---  ----------  ----  ------------- ---
                   SP COND DESCRIPTION                         TEXT
                   -------   ---------------------------  -----------  ---
                   MANUFACTURERS NAME           MANUFACTURERS NUMBER
                   ----------------------------  --------------------
01-  001  OE LAA 14DL0000019 001        1.000        96120000000
                        1.000     3,750.000000              3,750.00  P
                        EX AD GRYLU

02-

01-S072W-UNIT COST NOT = ORIG
```

```
FUNCTION:                 DOCID: PV LAA 14JO0001149       03/19/14   02:50:42 PM
STATUS: PEND3             BATID:              ORG:
H-                        PAYMENT VOUCHER INPUT FORM

      PV DATE: 03 18 14      ACCOUNTING PRD: 09 14    BUDGET FY: 14
      ACTION: E                PV TYPE: 1          SCH PAY DATE:

      OFF LIAB ACCT:        FA IND:      DOCUMENT TOTAL:          51.20
                                         CALC DOC TOTAL:          51.20
      VENDOR CODE: LAA100000    CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
      VENDOR NAME: MONTGOMERY, DAN
               DBA:
           ADDRESS:
              CITY:                      ST:       ZIP:
   ACCOUNT NUMBER:
      SELLER:  FUND:              AGENCY:                ORG:
             SUB-ORG:          APPR CODE:            PROGRAM:
            FUNCTION:             OBJECT:            SUB-OBJ:
             REV SRC:            SUB-REV:            BS ACCT:
                 GBL:           RPTG CAT:             JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                 DOCID: PV LAA 14JO0001149       03/19/14   02:50:44 PM
STATUS: PEND3             BATID:              ORG:          001-001 OF 001
   LN    REFERENCE          COM   VENDOR      INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE     LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- ------------ --- --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- -----  -------- ----------------
        DESCRIPTION          QUANTITY   I/D  AMOUNT         I/D P/F FEE CD
   ---------------------- ------------ --- -------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------  -------------- -------  ---------
01- 01                       MAR 19,2014G    26Q LAA 0600    221
      1930 06
   EX AD GRYLU               0.000           51.20
                         N
02-                                          LAA
```

01-A637W-1099 OBJT CODE/MISC. VEND CODE



Verified & Approved

MAR 1 9 2014

By:



INPUT

MAR 1 9 2014

By

Driving Directions from 6251 W 74th Ave, Arvada, Colorado 80003 to 6251 W 74th Ave, Arvada, Colorado 80003 | M...   Page 1 of 2



**Notes**

Dan Montgomery

**Trip to:**

▮

19.92 miles / 34 minutes

| | | | |
|---|---|---|---|
| (A) | ▮ | | Download Free App |
| ● | 1. Start out going **southeast** on **W 74th Ave** toward **Jay St**. Map | **0.01 Mi**<br>*0.01 Mi Total* | |
| ↱ | 2. Take the 1st **right** onto **Jay St**. Map | **0.1 Mi**<br>*0.1 Mi Total* | |
| ↰ | 3. Take the 1st **left** onto **W 73rd Ave**. Map | **0.1 Mi**<br>*0.2 Mi Total* | |
| ↱ | 4. Take the 2nd **right** onto **Ingalls St**. Map | **0.07 Mi**<br>*0.3 Mi Total* | |
| ↰ | 5. Turn **left** onto **W 72nd Ave**. Map | **0.5 Mi**<br>*0.8 Mi Total* | |
| ↱ [95] | 6. Turn **right** onto **Sheridan Blvd / CO-95**. Continue to follow **CO-95**. Map | **3.0 Mi**<br>*3.9 Mi Total* | |
| ↟ [EAST 70] | 7. Merge onto **I-70 E**. Map | **3.2 Mi**<br>*7.1 Mi Total* | |
| [274 EXIT] | 8. Take the **I-25 S / US-6 W / US-85 S / US-87 S** exit, **EXIT 274**, toward **Colo Spgs**. Map | **0.8 Mi**<br>*7.9 Mi Total* | |
| ↟ | 9. Merge onto **Park Ave W** toward **Downtown**. Map | **1.3 Mi**<br>*9.2 Mi Total* | |
| ↑ | 10. **Park Ave W** becomes **22nd St**. Map | **0.2 Mi**<br>*9.4 Mi Total* | |
| ↱ [33] | 11. Turn **right** onto **Larimer St / CO-33**. Map | **0.3 Mi**<br>*9.7 Mi Total* | |
| ↰ | 12. Take the 3rd **left** onto **19th St**. Map | **0.2 Mi**<br>*9.9 Mi Total* | |
| ■ | 13. **901 19TH ST** is on the **left**. Map | | |

A to B Travel Estimate: **9.93 mi - about 17 minutes**

(B)  **901 19th St**, Denver, CO 80294-2500

| | | |
|---|---|---|
| ● | 1. Start out going **southeast** on **19th St** toward **Champa St**. Map | **0.10 Mi**<br>*10.0 Mi Total* |
| ↰ | 2. Turn **left** onto **Stout St**. Map | **0.2 Mi**<br>*10.2 Mi Total* |

http://www.mapquest.com/print?a=app.core.ed95491f41c3aaced019f24   3/19/2014

Driving Directions from 6251 W 74th Ave, Arvada, Colorado 80003 to 6251 W 74th Ave, Arvada, Colorado 80003 | M...    Page 2 of 2

| | | |
|---|---|---|
| 3. Turn **slight left** onto **Broadway**. Map | **0.3 Mi** | 10.5 Mi Total |
| 4. Turn **slight left** onto **Park Ave W**. Map | **1.0 Mi** | 11.4 Mi Total |
| 5. Merge onto **I-70 W** toward **Grand Jct / Arvada**. Map | **4.5 Mi** | 15.9 Mi Total |
| 6. Take the **Sheridan Blvd / CO-95** exit, **EXIT 271A**. Map | **0.2 Mi** | 16.1 Mi Total |
| 7. Merge onto **Sheridan Blvd / CO-95**. Map | **3.0 Mi** | 19.0 Mi Total |
| 8. Turn **left** onto **W 72nd Ave**. Map | **0.6 Mi** | 19.6 Mi Total |
| 9. Turn **right** onto **Ingalls St**. Map | **0.07 Mi** | 19.7 Mi Total |
| 10. Turn **left** onto **W 73rd Ave**. Map | **0.1 Mi** | 19.8 Mi Total |
| 11. Take the 1st **right** onto **Jay St**. Map | **0.1 Mi** | 19.9 Mi Total |
| 12. Take the 1st **left** onto **W 74th Ave**. Map | **0.01 Mi** | 19.9 Mi Total |
| 13. **6251 W 74TH AVE** is on the **right**. Map | | |

**B to C** Travel Estimate: **9.99 mi - about 17 minutes**

**C** ██████████████████████████

Total Travel Estimate: **19.92 miles - about 34 minutes**

©2014 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

Attachment 1 to Exhibit A
Page 132

