

**Trip to:**

███████████████████

23.50 miles / 36 minutes

**Notes**

*Andy Logan*



**(A)** ██████████████████████

| | | | |
|---|---|---|---|
| ● | 1. Start out going **west** on **E Montview Blvd** toward **E 21st Ave**. Map | **0.3 Mi**<br>*0.3 Mi Total* | |
| ↱ | 2. Take the 2nd **right** onto **Peoria St**. Map | **1.9 Mi**<br>*2.2 Mi Total* | |
| ↑↑ WEST 70 | 3. Merge onto **I-70 W** via the ramp on the **left**. Map | **6.9 Mi**<br>*9.1 Mi Total* | |
| 274 EXIT | 4. Take the **I-25** exit, **EXIT 274**, toward **Colo Springs / Ft Collins**. Map | **0.5 Mi**<br>*9.6 Mi Total* | |
| RAMP | 5. Keep **left** to take the **I-25 S / I-70 W** ramp toward **Colo Spgs / Grand Jct**. Map | **0.2 Mi**<br>*9.8 Mi Total* | |
| ↰ | 6. Keep **left** at the fork in the ramp. Map | **0.5 Mi**<br>*10.3 Mi Total* | |
| ↱ | 7. Keep **right** at the fork in the ramp. Map | **0.1 Mi**<br>*10.4 Mi Total* | |
| ↑↑ | 8. Merge onto **Park Ave W** toward **Downtown**. Map | **1.2 Mi**<br>*11.6 Mi Total* | |
| ↑ | 9. **Park Ave W** becomes **22nd St**. Map | **0.2 Mi**<br>*11.8 Mi Total* | |
| ↱ 33 | 10. Turn **right** onto **Larimer St / CO-33**. Map | **0.3 Mi**<br>*12.1 Mi Total* | |
| ↰ | 11. Take the 3rd **left** onto **19th St**. Map | **0.2 Mi**<br>*12.3 Mi Total* | |
| ■ | 12. **901 19TH ST** is on the **left**. Map | | |

A to B Travel Estimate: **12.29 mi - about 18 minutes**

**(B)   901 19th St**, Denver, CO 80294-2500

| | | | |
|---|---|---|---|
| ● | 1. Start out going **southeast** on **19th St** toward **Champa St**. Map | **0.10 Mi**<br>*12.4 Mi Total* | |
| ↰ | 2. Turn **left** onto **Stout St**. Map | **0.2 Mi**<br>*12.5 Mi Total* | |
| ↰ | 3. Turn **slight left** onto **Broadway**. Map | **0.9 Mi**<br>*13.4 Mi Total* | |

Driving Directions from 12635 E Montview Blvd, Aurora, Colorado 80045 to 12635 E Montview Blvd, Aurora, Colora...   Page 2 of 2

| | 4. **Broadway** becomes **Brighton Blvd**. Map | **1.6 Mi**<br>*15.0 Mi Total* |
|---|---|---|
| | 5. Merge onto **I-70 E**. Map | **6.1 Mi**<br>*21.1 Mi Total* |
| | 6. Take the **Peoria Street** exit, **EXIT 281**. Map | **0.2 Mi**<br>*21.4 Mi Total* |
| | 7. Merge onto **Peoria St**. Map | **1.8 Mi**<br>*23.2 Mi Total* |
| | 8. Turn **left** onto **Montview Blvd**. Map | **0.3 Mi**<br>*23.5 Mi Total* |
| | 9. ██████████████████ | |

**B to C** Travel Estimate: **11.21 mi - about 17 minutes**

C ███████████████████████████

Total Travel Estimate: **23.50 miles - about 36 minutes**

©2014 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

Attachment 1 to Exhibit A
Page 152

```
FUNCTION:                DOCID: PV LAA 14JO0001150        03/19/14   02:53:17 PM
STATUS: PEND3            BATID:                 ORG:
H-                          PAYMENT VOUCHER INPUT FORM

     PV DATE: 03 18 14       ACCOUNTING PRD: 09 14    BUDGET FY: 14
     ACTION:  E                       PV TYPE: 1       SCH PAY DATE:

     OFF LIAB ACCT:          FA IND:      DOCUMENT TOTAL:       42.24
                                          CALC DOC TOTAL:       42.24
     VENDOR CODE: LAA100000    CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
     VENDOR NAME: MOORE MD, ERNEST
            DBA: DENVER HEALTH & HOSPITAL AUTHORITY
        ADDRESS: 655 BANNOCK ST UNIT 8-BASEMENT
           CITY: DENVER         ST: CO  ZIP: 80204
ACCOUNT NUMBER:
   SELLER:  FUND:            AGENCY:              ORG:
        SUB-ORG:         APPR CODE:           PROGRAM:
       FUNCTION:            OBJECT:           SUB-OBJ:
        REV SRC:           SUB-REV:           BS ACCT:
            GBL:          RPTG CAT:            JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 14JO0001150        03/19/14   02:53:19 PM
STATUS: PEND3            BATID:                 ORG:        001-001 OF 001
   LN   REFERENCE          COM  VENDOR      INV            SUB APPR
   NO CD AGY    NUMBER     LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------ -- --- ----------- --- --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG   JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----  ------- ----------------
      DESCRIPTION        QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
   ---------------------- --------- --- ------------ --- --- ------
   RET %    RET AMOUNT   EFT IND  APPL TYPE
   ------ ------------- ------- ---------
01- 01                     MAR 19,2014H   26Q LAA 0600    221
      1930 06
   EX AD GRYLU              0.000          42.24
                   N
02-                                        LAA
```

01-A637W-1099 OBJT CODE/MISC. VEND CODE



Verified & Approved

MAR 1 9 2014

INPUT

MAR 1 9 2014

By

Driving Directions from 655 Bannock St, Denver, Colorado 80204 to 655 Bannock St, Denver, Colorado 80204 | Map...   Page 1 of 1

 **mapquest**

**Notes**

*Ernest Moore*

Trip to:

███████████████████████

4.13 miles / 12 minutes

**(A)** ████████████████████████████████

Download Free App

● | 1. Start out going **north** on Bannock St toward W 7th Ave. Map | **0.2 Mi** *0.2 Mi Total*
↰ | 2. Turn **left** onto **Speer Blvd**. Map | **1.3 Mi** *1.4 Mi Total*
↱ **[33]** | 3. Turn **slight right** onto **Lawrence St / CO-33**. Map | **0.6 Mi** *2.0 Mi Total*
↱ | 4. Turn **right** onto **19th St**. Map | **0.2 Mi** *2.2 Mi Total*
■ | 5. **901 19TH ST** is on the **left**. Map |

**A to B Travel Estimate: 2.18 mi - about 6 minutes**

**(B)   901 19th St**, Denver, CO 80294-2500

● | 1. Start out going **southeast** on **19th St** toward Champa St. Map | **0.03 Mi** *2.2 Mi Total*
↱ | 2. Take the 1st **right** onto **Champa St**. Map | **0.7 Mi** *2.9 Mi Total*
↰ | 3. Turn **left** onto **Speer Blvd**. Map | **1.1 Mi** *4.0 Mi Total*
↱ | 4. Turn **right** onto **Bannock St**. Map | **0.1 Mi** *4.1 Mi Total*
■ | 5. **655 BANNOCK ST** is on the **right**. Map |

**B to C Travel Estimate: 1.95 mi - about 5 minutes**

**(C)** ████████████████████████████████

**Total Travel Estimate: 4.13 miles - about 12 minutes**

©2014 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

Attachment 1 to Exhibit A
Page 154

3/19/2014

```
FUNCTION:                DOCID: PV LAA 14JO0001311        04/16/14   12:18:59 PM
STATUS: PEND3            BATID:                  ORG:
H-                       PAYMENT VOUCHER INPUT FORM

     PV DATE: 04 16 14      ACCOUNTING PRD: 10 14      BUDGET FY: 14
     ACTION: E                    PV TYPE: 1      SCH PAY DATE:

     OFF LIAB ACCT:         FA IND:    DOCUMENT TOTAL:        198.00
                                       CALC DOC TOTAL:        198.00
     VENDOR CODE: LAA100000    CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
     VENDOR NAME: SALZGEBER, ROGER
          DBA:
      ADDRESS:  ███████████████████
         CITY:  ███████████████████   ST: ████  ZIP: ██████
ACCOUNT NUMBER:
  SELLER:  FUND:             AGENCY:              ORG:
        SUB-ORG:          APPR CODE:          PROGRAM:
       FUNCTION:            OBJECT:          SUB-OBJ:
        REV SRC:           SUB-REV:          BS ACCT:
            GBL:          RPTG CAT:           JOB NO:
     OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                DOCID: PV LAA 14JO0001311        04/16/14   12:19:01 PM
STATUS: PEND3            BATID:                  ORG:        001-001 OF 001
   LN     REFERENCE          COM    VENDOR     INV              SUB APPR
   NO CD AGY    NUMBER      LN LN   INVOICE     LN   FND AGY ORG ORG CODE PGM
   -- -- --- ------------- -- --- ------------ ---  --- --- ------- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----- ---------- --------------
      DESCRIPTION            QUANTITY    I/D  AMOUNT      I/D P/F FEE CD
   -------------------     --------- --- -------------- --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------  --------------- ------- ---------
01- 01                      04/07/14**    26Q LAA 0600     221
      1930 06
   EX AD GRYLU               0.000          198.00
                    N
02-                                         LAA



01-A637W-1099 OBJT CODE/MISC. VEND CODE
```

Verified & Approved

APR 1 6 2014

By: _Albeigh_

Input

APR 1 6 2014

By _JH_

## State of Colorado
## Travel Reimbursement Form

Effective 1/1/14 M&I Per Diem

| Name of Traveler: | Roger Salzgeber (Witness) |
| Section / Unit: | State Services/Public Officials |
| Alpha: | EX AD GRYLU |
| Traveling To: | Denver from Tucson, AZ |
| Hotel Name: | Warwick Denver Hotel |

| DATE | TRAVEL | | TIMES | | MILEAGE | | | | MEALS, INCIDENTAL & LODGING | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | From | To | Time Depart | Time Return | Miles | No. | Mile Rate/ | Total | Bkst | Lunch | Dinner | Incidentals | Lodging | Total | Reimbur Items |
| 04/07/14 | Tucson | Denver | 6:00 am | | | | $0.50 | $0.00 | $0.00 | $16.00 | $34.00 | $5.00 | $0.00 | $64.00 | $64.00 |
| 04/08/14 | Denver | Tucson | | 9:00 pm | | | $0.50 | $0.00 | $11.00 | $16.00 | $34.00 | $0.00 | $0.00 | $61.00 | $61.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | | | | | | $0.50 | $0.00 | $20.00 | $32.00 | $68.00 | $5.00 | $0.00 | $125.00 | $125.00 |

MISCELLANEOUS EXPENSE:

SuperShuttle from DIA - $22.00, Taxi return to DIA - $60.00

| | | | TOTAL | $82.00 |
| | | | TOTAL | $207.00 |

Purpose for Travel: To testify in the Cooke v. Hickenlooper trial (U.S. District Court)

Persons and Agencies Contacted:

"I certify that the statements in the above schedule are true and just in all respects; that payment of the amounts claimed herein has not and will not be reimbursed to me from any other source; that travel performed for which an advance or reimbursement is claimed was or will be performed by me while on State business and that no claims are included for expenses of a personal or political nature of for any other expenses not authorized by the Fiscal Rules; and that I actually incurred or paid the operating expenses of the motor vehicle for which reimbursement is claimed on a mileage basis. Further, I hereby authorize the State to deduct from my pay any amount paid to me in excess of my authorized expenses as provided by Fiscal Rule 5-1."

| Travelers Signature / Title: | Date: | Address / City State: |
| Supervisors Signature: | Date: 4-16-14 | |

Processed by: _____ (initials) _____ (date)

RESET FORM

# SuperShuttle

Call (800) BLUE-VAN at least one day
in advance for return reservations

PASSENGER RECEIPT

4/7/2014  11:40:05AM

CONF#:
ADULT:   1
CHILD:   0

salz,

Warwick Hotel

DENVER              80203

| | |
|---|---|
| FARE: | $ 22.00 |
| SERVICE CHARGE: | $ 0.00 |
| DRIVER FEES: | $ 0.00 |
| COMPANY FEES: | $ 0.00 |
| DISCOUNT: | $ 0.00 |
| TIP: | $ 0.00 |
| COMP/GIFT CERT: | $ 0.00 |
| TOTAL DUE: | $ 22.00 |

PAYMENT TYPE:   CC

TOTAL PAID:   $ 22.00

CHANGE DUE:   $ 0.00

THIS IS A RECEIPT
NOT VALID FOR TRANSPORTATION

DRIVER GRATUITY NOT INCLUDED IN FARE
DEN

IMPRINTED DATA ONLY ABOVE THIS LINE — DO NOT CIRCLE EXPIRATION DATE

02/13  04/30/16
ROGER SALZGEBER
0.0

EXPIRATION
DATA
CHECKED

DATE

SERVER/CASHIER

AUTHORIZATION NO.   REFERENCE NO.

ANCE LIMOUSINE                     5356463

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of
the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | 176 | 55 00 |
| | TAX | |
| SALES SLIP | TIP MISC. | |
| | TOTAL | 60 |

CUSTOMER COPY

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

```
FUNCTION:                    DOCID: PV LAA 14JO0001312        04/16/14    02:49:00 PM
STATUS: PEND3                BATID:                   ORG:
H-                              PAYMENT VOUCHER INPUT FORM

     PV DATE: 04 16 14        ACCOUNTING PRD: 10 14        BUDGET FY: 14
     ACTION: E                      PV TYPE: 1            SCH PAY DATE:

     OFF LIAB ACCT:            FA IND:        DOCUMENT TOTAL:         94.00
                                              CALC DOC TOTAL:         94.00
     VENDOR CODE: LAA100000      CHECK CATEGORY: L     SINGLE CHECK FLAG: Y
     VENDOR NAME: LONGDON, JENNIFER
            DBA:
        ADDRESS: ██████████████████████
           CITY: ██████████████████     ST: ██    ZIP: ████████
ACCOUNT NUMBER:
   SELLER:  FUND:              AGENCY:              ORG:
         SUB-ORG:           APPR CODE:          PROGRAM:
        FUNCTION:              OBJECT:          SUB-OBJ:
         REV SRC:             SUB-REV:          BS ACCT:
             GBL:            RPTG CAT:           JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001312        04/16/14    02:49:02 PM
STATUS: PEND3                BATID:                   ORG:         001-001 OF 001
     LN     REFERENCE          COM    VENDOR      INV              SUB APPR
     NO CD AGY    NUMBER      LN LN    INVOICE     LN  FND AGY ORG ORG  CODE PGM
     -- -- --- ------------ -- --- ------------- -- --- --- ------- ---- ----

     FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
     ---- ------- ------- ------- ------- ---- ----- -------- ---------------
          DESCRIPTION           QUANTITY   I/D  AMOUNT        I/D P/F FEE CD
     ------------------------- -------- --- ------------- --- --- ------
     RET %    RET AMOUNT     EFT IND  APPL TYPE
     ------   -------------- -------  ---------
01- 01                              04/07/14***    26Q LAA 0600    221
        1930 06
     EX AD GRYLU                    0.000           94.00
                            N
02-                                                LAA


01-A637W-1099 OBJT CODE/MISC. VEND CODE
```

