**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-1300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION, *et. al.*,

      Plaintiffs

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

      Defendant.

---

**PLAINTIFFS' NOTICE OF APPEAL**

---

Notice is hereby given that Plaintiffs Colorado Outfitters Association, Colorado Farm Bureau, National Shooting Sports Foundation, Magpul Industries, Colorado Youth Outdoors, USA Liberty Arms, Outdoor Buddies, Inc., Women for Concealed Carry, Colorado State Shooting Association, Hamilton Family Enterprises, Inc., d/b/a Family Shooting Center at Cherry Creek State Park, David Bayne, Dylan Harrell, Rocky Mountain Shooters Supply, 2nd Amendment Gunsmith & Shooter Supply, LLC, Burrud Arms Inc. d/b/a Jensen Arms, Green Mountain Guns, Jerry's Outdoor Sports, Specialty Sports & Supply, and Goods for the Woods, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the following orders: (1) this Court's Findings of Fact, Conclusions of Law, and Order, as well as the corresponding and separate Judgment, both of which were entered in this action on June 26,

2014[1]; and (2) this Court's Opinion and Order Granting in Part and Denying in Part Defendant's

Motion to Dismiss, which was entered in this action on November 27, 2013.

      Dated this 28th day of July, 2014.

      Respectfully submitted,

s/Richard A. Westfall
Richard A. Westfall
Peter J. Krumholz
HALE WESTFALL LLP
1600 Stout Street, Suite 500
Denver, CO 80202
Phone: (720) 904-6010
Fax: (720) 904-6020
rwestfall@halewestfall.com

**ATTORNEYS FOR DYLAN HARRELL, DAVID BAYNE, OUTDOOR BUDDIES, INC. THE COLORADO OUTFITTERS ASSOCIATION, COLORADO FARM BUREAU, AND WOMEN FOR CONCEALED CARRY**

s/Douglas Abbott
Jonathan M. Anderson
Douglas Abbott
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: (303) 295-8566
Fax: (303) 672-6508
jmanderson@hollandhart.com

**ATTORNEYS FOR MAGPUL INDUSTRIES AND THE NATIONAL SHOOTING SPORTS FOUNDATION**

---

[1] *See McBride v. CITGO Petroleum Corp.*, 281 F.3d 1099, 1104 (10th Cir. 2002) ("[A] notice of appeal which names the final judgment is sufficient to support review of all earlier orders that merge in the final judgment."

s/Marc F. Colin
BRUNO COLIN JEWELL & LOWE PC
1999 Broadway, Suite 3100
Denver, CO 80202-5731
Phone: (303) 831-1099
Fax: (303) 831-1088
mcolin@bcjlpc.com

**ATTORNEY FOR ROCKY MOUNTAIN SHOOTERS
SUPPLY, 2ND AMENDMENT GUNSMITH &
SHOOTER SUPPLY, LLC, BURRUD ARMS INC. D/B/A
JENSEN ARMS, GREEN MOUNTAIN GUNS, JERRY'S
OUTDOOR SPORTS, SPECIALTY SPORTS & SUPPLY,
GOODS FOR THE WOODS**

s/Anthony J. Fabian
LAW OFFICES OF ANTHONY J. FABIAN PC
510 Wilcox Street, Suite C
Castle Rock, CO 80104
Phone: (303) 663-9339
Fax: (303) 713-0785
fabianlaw@qwestoffice.net

**ATTORNEY FOR COLORADO STATE SHOOTING
ASSOCIATION AND HAMILTON FAMILY
ENTERPRISES, INC. D/B/A FAMILY SHOOTING
CENTER AT CHERRY CREEK STATE PARK**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2014, I have served the foregoing pleading via the CM/ECF system for the United States District Court for the District of Colorado:

David B. Kopel                    david@i2i.org

Jonathan M. Anderson          jmanderson@hollandhart.com

Douglas Abbott                   dabbott@hollandhart.com

Marc F. Colin                    mcolin@bcjlpc.com

Anthony J. Fabian                fabianlaw@qwestoffice.net

Matthew Grove                    matt.grove@state.co.us

Kathleen Spalding                kit.spalding@state.co.us

Jonathan Fero                    jon.fero@state.co.us

David Blake                      david.blake@state.co.us

Daniel D. Domenico               dan.domenico@state.co.us

Stephanie Scoville               stephanie.scoville@state.co.us

John Lee                         jtlee@state.co.us

LeeAnn Morrill                   leeann.morrill@state.co.us

s/Peter J. Krumholz
HALE WESTFALL LLP
1600 Stout Street, Suite 500
Denver, CO 80202
Phone: (720) 904-6010
Fax: (720) 904-6020