| Deponent | Testified at Trial | Deposition *not used* during trial | Deposition *used* at trial | Deposition used in pre-trial motions |
|---|---|---|---|---|
| David Gill | Yes | No | | |
| Randy Hampton | Yes | No | | |
| Robert Hewson | Yes | | Yes | |
| Sheriff John Cooke | Yes | No | | Yes |
| Gary Kleck | Yes | | Yes | |
| Kevin Davis | No | | | |
| Dylan Harrell | Yes | No | | |
| Elisa Dahlberg | Yes | | | |
| Michele Eichler | Yes | | Yes | |
| Doug Hamilton | Yes | | Yes | |
| Michael Shain | Yes | No | | Yes |
| James G. Spoden | Yes | No | | |
| Andrew J. Logan | Yes | | Yes | |
| Michael T. Jones | No | | | |
| Scott Wagner | No | | | |
| Ronald Sloan | Yes | No | | |
| Ernest E. Moore | Yes | No | | |
| Jeffrey Zax (1 of 2) | Yes | | Yes | |
| Cheryl Wilson | No | | | |
| Lorne Kramer | Yes | | Yes | |
| David Bayne | Yes | No | | Yes |
| Timothy Brough | Yes | No | | |
| John Burrud | Yes | No | | |
| Nick Colglazier | Yes | No | | |
| Massad Ayoob | Yes | No | | |
| Roger Salzgeber | Yes | No | | |
| Patricia Maisch | No | | | |
| Ethan Rodriguez-Torrent | No | | | |
| Daniel Oates | Yes | No | | |
| Dan Montgomery | Yes | | Yes | |
| J Paul Brown | No | | | |
| John Cerar | Yes | | Yes | |
| Douglas Fuchs (1 of 2) | Yes | | Yes | |
| Jennifer Longdon | Yes | No | | |
| Jeffrey Zax (2 of2) | Yes | | Yes | |
| Douglas Fuchs (2 of 2) | Yes | | Yes | |
| James Crone | No | | | |
| Sheriff Shayne Heap | Yes | No | | |
| Sheriff Terry Maketa | Yes | No | | |
| Sheriff Lou Vallerio | No | | | |
| Ronald Abramson | Yes | No | | |
| Daniel Webster | Yes | | Yes | |
| Sheriff Justin Smith | No | | | |