*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. (12/01/2013))

# BILL OF COSTS

**United States District Court**
DISTRICT: **DISTRICT OF COLORADO**

Colorado Outfitters' Ass'n, et al.
v.
John Hickenlooper, Governor of Colorado

DOCKET NO: 13-cv-1300-MSK-MJW
MAGISTRATE CASE NO.:

Judgment having been entered in the above entitled action on **June 26 2014** against **Plaintiffs** the clerk is requested to tax the following as costs:

**FILED UNITED STATES DISTRICT COURT DENVER, COLORADO SEP - 4 2014 JEFFREY P. COLWELL CLERK**

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $0.00 |
| Fees for service of summons and complaint | $0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $0.00 |
| Fees and disbursements for printing (Stipulated) | $2,051.00 |
| Fees for witnesses (itemized on reverse side) (Stipulated) | $6,617.04 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (Legislative history admitted into evidence at trial as Exhibits ltd) | $12,401.90 |
| Docket fees under 28 U.S.C. § 1923 | $0.00 |
| Costs incident to taking of depositions | $16,217.57 |
| Costs as shown on Mandate of Court of Appeals | $0.00 |
| Other costs (Please itemize) | $0.00 |
| **TOTAL** | **$37,287.51** ~~48,104.00~~ |

Please review and comply with D.C.COLO.LCivR .54.1
(See Notice section on reverse side)

### DECLARATION (Parties Stipulated to Final Amount during Taxation of Costs hearing)

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: /s/ Kathleen Spalding
Print Name: Kathleen Spalding
Phone Number: 720 508 6634
For: John Hickenlooper, Governor of Colorado
Date: 7/24/2014

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:
Costs are hereby taxed in the following amount and included in the judgment:

Date and Time: **Sept. 4, 2014 at 9:30**
Amount Taxed: **$37,287.51**
(BY) DEPUTY CLERK

CLERK OF COURT
JEFFREY P. COLWELL
DATE: 9/4/14