IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01300-MSK-MJW

COLORADO OUTFITTERS ASSOCIATION; COLORADO FARM BUREAU; NATIONAL SHOOTING SPORTS FOUNDATION; MAGPUL INDUSTRIES; COLORADO YOUTH OUTDOORS; USA LIBERTY ARMS; OUTDOOR BUDDIES, INC.; WOMEN FOR CONCEALED CARRY; COLORADO STATE SHOOTING ASSOCIATION; HAMILTON FAMILY ENTERPRISES, INC., d/b/a Family Shooting Center at Cherry Creek State Park; DAVID BAYNE; DYLAN HARRELL; ROCKY MOUNTAIN SHOOTERS SUPPLY; 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; BURRUD ARMS INC., d/b/a Jensen Arms; GREEN MOUNTAIN GUNS; JERRY'S OUTDOOR SPORTS; SPECIALTY SPORTS & SUPPLY; GOODS FOR THE WOODS, Plaintiffs - Appellants,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado, Defendant - Appellee.

Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order by Chief Judge Marcia S. Krieger (**Doc. #191**) filed on April 9, 2018, it is

ORDERED that all remaining claims are dismissed for lack of jurisdiction in accordance with Doc. #191.

ORDERED that costs are awarded to the defendant and against the plaintiffs upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

DATED this 11th day of April, 2018.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
   Deputy Clerk