```
FUNCTION:              DOCID: PV LAA 14JO0001289      04/14/14   09:12:49 AM
STATUS: PEND3          BATID:               ORG:
H-                          PAYMENT VOUCHER INPUT FORM

      PV DATE: 04 14 14    ACCOUNTING PRD: 10 14    BUDGET FY: 14
      ACTION: E                PV TYPE: 1        SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:   DOCUMENT TOTAL:        700.00
                                        CALC DOC TOTAL:        700.00
          VENDOR CODE: 261250350    CHECK CATEGORY: L   SINGLE CHECK FLAG:
          VENDOR NAME: PROFESSIONAL POLICE CONSULTING LLC
                  DBA:
              ADDRESS: PO BOX 745039
                 CITY: ARVADA            ST: CO  ZIP: 80006 5039
    ACCOUNT NUMBER:
      SELLER:  FUND:          AGENCY:            ORG:
             SUB-ORG:       APPR CODE:        PROGRAM:
            FUNCTION:         OBJECT:         SUB-OBJ:
             REV SRC:        SUB-REV:         BS ACCT:
                 GBL:       RPTG CAT:          JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:              DOCID: PV LAA 14JO0001289      04/14/14   09:12:51 AM
STATUS: PEND3          BATID:               ORG:         001-001 OF 001
    LN    REFERENCE        COM  VENDOR     INV              SUB APPR
    NO CD AGY   NUMBER     LN LN   INVOICE  LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------ -- --- ---------- --- --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ---- ---------- ---------------
         DESCRIPTION        QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
    ------------------------ -------------- --- -------------- --- --- ------
    RET %    RET AMOUNT    EFT IND  APPL TYPE
    ------ --------------- ------- ----------
01- 01                      4-8-2014       26Q LAA 0600    201
      1920 LE
    EX AD GRYLU            0.000          700.00
                   N
02-                                       LAA
```

Verified & Approved

APR 1 4 2014

By: *[signature]*

INPUT

APR 1 4 2014

By *[signature]*

**Dan Montgomery, Chief of Police (Retired)**
**Professional Police Consulting, LLC**
**P.O. Box 745039**
**Arvada, Colorado 80006-5039**
**303-888-7922**



10 APR 2014 AM10:24

## Invoice For Services Rendered

| Responsible Party Name/Address: | Case Information: |
|---|---|
| Kit Spalding, Esq. | Cooke et. al. vs. Hickenlooper |
| Colorado Department of Law | U.S. District Court, Colorado |
| 1300 Broadway, 10th Floor | 13-CV-1300-KSK-MJW |
| Denver, Colorado 80203 | |

| Dates and Amount Due: | | |
|---|---|---|
| **Billing Date:** 4-8-2014 | **Due Date:** 4-22-2014 | **Amount Due:** $700.00 |
| **Non-Testimonial Rate: $175.00/Hr.** | | **Trial & Deposition Rate: $350.00/Hr.** |

| Date of Activity | Activity Performed | Hours | Amount |
|---|---|---|---|
| 4-3-14 | Trail Standby and Testimony Reference Case. | 4.0 | 700.00 |
| | | | |
| | Hours & Amount Sub-Total: | 4.0 | 700.00 |
| | Expenses Sub-Total: | | |
| | Retainers/Credits Sub-Total: | | |
| | Total Due: | 4.0 | $700.00 |

Alpha No ___ 8X AD GRYLU

"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

(Date)          (Name)

4/9/14

Attachment 1 to Exhibit A
Page 134

```
FUNCTION:                 DOCID: PV LAA 14JO0000588      11/14/13   09:57:29 AM
STATUS: PEND3             BATID:              ORG:
H-                        PAYMENT VOUCHER INPUT FORM

     PV DATE: 11 14 13    ACCOUNTING PRD: 04 14    BUDGET FY: 14
     ACTION:  E                      PV TYPE: 1      SCH PAY DATE:

     OFF LIAB ACCT:           FA IND:     DOCUMENT TOTAL:       1,536.25
                                          CALC DOC TOTAL:       1,536.25
         VENDOR CODE: 261250350     CHECK CATEGORY: L    SINGLE CHECK FLAG:
         VENDOR NAME: PROFESSIONAL POLICE CONSULTING LLC
                DBA:
            ADDRESS: PO BOX 745039
               CITY: ARVADA                ST: CO  ZIP: 80006 5039
   ACCOUNT NUMBER:
     SELLER:  FUND:           AGENCY:              ORG:
            SUB-ORG:        APPR CODE:           PROGRAM:
           FUNCTION:          OBJECT:           SUB-OBJ:
            REV SRC:         SUB-REV:           BS ACCT:
               GBL:         RPTG CAT:            JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                 DOCID: PV LAA 14JO0000588      11/14/13   09:57:41 AM
STATUS: PEND3             BATID:              ORG:        001-001 OF 001
  LN    REFERENCE          COM   VENDOR    INV         SUB APPR
  NO CD AGY    NUMBER      LN LN   INVOICE  LN  FND AGY ORG ORG CODE PGM
  -- -- --- ----------- ----- --- ----------- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- ------- ---  ----  --------- --------------
       DESCRIPTION           QUANTITY   I/D   AMOUNT       I/D P/F FEE CD
  ---- ---------------- --------- --- --- ----------------- --- --- ---
  RET %    RET AMOUNT   EFT IND APPL TYPE
  ------ --------------- ------- ---------
01- 01                        10-28-2013    26Q LAA 0600     201
     1920 LE
   EX AD GRYLU               0.000          1,536.25
                        N
02-                                         LAA
```

Verified & Approved

NOV 14 2013

**Dan Montgomery, Chief of Police (Retired)**
**Professional Police Consulting, LLC**
**P.O. Box 745039**
**Arvada, Colorado 80006-5039**
**303-888-7922**

## Invoice For Services Rendered

| Responsible Party Name/Address: | Case Information: |
|---|---|
| Ma. Molly Moates, Esq. | Cooke vs. Hickenlooper |
| Colorado Attorney Generals Office | U.S. District Court, Colorado |
| 1300 Broadway, 10TH Floor | 13-CV-1300-MSK-MJW |
| Denver, Colorado 80203 | |

| Dates and Amount Due: | | |
|---|---|---|
| Billing Date: 10-28-2013 | Due Date: 11-18-2013 | Amount Due: $1,536.25 |
| Non-Testimonial Rate: $175.00/Hr. | | Trial & Deposition Rate: $350.00/Hr. |

| Date of Activity | Activity Performed | Hours | Amount |
|---|---|---|---|
| 10-17-13 | Reviewed C.A.C.P. Position Papers Ref. H.B. 1224 and H.B. 1229; Read C.A.C.P. Position Paper Ref. Association Stances on a Variety of Gun Bills; Read Governor Hickenlooper's Second Suplemental Witness and Exhibit Disclosures; Read Second Amended Complaint; Read Bill Kilpatrick's Testimony of March 4, 2013 before The House Judiciary Committee; Read Testimony Outline of C.A.C.P. Ref. H.B. 1229. | 2.0 | 350.00 |
| 10-18-13 | Read H.B. 13-1229; Read H.B. 13-224. | 1.0 | 175.00 |
| 10-22-13 | Met with Ms.Moates Ref. Case; Read Notice of Deposition for Dan Montgomery. | 1.75 | 306.25 |
| 10-23-13 | Deposition at 1300 Broadway (Portal to Portal). | 4.0 | 700.00 |
| | | | |
| 10-23-13 | Expense: Parking Fee/$5.00 (Please see below.) | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Hours & Amount Sub-Total: | 8.75 | 1,531.25 |
| | Expenses Sub-Total: | | 5.00 |
| | Retainers/Credits Sub-Total: | | |
| | Total Due: | | $1,536.25 |

Alpha No __CXAD-GRYLU__ b~
"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, counted or measured, and were found in good condition and comply ing with the specifications or that the services were satis factory."
1/16/2013 (Date)    (Name)

```
FUNCTION:                 DOCID: PV LAA 14JO0001330        04/21/14   01:35:51 PM
STATUS: PEND3             BATID:                ORG:
H-                              PAYMENT VOUCHER INPUT FORM

     PV DATE: 04 21 14        ACCOUNTING PRD: 10 14      BUDGET FY: 14
     ACTION: E                   PV TYPE: 1              SCH PAY DATE:

     OFF LIAB ACCT:            FA IND:     DOCUMENT TOTAL:        215.00
                                          CALC DOC TOTAL:        215.00
        VENDOR CODE: LAA100000    CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
        VENDOR NAME: WEBSTER, DANIEL
               DBA:
           ADDRESS: ███████████████████
              CITY: ███████████████   ST: ███  ZIP: ██████████
    ACCOUNT NUMBER:
     SELLER: FUND:            AGENCY:              ORG:
          SUB-ORG:         APPR CODE:           PROGRAM:
         FUNCTION:           OBJECT:           SUB-OBJ:
          REV SRC:          SUB-REV:           BS ACCT:
              GBL:         RPTG CAT:            JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                 DOCID: PV LAA 14JO0001330        04/21/14   01:35:52 PM
STATUS: PEND3             BATID:                ORG:            001-001 OF 001
   LN      REFERENCE          COM    VENDOR      INV                 SUB APPR
   NO CD AGY   NUMBER      LN LN    INVOICE      LN  FND AGY ORG ORG CODE PGM
   -- -- ---  ----------   -- ---  -----------  --- --- --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----  ---------- ----------------
        DESCRIPTION          QUANTITY   I/D   AMOUNT      I/D P/F FEE CD
   ------------------------  --------- --- -------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------ -------------- ------- ---------
01- 01                    04/06/14        26Q LAA 0600    221
      1930 06
   EX AD GRYLU              0.000          215.00
                     N
02-                                        LAA
```