Verified & Approved

APR 1 7 2014

By: _[signature]_

INPUT

APR 1 6 2014

By _[signature]_

Attachment 1 to Exhibit A
Page 158

## State of Colorado
## Travel Reimbursement Form

Effective 1/1/14 M&I Per Diem

| Name of Traveler: | Jennifer Longdon (Witness) |
| Section / Unit: | State Services/Public Officials |
| Alpha: | EX AD GRYLU |
| Traveling To: | Denver from Phoenix, AZ |
| Hotel Name: | Monaco Denver |

| DATE | TRAVEL | | TIMES | | MILEAGE | | | MEALS, INCIDENTAL & LODGING | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | From | To | Time Depart | Time Return | Miles | No. | Mile Rate/ | Total | Bkst | Lunch | Dinner | Incidentals | Lodging | Total | Reimbur Items |
| 04/07/14 | Phoenix | Denver | 4:00 am | | | | $0.50 | $0.00 | $12.00 | $16.00 | $34.00 | $5.00 | $0.00 | $67.00 | $67.00 |
| 04/08/14 | Denver | Phoenix | | 9:00 pm | | | $0.50 | $0.00 | $11.00 | $16.00 | $34.00 | $0.00 | $0.00 | $61.00 | $61.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | | | | | | $0.50 | $0.00 | $23.00 | $32.00 | $68.00 | $5.00 | $0.00 | $128.00 | $128.00 |

*See attached email for explanation*

MISCELLANEOUS EXPENSE:

TOTAL | $128.00

Purpose for Travel: To testify in the Cooke v. Hickenlooper trial (U.S. District Court)

Persons and Agencies Contacted:

"I certify that the statements in the above schedule are true and just in all respects; that payment of the amounts claimed herein has not and will not be reimbursed to me from any other source; that travel performed for which an advance or reimbursement is claimed was or will be performed by me while on State business and that no claims are included for expenses of a personal nature or for any other expenses not authorized by the Fiscal Rules; and that I actually incurred or paid the operating expenses of the motor vehicle for which reimbursement is claimed on a mileage basis. Further, I hereby authorize the State to deduct from my pay any amount paid to me in excess of my authorized expenses as provided by Fiscal Rule 5-1."

| Travelers Signature / Title: | | Date: | | Address / City State: |
| Supervisors Signature: | | Date: 4-16-14 | | |

Processed by: _____ (initials) ____ (date)

RESET FORM

## Julie O'Connor

| | |
|---|---|
| **From:** | Melissa Moynham |
| **Sent:** | Wednesday, April 16, 2014 2:11 PM |
| **To:** | Julie O'Connor |
| **Subject:** | Re: Receipt for Jennifer's Dinner |

That's fine.

Sent from my iPhone

On Apr 16, 2014, at 2:01 PM, "Julie O'Connor" <Julie.OConnor@state.co.us> wrote:

> Are you okay with just using this for $34.00 reimbursement for LeeAnn paying for Jennifer Longdon per diem?
>
> Julie
>
> **From:** LeeAnn Morrill
> **Sent:** Wednesday, April 16, 2014 1:50 PM
> **To:** Pam Ponder
> **Cc:** Julie O'Connor
> **Subject:** RE: Receipt for Jennifer's Dinner
>
> Thanks, Pam.  I don't have an itemized receipt for our dinner, but Jennifer ordered the following food items:  the grilled Caesar salad for $9.50, the Pasta Carbonara all Panzano for $24.00, and the Budino de Caramelo (butterscotch pudding with salted caramel topping) for $9.00.  The link to Panzano's menus with prices is here:  http://www.panzano-denver.com/menu.php?sec_id=23
>
> **LeeAnn Morrill**
> First Assistant Attorney General
> Public Officials Unit
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 6th Floor
> Denver, Colorado 80203
> Direct:  (720) 508-6159
> Fax:  (720) 508-6041
> Email:  leeann.morrill@state.co.us
>
> **From:** Pam Ponder
> **Sent:** Wednesday, April 16, 2014 12:31 PM
> **To:** LeeAnn Morrill
> **Subject:** Receipt for Jennifer's Dinner
>
> LeeAnn,
>
> I heard back from Julie O'Connor and she told me they would only be able to pay you back for Jennifer's dinner which the per diem is $34.00.  She also asked for an itemized receipt.
>
> Pam Ponder
> Office Manager

Attachment 1 to Exhibit A
Page 160

```
FUNCTION:                    DOCID: PV LAA 14JO0001241        04/07/14    02:44:00 PM
STATUS: PEND3                BATID:              ORG:
H-                          PAYMENT VOUCHER INPUT FORM

        PV DATE: 04 04 14        ACCOUNTING PRD: 09 14        BUDGET FY: 14
        ACTION:  E                      PV TYPE: 1           SCH PAY DATE:

     OFF LIAB ACCT:            FA IND:      DOCUMENT TOTAL:      12,621.43
                                           CALC DOC TOTAL:      12,621.43
            VENDOR CODE: 460358360  C  CHECK CATEGORY: L    SINGLE CHECK FLAG:
            VENDOR NAME: CITIBANK SOUTH DAKOTA NA
                    DBA:
                ADDRESS: PO BOX 183173
                   CITY: COLUMBUS                ST: OH  ZIP: 43218 3173
     ACCOUNT NUMBER:
        SELLER:  FUND:              AGENCY:                 ORG:
              SUB-ORG:           APPR CODE:             PROGRAM:
             FUNCTION:             OBJECT:             SUB-OBJ:
             REV SRC:             SUB-REV:             BS ACCT:
                 GBL:            RPTG CAT:              JOB NO:
        OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001241        04/07/14    02:44:17 PM
STATUS: PEND3                BATID:              ORG:           001-002 OF 080
    LN    REFERENCE           COM    VENDOR     INV              SUB APPR
    NO CD AGY     NUMBER      LN LN   INVOICE    LN FND AGY ORG ORG CODE PGM
    -- -- --- ------------- --- --- ----------- --- --- --- --- --- ---- ---
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---- -----  --------- ---- ----
       DESCRIPTION              QUANTITY  I/D  AMOUNT        I/D P/F FEE CD
    --------------------------- -------- --- --------       --- --- ---
    RET %     RET AMOUNT   EFT IND  APPL TYPE
    ------ -------------- ------- ---------
01- 01                       286104100034    26Q LAA 0800    221
       2512
    NR WE IAOJK              0.000           160.00
                          N
02- 02                       286104300045    26Q LAA 0800    221
       2512
    NR WE IAOJK              0.000           445.00
                          N
```

Verified & Approved

APR 0 8 2014

By: _____

INPUT

APR 7 2014

By _____

```
FUNCTION:                    DOCID: PV LAA 14JO0001241        04/07/14   02:44:26 PM
STATUS: PEND3                BATID:                   ORG:              023-024 OF 080
    LN    REFERENCE          COM    VENDOR      INV                    SUB APPR
    NO CD AGY    NUMBER      LN LN    INVOICE    LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------ -- --- --------------- --- --- --- --- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG   JOB/PROJ   DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ---- ----------- ---------------
         DESCRIPTION                  QUANTITY   I/D   AMOUNT      I/D P/F FEE CD
    --------------------------------- ---------- --- --------------- --- --- ------
    RET %     RET AMOUNT   EFT IND  APPL TYPE
    ------ --------------- -------- ----------
01- 23                           246900536126      26Q LAA 0800    221
       2531
    LW NR YLWNR                       0.000           188.00
                            N
02- 24                           000346233643      26Q LAA 0800    221
       2531
    LW NR YLWNR                       0.000           210.00
                            N
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001241        04/07/14   02:44:28 PM
STATUS: PEND3                BATID:                   ORG:              025-026 OF 080
    LN    REFERENCE          COM    VENDOR      INV                    SUB APPR
    NO CD AGY    NUMBER      LN LN    INVOICE    LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------ -- --- --------------- --- --- --- --- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG   JOB/PROJ   DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ---- ----------- ---------------
         DESCRIPTION                  QUANTITY   I/D   AMOUNT      I/D P/F FEE CD
    --------------------------------- ---------- --- --------------- --- --- ------
    RET %     RET AMOUNT   EFT IND  APPL TYPE
    ------ --------------- -------- ----------
01- 25                           000436235821      26Q LAA 0600    221
       1930 06
    EX AD GRYLU                       0.000           892.00
                            N
02- 26                           870592141854      26Q LAA 0600    221
       1930 06
    EX AD GRYLU                       0.000            26.00
                            N
```

Attachment 1 to Exhibit A
Page 162

```
FUNCTION:                    DOCID: PV LAA 14JO0001241      04/07/14   02:55:42 PM
STATUS: PEND3                BATID:                  ORG:          043-044 OF 080
    LN    REFERENCE            COM   VENDOR      INV              SUB APPR
 NO CD AGY    NUMBER         LN LN   INVOICE     LN  FND AGY ORG  ORG CODE PGM
 -- -- ---  -----------     -- --  ------------  --- --- --- --- ---- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- --- --- ------- -- ---- ---  ----  ---------  ---- - --- ---
         DESCRIPTION             QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
 --------------------------    ---------- --- ------------- --- --- ------
   RET %     RET AMOUNT     EFT IND  APPL TYPE
   ------  -------------- ------- ---------

01- 43                            870652374850    146 LAA            164
      2531
      NYC-N FRANT                    0.000           26.00
                               N
02- 44          1930 06           000891751833    26Q LAA 0600       221
      EX AD GRYLU                    0.000          318.00
                           N
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001241      04/07/14   02:55:43 PM
STATUS: PEND3                BATID:                  ORG:          045-046 OF 080
    LN    REFERENCE            COM   VENDOR      INV              SUB APPR
 NO CD AGY    NUMBER         LN LN   INVOICE     LN  FND AGY ORG  ORG CODE PGM
 -- -- ---  -----------     -- --  ------------  --- --- --- --- ---- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- --- --- ------- -- ---- ---  ----  ---------  ---- - --- ---
         DESCRIPTION             QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
 --------------------------    ---------- --- ------------- --- --- ------
   RET %     RET AMOUNT     EFT IND  APPL TYPE
   ------  -------------- ------- ---------

01- 45          1930 06           870672278980    26Q LAA 0600       221
      EX AD GRYLU                    0.000           26.00
                               N
02- 46                            580700772897    146 LAA            164
      2531
      DALLAS-J DETHMERS              0.000          366.00
                           N
```

```
FUNCTION:              DOCID: PV LAA 14JO0001241        04/07/14   02:55:45 PM
STATUS: PEND3          BATID:                ORG:              047-048 OF 080
   LN    REFERENCE           COM   VENDOR     INV              SUB APPR
   NO CD AGY    NUMBER       LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
   -- -- ---  -----------    -- --  --------   --  --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- --- --- ------- -- ---- ----  ----  --------   ---- --- ---
         DESCRIPTION          QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
   ----------------------- ----------- --- ---------- --- --- ------
   RET %     RET AMOUNT    EFT IND  APPL TYPE
   ----- ------------- ------- ---------
01- 47                       870702166333    146 LAA        164
      2531
   DALLAS-J DETHMERS            0.000           26.00
                          N
02- 48                       000555934760    26Q LAA 0600   221
      1930 06
   EX AD GRYLU                  0.000          332.00
                          N
```

```
FUNCTION:              DOCID: PV LAA 14JO0001241        04/07/14   02:55:46 PM
STATUS: PEND3          BATID:                ORG:              049-050 OF 080
   LN    REFERENCE           COM   VENDOR     INV              SUB APPR
   NO CD AGY    NUMBER       LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
   -- -- ---  -----------    -- --  --------   --  --- --- --- --- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- --- --- ------- -- ---- ----  ----  --------   ---- --- ---
         DESCRIPTION          QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
   ----------------------- ----------- --- ---------- --- --- ------
   RET %     RET AMOUNT    EFT IND  APPL TYPE
   ----- ------------- ------- ---------
01- 49                       000555934778    26Q LAA 0600   221
      1930 06
   EX AD GRYLU                  0.000          369.00
                          N
02- 50                       870713152891    26Q LAA 0600   221
      1930 06
   EX AD GRYLU                  0.000           26.00
                          N
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001241        04/07/14   02:55:47 PM
STATUS: PEND3                BATID:                    ORG:          051-052 OF 080
   LN    REFERENCE          COM    VENDOR      INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE     LN  FND AGY ORG  ORG CODE PGM
   -- -- --- ------------- -- --- ----------- -- --- --- ---- ---- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- --- ------- ------- --- ---- ---- ------------ ----------------
        DESCRIPTION              QUANTITY  I/D  AMOUNT       I/D P/F FEE CD
   -------------------------- ----------- --- --------------- --- --- ------
   RET %     RET AMOUNT    EFT IND  APPL TYPE
   ------ --------------- ------- ---------
01- 51                          870713193952    26Q LAA 0600      221
        1930 06
     EX AD GRYLU                 0.000            26.00
                          N
02- 52                          580720796259    26Q LAA 0310      221
        2531
     RV CE FBWMC                 0.000           366.00 D
                          N
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001241        04/07/14   02:55:48 PM
STATUS: PEND3                BATID:                    ORG:          053-054 OF 080
   LN    REFERENCE          COM    VENDOR      INV              SUB APPR
   NO CD AGY    NUMBER      LN LN  INVOICE     LN  FND AGY ORG  ORG CODE PGM
   -- -- --- ------------- -- --- ----------- -- --- --- ---- ---- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ   DISC / RET TYP
   ---- ------- --- ------- ------- --- ---- ---- ------------ ----------------
        DESCRIPTION              QUANTITY  I/D  AMOUNT       I/D P/F FEE CD
   -------------------------- ----------- --- --------------- --- --- ------
   RET %     RET AMOUNT    EFT IND  APPL TYPE
   ------ --------------- ------- ---------
01- 53                          000347089012    100 LAA 0815      815
        2531
     LW NR IAFDE                 0.000           429.00
                          N
02- 54                          000347089020    100 LAA 0815      815
        2531
     LW NR IAFDE                 0.000           283.00
                          N
```

```
FUNCTION:                  DOCID: PV LAA 14JO0001241        04/07/14   02:55:49 PM
STATUS: PEND3              BATID:                    ORG:              055-056 OF 080
   LN    REFERENCE            COM  VENDOR      INV                 SUB APPR
   NO CD AGY    NUMBER        LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------    -- --- -------- ---- --- --- ---- ---- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- --- --- ------- -- ---- ---- ----  --------- ---- ---- ----
        DESCRIPTION               QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
   ----------------------------- --------- ---  ------------- --- --- ----
   RET %     RET AMOUNT  EFT IND  APPL TYPE
   ------ -------------- -------  ----------
01- 55                            580730823196    100 LAA 0815    815
      2531
      LW NR IAFDE                    0.000              385.35
                            N
02- 56                            580730833153    26Q LAA 0600    221
      1930 06
      EX AD GRYLU                    0.000              353.10
                            N
```

```
FUNCTION:                  DOCID: PV LAA 14JO0001241        04/07/14   02:55:50 PM
STATUS: PEND3              BATID:                    ORG:              057-058 OF 080
   LN    REFERENCE            COM  VENDOR      INV                 SUB APPR
   NO CD AGY    NUMBER        LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------    -- --- -------- ---- --- --- ---- ---- ---- ----
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
   ---- ------- --- --- ------- -- ---- ---- ----  --------- ---- ---- ----
        DESCRIPTION               QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
   ----------------------------- --------- ---  ------------- --- --- ----
   RET %     RET AMOUNT  EFT IND  APPL TYPE
   ------ -------------- -------  ----------
01- 57                            870733131345    100 LAA 0815    815
      2531
      LW NR IAFDE                    0.000               26.00
                            N
02- 58                            870733146020    26Q LAA 0600    221
      1930 06
      EX AD GRYLU                    0.000               26.00
                            N
```

CITI

0404658000416539400000000000000254

| Account Number | Payment Date | New Balance | Minimum Amount Due | Enter Amount Paid |
|---|---|---|---|---|
| XXXX-XXXX-XX16-5394 | 04/19/2014 | $0.00 | $0.00 | |

PAMELA PONDER
DEPARTMENT OF LAW
1300 BROADWAY 10TH FLOOR

DENVER   CO   80203-2104

Citibank
P.O. Box 183173
COLUMBUS, OH 43218-3173

Aloha No   EXAD GRYLU

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted, have according to our records, been received, is wholly inspected, weighed counted or measured, has been found in good condition and comply ing with specifications, prices, or likes like, because were item incorrect."