```
01-A637W-1099 OBJT CODE/MISC. VEND CODE
```

INPUT
APR 2 1 2014
By

Verified & Approved
APR 2 1 2014

# State of Colorado
## Travel Reimbursement Form

Effective 1/1/14 M&I Per Diem

| Name of Traveler: | Daniel Webster (Witness) |
|---|---|
| Section / Unit: | State Services/Public Officials |
| Alpha: | EX AD GRYLU |
| Traveling To: | Denver from Washington, DC |
| Hotel Name: | Monaco Denver |

| DATE | TRAVEL | | TIMES | | | MILEAGE | | | MEALS, INCIDENTAL & LODGING | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | From | To | Time Depart | Time Return | Miles | No. | Mile Rate/ | Total | Bkst | Lunch | Dinner | Incidentals | Lodging | Total Reimbur Items |
| 04/06/14 | Washington DC | Denver | 10:30 am | | | | $0.50 | $0.00 | $0.00 | $16.00 | $5.00 | $0.00 | $55.00 | $55.00 |
| 04/07/14 | Denver | Washington DC | | 1:00 pm 16 hrs | 48 | | $0.50 | $11.00 | $11.00 | $16.00 | $34.00 | $0.00 | $61.00 | $61.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | | | | | | | $0.00 | $11.00 | $32.00 | $68.00 | $5.00 | $116.00 | $116.00 |

MISCELLANEOUS EXPENSE:

Parking fee at Metro Washington Airport - $34.00, Taxi return to DIA - $65.00

| | TOTAL | $99.00 |
|---|---|---|
| | TOTAL | $215.00 |

Purpose for Travel: To testify in the Cooke v. Hickenlooper trial (U.S. District Court)

Persons and Agencies Contacted:

"I certify that the statements in the above schedule are true and just in all respects; that payment of the amounts claimed herein has not and will not be reimbursed to me from any other source; that travel performed for which an advance or reimbursement is claimed was or will be performed by me while on State business and that no claims are included for expenses of a personal or political nature of for any other expenses not authorized by the Fiscal Rules; and that I actually incurred or paid the operating expenses of the motor vehicle for which reimbursement is claimed on a mileage basis. Further, I hereby authorize the State to deduct from my pay any amount paid to me in excess of my authorized expenses as provided by Fiscal Rule 5-1."

| Travelers Signature / Title: | Date: | Address / City State: |
|---|---|---|
| Supervisors Signature: | Date: 4-16-14 | |

Processed by: _____ (initials) _____ (date)

RESET FORM

17 APR 2014 AM 6:35

```
                Denver Yellow Cab
                    Cab #1507


                  7500 E 41st Ave
                    Denver, CO
                   (303) 777-7777

         Date                 04/07/14
         Time                 15:26:44


         DIST...................     0.00
         FARE..................$     0.00
         EXTRAS...............$     0.00
         TIP..................$     0.00


         TOTAL................$    05.00


         Visa
         xxxx xxxx xxxx ████
         MID 445100000000
         Authorization 00007A


         Signature:



      4 WAYS TO BOOK OUR TAXIS:
          - Call (303) 777-7777
          - www.denveryellowcab.com
          - Text address to THAGIC
          - Download Taxi Magic App


         * * * * * * * * * * * * * * * *
```

```
FUNCTION:                DOCID: PV LAA 14DL0000104    01/14/14   10:58:37 AM
STATUS: PEND3            BATID:              ORG:
H-                        PAYMENT VOUCHER INPUT FORM

      PV DATE: 01 13 14      ACCOUNTING PRD: 07 14    BUDGET FY: 14
      ACTION: E                   PV TYPE: 1          SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:      42,000.00
                                         CALC DOC TOTAL:      42,000.00
      VENDOR CODE: 134488831   CHECK CATEGORY: L    SINGLE CHECK FLAG:
      VENDOR NAME: ZAX, JEFFREY S
             DBA:
         ADDRESS: ███████████████████
            CITY: ███████████    ST: ███   ZIP: ██████
  ACCOUNT NUMBER:
     SELLER: FUND:              AGENCY:             ORG:
          SUB-ORG:           APPR CODE:          PROGRAM:
         FUNCTION:              OBJECT:          SUB-OBJ:
         REV SRC:              SUB-REV:          BS ACCT:
             GBL:             RPTG CAT:           JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

JAN 14

By

```
FUNCTION:                DOCID: PV LAA 14DL0000104    01/14/14   10:58:39 AM
STATUS: PEND3            BATID:              ORG:        001-001 OF 001
   LN    REFERENCE        COM   VENDOR     INV           SUB APPR
   NO CD AGY   NUMBER     LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- -- ----------- --- --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ---- --------- --- --- ------
       DESCRIPTION          QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
   --------------------- ------------- --- ------------- --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------  ------------  ------- ----------
01- 01 PO LAA 14000000004  01   23 DEC 13       26Q LAA 0600     201
       1920 AN
   EX AD GRYLU            0.000         42,000.00
                              N
02-                                             LAA
```

Verified & Approved

JAN 1 4 2014

By:

Jeffrey S. Zax



RECEIVED
DEC 27 2013
OFFICE OF THE
ATTORNEY GENERAL

Mr. Matt Grove
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10ᵗʰ Floor
Denver, CO
80203

*PO LAA 14-04*
*RO LAAHOL-01 ok per*
*matt Grove 1-17-14*

Alpha No *EXAD GRYLU*
"I hereby certify that this goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and comply with the specifications given, or that the services were satisfactory."
1/2/2014   *(signature)*
(Date)   (Name)

23 December 2013

Dear Mr. Grove,

This is an invoice for work performed under P.O. # PO LAA 14000000004 in the matter of *Cooke v. Hickenlooper*, U.S. District Court Case No. 13-CV-001300, from 18 July 2013 to 22 December 2013. I worked 146 hours during this period. I acknowledge that I was authorized to work only 120 hours. Therefore, my total charges are

|  |  |
|---|---|
| 120.00 hours of my own work time at $350/hour: | $42,000.00 |
| Total charges: | $42,000.00 |

The accompanying statements provide details of my expended time. All amounts of time have been rounded down to the nearest five minutes. Please send reimbursement to me personally at the address above at your earliest convenience. My social security number is ▮▮▮▮▮▮.