4-2-2014   Pamela Ponder
(Date)        (Name)

3 APR 2014 PM 6:44

---

# CITIBANK CORPORATE CARD

| Previous Balance | Payments and Credits | New Charges | New Balance | Credit Line |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |

Statement Da
03/25/201

Payment Da
04/19/201

or customer service call or write 1-800-248-4553  Citibank P.O. Box 6125 Sioux Falls, SD 57117

end payments to:  Citibank P.O. Box 183173 COLUMBUS, OH 43218-3173

| Account Number | Cash Advance Limit* | Available Credit Line | Available Cash Line** |
|---|---|---|---|
| XXXX-XXXX-XX16-5394 | $0.00 | $5,000.00 | $0.00 |

| Sale Date | Post Date | Reference Number | Type of Activity | | Amount |
|---|---|---|---|---|---|
| **************************************** | | **NOTICE MEMO ITEM(S) LISTED BELOW** | ************************************************* | | |
| 03/14/2014 | 03/17/2014 | 24493984073602548053127 | SUPERSHUTTLE EXECUCARDIA | 800-258-3826   CO | $44.00 |
| **************************************** | | **TOTAL AMOUNT OF MEMO ITEM(S):** | | | $44.00 |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to those who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Your total finance charge paid for 2013 was $0.00.

Account management made easier:  Online statements & CitiManager Mobile offer 24/7 access, security, and mobility.  Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

| ACCOUNT SUMMARY CURRENT PERIOD | | Previous Balance | Payments | Credits | Purchases and Advances | Interest Charges | New Balance |
|---|---|---|---|---|---|---|---|
| | Purchases | $0.00 | | | | | $0.00 |
| | Advances | $0.00 | | | | | $0.00 |
| | TOTALS | $0.00 | | | | | $0.00 |

| DAYS IN BILLING PERIOD:  028 | | Purchases | Cash Advances | | |
|---|---|---|---|---|---|
| Balance Subject To Interest Charges | > | $0.00 | $0.00 | Payment Due: | $0.0 |
| Periodic Rate | > | .0000% | .0000% | Amount Over Credit Limit: | $0.0 |
| ANNUAL PERCENTAGE RATE | > | 0.00% | 0.00% | Amount Past Due: | $0.0 |
| | | | | MINIMUM AMOUNT DUE: | $0.0 |

Cash Advance Limit is a portion of your Total Credit Line
Available Cash Line is a portion of your Available Credit Line

Attachment 1 to Exhibit A
Page 167

---

## Pam Ponder

**From:** reservations@supershuttle.net
**Sent:** Friday, March 14, 2014 11:15 AM
**To:** Pam Ponder
**Subject:** SuperShuttle Reservation Confirmation 6961001/6961000



**Dear JENNIFER LONGDON,**
The following information summarizes your confirmed service with SuperShuttle.

### Guest Information:

Address    **HOTEL MONACO 1717 CHAMPA ST DENVER, CO 80202**

**(602) 738-1227**

Accessible service is required.

### Arrival itinerary (From the airport)

Confirmation
Number:    **6961001**

*Your reservation from the airport will help SuperShuttle better serve you and expedite your travel. Due to airport security, traffic conditions and other travel variables, your reservation does not mean there will be a van waiting for you at the curb.*

| | |
|---|---|
| Adults | 1 |
| Children | 0 |
| Service Type | SHARED RIDE VAN SERVICE (UP TO 10 PASSENGERS IN PARTY) |
| Airport | DEN - DENVER AIRPORT, |
| Airline | FRONTIER AIRLINES INC. |
| Flight # | 750 - Domestic |
| Flight Date/Time | **Monday, April 07, 2014 9:27 AM** |
| Fare | $20.00 |
| Tip | $0.00 |
| Fuel surcharge | $0.00 |
| Booking Fees | $2.00 |
| Total | $22.00 |

Alpha No  EX AD GRYLU

"I hereby certify that the goods or services shown on the invoice or other supporting documents, properly corrected and adjusted have according to our records ... received, carefully inspected, weighed counted or measured ... found in good condition and ... with the specification ... that the services were ... hereby.

4-2-2014   (signature)
(Date)        (Name)

### Special Instructions

FOLLOW THE SIGNS TO LEVEL 5 BAGGAGE CLAIM AND COLLECT YOUR LUGGAGE. PROCEED TO THE SUPERSHUTTLE TICKET COUNTER TO SPEAK WITH A UNIFORMED CUSTOMER SERVICE REPRESENTATIVE. THE TICKET COUNTER IS LOCATED BETWEEN THE WOMEN'S RESTROOM AND THE GROUND TRANSPORTATION BOOTH ON THE SOUTHWEST SIDE OF THE TERMINAL. THE TICKET COUNTER IS STAFFED FROM 6:00 AM TO 11:30 PM

1

DAILY. IF FOR ANY REASON YOU NEED ASSISTANCE LOCATING A
REPRESENTATIVE, OR IF YOU HAVE ANY QUESTIONS, PLEASE USE THE
COURTESY PHONE LOCATED AT THE TICKET COUNTER TO CONNECT
DIRECTLY TO DISPATCH FOR FURTHER ASSISTANCE.

**Departure Itinerary (To the Airport)**

| | |
|---|---|
| Confirmation Number: | 6961000 |
| Pickup Date/Time: | Tuesday, April 08, 2014 3:15 PM - 3:30 PM |

*Our 15-minute pick-up window means that the van will normally arrive within 15 minutes of your scheduled pickup time. Please make sure that you are completely ready to go at the **beginning of your scheduled pickup time window** so that you will not keep other passengers waiting!*

| | |
|---|---|
| Adults | 1 |
| Children | 0 |
| Service Type | SHARED RIDE VAN SERVICE (UP TO 10 PASSENGERS IN PARTY) |
| Airport | DEN - DENVER AIRPORT. |
| Airline | FRONTIER AIRLINES INC. |
| Flight # | 757 - Domestic |
| Flight Date/Time | Tuesday, April 08, 2014 6:45 PM |
| Fare | $20.00 |
| Tip | $0.00 |
| Fuel surcharge | $0.00 |
| Booking Fees | $2.00 |
| Total | $22.00 |

Special
Instructions

| | |
|---|---|
| Roundtrip total fare | $44.00 |

Alpha No. EX AD GRYLU

"I hereby certify that this receipt of purchase shown as the invoice or other engraving disclosures... honestly corrected and adjusted, have according to our records... carefully inspected, weighed counted or measured and... found in good condition and comply ing with the specifications... or that the services were satisfactory."

4/2-2014   (Date)   (Name)

**Billing**

**Payment Method:** PREPAID CREDIT CARD

| | |
|---|---|
| Card type: | VISA |
| Card number | XXXX-XXXX-XXXX-5394 |

To change or cancel this reservation, please call
To view our terms and conditions, click here
Thank you for choosing SuperShuttle!
http://www.supershuttle.com

We value your safety so please wear your seat belt in your
journey with us.

This e-mail is intended only for use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, distribution or copying of this e-mail communication is strictly prohibited if you are not the addressee. If so, please notify us immediately by e-mail, and destroy the original. Thank you.



Account Number

XXXX-XXXX-XX16-7804

Statement Date
03/25/2014

| Sale Date | Post Date | Reference Number | Type of Activity | | Amount |
|---|---|---|---|---|---|
| NOTICE MEMO ITEM(S) LISTED BELOW | | | | | |
| 02/26/2014 | 02/28/2014 | 24717054058870582279525 | AGENT FEE   8900610580960 EBER/ROBERT JEF XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 02-26-14 | $26.00 |
| 02/26/2014 | 02/28/2014 | 24717054058870582360432 | AGENT FEE   8900610580959 EBER/ROBERT JEF XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 02-26-14 | $26.00 |
| 02/26/2014 | 02/28/2014 | 24733094058246900536126 | JETBLUE   2797346039576 EBER/ROBERT JEFFREY BOS B6 O DEN | LAKEWOOD   CO DEPARTURE: 03-19-14 | $188.00 |
| 02/26/2014 | 03/03/2014 | 24692164059000346233643 | SOUTHWES   5262195167263 EBER/ROBERT JEFFREY DEN WN W BOS | 800-435-9792  TX DEPARTURE: 03-18-14 | $210.00 |
| 02/27/2014 | 03/03/2014 | 24692164059000436235821 | UNITED   0167346039578 WEBSTER/DANIEL IAD UA V DEN UA V IAD | 800-932-2732  TX DEPARTURE: 04-06-14 | $892.00 |
| 02/27/2014 | 03/03/2014 | 24717054059870592141854 | AGENT FEE   8900610580962 WEBSTER/DANIEL XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 02-27-14 | $26.00 |
| 02/27/2014 | 03/03/2014 | 74717054061580610453758 | FRONTIER AI 4227343753053 CHASE/JORDAN PA DEN F9 Y DCA F9 Y DEN XX X XAO | LAKEWOOD   CO DEPARTURE: 02-24-14 | $578.85 CR |
| 02/28/2014 | 03/03/2014 | 24692164060000000948095 | SOUTHWES   5262195735251 DUNBAR/PETER W DEN WN H HOU WN R PNS WN RO DEN | 800-435-9792  TX DEPARTURE: 06-01-14 | $553.50 |
| 02/28/2014 | 03/03/2014 | 24717054060870602104725 | AGENT FEE   8900610580972 PATTERSON/NOAH XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 02-28-14 | $26.00 |
| 02/28/2014 | 03/03/2014 | 24717054060870602228193 | AGENT FEE   8900610580973 DUNBAR/PETER W. XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 02-28-14 | $26.00 |
| 03/03/2014 | 03/05/2014 | 24692164063000218567916 | UNITED   0167346039600 SUTHERS/JOHN WILLIAM DEN UA V ATL UA V DEN | 800-932-2732  TX DEPARTURE: 03-11-14 | $386.00 |
| 03/03/2014 | 03/05/2014 | 24692164063000306616682 | SOUTHWES   5262196508908 KWON/KAREN MARIE DEN WN W SLC | 800-435-9792  TX DEPARTURE: 03-11-14 | $138.00 |
| 03/03/2014 | 03/05/2014 | 24692164063000306616690 | SOUTHWES   5262196506093 GEORGE/THOMAS NEAL DEN WN W SLC WN Q DEN | 800-435-9792  TX DEPARTURE: 03-11-14 | $316.00 |
| 03/03/2014 | 03/05/2014 | 24717054063580630829204 | FRONTIER AI 4227346039597 KWON/KAREN MARI SLC F9 T DEN | LAKEWOOD   CO DEPARTURE: 03-11-14 | $89.00 |
| 03/03/2014 | 03/05/2014 | 24717054063870632119724 | AGENT FEE   8900610580980 KWON/KAREN MARI XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-03-14 | $26.00 |

*Cash Advance Limit is a portion of your Total Credit Line
** Available Cash Line is a portion of your Available Credit Line

Attachment 1 to Exhibit A
Page 170



Account Number
XXXX-XXXX-XX16-7804

Statement Date
03/25/2014

| Sale Date | Post Date | Reference Number | Type of Activity | | Amount |
|---|---|---|---|---|---|
| **NOTICE MEMO ITEM(S) LISTED BELOW** | | | | | |
| 03/03/2014 | 03/05/2014 | 24717054063870632119948 | AGENT FEE   8900610580981 GEORGE/THOMAS N XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-03-14 | $26.00 |
| 03/03/2014 | 03/05/2014 | 24717054063870632193539 | AGENT FEE   8900610580983 KWON/KAREN MARI XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-03-14 | $26.00 |
| 03/03/2014 | 03/05/2014 | 24717054063870632237435 | AGENT FEE   8900610580985 SUTHERS/JOHN WI XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-03-14 | $26.00 |
| 03/04/2014 | 03/06/2014 | 24692164064000642023121 | UNITED   0167346039610 LAIHO/DEVIN MICHAEL DEN UA V EWR | 800-932-2732   TX DEPARTURE: 03-30-14 | $332.00 |
| 03/04/2014 | 03/06/2014 | 24717054064870642289748 | AGENT FEE   8900610580995 LAIHO/DEVIN MIC XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-04-14 | $26.00 |
| 02/28/2014 | 03/07/2014 | 24717054065580650885639 | FRONTIER AI 4227346039589 PATTERSON/NOAH DFW F9 U DEN F9 Y DFW | LAKEWOOD   CO DEPARTURE: 03-16-14 | $23.65 |
| 03/05/2014 | 03/07/2014 | 24717054065580651175022 | FRONTIER AI 4227346039617 FRANT/NIKOLAI N DEN F9 Y LGA F9 Q DEN | LAKEWOOD   CO DEPARTURE: 03-16-14 | $471.35 |
| 03/05/2014 | 03/07/2014 | 24717054065870652374850 | AGENT FEE   8900610581002 FRANT/NIKOLAI N XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-05-14 | $26.00 |
| 03/07/2014 | 03/10/2014 | 24692164067000891751833 | UNITED   0167346039644 SALZGEBER/ROGER DALE TUS UA L DEN UA W TUS | 800-932-2732   TX DEPARTURE: 04-09-14 | $318.00 |
| 03/07/2014 | 03/10/2014 | 24717054067870672278980 | AGENT FEE   8900610761256 SALZGEBER/ROGER XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-07-14 | $26.00 |
| 03/10/2014 | 03/12/2014 | 24717054070580700772897 | FRONTIER AI 4227346039659 DETHMERS/JENNIF DEN F9 Y DFW F9 U DEN | LAKEWOOD   CO DEPARTURE: 03-18-14 | $366.00 |
| 03/10/2014 | 03/12/2014 | 24717054070870702166333 | AGENT FEE   8900610761267 DETHMERS/JENNIF XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-10-14 | $26.00 |
| 03/11/2014 | 03/13/2014 | 24692164071000555934760 | SOUTHWES   5262198787915 CERAR/JOHN LGA WN W DEN WN H LGA | 800-435-9792   TX DEPARTURE: 04-09-14 | $332.00 |
| 03/11/2014 | 03/13/2014 | 24692164071000555934778 | SOUTHWES   5262198789254 FUCHS/DOUGLAS LGA WN W DEN WN Q LGA | 800-435-9792   TX DEPARTURE: 04-08-14 | $369.00 |
| 03/11/2014 | 03/13/2014 | 24717054071870713152891 | AGENT FEE   8900610799320 FUCHS/DOUGLAS XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-11-14 | $26.00 |

\* Cash Advance Limit is a portion of your Total Credit Line
\*\* Available Cash Line is a portion of your Available Credit Line