Yours,

*Jeffrey S. Zax*

Jeffrey S. Zax

| 10/29/13 | 10 40a.m. | -11:00a.m. | :20 | Reviewing literature. |
| | 11 45a.m. | -12:00p.m. | :15 | Reviewing literature. |
| | 3 05p.m. | - 3:15p.m. | :10 | Reviewing literature. |
| | 3 20p.m. | - 3:35p.m. | :15 | Reviewing literature. |
| | 3 50p.m. | - 4:30p.m. | :40 | Reviewing literature. |
| | 5 25p.m. | - 5:55p.m. | :30 | Reviewing literature. |
| | | | | |
| 10/30/13 | 10 40a.m. | -11:50a.m. | 1:10 | Reviewing literature. |
| | 8 40p.m. | - 8:50p.m. | :10 | Preparing for deposition. |
| | 8 55p.m. | - 9:00p.m. | :05 | Preparing for deposition. |
| | 9 25p.m. | -10:40p.m. | 1:15 | Preparing for deposition. |
| | 11 05p.m. | -11:10p.m. | :05 | Preparing for deposition. |
| | | | | |
| 10/31/13 | 7 25a.m. | - 7:35a.m. | :10 | Preparing for deposition. |
| | 9 00a.m. | -11:50a.m. | 2:50 | In deposition. |
| | 12 35p.m. | - 5:05p.m. | 4:30 | In deposition. |
| | | | | |
| 11/7/13 | 4 25p.m. | - 4:30p.m. | :05 | Reviewing emails and attachments. |
| | | | | |
| 11/15/13 | 10 00p.m. | -10:30p.m. | :30 | Examining Virginia data.    . |
| | | | | |
| 11/17/13 | 11 10a.m. | -11:30a.m. | :20 | Reading Entorf, Jennings et al., von Hentig. |
| | 11 40a.m. | -11:50a.m. | :10 | Reading Entorf, Jennings et al., von Hentig. |
| | 4 30p.m. | - 4:50p.m. | :20 | Reading Entorf, Jennings et al., von Hentig. |
| | 5:25p.m. | - 5:55p.m. | :30 | Reading Entorf, Jennings et al., von Hentig. |
| | | | | |
| 11/20/13 | 11:25a.m. | -12:25p.m. | 1:00 | Reading Entorf. Reviewing analysis of Kleck's results. Working with Virginia Firearms Clearinghouse data. |
| | | | | |
| 11/21/13 | 9:50a.m. | -10:00a.m. | :10 | Analyzing Kleck data. |
| | 12:30p.m. | -12:45p.m. | :15 | Analyzing Kleck data. |
| | 1:35p.m. | - 2:00p.m. | :25 | Analyzing Kleck data. |
| | 2:15p.m. | - 3:05p.m. | :50 | Analyzing Kleck data. |
| | 3:30p.m. | - 4:00p.m. | :30 | Analyzing Kleck data. |
| | 4:20p.m. | - 4:30p.m. | :10 | Analyzing Kleck data. |
| | 5:15p.m. | - 6:05p.m. | :50 | Writing second rebuttal. |
| | 9:35p.m. | - 9:50p.m. | :15 | Writing second rebuttal. |
| | 10:00p.m. | -10:30p.m. | :30 | Writing second rebuttal. |
| | 11:15p.m. | -12:00a.m. | :45 | Writing second rebuttal. |
| | | | | |
| 11/22/13 | 9:15a.m. | -10:00a.m. | :45 | Writing second rebuttal. |
| | 1:00p.m. | - 1:20p.m. | :20 | Writing second rebuttal. |
| | 1:35p.m. | - 1:50p.m. | :15 | Writing second rebuttal. |
| | 1:55p.m. | - 3:00p.m. | 1:05 | Writing second rebuttal. |
| | 3:55p.m. | - 4:30p.m. | :35 | Writing second rebuttal. |
| | 5:10p.m. | - 5:20p.m. | :10 | Writing second rebuttal. |
| | 5:35p.m. | - 5:45p.m. | :10 | Writing second rebuttal. |
| | | | | |
| 11/24/13 | 11:45a.m. | -12:20p.m. | :35 | Writing second rebuttal. |
| | 2:20p.m. | - 2:40p.m. | :20 | Writing second rebuttal. |