Attachment 1 to Exhibit A
Page 171



| Account Number |
|---|
| XXXX-XXXX-XX16-7804 |

Statement Date
03/25/2014

| Sale Date | Post Date | Reference Number | Type of Activity | | Amount |
|---|---|---|---|---|---|
| **NOTICE MEMO ITEM(S) LISTED BELOW** | | | | | |
| 03/11/2014 | 03/13/2014 | 24717054071870713193952 | AGENT FEE   8900610799321 CERAR/JOHN XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-11-14 | $26.00 |
| 03/06/2014 | 03/14/2014 | 74717054072580720796259 | FRONTIER AI 4227346039589 PATTERSON/NOAH DEN F9 Y DFW F9 U DEN XX X XAO | LAKEWOOD      CO DEPARTURE: 03-16-14 | $366.00 CR |
| 03/13/2014 | 03/17/2014 | 24692164073000347089012 | SOUTHWES    5262199333194 ROSSETODONOVA/SHANTI DEN WN Y LAS WN O DEN | 800-435-9792   TX DEPARTURE: 03-20-14 | $429.00 |
| 03/13/2014 | 03/17/2014 | 24692164073000347089020 | SOUTHWES    5262199378331 GEORGE/THOMAS NEAL DEN WN R PHX WN O DEN | 800-435-9792   TX DEPARTURE: 03-28-14 | $283.00 |
| 03/13/2014 | 03/17/2014 | 24717054073580730823196 | FRONTIER AI 4227346039682 KWON/KAREN MARI DEN F9 Y LAS F9 Y DEN | LAKEWOOD      CO DEPARTURE: 03-21-14 | $385.35 |
| 03/13/2014 | 03/17/2014 | 24717054073580730639153 | FRONTIER AI 4227346039689 LONGDON/JENNIFE PHX F9 Y DEN F9 U PHX | LAKEWOOD      CO DEPARTURE: 04-07-14 | $353.10 |
| 03/13/2014 | 03/17/2014 | 24717054073870733131345 | AGENT FEE   8900610799334 KWON/KAREN MARI XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-13-14 | $26.00 |
| 03/13/2014 | 03/17/2014 | 24717054073870733146020 | AGENT FEE   8900610838543 LONGDON/JENNIFE XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-13-14 | $26.00 |
| 03/13/2014 | 03/17/2014 | 24717054073870733164668 | AGENT FEE   8900610799332 ROSSETODONOVAN/ XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-13-14 | $26.00 |
| 03/13/2014 | 03/17/2014 | 24717054073870733247422 | AGENT FEE   8900610799337 GEORGE/THOMAS N XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-13-14 | $26.00 |
| 03/14/2014 | 03/17/2014 | 24692164074000720165743 | UNITED    0167346039693 MEADE/JULIE A DEN UA T DCA UA H DEN | 800-932-2732   TX DEPARTURE: 04-30-14 | $655.00 |
| 03/14/2014 | 03/17/2014 | 24692164074000720165750 | UNITED    0167346039694 ANDERSON/JEANINE MAR DEN UA T DCA UA H DEN | 800-932-2732   TX DEPARTURE: 04-30-14 | $655.00 |
| 03/14/2014 | 03/17/2014 | 24692164074000736725340 | SOUTHWES    5262199611872 EBER/ROBERT JEFFREY DEN WN Q BOS | 800-435-9792   TX DEPARTURE: 03-17-14 | $84.00 |
| 03/14/2014 | 03/17/2014 | 24717054074870742204389 | AGENT FEE   8900610838545 EBER/ROBERT JEF XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-14-14 | $26.00 |
| 03/14/2014 | 03/17/2014 | 24717054074870742245143 | AGENT FEE   8900610838547 MEADE/JULIE A XAA XD X XAO | ADVANCE TRAVE CO DEPARTURE: 03-14-14 | $26.00 |

\* Cash Advance Limit is a portion of your Total Credit Line
\*\* Available Cash Line is a portion of your Available Credit Line

Attachment 1 to Exhibit A
Page 172

**Julie O'Connor**

WITNESS

| | |
|---|---|
| **From:** | Colleen Gray <cagray@att.net> |
| **Sent:** | Thursday, February 27, 2014 9:37 AM |
| **To:** | pam.conder@state.co.us; rdranbau@jhsph.edu |
| **Cc:** | Melissa Jordan; Julie O'Connor |
| **Subject:** | Ticket for Daniel Webster to Denver |

EX AD 6RYLY

DEPT OF LAW                WEBSTER/DANIEL*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN:......

     FEB 27 2014   ITIN      LOCATOR-MTPJDX  E31CG

06 APR 14 - SUNDAY
UNITED     735 UNITED ECON   EQUIP-752
LV: WASH/DULLES     1220P   NONSTOP      MILES- 1452   CONFIRMED
AR: DENVER       211P   ELAPSED TIME- 3:51
FOOD TO PURCHASE        SEAT-29C
AIRLINE LOCATOR: UA -F2RGGN

07 APR 14 - MONDAY
UNITED     377 UNITED ECON   EQUIP-AIRBUS A319 JET
LV: DENVER       600P   NONSTOP      MILES- 1452   CONFIRMED
AR: WASH/DULLES    1129P   ELAPSED TIME- 3:29
FOOD TO PURCHASE        SEAT-25C
AIRLINE LOCATOR: UA -F2RGGN

GHOST CARD
THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
STATE RATE BOOKED
THE ELECTRONIC TICKET NUMBER IS 016:7346:039:578
FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES
THERE IS A TRANSACTION FEE FOR ALL TICKETS/VOIDS/REFUNDS AND EXCHANGES
**TKT NON REFUNDABLE AND HAS NO VALUE UNLESS CANCELED PRIORFLIGHT***

AIR TRANSPORTATION   809.30 TAX   82.70 TTL   892.00
             TRANSACTION FEE      26.00
             SUB TOTAL        918.00
             CREDIT CARD PAYMENT     918.00-
             AMOUNT DUE        0.00

BAGGAGE ALLOWANCE

1

Julie O'Connor

WITness

| | |
|---|---|
| From: | Colleen Gray <cagray@att.net> |
| Sent: | Friday, March 07, 2014 1:37 PM |
| To: | Julie O'Connor |
| Subject: | Fw: Ticket for Roger Salsgeber to Denver Apr 9-11 |

ENAD GRYLL

DEPT OF LAW            SALZGEBER/ROGER DALE*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN: PAM

     MAR 07 2014   ITIN        LOCATOR-NQH3Q0   E31CG

 09 APR 14 - WEDNESDAY
  UNITED     6491 UNITED ECON   EQUIP-CANADAIR JET
  LV: TUCSON        405P    NONSTOP     MILES- 639   CONFIRMED
  AR: DENVER        658P    ELAPSED TIME- 1:53
                    SEAT- 6D
                    OPERATED BY-SKYWEST DBA UNITED
  AIRLINE LOCATOR: UA -BPLM6J

 11 APR 14 - FRIDAY
  UNITED     6505 UNITED ECON   EQUIP-CANADAIR JET
  LV: DENVER        644P    NONSTOP     MILES- 639   CONFIRMED
  AR: TUCSON        746P    ELAPSED TIME- 2:02
                    SEAT- 5B
                    OPERATED BY-SKYWEST DBA UNITED
  AIRLINE LOCATOR: UA -BPLM6J

 GHOST CARD
 THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
 THE ELECTRONIC TICKET NUMBER IS 016:7346:039:644
 FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
 ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
 PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES
 THERE IS A TRANSACTION FEE FOR ALL TICKETS/VOIDS/REFUNDS AND EXCHANGES
 **TKT NON REFUNDABLE AND HAS NO VALUE UNLESS CANCELED PRIORFLIGHT***
 **$200 MINIMUM CHANGE/REISSUE FEE WILL APPLY***

  AIR TRANSPORTATION     275.35  TAX     42.65  TTL     318.00
                    TRANSACTION FEE        26.00
                    SUB TOTAL          344.00
                    CREDIT CARD PAYMENT     344.00-
                    AMOUNT DUE         0.00

1

**Julie O'Connor**

| | |
|---|---|
| **From:** | Colleen Gray <cagray@att.net> |
| **Sent:** | Tuesday, March 11, 2014 2:06 PM |
| **To:** | Doreen Ramos |
| **Cc:** | Melissa Jordan; Julie O'Connor |
| **Subject:** | Ticket for John Cerar to Denver Apr 9-11 |

DEPT OF LAW                CERAR/JOHN*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN: DOREEN

        MAR 11 2014   ITIN        LOCATOR-TG1LXW   E31CG

  09 APR 14 - WEDNESDAY
  SOUTHWEST    651 COACH CLASS   EQUIP-73W
  LV: NYC/LAGUARDIA   1130A   NONSTOP     MILES- 1619   CONFIRMED
  AR: DENVER        155P   ELAPSED TIME- 4:25
  SEATS ARE AIRPORT CHECKIN
  AIRLINE LOCATOR: WN -ZF7SLF

  11 APR 14 - FRIDAY
  SOUTHWEST    877 COACH CLASS   EQUIP-73W
  LV: DENVER        1030A   NONSTOP     MILES- 1619   CONFIRMED
  AR: NYC/LAGUARDIA   420P   ELAPSED TIME- 3:50
  AIRLINE LOCATOR: WN -ZF7SLF

  GHOST CARD
  THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
  THE ELECTRONIC TICKET NUMBER IS 526:2198:787:915
  CF NUMBER ZF7SLF
  FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
  ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
  PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES
  THERE IS A TRANSACTION FEE FOR ALL TICKETS/VOIDS/REFUNDS AND EXCHANGES
  **TKT NON REFUNDABLE AND HAS NO VALUE UNLESS CANCELED PRIORFLIGHT***

  AIR TRANSPORTATION    288.37 TAX    43.63 TTL    332.00
                 TRANSACTION FEE       26.00
                 SUB TOTAL        358.00
                 CREDIT CARD PAYMENT     358.00-
                 AMOUNT DUE        0.00

BAGGAGE ALLOWANCE
ADT

1

WITNESS

**Julie O'Connor**

| | |
|---|---|
| **From:** | Colleen Gray <cagray@att.net> |
| **Sent:** | Tuesday, March 11, 2014 2:09 PM |
| **To:** | Doreen Ramos |
| **Cc:** | Melissa Jordan; Julie O'Connor |
| **Subject:** | Ticket for Douglas Fuchs to Denver Apr 8-10 |

EXAD
GRYM

DEPT OF LAW            FUCHS/DOUGLAS*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN: DOREEN

     MAR 11 2014   ITIN       LOCATOR-TDJ52U   E31CG

 08 APR 14 - TUESDAY
SOUTHWEST   1945 COACH CLASS   EQUIP-73W
LV: NYC/LAGUARDIA    550P   NONSTOP     MILES- 1619   CONFIRMED
AR: DENVER        815P   ELAPSED TIME- 4:25
SEATS ARE AIRPORT CHECKIN
AIRLINE LOCATOR: WN -ZW8SL8

 10 APR 14 - THURSDAY
 SOUTHWEST   877 COACH CLASS   EQUIP-73W
 LV: DENVER     1030A   NONSTOP    MILES- 1619   CONFIRMED
 AR: NYC/LAGUARDIA    420P   ELAPSED TIME- 3:50
 AIRLINE LOCATOR: WN -ZW8SL8

 GHOST CARD
 THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
 THE ELECTRONIC TICKET NUMBER IS 526:2198:789:254
 CF NUMBER ZW8SL8
 FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
 ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
 PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES
 THERE IS A TRANSACTION FEE FOR ALL TICKETS/VOIDS/REFUNDS AND EXCHANGES
 **TKT NON REFUNDABLE AND HAS NO VALUE UNLESS CANCELED PRIORFLIGHT***

  AIR TRANSPORTATION    322.79 TAX    46.21 TTL    369.00
               TRANSACTION FEE      26.00
               SUB TOTAL      395.00
               CREDIT CARD PAYMENT      395.00-
               AMOUNT DUE       0.00

BAGGAGE ALLOWANCE
ADT

**Julie O'Connor**

| | |
|---|---|
| **From:** | Julie Abeyta |
| **Sent:** | Thursday, March 13, 2014 2:32 PM |
| **To:** | Julie O'Connor |
| **Cc:** | Melissa Jordan |
| **Subject:** | FW: Revised ticket for Jennifer Longdon |

FYI

**From:** Colleen Gray [mailto:cagray@att.net]
**Sent:** Thursday, March 13, 2014 2:31 PM
**To:** Pam Ponder
**Cc:** Melissa Jordan; Julie Abeyta
**Subject:** Revised ticket for Jennifer Longdon


DEPT OF LAW                LONGDON/JENNIFER L*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN: PAM

      MAR 13 2014   ITIN        LOCATOR-QNS78O  E31CG

  07 APR 14 - MONDAY
FRONTIER AIR  750 COACH CLASS   EQUIP-AIRBUS A319 JET
LV: PHOENIX        645A   NONSTOP    MILES- 602  CONFIRMED
AR: DENVER        927A    ELAPSED TIME- 1:42
MEAL AT COST              SEAT- 6D
             1 WHEELCHAIR/S TO/FROM SEAT
  AIRLINE LOCATOR: F9 -OMGCQB

  08 APR 14 - TUESDAY
FRONTIER AIR  757 SPECIAL CL   EQUIP-AIRBUS A319 JET
LV: DENVER        645P   NONSTOP    MILES- 602  CONFIRMED
AR: PHOENIX       733P    ELAPSED TIME- 1:48
MEAL AT COST              SEAT- 5A
             1 WHEELCHAIR/S TO/FROM SEAT
  AIRLINE LOCATOR: F9 -OMGCQB

GHOST CARD
STATE RATE BOOKED
THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
THE ELECTRONIC TICKET NUMBER IS 422:7346:039:689
FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES
THERE IS A TRANSACTION FEE FOR ALL TICKETS/VOIDS/REFUNDS AND EXCHANGES

1

\*\*TKT NON REFUNDABLE AND HAS NO VALUE UNLESS CANCELED PRIORFLIGHT\*\*\*

```
AIR TRANSPORTATION    308.00  TAX      45.10  TTL    353.10
              TRANSACTION FEE        26.00
              SUB TOTAL          379.10
              CREDIT CARD PAYMENT      379.10-
              AMOUNT DUE          0.00
```