-5-

Attachment 1 to Exhibit A
Page 142

```
FUNCTION:                    DOCID: PV LAA 14DL0000187      05/13/14   05:15:44 PM
STATUS: PEND3                BATID:                 ORG:
H-                              PAYMENT VOUCHER INPUT FORM

      PV DATE: 04 30 14      ACCOUNTING PRD: 11 14      BUDGET FY: 14
      ACTION: E                    PV TYPE: 1      SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:      19,250.00
                                         CALC DOC TOTAL:      19,250.00
         VENDOR CODE: 134488831     CHECK CATEGORY: L    SINGLE CHECK FLAG:
         VENDOR NAME: ZAX, JEFFREY S
               DBA:
           ADDRESS:
             CITY:                         ST:      ZIP:
    ACCOUNT NUMBER:
      SELLER:  FUND:             AGENCY:              ORG:
           SUB-ORG:          APPR CODE:          PROGRAM:
          FUNCTION:            OBJECT:          SUB-OBJ:
           REV SRC:           SUB-REV:          BS ACCT:
               GBL:          RPTG CAT:          JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3                     INPUT

                                                MAY 13 2014

                                                By
```

```
FUNCTION:                    DOCID: PV LAA 14DL0000187      05/13/14   05:15:46 PM
STATUS: PEND3                BATID:                 ORG:         001-001 OF 001
   LN    REFERENCE          COM    VENDOR      INV              SUB APPR
   NO CD AGY    NUMBER     LN LN   INVOICE     LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- ------------ -- --- --- ------- ---- ----

   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ---- ---------- ---------------

      DESCRIPTION            QUANTITY   I/D  AMOUNT        I/D P/F FEE CD
   --------------------- ------------- --- ------------- --- --- ------

   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ ------------- ------- ---------
01- 01 PO LAA 14000000004  01    25 APR 14       26Q LAA 0600      201
      1920 AN
   EX AD GRYLU                0.000         19,250.00
                          N
02-                                              LAA
```

Verified & Approved

MAY 1 4 2014

By:

Jeffrey S. Zax



9 MAY 2014 AM 11:29

13 MAY 2014 PM 1:06

Mr. Matt Grove
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO
80203

25 April 2014

Dear Mr. Grove,

This is an invoice for work performed under P.O. # PO LAA 14000000004 in the matter of *Cooke v. Hickenlooper*, U.S. District Court Case No. 13-CV-001300, from 29 January 2014 to 9 April 2014. I worked 55 hours and 10 minutes during this period. I acknowledge that I was authorized to work only 55 hours. Therefore, my total charges are

| | |
|---|---|
| 55.00 hours of my own work time at $350/hour: | $19,250.00 |
| Total charges: | $19,250.00 |

The accompanying statements provide details of my expended time. All amounts of time have been rounded down to the nearest five minutes. Please send reimbursement to me personally at the address above at your earliest convenience. My social security number is ▮▮▮▮▮▮

Alpha No. **EX AD GRYLU**
"I hereby certify that the goods or services shown on this invoice or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply-
ing with the specifications given, or that the services were satis-
factory."

5-6-2014    Sicha Morill
(Date)          (Name)

Yours,

*Jeffrey S. Zax*

Jeffrey S. Zax

Work time by myself:

| 1/29/14 | 11.45p.m. | -12:00p.m. | :15 | Preparing Virginia Firearms Clearinghouse analysis, sending to Matt Grove. |
|---|---|---|---|---|
| 3/17/14 | 10.50a.m. | -11:05a.m. | :15 | Preparing for 3/19 deposition. |
| | 11.15a.m. | -11:25a.m. | :10 | Preparing for 3/19 deposition. |
| | 11.30a.m. | -11:50a.m. | :20 | Reading Koper (2004) report. |
| | 12.25p.m. | -12:40p.m. | :15 | Reading Koper (2004) report. |
| | 1.30p.m. | - 3:00p.m. | 1:30 | Reading Koper (2004) report. |
| 3/19/14 | 12.10a.m. | -12:20a.m. | :10 | Reading Koper (2004) report. |
| | 8.30a.m. | -10:50a.m. | 2:20 | Deposition. |
| 3/24/14 | 5.10p.m. | - 6:15p.m. | 1:05 | Preparing exhibits. |
| | 6.20p.m. | - 6:35p.m. | :15 | Preparing exhibits. |
| | 7.20p.m. | - 7:35p.m. | :15 | Preparing exhibits. |
| | 8.30p.m. | - 9:30p.m. | 1:00 | Preparing exhibits. |
| | 9.35p.m. | - 9:55p.m. | :20 | Preparing exhibits. |
| | 11.50p.m. | -12:00a.m. | :10 | Preparing exhibits. |
| 3/25/14 | 8.45a.m. | - 9:00a.m. | :15 | Preparing exhibits. |
| | 9.05a.m. | - 9:10a.m. | :05 | Preparing exhibits. |
| | 9.15a.m. | - 9:45a.m. | :30 | Preparing exhibits. |
| | 9.55a.m. | -10:10a.m. | :15 | Preparing exhibits. |
| | 10.15a.m. | -11:15a.m. | 1:00 | Preparing exhibits. |
| | 1.00p.m. | - 1:10p.m. | :10 | Telephone call with Matt Grove. |
| | 6.40p.m. | - 7:05p.m. | :25 | Preparing for trial. |
| | 7.25p.m. | - 7:35p.m. | :10 | Preparing for trial. |
| | 9.10p.m. | - 9:55p.m. | :45 | Preparing for trial. |
| | 10.20p.m. | -10:50p.m. | :30 | Preparing for trial. |
| | 11.20p.m. | -12:05a.m. | :45 | Preparing for trial. |
| 3/26/14 | 9.15a.m. | -12:50p.m. | 3:35 | Meetings with Matt Grove and LeeAnn Morrill. |
| 3/27/14 | 4.15p.m. | - 4:45p.m. | :30 | Preparing for trial. |
| | 5.00p.m. | - 5:35p.m. | :35 | Preparing for trial. |
| | 5.40p.m. | - 5:45p.m. | :05 | Preparing for trial. |
| | 5.55p.m. | - 6:25p.m. | :30 | Preparing for trial. |
| | 6.30p.m. | - 6:35p.m. | :05 | Preparing for trial. |
| | 8.05p.m. | - 8:15p.m. | :10 | Preparing for trial. |
| | 9.05p.m. | - 9:15p.m. | :10 | Preparing for trial. |
| | 9.25p.m. | -10:05p.m. | :40 | Preparing for trial. |
| | 10.10p.m. | -10:50p.m. | :40 | Preparing for trial. |
| | 11.10p.m. | -12:50a.m. | 1:40 | Preparing for trial. |
| 3/28/14 | 9.15a.m. | - 3:00p.m. | 5:45 | Preparing for trial. |
| 3/31/14 | 11.15p.m. | -12:00a.m. | :45 | Preparing for Dr. Kleck's cross-examination. |