BAGGAGE ALLOWANCE
GST
 F9 PHXDEN  0PC   MYTRIPANDMORE.COM/BAGGAGEDETAILSF9.BAGG

 F9 DENPHX  0PC   MYTRIPANDMORE.COM/BAGGAGEDETAILSF9.BAGG

CARRY ON ALLOWANCE
 F9 PHXDEN  CARRY ON ALLOWANCE DATA NOT AVAILABLE

 F9 DENPHX  CARRY ON ALLOWANCE DATA NOT AVAILABLE

BAGGAGE DISCOUNTS MAY APPLY BASED ON FREQUENT FLYER STATUS/
ONLINE CHECKIN/FORM OF PAYMENT/MILITARY/ETC.

```
FUNCTION:              DOCID: PV LAA 14JO0001392        05/07/14   10:43:31 AM
STATUS: PEND3          BATID:               ORG:
H-                        PAYMENT VOUCHER INPUT FORM

      PV DATE: 05 06 14     ACCOUNTING PRD: 10 14    BUDGET FY: 14
      ACTION:  E                PV TYPE: 1       SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:   DOCUMENT TOTAL:      11,986.44
                                        CALC DOC TOTAL:      11,986.44
         VENDOR CODE: 460358360  C  CHECK CATEGORY: L   SINGLE CHECK FLAG:
         VENDOR NAME: CITIBANK SOUTH DAKOTA NA
                 DBA:
             ADDRESS: PO BOX 183173
                CITY: COLUMBUS              ST: OH  ZIP: 43218 3173
   ACCOUNT NUMBER:
      SELLER:  FUND:          AGENCY:            ORG:
              SUB-ORG:       APPR CODE:          PROGRAM:
              FUNCTION:        OBJECT:           SUB-OBJ:
              REV SRC:        SUB-REV:           BS ACCT:
                 GBL:         RPTG CAT:          JOB NO:
         OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:              DOCID: PV LAA 14JO0001392        05/07/14   10:43:58 AM
STATUS: PEND3          BATID:               ORG:          001-002 OF 072
    LN   REFERENCE         COM   VENDOR      INV             SUB APPR
    NO CD AGY    NUMBER    LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
    -- -- ---  ----------- -- -- --------    --  --- --- --- --- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---  ----  --------  ---------------
      DESCRIPTION              QUANTITY    I/D  AMOUNT       I/D P/F FEE CD
    ------------------------  ----------  ---  ----------   ---------------
    RET %    RET AMOUNT   EFT IND  APPL TYPE
    -----  ------------- -------  ---------
01- 01                        200588300202    26Q LAA 0600     221
      1930 06
    EX AD GRYLU                   0.000           358.02
                           N
02- 02                        200588302045    26Q LAA 0600     221
      1930 06
    EX AD GRYLU                   0.000            12.48 D
                           N
```

*(handwritten)* lines 54-57 creditors on PV1450-1554

Verified & Approved

MAY 0 7 2014

By: *(signature)*

**INPUT**

MAY 7 2014

By *(signature)*

Attachment 1 to Exhibit A
Page 179

```
FUNCTION:                    DOCID; PV LAA 14JO0001392        05/07/14   10:44:01 AM
STATUS: PEND3                BATID:                ORG:                007-008 OF 072
    LN    REFERENCE              COM   VENDOR     INV              SUB APPR
    NO CD AGY    NUMBER          LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------       -- -- ---------- --- --- --- --- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ---- ----------- ----------------
         DESCRIPTION              QUANTITY   I/D  AMOUNT       I/D P/F FEE CD
    ---------------------------- --------- --- ------------- --- --- ------
    RET %    RET AMOUNT   EFT IND  APPL TYPE
    ------ -------------- ------- ----------
01- 07                            000863083773   100 LAA 0802      802
        2532
    LW WE FEIY                     0.000           160.11 D
                             N
02- 08                            207199701056   26Q LAA 0600      221
        1930 06
    EX AD GRYLU                    0.000           209.00
                             N
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001392        05/07/14   10:44:01 AM
STATUS: PEND3                BATID:                ORG:                009-010 OF 072
    LN    REFERENCE              COM   VENDOR     INV              SUB APPR
    NO CD AGY    NUMBER          LN LN  INVOICE   LN  FND AGY ORG ORG CODE PGM
    -- -- --- ------------       -- -- ---------- --- --- --- --- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
    ---- ------- ------- ------- ------- ---- ---- ----------- ----------------
         DESCRIPTION              QUANTITY   I/D  AMOUNT       I/D P/F FEE CD
    ---------------------------- --------- --- ------------- --- --- ------
    RET %    RET AMOUNT   EFT IND  APPL TYPE
    ------ -------------- ------- ----------
01- 09                            200588300254   26Q LAA 0600      221
        1930 06
    EX AD GRYLU                    0.000           176.00
                             N
02- 10                            041600063487   26Q LAA 0600      221
        1930 06
    EX AD GRYLU                    0.000           410.00
                             N
```

```
FUNCTION:                  DOCID: PV LAA 14JO0001392        05/07/14   10:44:07 AM
STATUS: PEND3              BATID:              ORG:                023-024 OF 072
    LN    REFERENCE            COM  VENDOR      INV              SUB APPR
    NO CD AGY    NUMBER        LN LN  INVOICE     LN  FND AGY ORG ORG CODE PGM

    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG   JOB/PROJ   DISC / RET TYP

          DESCRIPTION            QUANTITY  I/D  AMOUNT      I/D P/F FEE CD

    RET %     RET AMOUNT   EFT IND  APPL TYPE

01- 23                          000994026080    100 LAA 0802    802
       2531
      LW WE FEIY                   0.000           394.00
                              N
02- 24                          870942054762    100 LAA 0900    021
       2531
      GRAND RAPIDS MI-SUTHERS      0.000            26.00
                              N




FUNCTION:                  DOCID: PV LAA 14JO0001392        05/07/14   10:44:08 AM
STATUS: PEND3              BATID:              ORG:                025-026 OF 072
    LN    REFERENCE            COM  VENDOR      INV              SUB APPR
    NO CD AGY    NUMBER        LN LN  INVOICE     LN  FND AGY ORG ORG CODE PGM

    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG   JOB/PROJ   DISC / RET TYP

          DESCRIPTION            QUANTITY  I/D  AMOUNT      I/D P/F FEE CD

    RET %     RET AMOUNT   EFT IND  APPL TYPE

01- 25                          870942087655    100 LAA 0802    802
       2531
      LW WE FEIY                   0.000            26.00
                              N
02- 26                          000388484837    26Q LAA 0600    221
       1930 06
      EX AD GRYLU                  0.000           260.00
                              N
```

```
FUNCTION:                DOCID: PV LAA 14JO0001392          05/07/14   10:44:09 AM
STATUS: PEND3            BATID:                  ORG:              027-028 OF 072
  LN     REFERENCE            COM   VENDOR      INV                  SUB APPR
  NO CD AGY    NUMBER      LN LN    INVOICE      LN  FND AGY ORG ORG CODE PGM
  -- -- ---  ------------ -- ---  ------------- --  --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG   JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- -------- ---- --- ----------- ----- --- ----
       DESCRIPTION              QUANTITY  I/D  AMOUNT     I/D P/F FEE CD
  -------------------------- ----------- --- --------------- --- --- ---
  RET %    RET AMOUNT   EFT IND  APPL TYPE
  ------ -------------- ------- ----------
01- 27                         000388484845   26Q LAA 0600      221
       1930 06
  EX AD GRYLU                     0.000         223.00
                          N
02- 28                         870952265273   26Q LAA 0600      221
       1930 06
  EX AD GRYLU                     0.000          26.00
                          N
```

```
FUNCTION:                DOCID: PV LAA 14JO0001392          05/07/14   10:44:10 AM
STATUS: PEND3            BATID:                  ORG:              029-030 OF 072
  LN     REFERENCE            COM   VENDOR      INV                  SUB APPR
  NO CD AGY    NUMBER      LN LN    INVOICE      LN  FND AGY ORG ORG CODE PGM
  -- -- ---  ------------ -- ---  ------------- --  --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG   JOB/PROJ  DISC / RET TYP
  ---- ------- ------- ------- -------- ---- --- ----------- ----- --- ----
       DESCRIPTION              QUANTITY  I/D  AMOUNT     I/D P/F FEE CD
  -------------------------- ----------- --- --------------- --- --- ---
  RET %    RET AMOUNT   EFT IND  APPL TYPE
  ------ -------------- ------- ----------
01- 29                         870952273038   26Q LAA 0600      221
       1930 06
  EX AD GRYLU                     0.000          26.00
                          N
02- 30                         870952321126   26Q LAA 0600      221
       1930 06
  EX AD GRYLU                     0.000          26.00
                          N
```

```
FUNCTION:                 DOCID: PV LAA 14JO0001392        05/07/14   10:44:11 AM
STATUS: PEND3             BATID:                ORG:           031-032 OF 072
     LN    REFERENCE          COM   VENDOR     INV              SUB APPR
     NO CD AGY    NUMBER      LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
     -- -- --- ------------- -- --- ----------- --- --- --- ------- --- ----
     FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
     ---- ------- ------- ------- ------- ---- --- ----------- ----------------
          DESCRIPTION            QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
     -------------------------- -------- --- --------------- --- --- ------
     RET %    RET AMOUNT   EFT IND  APPL TYPE
     ------ -------------- -------- ---------

01- 31                           000372138228    26Q LAA 0600     221
        1930 06
     EX AD GRYLU                     0.000         464.00
                              N

02- 32                           000788666423    100 LAA 0900     021
        2531
     WASH DC-C COFFMAN               0.000         629.00
                              N
```

```
FUNCTION:                 DOCID: PV LAA 14JO0001392        05/07/14   10:44:12 AM
STATUS: PEND3             BATID:                ORG:           033-034 OF 072
     LN    REFERENCE          COM   VENDOR     INV              SUB APPR
     NO CD AGY    NUMBER      LN LN  INVOICE    LN  FND AGY ORG ORG CODE PGM
     -- -- --- ------------- -- --- ----------- --- --- --- ------- --- ----
     FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ  DISC / RET TYP
     ---- ------- ------- ------- ------- ---- --- ----------- ----------------
          DESCRIPTION            QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
     -------------------------- -------- --- --------------- --- --- ------
     RET %    RET AMOUNT   EFT IND  APPL TYPE
     ------ -------------- -------- ---------

01- 33                           871012193564    100 LAA
                                 1500
     SALT LAKE CITY-S CLIFFORD       0.000          26.00
                              N
02- 34                           871012213412    100 LAA 0900     021
        2531
     WASH DC-C COFFMAN               0.000          26.00
                              N
```

citi

0404658000416539400000000000000254

| Account Number | Payment Date | New Balance | Minimum Amount Due | Enter Amount Paid |
|---|---|---|---|---|
| XXXX-XXXX-XX16-5394 | 05/20/2014 | $0.00 | $0.00 | |

PAMELA PONDER
DEPARTMENT OF LAW
1300 BROADWAY 10TH FLOOR

DENVER   CO   80203-2104

Citibank
P.O. Box 183173
COLUMBUS, OH 43218-3173

Alpha No  EX AD GRYLU

*I hereby certify that the funds or services shown on this invoice or other supporting documents, properly corrected and adjusted, have been/will be received and been found in good condition and comply-ing with the specifications therein, or that the services were sans-factory*

$-   1-2014   Pamela Ponder
(Date)          (Name)

# CITIBANK CORPORATE CARD

| Previous Balance | Payments and Credits | New Charges | New Balance | Credit Line |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |

Statement Da    04/25/20]

Payment Da    05/20/20]

or customer service call  or write  1-800-248-4553  Citibank P.O. Box 6125 Sioux Falls, SD 57117

end payments to:  Citibank P.O. Box 183173 COLUMBUS, OH 43218-3173

| Account Number | Cash Advance Limit* | Available Credit Line | Available Cash Line** |
|---|---|---|---|
| XXXX-XXXX-XX16-5394 | $0.00 | $5,000.00 | $0.00 |

| Sale Date | Post Date | Reference Number | Type of Activity | | Amount |
|---|---|---|---|---|---|
| *****************************************************NOTICE MEMO ITEM(S) LISTED BELOW***************************************************** | | | | | |
| 04/07/2014 | 04/08/2014 | 24493984098207199701056 | HOTEL MONACO DENVER | DENVER          CO | $209.00 |
| | | | 0439110 | Arrival: 04-07-14 | |
| 04/09/2014 | 04/10/2014 | 24761974099200588300254 | WARWICK HOTEL DENVER | 1111111111     CO | $176.00 |
| | | | 124439181111111111 | Arrival: 04-08-14 | |
| 04/10/2014 | 04/11/2014 | 24906044100041600063487 | HAMPTON INN DOWNTOWN | DENVER          CO | $410.00 |
| | | | 00002472 | Arrival: 04-07-14 | |
| ***********************************************TOTAL AMOUNT OF MEMO ITEM(S): | | | | | $795.00 |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to those who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Account management made easier: Online statements & CitiManager Mobile offer 24/7 access, security, and mobility.  Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

| ACCOUNT SUMMARY CURRENT PERIOD | | Previous Balance | Payments | Credits | Purchases and Advances | Interest Charges | New Balance |
|---|---|---|---|---|---|---|---|
| | Purchases | $0.00 | | | | | $0.00 |
| | Advances | $0.00 | | | | | $0.00 |
| | TOTALS | $0.00 | | | | | $0.00 |

| DAYS IN BILLING PERIOD: 031 | | Purchases | Cash Advances | | |
|---|---|---|---|---|---|
| Balance Subject To Interest Charges | > | $0.00 | $0.00 | Payment Due: | $0.0 |
| Periodic Rate | > | .0000% | .0000% | Amount Over Credit Limit: | $0.0 |
| ANNUAL PERCENTAGE RATE | > | 0.00% | 0.00% | Amount Past Due: | $0.0 |
| | | | | MINIMUM AMOUNT DUE: | $0.0 |

*Cash Advance Limit is a portion of your Total Credit Line*
*Available Cash Line is a portion of your Available Credit Line*

Page 1 of 1



Hotel Monaco
1717 Champa Street
Denver, CO 80202
Telephone:    ( 303 ) 296.1717
Facsimile:    ( 303 ) 296.1818
Reservations:  ( 800 ) 397.5380
www.monaco-denver.com

A KIMPTON HOTEL

*WITNESS*



Find us on Facebook
www.facebook.com/monaco.denver

Longdon, Jennifer

**Room Number:** 716
**Daily Rate:**
**Room Type:** DBDA
**No. of Guests:** 1 / 0

Denver, CO  80203 US

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 04/07/14 | 04/08/14 | ███████ | RL7 | IRMS | 12440439110 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 04/07/14 | 716 | VISA | VISA | ($209.00) |
| 04/07/14 | 716 | ADJUST TAX - ROOM - CITY | ADJUST TAX - ROOM - CITY | ($22.47) |
| 04/07/14 | 716 | ADJUST TAX - ROOM - STATE | ADJUST TAX - ROOM - STATE | ($8.36) |
| 04/07/14 | 716 | ROOM CHARGE | #716 Longdon, Jennifer | $209.00 |
| 04/07/14 | 716 | TAX - ROOM - CITY | TAX - ROOM - CITY | $22.47 |
| 04/07/14 | 716 | TAX - ROOM - STATE | TAX - ROOM - STATE | $8.36 |

Alpha No  EXAD GRYLU
"I hereby certify that the goods or services shown on this invoices or other supporting documents properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and comply with the specifications quality or that the prices were under taken."

4-30-2014          *(signature)*
(Date)                  (Name)

**TOTAL DUE:**          $0.00

KIMPTON® hotels & restaurants          800.KIMPTON • KIMPTONHOTELS.COM

Attachment 1 to Exhibit A
Page 185





Dear Mr. Salzgeder,

We thank you for choosing Warwick Denver Hotel for your stay and it is our pleasure to confirm your reservation as follows:

**Confirmation Number:**    12447940

| | | | |
|---|---|---|---|
| **Arrival Date:** | 07 April  2014 | **Departure Date:** | 08 April  2014 |

| | |
|---|---|
| **Guest Information** | **Length of Stay:**  1 Night(s) |
| Mr. Roger Salzgeder | **Adults:**  1 |
| 1300 Broadway St 6th Floor | **Children:** |
| Denver CO 80203 | **No. of Rooms:**    1 |
| United States | |

Please see the details below for your upcoming visit to Warwick Denver Hotel:

**Cost Information**

| | | |
|---|---|---|
| **Rate:** | 176.00 US | Government Rate |
| **Total Room Charge Including Tax:** | 201.96 US | **Room Type:**  2 Dbl Beds Deluxe |

* Rate excludes associated taxes.  Taxes: 14.75% per night

Our Check in Time is 3:00pm and our Checkout Time is 12:00pm.