Attachment 1 to Exhibit A
Page 145

| 4/1/14 | 12.00a.m. | - | 1:20a.m. | 1:20 | Preparing for Dr. Kleck's cross-examination. |
|--------|-----------|---|----------|------|---------------------------------------------|
| 4/2/14 | 8.30a.m. | - | 2:00p.m. | 5:30 | Attending Dr. Kleck's testimony. |
| 4/3/14 | 11.05p.m. | - | 11:20p.m. | :15 | Preparing for trial |
| 4/4/14 | 8.30a.m. | - | 12:05p.m. | 3:35 | Attending Dr. Kleck's cross-examination. |
| 4/5/14 | 11.15p.m. | - | 12:00a.m. | :45 | Preparing for trial. |
| 4/6/14 | 10.15a.m. | - | 1:40p.m. | 3:25 | Preparing for trial with Matt Grove. |
| 4/8/14 | 8.05p.m. | - | 8:55p.m. | :50 | Preparing for testimony. |
|        | 9.30p.m. | - | 11:55p.m. | 2:25 | Preparing for testimony. |
| 4/9/14 | 12.20a.m. | - | 12:40a.m. | :20 | Preparing for testimony. |
|        | 7.35a.m. | - | 8:15a.m. | :40 | Preparing for testimony. |
|        | 9.00a.m. | - | 4:45p.m. | 7:45 | Testimony. |

Total work time:                        55:10

-2-

Attachment 1 to Exhibit A
Page 146

```
FUNCTION:                    DOCID: PV LAA 14JO0001146        03/19/14   02:43:52 PM
STATUS: PEND3                BATID:              ORG:
H-                           PAYMENT VOUCHER INPUT FORM

     PV DATE: 03 18 14       ACCOUNTING PRD: 09 14     BUDGET FY: 14
     ACTION:  E                    PV TYPE: 1          SCH PAY DATE:

     OFF LIAB ACCT:           FA IND:       DOCUMENT TOTAL:        126.24
                                            CALC DOC TOTAL:        126.24
     VENDOR CODE: LAA100000    CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
     VENDOR NAME: KRAMER, LORNE
             DBA:
         ADDRESS:  ███████████████████    ST: ████  ZIP: ████████
            CITY:  ███████████████████
  ACCOUNT NUMBER:
     SELLER: FUND:              AGENCY:                ORG:
          SUB-ORG:           APPR CODE:            PROGRAM:
         FUNCTION:              OBJECT:            SUB-OBJ:
          REV SRC:             SUB-REV:            BS ACCT:
              GBL:            RPTG CAT:             JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001146        03/19/14   02:43:54 PM
STATUS: PEND3                BATID:              ORG:            001-001 OF 001
     LN   REFERENCE              COM   VENDOR      INV              SUB APPR
     NO CD AGY    NUMBER      LN LN    INVOICE     LN  FND AGY ORG  ORG CODE PGM
     -- -- ---  ------------  -- ---  ------------ --- --- --- ----- ---- ----
     FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
     ---- ------- --- --- ------- ------- ---- ----  --------  --------------
        DESCRIPTION           QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
     -------------------- --------------- --- -------------- --- --- ------
     RET %    RET AMOUNT   EFT IND  APPL TYPE
     ------  -------------- -------  ----------
01- 01                     MAR 19,2014D   26Q LAA 0600     221
       1930 06
     EX AD GRYLU               0.000         126.24
                        N
02-                                          LAA
```

01-A637W-1099 OBJT CODE/MISC. VEND CODE

RUSH

Verified & Approved

MAR 1 9 2014



INPUT

MAR 1 9 2014

By

Driving Directions from 411 Lakewood Cir, Colorado Springs, Colorado 80910 to 411 Lakewood Cir, Colorado Spring...   Page 1 of 2