Valet Parking is $27 nightly including tax.

| | |
|---|---|
| **Guarantee Policy** | **Cancellation Policy** |
| **Policy:**    Guaranteed by Credit Card | This reservation can be cancelled without any penalty fees until 4:00pm MST the day prior to the stated arrival. Warwick Denver Hotel has the right to charge a penalty fee corresponding to the rate of the first night for cancellation notice received after 4:00pm MST the day prior to the stated arrival on this confirmation. |
| **Credit Card Type:**    Visa | |
| **Card Number:** | |
| **Expires:**    XX/XX | |

We are sending you this confirmation notice by email for your convenience. Warwick Denver Hotel keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

We look forward to having you stay with us and if there is anything we can do to make your upcoming stay more enjoyable please let us know.

Alpha No. EXADGRYLU

"I hereby certify that the goods or services shown on this invoice or other supporting documents, properly corrected and amended, have according to our records been received, carefully inspected, counted or measured and were found in good condition and comply with all the specifications thereof or that the differences noted have been ...."

4-30-2014
(Date)                          (Name)

1776 Grant Street, Denver, CO 80203 USA • Tel : 303-861-2000 • Fax : 303-832-0320
WebSite : www.warwickdenver.com

 

1845 SHERMAN ST.
DENVER, CO 80203
TELEPHONE (303) 864-8000 • FAX (303) 864-8199
RESERVATIONS
www.hamptoninn.com or 1 800 HAMPTON

| NAME & ADDRESS |
|---|

FUCHS, DOUGLAS
1300 BROADWAY 6TH FLR
DENVER, CO 80203
US

WITNESS

| | | |
|---|---|---|
| ROOM | 317/SXQL | |
| ARRIVAL DATE | 4/7/2014 | 2:31:00PM |
| DEPARTURE DATE | 4/9/2014 | 3:05:00PM |
| ADULT/CHILD | 1/0 | |
| ROOM RATE | $205.00 | |
| RATE PLAN | LV0 | |
| Hhonors # | | |
| AL: | | |

CONFIRMATION NUMBER : 80233783

5/1/2014   PAGE   1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/7/2014 | GUEST ROOM EXEMPT | ERIK | 904586 | $205.00 | | |
| 4/8/2014 | GUEST ROOM EXEMPT | DANIELLE | 904890 | $205.00 | | |
| 4/9/2014 | VS *5394 | JTM | 905069 | | $410.00 | |
| | BALANCE | | | | | $0.00 |

F
O
L
I
O

Alpha No   EXADGRYLU
"I hereby certify that the goods or services on this or receive or on or subordinng docu/ments, properly corrected and adjusted, have according to our monthly when received, carefully inspected weighed copated or measured and were found in good condition and completed with the specifications or that the balance were appropriately..."

S-7-2014   (signature)
(Date)   (Name)

| ACCOUNT NO | | DATE OF CHARGE | FOLIO | |
|---|---|---|---|---|
| ▊▊▊▊ | | 04/07/14  2:31:00PM | 247245 B | |
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| FUCHS, DOUGLAS | | 011971 | | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC | | |
| | | TOTAL AMOUNT | | |

I
O

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
PAYMENT DUE UPON RECEIPT

Attachment 1 to Exhibit A
Page 187

Julie O'Connor

*Witness*
*Ex AD GRYLY*

| From: | Colleen Gray <cagray@att.net> |
|---|---|
| Sent: | Friday, April 04, 2014 1:37 PM |
| To: | Pam Ponder |
| Cc: | Melissa Jordan; Julie O'Connor |
| Subject: | Our invoice for John Cerar revised ticket (Fare increase of 260.00) |

```
DEPT OF LAW              CERAR/JOHN*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN: DOREEN

     APR 04 2014   ITIN      LOCATOR-K9FX0C  E31CG

 07 APR 14 - MONDAY
OTHER            OTHER
                 REVISED TICKET WITH FARE INCREASE.

                 TOTAL COST.....................  260.00
                 PAYMENT RECEIVED: 04APR        260.00-

OTHER            OTHER

                 AIR ITINERARY

                 ------- DEPARTURE INFO -------
                 SOUTHWEST FLT NO: 970
                 DEP: LAGUARDIA 07APR 11:05AM
                 ARR: DENVER 1:30PM

                 ------- RETURN INFO -------
                 SOUTHWEST FLT NO: 877
                 DEP: DENVER 09APR 10:30AM
                 ARR: LAGUARDIA 4:20PM

THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES
```

1

## Julie O'Connor

*WITNESS*

| | |
|---|---|
| **From:** | Colleen Gray <cagray@att.net> |
| **Sent:** | Friday, April 04, 2014 1:25 PM |
| **To:** | Julie O'Connor |
| **Subject:** | Fw: Flight reservation (ZF7SLF) | 07APR14 | LGA-DEN | Cerar/John |

*EX AD   GRYLH*

Another ticket reissue

*Reorg ticket PV14Ju 1241*

----- Original Message -----
**From:** Sarah Barela
**To:** Colleen Gray
**Sent:** Friday, April 04, 2014 1:04 PM
**Subject:** Fw: Flight reservation (ZF7SLF) | 07APR14 | LGA-DEN | Cerar/John

----- Original Message -----
**From:** Southwest Airlines
**To:** ADVANCETRAVEL@ATT.NET
**Sent:** Friday, April 04, 2014 12:57 PM
**Subject:** Flight reservation (ZF7SLF) | 07APR14 | LGA-DEN | Cerar/John

You're all set for your trip!



| | | | | | |
|---|---|---|---|---|---|
| **Check In Online** | **Check Flight Status** | **Change Flight** | **Special Offers** | **Hotel Deals** | **Car Deals** |

My Account | View My Itinerary Online

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

### AIR Itinerary

**AIR Confirmation: ZF7SLF**

Confirmation Date: 04/4/2014
Arc no: 06749050

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| CERAR/JOHN | Join or Add # | 5262198787915 | Mar 11, 2015 | 3182 |

Rapid Rewards points earned are only estimates. Not a member - visit http://www.southwest.com/rapidrewards and sign up today!

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Apr 7 | 970 | Depart **NEW YORK (LAGUARDIA), NY** (LGA) on Southwest Airlines at **11:05 AM**<br>Arrive in **DENVER, CO** (DEN) at **1:30 PM**<br>Travel Time 4 hrs 25 mins |

<u>Wanna Get Away</u>

| | | |
|---|---|---|
| Wed Apr 9 | 877 | Depart **DENVER, CO** (DEN) on Southwest Airlines at **10:30 AM**<br>Arrive in **NEW YORK (LAGUARDIA), NY** (LGA) at **4:20 PM**<br>Travel Time 3 hrs 50 mins |

<u>Wanna Get Away</u>

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost: 592.00



Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262405196689: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

**Important Reminders:**

<u>Checkin</u>
Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

<u>No Show Policy</u>
If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining funds on this reservation, including Anytime and Business Select fares, will be forfeited.

 Learn About Our Boarding Process

 Get EarlyBird Check-In® Details

## Cost and Payment Summary



| AIR - ZF7SLF | | Payment Information |
|---|---|---|
| Base Fare | $ 530.24 | Payment Type: Visa |
| Excise Taxes | $ 39.76 | Date: Apr 4, 2014 |
| Segment Fee | $ 8.00 | Payment Amount: $260.00 |
| Passenger Facility Charge | $ 9.00 | |
| September 11th Security Fee | $ 5.00 | Payment Type: Ticket Exchange |
| Total Air Cost | $ 592.00 | Date: Apr 4, 2014 |
| | | Payment Amount: $332.00 |

Attachment 1 to Exhibit A
Page 190

**Julie O'Connor**

*Witness*

| | |
|---|---|
| **From:** | Colleen Gray <cagray@att.net> |
| **Sent:** | Friday, April 04, 2014 11:37 AM |
| **To:** | Terri Connell |
| **Cc:** | Melissa Jordan; Julie O'Connor |
| **Subject:** | Revised ticket for Douglas Fuchs 232.00 above orginal ticket |

*EX AD GRYLL*

*near 7 train*
*prd Ju-12:41*

DEPT OF LAW            FUCHS/DOUGLAS*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN: PAM

     APR 04 2014   ITIN      LOCATOR-JBQPP4   E31CG

 07 APR 14 - MONDAY
 OTHER              OTHER
                 REVISED TICKET TO DENVER.
                 ---------
                 TOTAL COST..................... 223.00
                 PAYMENT RECEIVED: 04APR      223.00-

 OTHER              OTHER

                 AIR ITINERARY

                 ------- DEPARTURE INFO -------
                 SOUTHWEST FLT NO: 970
                 DEP: LAGUARDIA 07APR 11:05AM
                 ARR: DENVER 1:30PM

                 ------- RETURN INFO -------
                 SOUTHWEST FLT NO: 877
                 DEP: DENVER 09APR 10:30AM
                 ARR: LAGUARDIA 4:40PM

THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
CF NUMBER IS ZW8SL8
THE ELECTRONIC TICKET NUMBER IS 526:2405:197:279
FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES

                 TRANSACTION FEE        26.00

1

## Julie O'Connor

| | |
|---|---|
| **From:** | Colleen Gray <cagray@att.net> |
| **Sent:** | Friday, April 04, 2014 1:24 PM |
| **To:** | Julie O'Connor |
| **Subject:** | Fw: Flight reservation (ZW8SL8) | 07APR14 | LGA-DEN | Fuchs/Douglas |

I just did this reissue.

----- Original Message -----
**From:** Sarah Barela
**To:** Colleen Gray
**Sent:** Friday, April 04, 2014 1:04 PM
**Subject:** Fw: Flight reservation (ZW8SL8) | 07APR14 | LGA-DEN | Fuchs/Douglas

----- Original Message -----
**From:** Southwest Airlines
**To:** ADVANCETRAVEL@ATT.NET
**Sent:** Friday, April 04, 2014 12:57 PM
**Subject:** Flight reservation (ZW8SL8) | 07APR14 | LGA-DEN | Fuchs/Douglas

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

 **AIR Itinerary**

## AIR Confirmation: ZW8SL8

Confirmation Date: 04/4/2014
Arc no: 06749050

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| FUCHS/DOUGLAS | 417711291 | 5262198789254 | Mar 11, 2015 | 3182 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Apr 7 | 970 | Depart **NEW YORK (LAGUARDIA), NY (LGA)** on Southwest Airlines at **11:05 AM**<br>Arrive in **DENVER, CO (DEN)** at **1:30 PM**<br>Travel Time 4 hrs 25 mins |



_Wanna Get Away_

| Wed Apr 9 | 877 | Depart **DENVER, CO (DEN)** on Southwest Airlines at **10:30 AM** <br> Arrive in **NEW YORK (LAGUARDIA), NY (LGA)** at **4:20 PM** <br> Travel Time 3 hrs 50 mins <br> _Wanna Get Away_ |

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Air Cost:** 592.00



Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262405197279: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

**Important Reminders:**

**Checkin**
Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

**No Show Policy**
If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining funds on this reservation, including Anytime and Business Select fares, will be forfeited.

 Learn About Our Boarding Process⬚

 Get EarlyBird Check-In℠ Details⬚

## Cost and Payment Summary

🖶 AIR - ZW8SL8

| | | Payment Information |
|---|---|---|
| Base Fare | $ 530.24 | |
| Excise Taxes | $  39.76 | Payment Type: Visa █████████ |
| Segment Fee | $   8.00 | Date: Apr 4, 2014 |
| Passenger Facility Charge | $   9.00 | Payment Amount: $223.00 |
| September 11th Security Fee | $   5.00 | |
| **Total Air Cost** | **$ 592.00** | Payment Type: Ticket Exchange <br> Date: Apr 4, 2014 <br> Payment Amount: $369.00 |

Attachment 1 to Exhibit A
Page 193

Witness

**Julie O'Connor**

| | |
|---|---|
| From: | Colleen Gray <cagray@att.net> |
| Sent: | Friday, April 04, 2014 8:49 AM |
| To: | Pam Ponder |
| Cc: | Melissa Jordan; Julie O'Connor |
| Subject: | Revised ticket for Roger Salzgeber to Denver 464.00 add collect |

EX. AD
GRYLU

DEPT OF LAW                SALZGEBER/ROGER DALE*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN: PAM

   APR 04 2014   ITIN      LOCATOR-NQH3Q0  E31CG

 07 APR 14 - MONDAY
 UNITED     5540 UNITED ECON  EQUIP-CANADAIR JET
 LV: TUCSON         813A   NONSTOP    MILES- 639  CONFIRMED
 AR: DENVER        1113A    ELAPSED TIME- 2:00
          SEAT-12B
          OPERATED BY-SKYWEST DBA UNITED
 AIRLINE LOCATOR: UA -BPLM6J

 08 APR 14 - TUESDAY
 UNITED     6505 UNITED ECON  EQUIP-CANADAIR JET
 LV: DENVER        640P   NONSTOP    MILES- 639  CONFIRMED
 AR: TUCSON        742P    ELAPSED TIME- 2:02
          SEAT-12B
          OPERATED BY-SKYWEST DBA UNITED
 AIRLINE LOCATOR: UA -BPLM6J

 GHOST CARD
 THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
 THE ELECTRONIC TICKET NUMBER IS 016:7347:847:408
 FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
 ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
 PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES
 THERE IS A TRANSACTION FEE FOR ALL TICKETS/VOIDS/REFUNDS AND EXCHANGES
 **TKT NON REFUNDABLE AND HAS NO VALUE UNLESS CANCELED PRIORFLIGHT***
 **$200 MINIMUM CHANGE/REISSUE FEE WILL APPLY***

      TRANSACTION FEE        26.00

**Julie O'Connor**

| | |
|---|---|
| **From:** | Colleen Gray <cagray@att.net> |
| **Sent:** | Friday, April 04, 2014 8:49 AM |
| **To:** | Pam Ponder |
| **Cc:** | Melissa Jordan; Julie O'Connor |
| **Subject:** | Revised ticket for Roger Salzgeber to Denver  464.00 add collect |

DEPT OF LAW               SALZGEBER/ROGER DALE*0600
1300 BROADWAY 6TH FLR
DENVER CO   80203
ATTN: PAM

     APR 04 2014   ITIN       LOCATOR-NQH3Q0  E31CG

  07 APR 14 - MONDAY
 UNITED     5540 UNITED ECON   EQUIP-CANADAIR JET
 LV: TUCSON         813A   NONSTOP      MILES- 639   CONFIRMED
 AR: DENVER       1113A   ELAPSED TIME- 2:00
                 SEAT-12B
                 OPERATED BY-SKYWEST DBA UNITED
 AIRLINE LOCATOR: UA -BPLM6J

 08 APR 14 - TUESDAY
  UNITED     6505 UNITED ECON   EQUIP-CANADAIR JET
  LV: DENVER     640P   NONSTOP      MILES- 639   CONFIRMED
  AR: TUCSON     742P   ELAPSED TIME- 2:02
                 SEAT-12B
                 OPERATED BY-SKYWEST DBA UNITED
 AIRLINE LOCATOR: UA -BPLM6J