**Notes**

*Lorne Kramer*

**Trip to:**

███████████████████████

153.91 miles / 2 hours 32 minutes



| | | | | |
|---|---|---|---|---|
| | **(A)** | ████████████████████████ | | Download Free App |
| ● | | 1. Start out going **northeast** on **Lakewood Cir** toward **Beecher Ave**. Map | | **0.2 Mi** / 0.2 Mi Total |
| ↱ | 29 | 2. Turn **right** onto **Airport Rd / CO-29**. Map | | **0.05 Mi** / 0.3 Mi Total |
| ↱ | 83 | 3. Take the 1st **right** onto **S Academy Blvd / CO-83**. Map | | **0.8 Mi** / 1.1 Mi Total |
| ↱ | WEST 24 | 4. Turn **right** onto **E Fountain Blvd / US-24 W**. Continue to follow **US-24 W**. Map | | **2.6 Mi** / 3.7 Mi Total |
| ↰ | NORTH 25 | 5. Merge onto **I-25 N** toward **Denver / Manitou Spgs**. Map | | **71.4 Mi** / 75.0 Mi Total |
| 210B EXIT | | 6. Take the **Auraria Parkway** exit, **EXIT 210B**. Map | | **0.3 Mi** / 75.3 Mi Total |
| ↰ | | 7. Merge onto **Auraria Pkwy**. Map | | **0.8 Mi** / 76.1 Mi Total |
| ↑ | | 8. **Auraria Pkwy** becomes **Walnut St**. Map | | **0.09 Mi** / 76.2 Mi Total |
| ↱ | 33 | 9. Turn **right** onto **14th St / CO-33**. Map | | **0.1 Mi** / 76.3 Mi Total |
| ↰ | 33 | 10. Turn **left** onto **Lawrence St / CO-33**. Map | | **0.5 Mi** / 76.7 Mi Total |
| ↱ | | 11. Turn **right** onto **19th St**. Map | | **0.2 Mi** / 76.9 Mi Total |
| ■ | | 12. **901 19TH ST** is on the **left**. Map | | |
| | | A to B Travel Estimate: **76.91 mi - about 1 hour 16 minutes** | | |
| | **(B)** | **901 19th St**, Denver, CO 80294-2500 | | |
| ● | | 1. Start out going **southeast** on **19th St** toward **Champa St**. Map | | **0.03 Mi** / 76.9 Mi Total |
| ↱ | | 2. Take the 1st **right** onto **Champa St**. Map | | **0.7 Mi** / 77.7 Mi Total |

Attachment 1 to Exhibit A
Page 148

Driving Directions from 411 Lakewood Cir, Colorado Springs, Colorado 80910 to 411 Lakewood Cir, Colorado Spring...    Page 2 of 2

| | | | |
|---|---|---|---|
| ↑ | | 3. **Champa St** becomes **Kalamath St**. Map | **0.03 Mi**<br>*77.7 Mi Total* |
| ↱ | WEST (40) | 4. Turn **right** onto **W Colfax Ave / US-40 W / US-287 N**. Map | **0.6 Mi**<br>*78.3 Mi Total* |
| RAMP | | 5. Take the ramp toward **I-25 / Colo Spgs / Ft Collins**. Map | **0.09 Mi**<br>*78.4 Mi Total* |
| ↑↑ | SOUTH 25 | 6. Merge onto **I-25 S** via the ramp on the **left** toward **Colo Spgs**. Map | **71.2 Mi**<br>*149.5 Mi Total* |
| 139 EXIT | EAST (24) | 7. Merge onto **US-24 E** via **EXIT 139** toward **AIRPORT / Limon**. Map | **2.9 Mi**<br>*152.4 Mi Total* |
| ↰ | | 8. Turn **left** onto **S Chelton Rd**. Map | **0.7 Mi**<br>*153.2 Mi Total* |
| ↱ | 29 | 9. Turn **right** onto **Airport Rd / CO-29**. Map | **0.5 Mi**<br>*153.7 Mi Total* |
| ↱ | | 10. Take the 2nd **right** onto **Lakewood Cir**. Map | **0.2 Mi**<br>*153.9 Mi Total* |
| ■ | | 11. ███████████████████ | |

**B to C Travel Estimate: 77.00 mi - about 1 hour 16 minutes**

| | |
|---|---|
| **C** | ████████████████████████ |

Total Travel Estimate: **153.91 miles - about 2 hours 32 minutes**

©2014 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

Attachment 1 to Exhibit A
Page 149

```
FUNCTION:                DOCID: PV LAA 14JO0001147        03/19/14   02:45:30 PM
STATUS: PEND3            BATID:                  ORG:
H-                       PAYMENT VOUCHER INPUT FORM

        PV DATE: 03 18 14      ACCOUNTING PRD: 09 14     BUDGET FY: 14
        ACTION:  E                 PV TYPE: 1        SCH PAY DATE:

        OFF LIAB ACCT:        FA IND:     DOCUMENT TOTAL:        53.44
                                          CALC DOC TOTAL:        53.44
        VENDOR CODE: LAA100000    CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
        VENDOR NAME: LOGAN, ANDY
                DBA:
            ADDRESS:  ██████████████████
               CITY: █████████████████  ST: ████  ZIP: ████████
    ACCOUNT NUMBER:
        SELLER:  FUND:          AGENCY:              ORG:
             SUB-ORG:       APPR CODE:           PROGRAM:
            FUNCTION:          OBJECT:           SUB-OBJ:
            REV SRC:         SUB-REV:            BS ACCT:
                GBL:        RPTG CAT:             JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 14JO0001147        03/19/14   02:45:31 PM
STATUS: PEND3            BATID:                  ORG:        001-001 OF 001
    LN    REFERENCE          COM   VENDOR      INV          SUB APPR
    NO CD AGY   NUMBER       LN LN  INVOICE     LN  FND AGY ORG ORG CODE PGM
    -- -- ---  -------------  -- --- ------------ --- --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG   JOB/PROJ   DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ------   ---------- ---------------
         DESCRIPTION          QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
    -------------------------- ---------- --- ----------- --- --- ------
    RET %    RET AMOUNT    EFT IND  APPL TYPE
    ------  -------------- ------- ---------
01- 01                      MAR 19,2014E    26Q LAA 0600     221
      1930 06
    EX AD GRYLU                   0.000          53.44
                            N
02-                                             LAA


01-A637W-1099 OBJT CODE/MISC. VEND CODE
```

RUSH

Verified & Approved

MAR 1 9 2014

By: 

INPUT

MAR 1 9 2014

By