 GHOST CARD
 THANK YOU FOR USING ADVANCE TRAVEL.  HAVE A GREAT TRIP--COLLEEN
 THE ELECTRONIC TICKET NUMBER IS 016:7347:847:408
 FOR HELP DURING BUSINESS HOURS CALL 303 260-7081 OR 1-800-548-5377
 ADVANCE TRAVEL EMERGENCY ONLY AFTER HOURS CALL 1-888-875-9488**
 PLEASE REMEMBER TO RECONFIRM FLIGHTS DIRECTLY WITH AIRLINES
 THERE IS A TRANSACTION FEE FOR ALL TICKETS/VOIDS/REFUNDS AND EXCHANGES
 **TKT NON REFUNDABLE AND HAS NO VALUE UNLESS CANCELED PRIORFLIGHT***
 **$200 MINIMUM CHANGE/REISSUE FEE WILL APPLY***

             TRANSACTION FEE       26.00


citi

0 4 0 4 6 5 8 0 0 0 4 1 6 5 2 7 9 0 0 0 0 0 0 0 0 0 0 0 0 0 2 5 7

| Account Number | Payment Date | New Balance | Minimum Amount Due | Enter Amount Paid |
|---|---|---|---|---|
| XXXX-XXXX-XX16-5279 | 05/20/2014 | $0.00 | $0.00 | |

DOREEN RAMOS
DEPARTMENT OF LAW
1300 BROADWAY 10TH FLOOR

DENVER   CO   80203-2104

Citibank
P.O. Box 183173
COLUMBUS, OH 43218-3173

# CITIBANK CORPORATE CARD

| Previous Balance | Payments and Credits | New Charges | New Balance | Credit Line |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |

**Statement Date**
04/25/2014

**Payment Date**
05/20/2014

For customer service call or write 1-800-248-4553 Citibank P.O. Box 6125 Sioux Falls, SD 57117

Send payments to: Citibank P.O. Box 183173 COLUMBUS, OH 43218-3173

| Account Number | Cash Advance Limit* | Available Credit Line | Available Cash Line** |
|---|---|---|---|
| | $0.00 | $5,000.00 | $0.00 |

| Sale Date | Post Date | Reference Number | Type of Activity | | | Amount |
|---|---|---|---|---|---|---|
| ************************************* | | | NOTICE MEMO ITEM(S) LISTED BELOW | ************************** | | |
| 04/10/2014 | 04/11/2014 | 24761974100200588300202 | WARWICK HOTEL DENVER | 1111111111 | CO | $358.02 |
| | | | 12450668111111111 | Arrival: 04-09-14 | | |
| 04/12/2014 | 04/14/2014 | 74761974102200588302045 | WARWICK HOTEL DENVER | 1111111111 | CO | $12.48 CR |
| ***************************************** | | | TOTAL AMOUNT OF MEMO ITEM(S): | | | $345.54 |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to those who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Account management made easier: Online statements & CitiManager Mobile offer 24/7 access, security, and mobility. Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view. When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

Alpha No.  EX AD GR4LU
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

Doreen Ramos

| ACCOUNT SUMMARY CURRENT PERIOD | Previous Balance | Payments | Credits | Purchases and Advances | Interest Charges | New Balance |
|---|---|---|---|---|---|---|
| Purchases | $0.00 | | | | | $0.00 |
| Advances | $0.00 | | | | | $0.00 |
| TOTALS | $0.00 | | | | | $0.00 |

| DAYS IN BILLING PERIOD: 031 | | Purchases | Cash Advances | | |
|---|---|---|---|---|---|
| Balance Subject To Interest Charges | > | $0.00 | $0.00 | Payment Due: | $0.00 |
| Periodic Rate | > | .0000% | .0000% | Amount Over Credit Limit: | $0.00 |
| ANNUAL PERCENTAGE RATE | > | 0.00% | 0.00% | Amount Past Due: | $0.00 |
| | | | | MINIMUM AMOUNT DUE: | $0.00 |

* Cash Advance Limit is a portion of your Total Credit Line
** Available Cash Line is a portion of your Available Credit Line

Attachment 1 to Exhibit A
Page 196





# W A R W I C K
## DENVER HOTEL

Doreen Ramos
1300 Broadway
default_country

Cerar, John

| | |
|---|---|
| *Arrival* | : *04/07/14* |
| *Departure* | : *04/15/14* |
| *Room No.* | : *0614* |
| *Folio No.* | : *291509* |
| *Cashier* | : *12* |
| *Page No.* | : *1 of 1* |
| *Conf. No.* | : *12454440* |
| *Invoice No.* | : |
| *Booking No.* | : *5879375* |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04/07/14 | Room Charge | 156.00 | |
| 04/07/14 | Room Tax - City 10.75% | 16.77 | |
| 04/07/14 | State Tax - 4.0% | 6.24 | |
| 04/08/14 | Room Charge | 156.00 | |
| 04/08/14 | Room Tax - City 10.75% | 16.77 | |
| 04/08/14 | State Tax - 4.0% | 6.24 | |
| 04/09/14 | Visa | | 358.02 |
| | XXXXXXXXXXXX█XX/XX | | |
| 04/11/14 | Adj Tax Exempt | -12.48 | |
| 04/11/14 | Visa | | -12.48 |
| | credit | | |
| | XXXXXXXXXXXX█XX/XX | | |

| | | |
|---|---|---|
| *Total Charges* | 345.54 | |
| *Total Credits* | | 345.54 |
| *Balance* | | *0.00* |

Guest Signature _____

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges.  Please leave your room key at reception upon departure.  Thank you for staying at Warwick Denver Hotel.*



## W A R W I C K
### International hotels

Warwick Denver Hotel
1776 Grant Street, Denver, Colorado 80203 — Reservations 303-861-2000 - Facsimile 303-832-0320
**www.warwickhotels.com**

## Attachment 1 to Exhibit A
## Page 197



0404658000416780400000000000000250

| Account Number | Payment Date | New Balance | Minimum Amount Due | Enter Amount Paid |
|---|---|---|---|---|
| ███████ | 05/20/2014 | $0.00 | $0.00 | |

DEPARTMENT OF LAW
ADVANCED TRAVEL
1300 BROADWAY 10TH FLOOR

DENVER   CO   80203-5600

Citibank
P.O. Box 183173
COLUMBUS, OH 43218-3173

---

# CITIBANK CORPORATE CARD

Statement Date
04/25/2014

Payment Date
05/20/2014

| Previous Balance | Payments and Credits | New Charges | New Balance | Credit Line |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $14,000.00 |

For customer service call or write 1-800-248-4553 Citibank P.O. Box 6125 Sioux Falls, SD 57117

Send payments to: Citibank P.O. Box 183173 COLUMBUS, OH 43218-3173

| Account Number | Cash Advance Limit* | Available Credit Line | Available Cash Line** |
|---|---|---|---|
| XXXX-XXXX-XX16-7804 | $0.00 | $14,000.00 | $0.00 |

| Sale Date | Post Date | Reference Number | Type of Activity | | Amount |
|---|---|---|---|---|---|
| ****** | | | *NOTICE MEMO ITEM(S) LISTED BELOW****** | | ****** |
| 03/27/2014 | 03/31/2014 | 24717054087870872100907 | AGENT FEE   8900610882521<br>HARTMAN/PRESTON<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 03-27-14 | $26.00 |
| 03/27/2014 | 03/31/2014 | 74717054087580870097394 | FRONTIER AI 4227346039597<br>KWON/KAREN MARI<br>DRL F9 X MSC | DENVER     CO<br>DEPARTURE: 03-27-14 | $89.00 CR |
| 03/31/2014 | 04/02/2014 | 24717054091580910750399 | FRONTIER AI 4227347847373<br>WEGERT/JACK<br>DEN F9 Y IND | LAKEWOOD   CO<br>DEPARTURE: 04-07-14 | $246.43 |
| 03/31/2014 | 04/02/2014 | 24717054091580910750407 | FRONTIER AI 4227347847374<br>LAIHO/DEVIN MIC<br>DEN F9 Y IND | LAKEWOOD   CO<br>DEPARTURE: 04-07-14 | $246.43 |
| 03/31/2014 | 04/02/2014 | 24717054091870912067185 | AGENT FEE   8900610882534<br>LAIHO/DEVIN MIC<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 03-31-14 | $26.00 |

| ACCOUNT SUMMARY CURRENT PERIOD | | Previous Balance | Payments | Credits | Purchases and Advances | Interest Charges | New Balance |
|---|---|---|---|---|---|---|---|
| | Purchases<br>Advances<br>TOTALS | $0.00<br>$0.00<br>$0.00 | | | | | $0.00<br>$0.00<br>$0.00 |

| DAYS IN BILLING PERIOD: 031 | | Purchases | Cash Advances | | |
|---|---|---|---|---|---|
| Balance Subject To Interest Charges | > | $0.00 | $0.00 | Payment Due: | $0.00 |
| Periodic Rate | > | .0000% | .0000% | Amount Over Credit Limit: | $0.00 |
| ANNUAL PERCENTAGE RATE | > | 0.00% | 0.00% | Amount Past Due: | $0.00 |
| | | | | MINIMUM AMOUNT DUE: | $0.00 |

* Cash Advance Limit is a portion of your Total Credit Line
** Available Cash Line is a portion of your Available Cash Line

Page 1 of 4



| Account Number |
| --- |
| XXXX-XXXX-XX16-7804 |

Statement Date
04/25/2014

| Sale Date | Post Date | Reference Number | Type of Activity | | | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | | | **NOTICE MEMO ITEM(S) LISTED BELOW** | | | |
| 03/31/2014 | 04/02/2014 | 24717054091870912138416 | AGENT FEE   8900610882533<br>WEGERT/JACK<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 03-31-14 | | $26.00 |
| 03/28/2014 | 04/03/2014 | 74692164092000069707272 | UNITED   0167346039610 | 800-932-2732   TX | | $332.00 CR |
| 04/01/2014 | 04/03/2014 | 24717054092870922238551 | AGENT FEE   8900610882549<br>SUTHERS/JOHN WI<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 04-01-14 | | $26.00 |
| 03/27/2014 | 04/04/2014 | 24692164093000501127489 | UNITED   0167347847362<br>HARTMAN/PRESTON VINC<br>DEN UA B SAF UA W DEN | 800-932-2732   TX<br>DEPARTURE: 04-09-14 | | $405.70 |
| 04/02/2014 | 04/04/2014 | 24692164093000501360965 | UNITED   0167347847392<br>SUTHERS/JOHN WILLIAM<br>DEN UA W GRR UA L DEN | 800-932-2732   TX<br>DEPARTURE: 05-29-14 | | $443.00 |
| 04/03/2014 | 04/07/2014 | 24692164094000992060305 | SOUTHWES   5260643986669<br>SUTHERS/JOHN WILLIAM<br>DAL WN A DAL | 800-435-9792   TX<br>DEPARTURE: 04-03-14 | | $25.00 |
| 04/03/2014 | 04/07/2014 | 24692164094000994026072 | SOUTHWES   5262405028188<br>SUTHERS/JOHN WILLIAM<br>DEN WN H IND WN H DEN | 800-435-9792   TX<br>DEPARTURE: 04-28-14 | | $306.00 |
| 04/03/2014 | 04/07/2014 | 24692164094000994026080 | SOUTHWES   5262405007236<br>WALLACE/CHAD M<br>DEN WN Y ABQ WN R DEN | 800-435-9792   TX<br>DEPARTURE: 04-09-14 | | $394.00 |
| 04/03/2014 | 04/07/2014 | 24717054094870942054762 | AGENT FEE   8900611116252<br>SUTHERS/JOHN WI<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 04-03-14 | | $26.00 |
| 04/03/2014 | 04/07/2014 | 24717054094870942087655 | AGENT FEE   8900611116250<br>WALLACE/CHAD M<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 04-03-14 | | $26.00 |
| 04/04/2014 | 04/07/2014 | 24692164095000388484837 | SOUTHWES   5262405196689<br>CERAR/JOHN<br>LGA WN L DEN WN L LGA | 800-435-9792   TX<br>DEPARTURE: 04-07-14 | | $260.00 |
| 04/04/2014 | 04/07/2014 | 24692164095000388484845 | SOUTHWES   5262405197279<br>FUCHS/DOUGLAS<br>LGA WN L DEN WN L LGA | 800-435-9792   TX<br>DEPARTURE: 04-07-14 | | $223.00 |
| 04/04/2014 | 04/07/2014 | 24717054095870952265273 | AGENT FEE   8900611116253<br>SALZGEBER/ROGER<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 04-04-14 | | $26.00 |
| 04/04/2014 | 04/07/2014 | 24717054095870952273038 | AGENT FEE   8900611116257<br>FUCHS/DOUGLAS<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 04-04-14 | | $26.00 |
| 04/04/2014 | 04/07/2014 | 24717054095870952321126 | AGENT FEE   8900611116267<br>CERAR/JOHN<br>XAA XD X XAO | ADVANCE TRAVE CO<br>DEPARTURE: 04-04-14 | | $26.00 |
| 04/04/2014 | 04/11/2014 | 24692164100000372138228 | UNITED   0167347847408<br>SALZGEBER/ROGER DALE<br>TUS UA H DEN UA H TUS | 800-932-2732   TX<br>DEPARTURE: 04-14-14 | | $464.00 |

* Cash Advance Limit is a portion of your Total Credit Line
** Available Cash Line is a portion of your Available Credit Line

Attachment 1 to Exhibit A
Page 199

```
FUNCTION:                    DOCID: PV LAA 14JO0001737      07/07/14    05:16:44 PM
STATUS: PEND3                BATID:                    ORG:
H-                                 PAYMENT VOUCHER INPUT FORM

      PV DATE: 06 30 14       ACCOUNTING PRD: 12 14    BUDGET FY: 14
      ACTION: E                     PV TYPE: 1       SCH PAY DATE:

      OFF LIAB ACCT:          FA IND:    DOCUMENT TOTAL:       7,021.66
                                         CALC DOC TOTAL:       7,021.66
         VENDOR CODE: 460358360  C  CHECK CATEGORY: L   SINGLE CHECK FLAG:
         VENDOR NAME: CITIBANK SOUTH DAKOTA NA
                DBA:
            ADDRESS: PO BOX 183173
               CITY: COLUMBUS              ST: OH  ZIP: 43218 3173
      ACCOUNT NUMBER:
      SELLER:  FUND:              AGENCY:              ORG:
             SUB-ORG:          APPR CODE:          PROGRAM:
            FUNCTION:            OBJECT:           SUB-OBJ:
             REV SRC:           SUB-REV:           BS ACCT:
                GBL:           RPTG CAT:            JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3




FUNCTION:                    DOCID: PV LAA 14JO0001737      07/07/14    05:16:52 PM
STATUS: PEND3                BATID:              ORG:        001-002 OF 034
   LN      REFERENCE          COM    VENDOR      INV            SUB APPR
   NO CD AGY   NUMBER        LN LN   INVOICE     LN  FND AGY ORG ORG CODE PGM
   -- -- --- ------------    -- --  ----------- --- --- --- --- --- ---- ---
   FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG   JOB/PROJ   DISC / RET TYP
   ---- ------- ------- ------- ------- ---- ----   ---------- ---------------
        DESCRIPTION              QUANTITY  I/D   AMOUNT      I/D P/F FEE CD
   -------------------------    --------- --- ----------   --- --- ------
   RET %    RET AMOUNT    EFT IND  APPL TYPE
   ------ --------------- ------- ----------
01- 01                           100176609280    100 LAA 0900    021
      2532
   MACKINAC ISLAND-J SUTHERS        0.000           809.22
                                 N
02- 02                           072010663608    100 LAA 0900    021
      2532
   PARK CITY, UT-J SUTHERS          0.000           169.00
                                 N
```

SCANNED
2-11-14

INPUT

JUL 07 2014

By:

Verified & Approved

JUL 07 2014

By:

Attachment 1 to Exhibit A
Page 200

```
FUNCTION:                    DOCID: PV LAA 14JO0001737        07/07/14    04:17:25 PM
STATUS: PEND3                BATID:                    ORG:              007-008 OF 034
  LN    REFERENCE                  COM    VENDOR      INV              SUB  APPR
  NO CD AGY      NUMBER       LN LN     INVOICE      LN  FND AGY ORG  ORG  CODE PGM
  -- -- --- ------------- -- --- ------------- --- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP
  ---- ------- ------- ------- ------- ---- ---- ----------- ----------------
        DESCRIPTION              QUANTITY   I/D   AMOUNT        I/D P/F FEE CD
  --------------------------- -------------- --- -------------- --- --- ------
  RET %     RET AMOUNT   EFT IND  APPL TYPE
  ------  -------------- -------  ----------
01- 07                          987107960744    26Q LAA 0800    221
      2512
   NR WI IAJRL                      0.000           166.00
                            N

02- 08                          207199701435    26Q LAA 0600    221
      2512
   EX AD GRYLU                      0.000           156.00
                            N
```

```
FUNCTION:                    DOCID: PV LAA 14JO0001737        07/07/14    04:17:26 PM
STATUS: PEND3                BATID:                    ORG:              009-010 OF 034
  LN    REFERENCE                  COM    VENDOR      INV              SUB  APPR
  NO CD AGY      NUMBER       LN LN     INVOICE      LN  FND AGY ORG  ORG  CODE PGM
  -- -- --- ------------- -- --- ------------- --- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP
  ---- ------- ------- ------- ------- ---- ---- ----------- ----------------
        DESCRIPTION              QUANTITY   I/D   AMOUNT        I/D P/F FEE CD
  --------------------------- -------------- --- -------------- --- --- ------
  RET %     RET AMOUNT   EFT IND  APPL TYPE
  ------  -------------- -------  ----------
01- 09                          004046090125    26Q LAA 0675    221
      2255 03
   RG CV GFSSL                      0.000           500.00
                            N

02- 10                          263200208497    26Q LAA 1000    221
      2512
   PE RM HCIOG                      0.000           405.00
                            N
```



0404658000416539400000000000000254

| Account Number | Payment Date | New Balance | Minimum Amount Due | Enter Amount Paid |
|---|---|---|---|---|
| ■■■■■■■ | 07/20/2014 | $0.00 | $0.00 | |

PAMELA PONDER
DEPARTMENT OF LAW
1300 BROADWAY 10TH FLOOR

DENVER   CO   80203-2104

Citibank
P.O. Box 183173
COLUMBUS, OH 43218-3173

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# CITIBANK CORPORATE CARD

**Statement Date**
06/25/2014

**Payment Date**
07/20/2014

| Previous Balance | Payments and Credits | New Charges | New Balance | Credit Line |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |

For customer service call or write  1-800-248-4553  Citibank P.O. Box 6125 Sioux Falls, SD 57117

Send payments to:  Citibank P.O. Box 183173 COLUMBUS, OH 43218-3173

| Account Number | Cash Advance Limit* | Available Credit Line | Available Cash Line** |
|---|---|---|---|
| XXXX-XXXX-XX16-5394 | $0.00 | $5,000.00 | $0.00 |

| Sale Date | Post Date | Reference Number | Type of Activity | | Amount |
|---|---|---|---|---|---|
| ***********************************************NOTICE MEMO ITEM(S) LISTED BELOW*********************************************** | | | | | |
| 06/14/2014 | 06/16/2014 | 24493984165207199701435 | HOTEL MONACO DENVER<br>0438762 | DENVER        CO<br>Arrival: 06-13-14 | $156.00 |
| ***********************************************TOTAL AMOUNT OF MEMO ITEM(S): | | | | | $156.00 |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to those who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Account management made easier:  Online statements & CitiManager Mobile offer 24/7 access, security, and mobility.  Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile.

*handwritten:* 3-EXAD-075291
(matter #)

Alpha No  EX AD GRYLU

*pre-printed:* "I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed counted or measured, and were found in good condition and complying with the specifications given or that the services were satisfactory."

*handwritten:* 6-27-2014   [signature]

(Date)            (Name)

| ACCOUNT SUMMARY CURRENT PERIOD | Previous Balance | Payments | Credits | Purchases and Advances | Interest Charges | New Balance |
|---|---|---|---|---|---|---|
| Purchases | $0.00 | | | | | $0.00 |
| Advances | $0.00 | | | | | $0.00 |
| TOTALS | $0.00 | | | | | $0.00 |

| DAYS IN BILLING PERIOD: 031 | | Purchases | Cash Advances | | |
|---|---|---|---|---|---|
| Balance Subject To Interest Charges | > | $0.00 | $0.00 | Payment Due: | $0.00 |
| Periodic Rate | > | .0000% | .0000% | Amount Over Credit Limit: | $0.00 |
| ANNUAL PERCENTAGE RATE | > | 0.00% | 0.00% | Amount Past Due: | $0.00 |
| | | | | MINIMUM AMOUNT DUE: | $0.00 |

* Cash Advance Limit is a portion of your Total Credit Line
** Available Cash Line is a portion of your Available Credit Line

Page 1 of 1

Page 1 of 1



**A KIMPTON HOTEL**

Hotel Monaco
1717 Champa Street
Denver, CO 80202
Telephone: ( 303 ) 296.1717
Facsimile: ( 303 ) 296.1818
Reservations: ( 800 ) 397.5380
www.monaco-denver.com



Find us on Facebook
www.facebook.com/monaco.denver

Webster, Daniel

Denver, CO 80203 US

**Room Number:** 427
**Daily Rate:** 156.00
**Room Type:** KGDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 04/06/14 | 04/07/14 | ██████ | GST | IDSN | 12440438762 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 04/06/14 | 427 | ROOM CHARGE | #427 Webster, Daniel | $156.00 |
| 04/06/14 | 427 | TAX - ROOM - CITY | TAX - ROOM - CITY | $16.77 |
| 04/06/14 | 427 | TAX - ROOM - STATE | TAX - ROOM - STATE | $6.24 |
| 04/07/14 | 427 | VISA | VISA | ($179.01) |
| 06/13/14 | 427 | ADJUST TAX - ROOM - STATE | ADJUST TAX - ROOM - STATE | ($6.24) |
| 06/13/14 | 427 | ADJUST TAX - ROOM - CITY | ADJUST TAX - ROOM - CITY | ($16.77) |
| 06/13/14 | 427 | VISA | VISA ENDING IN 5394 | ($156.00) |
| 06/13/14 | 427 | VISA | CREDIT TO VISA ENDING IN 2486 | $179.01 |

3-EXAD-075291

Alpha No EXAD GRYLU

"I hereby certify that the goods or services shown on the invoices or
other supporting documents, properly corrected and adjusted, have
according to our records, been received, carefully inspected, weighed
counted or measured, and were found in good condition and comply
ing with the specifications given, or that the services were satis
factory."

6-27-2014
(Date)              (Name)

**TOTAL DUE:**          $0.00

KIMPTON hotels & restaurants

800.KIMPTON • KIMPTONHOTELS.COM

Attachment 1 to Exhibit A
Page 203

Page 1 of 1



A KIMPTON HOTEL

Hotel Monaco
1717 Champa Street
Denver, CO 80202
Telephone:      ( 303 ) 296.1717
Facsimile:      ( 303 ) 296.1818
Reservations:   ( 800 ) 397.5380
www.monaco-denver.com

Find us on Facebook
www.facebook.com/monaco.denver



Webster, Daniel

Denver, CO  80203 US

**Room Number:** 427
**Daily Rate:** 156.00
**Room Type:** KGDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 04/06/14 | 04/07/14 |  | GST | IDSN | 12440438762 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 04/06/14 | 427 | ROOM CHARGE | #427 Webster, Daniel | $156.00 |
| 04/06/14 | 427 | TAX - ROOM - CITY | TAX - ROOM - CITY | $16.77 |
| 04/06/14 | 427 | TAX - ROOM - STATE | TAX - ROOM - STATE | $6.24 |
| 04/07/14 | 427 | VISA | VISA | ($179.01) |

**TOTAL DUE:**                $0.00

KIMPTON ® hotels & restaurants

800.KIMPTON • KIMPTONHOTELS.COM

Attachment 1 to Exhibit A
Page 204

```
FUNCTION:                DOCID: PV LAA 14JO0001156       03/19/14   03:03:06 PM
STATUS: PEND3            BATID:               ORG:
H-                       PAYMENT VOUCHER INPUT FORM

        PV DATE: 03 18 14     ACCOUNTING PRD: 09 14    BUDGET FY: 14
        ACTION:  E                  PV TYPE: 1         SCH PAY DATE:

        OFF LIAB ACCT:        FA IND:     DOCUMENT TOTAL:        42.24
                                         CALC DOC TOTAL:        42.24
        VENDOR CODE: LAA100000   CHECK CATEGORY: L    SINGLE CHECK FLAG: Y
        VENDOR NAME: WEBSTER, DANIEL
               DBA:
           ADDRESS: 5413 HARWOOD ROAD
              CITY: BETHESDA          ST: MD  ZIP: 20814
    ACCOUNT NUMBER:
    SELLER:  FUND:          AGENCY:              ORG:
           SUB-ORG:       APPR CODE:          PROGRAM:
          FUNCTION:         OBJECT:          SUB-OBJ:
          REV SRC:         SUB-REV:          BS ACCT:
              GBL:        RPTG CAT:           JOB NO:
    OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 14JO0001156       03/19/14   03:03:08 PM
STATUS: PEND3            BATID:               ORG:          001-001 OF 001
  LN    REFERENCE           COM   VENDOR    INV            SUB APPR
  NO CD AGY   NUMBER      LN LN   INVOICE   LN  FND AGY ORG ORG CODE PGM
  -- -- --- ------------ -- ---  ---------- --- --- --- ------- ---- ----
  FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL  RPTG  JOB/PROJ   DISC / RET TYP
  ---- ------- ------- ------- ------- ---- ----  ----------  ---------------
      DESCRIPTION           QUANTITY  I/D  AMOUNT      I/D P/F FEE CD
  --------------------------  -------- --- ------------- --- --- ------
  RET %    RET AMOUNT   EFT IND  APPL TYPE
  ------  -------------- -------  ---------
01- 01                        MAR 19,2014N   26Q LAA 0600    221
     1930 06
   EX AD GRYLU                  0.000          42.24
                        N
02-                                           LAA
```

```
01-A637W-1099 OBJT CODE/MISC. VEND CODE
```

RUSH

Verified & Approved

MAR **1 9** 2014

INPUT

MAR **1 9** 2014

By

Daniel W. Webster, ScD, MPH                                        June 10, 2014

██████████████████

**Invoice for expert report and witness services provided to the Colorado Attorney General's Office in Cooke v. Hickenlooper, U.S. District Court case CV 13-001300, Second amendment challenge to House Bills 13-1224 and 13-1229.**

Purchase Order:  OE LAA  14DL0000010.

Total = $20,400 for 68 hours of service at a rate of $300 per hour.

| Date | Task / professional services | hours |
|------|------------------------------|-------|
| 7/13/13 | Research for expert report | 5 |
| 7/14/13 | Research for expert report | 4 |
| 7/20/13 | Drafting expert report | 6 |
| 7/21/13 | Drafting expert report | 4 |
| 7/28/13 | Drafting expert report | 3 |
| 8/1/13 | Revising draft report, preparing other materials (CV, list of relevant publications, prior expert witness reports) | 4 |
| 10/3//13 | Phone call with Matt Grove and Jon Lowey | 1 |
| 10/4/13 | Consult with Matt Grove and send report on Missouri law change's effects on homicides | 1 |
| 10/8/13 | Gather information requested by Plaintiff and prepare for deposition | 5 |
| 10/9/13 | Gather data for Plaintiff | 0.5 |
| 10/10/13 | Meet with Matt Grove and the be deposed | 7 |
| 11/6/13 | Consult with legal counsel regarding plaintiff's request for ATF trace data that I obtained under an agreement with ATF not to share | 1 |
| 11/9/13 | Find and send data from 2009 study cited in my deposition | 0.5 |
| 11/18/13 | Consult with legal counsel about sharing ATF trace data | 0.5 |
| 12/5/13 | Draft, review, and revise statements of expert opinion on case concerning Colorado's expanded background checks | 3 |
| 1/14/14 | Review and provide statistical program codes and logs from study of the effects of Missouri's handgun purchaser licensing law repeal on homicides. | 1.5 |
| 1/28/14 | Provide raw data from study of Missouri's gun law repeal and codes and output from statistical analysis of data from survey of prisoners in state prisons. | 1 |
| 3/3/14 | Prepare charts and graphs for trial. | 2.5 |
| 3/7/14 | Discuss case with Matthew Grove from Colo. AG's office | 1.5 |
| 3/19/14 | Prepare for testimony and review plaintiff's brief. | 4 |
| 4/6/14 | Travel from Bethesda, MD to Denver, prep. for case with Matt Grove | 12 |
|  | **Total** | **68** |

```
FUNCTION:                DOCID: PV LAA AV140000390        06/16/14    08:09:53 AM
STATUS: PEND3            BATID:                  ORG:
H-                       PAYMENT VOUCHER INPUT FORM

        PV DATE: 06 13 14      ACCOUNTING PRD: 12 14      BUDGET FY: 14
        ACTION:  E                      PV TYPE: 1        SCH PAY DATE:

     OFF LIAB ACCT:           FA IND:        DOCUMENT TOTAL:       20,400.00
                                            CALC DOC TOTAL:       20,400.00
       VENDOR CODE: 463217773   CHECK CATEGORY: L   SINGLE CHECK FLAG:
       VENDOR NAME: WEBSTER, DANIEL WILLIAM
              DBA:
          ADDRESS:    ███████████████████
             CITY:  ████████████████████    ST: ███  ZIP: ████████
   ACCOUNT NUMBER:
     SELLER: FUND:           AGENCY:              ORG:
          SUB-ORG:        APPR CODE:           PROGRAM:
         FUNCTION:          OBJECT:           SUB-OBJ:
          REV SRC:         SUB-REV:           BS ACCT:
              GBL:        RPTG CAT:            JOB NO:
    OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

INPUT

JUN 1 6 2014

By ___

```
FUNCTION:                DOCID: PV LAA AV140000390        06/16/14    08:10:04 AM
STATUS: PEND3            BATID:                  ORG:            001-001 OF 001
      LN      REFERENCE         COM   VENDOR      INV                SUB APPR
      NO CD AGY   NUMBER      LN LN   INVOICE     LN  FND AGY ORG ORG CODE PGM
      -- -- --- ------------  -- ---  ----------- --  --- --- --- --- ---- ----

      FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG  JOB/PROJ  DISC / RET TYP
      ---- ------- ------- ------- ------- ----  ----  --------  ---------------

           DESCRIPTION        QUANTITY   I/D  AMOUNT      I/D P/F FEE CD
      ------------------   ----------- ---  ----------   --- --- ------

      RET %    RET AMOUNT   EFT IND  APPL TYPE
      ------  ------------- -------  ---------
01- 01 OE LAA 14DL0000010  01 001 JUN 10, 2014 001 26Q LAA 0600    201
         1920 AN
      EX AD GRYLU                      1.000        20,400.00     P
                                N
02-                                                   LAA
```

Verified & Approved

JUN 1 6 2014

By: ___